UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 04-10933 JLT |
| | ) |
| MASSACHUSETTS BAY | ) |
| TRANSPORTATION AUTHORITY, | ) |
| JOSEPH CARTER AND MICHAEL MULHERN | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR ENLARGEMENT OF TIME
FOR DEFENDANT MICHAEL MULHERN TO FILE
HIS RESPONSIVE PLEADING AND FOR PLAINTIFF
NANCY O'LOUGHLIN TO RESPOND**

Pursuant to Fed. R. Civ. P. 6(b), the plaintiff and the defendant jointly move for the entry of an order enlarging the time by which Mr. Mulhern must file and serve his responsive pleading to the Complaint up to and including September 7, 2004, and by which the plaintiff must file her opposition or response to September 30, 2004.

As grounds for this motion Mr. Mulhern states as follows:

1.  Mr. Mulhern's responsive pleading is currently due to be filed and served on or before August 16, 2004. He anticipates filing a Motion to Dismiss with a supporting memorandum of law. Ms. O'Loughlin anticipates opposing that motion.

2.  Due to the vacation schedules of both counsel, extensions are needed to allow proper preparation of the moving and opposing papers.

3.  The requested extensions will not delay the trial of this matter.

**WHEREFORE,** the plaintiff and the defendant request that the Court enter an order:

1.	Granting Mr. Mulhern's motion for enlargement of time to file and serve his responsive pleading up to and including September 7, 2004; and

2.	Granting Nancy O'Loughlin until September 30, 2004 to file an opposition or response.

MICHAEL MULHERN

By his attorneys,

/s/ Joan A. Lukey_____
Joan A. Lukey (BBO# 307340)
Gregory M. Reiser (BBO #pending)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

NANCY O'LOUGHLIN

By her Attorneys,

/s/ Mitchell J. Notis_____
Mitchell J. Notis (BBO #374360)
370 Washington Street
Brookline, MA 02445
(617) 566-2700

Dated: August 5, 2004