UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>　　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>　　　　Defendants. | )<br>)<br>)<br>)　　C.A. No. 04-10933 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED UPON MOTION TO EXTEND THE TIME FOR THE
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY AND
JOSEPH CARTER TO FILE A RESPONSE TO COMPLAINT**

Defendants Massachusetts Bay Transportation Authority and Joseph Carter (collectively "the defendants") move this Court to enlarge the time for them to file a response to the complaint filed by Plaintiff Nancy O'Loughlin ("O'Loughlin") until September 6, 2004. The response was originally due on August 16, 2004. Defendants request the enlargement in order to completely investigate plaintiff's allegations. The plaintiff has agreed to the enlargement of time. In addition, the parties have agreed that in the event defendants file any response other than an answer, such as a motion to dismiss, plaintiff will have until September 30, 2004, to file an opposition.

WHEREFORE, defendants respectfully request an Enlargement of time until September 6, 2004, to file a response to the complaint.

                                        Respectfully submitted,
                                        MASSACHUSETTS BAY
                                        TRANSPORTATION AUTHORITY
                                        By its attorneys,
                                        /s/ Joseph L. Edwards Jr._____
                                        Walter B. Prince, BBO #077260
                                        Laurie F. Rubin, BBO #564947
                                        Joseph L. Edwards, Jr. # 564288
                                        Prince, Lobel, Glovsky & Tye LLP
                                        585 Commercial Street
                                        Boston, MA 02109
                                        (617) 456-8000

Dated:  August 16, 2004