UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>        Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>        Defendants. | )<br>)<br>)<br>)  C.A. No. 04-10933 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED UPON MOTION TO EXTEND THE TIME FOR THE
DEFENDANTS TO FILE A RESPONSE TO COMPLAINT**

Defendants Massachusetts Bay Transportation Authority and Joseph Carter (collectively "defendants") respectfully move this Court to enlarge the time for them to file a response to the complaint filed by Plaintiff Nancy O'Loughlin ("O'Loughlin") until September 13, 2004. Responses are currently due on September 6, 2004, Labor Day.  The enlargement is requested in order to allow defendants to completely investigate plaintiff's allegations and accommodate vacation and "back to school" schedules.  The plaintiff has agreed to the enlargement of time, as has Defendant Michael Mulhern.  In addition, the parties have agreed that the enlargement will be applicable to all defendants and that plaintiff will have until October 6, 2004, to file an opposition to any motions to dismiss.

WHEREFORE, defendants respectfully request an enlargement of time until September 13, 2004, to file a response to the complaint.

> Respectfully submitted,
> MASSACHUSETTS BAY
> TRANSPORTATION AUTHORITY
> By its attorneys,
> /s/ Joseph L. Edwards Jr._____

        Walter B. Prince, BBO #077260  
        Laurie F. Rubin, BBO #564947  
        Joseph L. Edwards, Jr. # 564288  
        Prince, Lobel, Glovsky & Tye LLP  
        585 Commercial Street  
        Boston, MA 02109  
        (617) 456-8000  

Dated:  August 27, 2004