AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Nancy O'Loughlin

v.

MBTA
Joseph Carter
Michael Mulhern

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-10933 JLT**

TO: (Name and address of Defendant)

Joseph Carter
17 Jessica Lane
Oak Bluffs, MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

5-11-04

CLERK

(By) DEPUTY CLERK

# RETURN OF SERVICE

County of Dukes County, ss.                                July 27, 2004

      I hereby certify and return that I this day served an attested copy of the within Summons together with a copy of the Complaint & Demand for Jury Trial and Notice of Right to sue, in this action, upon the within named defendant, Joseph Carter of Oak Bluffs, Ma., in the following manner: by leaving at the last and usual place of abode of said defendant, with a person of suitable age and discretion residing therein, to wit: 17 Jessica Lane, Oak Bluffs, in hand to his wife Mrs. Joseph Carter and by the first class mailing of said Summons, to wit: 17 Jessica Lane, Oak Bluffs, Ma. 02557.

Fees:
  Service                  20.00
  Travel/auto hire     5.00
  Attested copies    10.00
  Return and mailing  3.50
Total:                  38.50

*Linda J. Hanover*
Linda J. Hanover
Deputy Sheriff
County of Dukes County