AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Nancy O'Loughlin

v.

MBTA
Joseph Carter
Michael Mulhern

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 - 10933 JLT**

TO: (Name and address of Defendant) Massachusetts Bay Transportation Authority
Ten Park Plaza
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   5-11-04
CLERK                                        DATE

_____
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>JULY 26, 2004 |
| NAME OF SERVER *(PRINT)*<br>BARBARA L. BEDUGNIS | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   BY GIVING SAID COPIES IN HAND TO ELLIE MCKENNA, CLERK, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT MBTA, 10 PARK PLAZA, BOSTON, MASSACHUSETTS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>$11.00 | SERVICES<br>$25.00 | TOTAL<br>$0.00  $36.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   JULY 26, 2004
              Date
              at 11:00 a.m.

*Signature of Server*
BARBARA L. BEDUGNIS, CONSTABLE/DISINTERESTED PERSON
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.