AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Nancy O'Loughlin

V.

MBTA
Joseph Carter
Michael Mulhern

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04-10933 JLT

TO: (Name and address of Defendant)

Michael Mulhern
19 Treeland Drive
Walpole, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                  5-11-04

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 26, 2004 at 3:25 p.m. |
| NAME OF SERVER (PRINT) BARBARA L. BEDUGNIS | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

~~Name of~~ person with whom the summons and complaint were left:    HIS DAUGHTER

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL $10.00 | SERVICES $39.00 | TOTAL ~~$0.00~~ 49.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   JULY 26, 2004 AT 3:25 P.M.    *[Signature]*
                     Date                                  *Signature of Server*
                                                           BARBARA L. BEDUGNIS, CONSTABLE
                                                           % ROSCOE, BEDUGNIS & ASSOCIATES
                                                           15 COURT SQUARE, SUITE 450
                                                           BOSTON, MA. 02108
                                                           *Address of Server*

*[Handwritten notation in right margin: 19 Treeland Dr Walpole / his daught / 3:25 p.m.]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.