UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>      Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>      Defendants. | )<br>)<br>)<br>)   C.A. No. 04-10933 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS OF DEFENDANTS MASSACHUSETTS BAY TRANSPORTATION AUTHORITY AND JOSEPH CARTER[1]

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Massachusetts Bay Transportation Authority ("the Authority") and Joseph Carter (Carter)(collectively "defendants") hereby move to dismiss all claims against them in the above-captioned case because Plaintiff Nancy O'Loughlin has failed to state claims against them upon which relief can be granted. Specifically, defendants seek dismissal of Count I, alleging discrimination on the basis of gender against both defendants (G.L. c. 151B); Count II, alleging discrimination on the basis of gender against the Authority (42 U.S.C. § 2000e); Count III, alleging retaliation against both defendants (G.L. c. 151B); Count IV, alleging retaliation against the Authority (42 U.S.C. § 2000e); Count V, alleging violations of 42 U.S.C. § 1983 against Carter; Count VI, alleging violations of G.L. c. 12, § 11H and 11I against Carter; and Count X, alleging slander/ defamation against the Authority.

---

[1] Defendant Michael Mulhern has also submitted a motion to dismiss claims against him. The Massachusetts Bay Transportation Authority and Joseph Carter incorporate that motion and all arguments therein by reference, as if set forth fully herein.

In support of this motion defendants submit the attached Memorandum of Law.

WHEREFORE, defendants respectfully request the Court to dismiss Counts I through VI and Count X of plaintiff's complaint.

                    Respectfully submitted,

                    DEFENDANT MASSACHUSETTS BAY
                    TRANSPORTATION AUTHORITY AND
                    JOSEPH CARTER
                    By their attorneys,

                    /s/ Joseph L. Edwards, Jr._____
                    Walter B. Prince, BBO# 406640
                    Laurie F. Rubin, BBO# 564947
                    Joseph L. Edwards, Jr., BBO# 564288
                    Prince, Lobel, Glovsky & Tye LLP
                    585 Commercial Street
                    Boston, MA  02109
                    (617) 456-8000

Dated: September 13, 2004.