UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>    Defendants. | C.A. No. 04-10933 JLT |

**MOTION OF DEFENDANTS MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY AND JOSEPH CARTER FOR
LEAVE TO SUBMIT A MEMORANDUM IN SUPPORT OF
THEIR MOTION TO DISMISS THAT EXCEEDS TWENTY PAGES**

Pursuant to Loc. R. 7.1, Defendants Massachusetts Bay Transportation Authority and Joseph Carter (collectively "defendants") request this Court to grant them leave to file a memorandum of law in support of their Motion to Dismiss that exceeds twenty pages. Defendants have prepared a memorandum that is twenty-two pages long which contains applicable arguments in favor of the dismissal of all claims against both defendants.

WHEREFORE, defendants respectfully request the court to grant them leave to file a memorandum in excess of twenty pages.

Respectfully submitted,

DEFENDANTS MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY AND
JOSEPH CARTER
By their attorneys,

/s/ Joseph L. Edwards, Jr.
Walter B. Prince, BBO# 406640
Laurie F. Rubin, BBO# 564947
Joseph L. Edwards, Jr., BBO# 564288
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA  02109
(617) 456-8000

Dated: September 13, 2004.