UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY O'LOUGHLIN,<br><br>          Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and<br>JOSEPH CARTER<br>and<br>MICHAEL MULHERN,<br><br>          Defendant | C.A. No. 04-10933 JLT |

**MOTION TO DISMISS OF DEFENDANT**
**MICHAEL MULHERN**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Michael Mulhern respectfully moves for dismissal of the Complaint of plaintiff Nancy O'Loughlin dated May 11, 2004 (the "Complaint") as to all counts related to Mr. Mulhern. The allegations underlying the Complaint must be dismissed because they fail to state a claim upon which relief can be granted, as described in detail in the accompanying Memorandum of Law, which is incorporated herein by reference.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Mr. Mulhern respectfully requests oral argument on this motion.

MICHAEL MULHERN

By his attorneys,

/s/ Joan A. Lukey_____
Joan A. Lukey (BBO #307340)
Gregory M. Reiser (Bar Application Pending)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Date:   September 13, 2004