UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10933-JLT

---

NANCY O'LOUGHLIN
Plaintiff

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY, JOSEPH CARTER
and MICHAEL MULHERN
Defendants

---

JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D), the parties hereby submit the following Agenda for Scheduling Conference, Proposed Pretrial Schedule, and Certification. There are no areas of dispute with regard to the Proposed Pretrial Schedule.

**I. Agenda of Matters to be Discussed at Scheduling Conference**

    A. <u>Proposed Pretrial Schedule</u>

        1. Discovery Plan
        2. Motion Schedule
        3. Pretrial Conference
        4. Any matter listed in FRCP 16(c), or which the Court deems appropriate.

    B. <u>Mediation/Alternative Dispute Resolution</u>

    C. <u>Trial by Magistrate Judge</u>-At this time, the parties are not willing to have this case tried by a Magistrate Judge.

    D. <u>Plaintiff's Settlement Proposal</u>

**II. Proposed Pretrial Schedule**

    A. <u>Discovery Plan</u>

    1. Deadline for the Completion of Fact Discovery: November 5, 2005

Discovery shall be served so that the responses shall be served or depositions shall be completed by November 5, 2005. For the time being, the parties agree that discovery shall be conducted pursuant to the limitations set forth in Local Rule 26.1(C). Neither party waives the right to seek leave of court to conduct discovery beyond that provided for in the Local Rules. Should either party determine that discovery beyond the limitations set forth in Local Rule 26.1 (C) is needed, such party will endeavor to reach agreement on the issue with opposing counsel before raising it with the Court.

**B.   Motion Schedule**

1. Motions for Summary Judgment pursuant to Rule 56 shall be filed by **January 5, 2006.** Oppositions to the Motions for Summary Judgment shall be filed by **February 5, 2006.**

**C. Depositions to be Taken**

The parties desire to take the depositions of the following witnesses in this action:

1. Janice Loux
2. William Fleming
3. Joseph Carter
4. Thomas McCarthy
5. Michael Mulhern
6. Mac Daniel
7. Yahwhe Miller
8. Laurie Ford-Murphy
9. Ann McCall
10. Robert Mackay
11. Nancy O'Loughlin
12. Thomas O'Loughlin
13. Frank O'Loughlin
14. Lisa Riccobene
15. Patrol Officer Robert Powers
16. Lieutenant Gary Fredricks
17. Patrol Officer John McKay
18. Sergeant Detective Gloria Andrews-Ward
19. Lieutenant Detective Mark Gillespie
20. Janice Loux
21. Medical care providers or counselors (to the extent that damages for physical or emotional injury are claimed).
22. Patrol Officer Preston Horton
23. Sergeant Christopher Cowley
24. Brian Kearney

### III. Certifications By Counsel and Parties

Pursuant to Local Rule 16.1 (D)(3), the certification from counsel for Plaintiff and Plaintiff that they have conferred on the matters set forth in that Rule is attached hereto.

Pursuant to Local Rule 16.1 (D)(3), the certifications from counsel for Defendants Joseph Carter and Massachusetts Bay Transportation Authority, and for Defendant Carter and an authorized representative of Defendant Massachusetts Bay Transportation Authority, that they have conferred on the matters set forth in that Rule are attached hereto. The certification for Defendant Mulhern was not obtained because of the holiday, but will be forwarded to the Court as soon as it is obtained.

Nancy O'Loughlin
By her attorney

*/s/ Mitchell Notis (JE)*
Mitchell J. Notis (BBO# 374360)
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700

Massachusetts Bay Transportation Authority
and Joseph Carter
By their attorneys,

*/s/ Joseph L. Edwards Jr.*
Walter B. Prince (BBO# 406640)
Joseph L. Edwards, Jr. (BBO# 564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000

Michael Mulhern
By his attorneys,

*/s/ Joan Lukey (JE)*
Joan Lukey (BBO# 307340)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000