# MITCHELL J. NOTIS

ATTORNEY AT LAW

370 WASHINGTON STREET

BROOKLINE, MASSACHUSETTS 02445

TEL 617-566-2700 • FAX 617-566-6144

December 29, 2004

By Hand Delivery

Zita Lovett
Deputy Clerk
Clerk' Office-Civil Division
United States District Court for the
 District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

Re: <u>Nancy O'Loughlin vs. MBTA, Joseph Carter and Michael Mulhern</u>, Civil Action Number 04-10933-JLT

Dear Ms. Lovett:

   In accordance with Judge Tauro's scheduling order of December 9, 2004 in the above-captioned action, I am writing to inform you that Plaintiff has filed earlier today, a Motion to File First Amended Complaint. Our Rule 16 Conference in this action is scheduled for next Wednesday, January 5, 2005.

   Thank you for your attention to this matter.

Very truly yours,

Mitchell Jay Notis

CC: Joseph L. Edwards, Jr., Esq.
     Joan Lukey, Esq.