UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10933-JLT

NANCY O'LOUGHLIN
Plaintiff

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY, JOSEPH CARTER
And MICHAEL MULHERN
Defendants

PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT

Plaintiff Nancy O'Loughlin, through counsel, hereby respectfully requests that she be allowed to file a First Amended Complaint in this action. As grounds for this motion, Plaintiff states the following:

1. This is an action in which Plaintiff, a female police officer with the MBTA Police Department, has claimed that she was discriminated against due to her gender, and then retaliated against for complaining about that gender discrimination.

2. At the time that the complaint in this action was filed, May 11, 2004, Plaintiff had been relieved of duty with pay for allegedly engaging in misconduct. At the time that the complaint was served, late July 2004, a disciplinary hearing regarding the alleged misconduct had occurred, but no discipline had been issued. By late August 2004, Plaintiff had been demoted. Shortly thereafter, Defendants filed motions to dismiss the complaint in this action. Those motions were denied in mid-November 2004. Other than the automatic disclosures ordered by the Court in this action, discovery has not yet started in this case.

3. Plaintiff desires to amend the complaint in this action to allege that her demotion in August 2004 was a further act of discrimination and retaliation against her by Defendants. As the demotion had not occurred at the time the complaint in this action was filed, these matters could not have been alleged at that time. However, as this disciplinary action subsequent to the filing of the complaint is central to Plaintiff's claims, Plaintiff desires to add these factual allegations to her complaint. No additional legal counts or theories would be added to this case if

the amendment is allowed, and Defendants would not be prejudiced by the allowance of this amendment.

4. A draft of the First Amended Complaint is appended to this motion. Should this motion be allowed, Plaintiff will amend the complaint in this action by filing the attached First Amended Complaint.

For all of the foregoing reasons, it is respectfully requested that Plaintiff be allowed to file a First Amended Complaint in this action in the form appended to this motion.

                                                NANCY O'LOUGHLIN
                                                By her Attorney,

_____
Mitchell J. Notis, BBO #374560
LAW OFFICE OF MITCHELL J. NOTIS
370 Washington Street
Brookline, MA 02445
Tel.: (617) 566-2700

### CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that on December ___, 2004, I caused to be served upon counsel for all parties of record, a copy of the within Plaintiff's Motion to File First Amended Complaint by first class mail, postage prepaid.

_____
Mitchell J. Notis