UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN, * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> MASSACHUSETTS BAY TRANSPORTATION * <br> AUTHORITY, JOSEPH CARTER, and * <br> MICHAEL MULHERN, * <br> * <br> Defendants. * | Civil Action No. 04-10933-JLT |

ORDER

January 6, 2005

TAURO, J.

After the Scheduling Conference held on January 5, 2005, this court hereby orders that:

1. <u>Plaintiff's Motion to File First Amended Complaint</u> [#22] is ALLOWED;

2. Plaintiff may depose (1) Janice Loux, (2) William Fleming, (3) Joseph Carter, (4) Thomas McCarthy, (5) Michael Mulhern, (6) Mac Daniel, (7) Yahwhe Miller, (8) Laurie Ford-Murphy, (9) Ann McCall, and (10) Robert Mackay;

3. Defendants may depose (1) Nancy O'Loughlin, (2) Former Chief Thomas O'Loughlin, (3) Frank O'Loughlin, (4) Lisa Riccobene, (5) Janice Loux, (6) Preston Horton, (7) William Fleming, (8) Christopher Crowley, (9) Brian Kearney, (10) Robert McKay, (11) Yahwhe Miller, (12) Mac Daniel, (13) Robert Powers, (14) Gary Fredricks, (15) John McKay, and (16) Medical care providers or counselors (to the extent that emotional or physical damages are claimed);

4. The Parties shall complete all discovery by October 31, 2005;

5. No additional discovery will be permitted without leave of this court; and

6. A Further Conference is scheduled for November 10, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge