UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY O'LOUGHLIN, ) | |
|  ) | |
| Plaintiff ) | |
|  ) | |
| v. ) | |
|  ) | C.A. No. 04-10933 JLT |
| MASSACHUSETTS BAY ) | |
| TRANSPORTATION AUTHORITY ) | |
| and ) | |
| JOSEPH CARTER ) | |
| and ) | |
| MICHAEL MULHERN, ) | |
|  ) | |
| Defendants ) | |

## JURY DEMAND OF DEFENDANT MICHAEL MULHERN

Defendant Michael Mulhern hereby demands a trial by jury of all issues so triable.


MICHAEL MULHERN

By his attorneys,


/s/ Joan A. Lukey
Joan A. Lukey (BBO #307340)
Gregory M. Reiser (BBO # Pending)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Date:  March 9, 2005

**CERTIFICATE OF SERVICE**

      I, Joan A. Lukey, Esq., hereby certify that on this 9th day of March, 2005, I caused a true copy of the above document to be served upon Mitchell J. Notis, counsel for the plaintiff, 370 Washington Street, Brookline, MA 02445 by electronic means, and upon Joseph L. Edwards, counsel for defendants Massachusetts Bay Transportation Authority and Joseph Carter, 585 Commercial Street, Boston, MA 02109 by electronic means.

                                                            /s/ Joan A. Lukey