UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10933-JLT
_____

NANCY O'LOUGHLIN
Plaintiff

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY, JOSEPH CARTER
And MICHAEL MULHERN
Defendants
_____


PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE DISCOVERY PERIOD FOR
90 DAYS

Plaintiff Nancy O'Loughlin, through counsel, hereby respectfully requests that the discovery period in this case be extended by a period of ninety days, up to and including January 29, 2006. Counsel for all other parties have authorized counsel for Plaintiff to state to the court that they do not oppose this motion. As grounds for this motion, Plaintiff states as follows:

1. This is an action in which a female who was formerly a Lieutenant in the MBTA Police Department claims that she was subjected to gender discrimination and later demoted due to retaliation for exercising her rights under the discrimination laws.
2. Discovery in this action is currently scheduled to end on October 31, 2005.
3. The parties have been engaging in discovery in this action, but due to the schedules of various of the witnesses and counsel, discovery has not yet been completed.
4. During the course of the discovery period, an arbitration has been conducted (during several days of testimony) regarding some of the issues pending in this suit. The arbitration is likely to conclude in early November. Although it is not clear how soon a decision would be issued in that arbitration, the decision might be issued prior to the end of the discovery period in this action (if discovery is extended for 90 days as requested). Depending upon the result of the arbitration hearing, many of the issues in this case (as to liability as well as damages) might be resolved, and thereby the remaining issues more simply settled or litigated.
5. In order to complete discovery in a reasonable manner, it is respectfully requested that the parties be allowed an additional period of time to complete discovery in

this action, namely an additional ninety days up to and including January 29, 2006.[1]

For all of the foregoing reasons, it is respectfully requested that this motion be granted.


Nancy O'Loughlin
By her attorney



/s/ MITCHELL J. NOTIS
_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360

---

[1] Plaintiff notes that there is a status conference currently scheduled in this action for November 10, 1005.  Should the Court grant this motion and extend the discovery period as requested, Plaintiff respectfully suggests that the status conference be continued until late January or early February 2006.