UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| O'LOUGHLIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10933-JLT |
| | * | |
| MASSACHUSETTS BAY | * | |
| TRANSPORTATION AUTHORITY, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

February 7, 2006

TAURO, J.

After a Conference held on February 7, 2006, this court hereby orders that:

1. The Parties will notify Zita Lovett during the week of March 6, 2006 as to whether or not they have received the Arbitration Report;

2. Defendants shall file any motions for summary judgment by May 1, 2006; and

3. Plaintiff shall file her response by May 31, 2006.

IT IS SO ORDERED.

                                                        /s/ Joseph L. Tauro
                                           United States District Judge