UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>      Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>      Defendants. | )<br>)<br>)<br>)   C.A. No. 04-10933 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PARTIES' JOINT MOTION TO EXTEND DEADLINES
(With Appended Status Report)

Plaintiff Nancy O'Loughlin ("O'Loughlin") and Defendants Massachusetts Bay Transportation Authority (the "Authority"), Joseph Carter, and Michael Mulhern hereby request an enlargement of sixty days to file motions for summary judgment (if necessary) and responses to the motions. As reasons for this request, the parties state:

1. On February 7, 2006, counsel for the parties appeared before the Court for a status conference. At that time, counsel informed the Court that one of the major allegations in this case was also the subject of an arbitration hearing that was conducted pursuant to the collective bargaining agreement between O'Loughlin's union and the Authority. At the time of the conference, the arbitration hearing had concluded and the arbitrator's decision was pending. The subject matter of the arbitration was whether the Authority's Transit Police Department ("the Department") was justified in disciplining O'Loughlin and whether the discipline imposed was justified. The corresponding allegation in this case is that the Department discriminated or retaliated against

O'Loughlin by imposing the discipline in the first instance. The arbitrator was expected to issue a decision during the first week of March 2006.

2.   The parties also informed the Court that the arbitration decision would likely impact the measure of damages in this case, and by extension, their respective settlement postures. As a consequence, the Court ordered the parties to report to the Clerk whether the arbitration decision was issued at the expected time. A date of May 1, 2006 was established for the filing of motions for summary judgment, with responses to be filed thirty days later.

3.   The arbitrator did not issue his decision during the first week of March as expected, and the parties so informed the Court. Instead, the decision was issued on March 20, 2006 and received by counsel several days later. Pursuant to the decision, O'Loughlin's discipline was rescinded. The Authority has chosen not to appeal the decision.

4.   The Authority and O'Loughlin are now in the process of determining exactly how the arbitrator's decision is to be implemented. As a result of the decision, O'Loughlin should recoup most, if not all, of her tangible damages. It is not known how intangible damages will be addressed. None of the attorneys in this case have any involvement with the arbitration.

5.   The parties have engaged in preliminary settlement discussions. However, until the arbitrator's award is fully implemented, it is impossible to determine a true and realistic settlement range. Though settlement is not guaranteed, the parties request additional time to explore that possibility without incurring the expense of submitting summary judgment motions and responses.

2

Wherefore, the parties respectfully request an enlargement of sixty days to file motions for summary judgment, with responses to be filed thirty days thereafter.

Respectfully submitted,

Massachusetts Bay Transportation Authority
and Joseph Carter
By their attorneys,

/s/ Joseph L. Edwards, Jr.
Walter B. Prince (BBO# 406640)
Joseph L. Edwards, Jr. (BBO# 564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000

Michael Mulhern
By his attorneys,

/s/ Gregory Reiser
Joan Lukey (BBO# 307340)
Gregory Reiser (BBO# 662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000

Nancy O'Loughlin
By her attorney

/s/ Mitchell J. Notis
Mitchell J. Notis (BBO# 374360)
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700

## STATUS REPORT

As detailed above, the arbitration decision was issued on March 20, 2006. The parties have engaged in settlement discussions, but have not yet determined a suitable range for settlement and have only generally discussed settlement terms. Until Lieutenant O'Loughlin and the Authority reach a final agreement on exactly what she will receive as a result of the arbitrator's decision, it is impossible to discuss settlement of this case in any meaningful amount of detail. However, the parties will continue to engage in good-faith settlement discussions, and will keep the Court informed of their progress.

Respectfully submitted,

Massachusetts Bay Transportation Authority
and Joseph Carter
By their attorneys,

/s/ Joseph L. Edwards, Jr.
Walter B. Prince (BBO# 406640)
Joseph L. Edwards, Jr. (BBO# 564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000

Michael Mulhern
By his attorneys,

/s/ Gregory Reiser
Joan Lukey (BBO# 307340)
Gregory Reiser (BBO# 662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000

Nancy O'Loughlin
By her attorney

/s/ Mitchell J. Notis
Mitchell J. Notis (BBO# 374360)

Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700