UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>    Defendants. | C.A. No. 04-10933 JLT |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that as of April 15, 2006, the address of Prince, Lobel, Glovsky & Tye LLP, counsel for Defendants Massachusetts Bay Transportation Authority and Joseph Carter will be:

        100 Cambridge Street
        Suite 2200
        Boston, MA 02114


Respectfully submitted,

Massachusetts Bay Transportation Authority
and Joseph Carter
By their attorneys,

/s/ Joseph L. Edwards, Jr.
Walter B. Prince (BBO# 406640)
Joseph L. Edwards, Jr. (BBO# 564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000