UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 04-10933 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANTS MASSACHUSETTS BAY TRANSPORTATION AUTHORITY AND JOSEPH CARTER FOR LEAVE TO FILE A SUMMARY JUDGMENT MOTION THAT DOES NOT EXCEED THIRTY PAGES**

Defendants Massachusetts Bay Transportation Authority (the "Authority") and Joseph Carter (collectively "the defendants"), respectfully move the Court to allow them to submit a memorandum in support of their motion for summary judgment that does not exceed thirty (30) pages. As reasons for this request, defendants state:

1. Motions for summary judgment are due on July 1, 2006.

2. Plaintiff Nancy O'Loughlin filed a twenty-four (24) page, ten (10) Count Amended Complaint that includes allegations of sex discrimination and retaliation, in violation of Title VII of the Civil Rights Act of 1964 and Massachusetts General Laws, Chapter 151B; 42 U.S.C. §1983; G.L. c. 12 §11I and 11H, the Massachusetts Civil Rights Act, and Slander and Defamation.

3. The summary judgment record is extensive. In order to respond completely to each of plaintiff's allegations in a manner that will be of

assistance to the Court, the memorandum in support of the motion will exceed the twenty-page limit imposed by Local Rule 7.1(B)(4).

WHEREFORE, defendants respectfully request leave to file a memorandum in support of their motion for summary judgment that does not exceed thirty (30) pages.

Respectfully submitted,

Massachusetts Bay Transportation Authority
and Joseph Carter
By their attorneys,

/s/ Joseph L. Edwards, Jr.
Walter B. Prince (BBO# 406640)
Joseph L. Edwards, Jr. (BBO# 564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000