UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
NANCY O'LOUGHLIN,                       )
                                        )
                Plaintiff               )
                                        )
v.                                      )
                                        )   C.A. No. 04-10933 JLT
MASSACHUSETTS BAY                       )
TRANSPORTATION AUTHORITY                )
and                                     )
JOSEPH CARTER                           )
and                                     )
MICHAEL MULHERN,                        )
                                        )
                Defendants              )
_____)

## MOTION OF DEFENDANT MICHAEL MULHERN FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c), Defendant Michael Mulhern ("Mulhern") moves for Summary Judgment on Plaintiff Nancy O'Loughlin's ("Plaintiff's") claims against him. Count III is a claim against Mulhern for retaliation in violation of M.G.L. c. 151B. Count VII is a claim against Mulhern under 42 U.S.C. § 1983. Count VIII is a claim against Mulhern under M.G.L. c. 12 § 11. Lastly, Count IX is a claim against Mulhern for slander and defamation.

Discovery has failed to turn up a single shred of evidence supporting Plaintiff's already tenuous claims against Mulhern. Indeed, with respect to Plaintiff's defamation claim, Plaintiff does not even come close to proving by *clear and convincing evidence*, as she must as a public official, that Mulhern acted with "actual malice" when he provided information to a *Boston Globe* reporter because the information Mulhern provided was all true and Mulhern harbored no ill-will or malice towards Plaintiff. Plaintiff's retaliation claim fails because she failed to adduce evidence of any causal connection between her alleged protected activity and the limited

- 2 -

retaliatory conduct in which Plaintiff alleges Mulhern engaged.  With respect to Plaintiff's state civil rights claim against Mulhern, there is absolutely no evidence tending to show, even with every possible favorable inference granted to Plaintiff, that Mulhern threatened, intimidated or coerced Plaintiff.  Lastly, summary judgment should be granted in Mulhern's favor on Plaintiff's federal civil rights claim because Mulhern did not deprive Plaintiff of a federal right, privilege or immunity and is therefore entitled to immunity on this claim.

WHEREFORE for the aforementioned reasons and those stated in Mulhern's accompanying memorandum of law, filed herewith, as supported by Mulhern's Statement of Material Facts, also filed herewith, Mulhern respectfully requests that the Court enter an order:

1. Allowing Mulhern's Motion for Summary Judgment on Counts III, VII, VIII, and IX of Plaintiff's First Amended Complaint;

2. Entering final judgment in favor of Mulhern; and

3. Granting such other and further relief as the Court deems just and appropriate.

- 3 -

      Respectfully submitted,


      MICHAEL MULHERN

      By his attorneys,

      <u>/s/ Gregory M. Reiser</u>
      Joan A. Lukey (BBO #307340)
      Gregory M. Reiser (BBO # 662284)
      Wilmer Cutler Pickering Hale and Dorr LLP
      60 State Street
      Boston, Massachusetts  02109
      Tel:  (617) 526-6000
      Fax: (617) 526-5000
      Email:  gregory.reiser@wilmerhale.com

Dated:  June 30, 2006

- 4 -

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

      I hereby certify that on June 30, 2006, I contacted Mitchell J. Notis, Esq., counsel for the plaintiff, in an attempt to, in good faith, narrow or resolve the issues raised by the instant motion and that I advised Mr. Notis of the probability that Mr. Mulhern would file the instant motion.

      /s/ Joan A. Lukey
      Joan A. Lukey

US1DOCS 5728226v1

- 5 -

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2006, I caused a true and accurate copy of the above document to be served via the Court's electronic docketing system upon Mitchell J. Notis, Esq., Law Office Of Mitchell J. Notis, 370 Washington Street, Brookline, MA  02446.

                            /s/ Gregory M. Reiser
                            Gregory M. Reiser