UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY O'LOUGHLIN,<br><br>     Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and<br>JOSEPH CARTER<br>and<br>MICHAEL MULHERN,<br><br>     Defendants | C.A. No. 04-10933 JLT |

## AFFIDAVIT OF GREGORY M. REISER IN SUPPORT OF THE STATEMENT OF MATERIAL FACTS OF DEFENDANT MICHAEL MULHERN

I am an associate with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendant Michael Mulhern ("Mulhern") in the above-captioned matter. True and accurate copies of the below-listed documents are attached to Mulhern's Statement of Material Facts in support of his Motion for Summary Judgment:

  1.  The First Amended Complaint filed by Plaintiff is attached at Exhibit A.

  2.  Excerpts of the transcript of the deposition of Mulhern dated 8/4/05 are attached at Exhibit B.

  3.  Excerpts of the transcript of the deposition of Defendant Joseph Carter ("Carter") dated 1/6/06 are attached at Exhibit C.

  4.  Excerpts of the transcript of the deposition of Carter dated 2/6/06 are attached at Exhibit D.

US1DOCS 5729188v1

5. A letter dated March 8, 2004 from Dolores J. Ford-Murphy to Plaintiff and Bates stamped M00057-59 is attached at Exhibit E.

6. The "Report of the Hearing Officer" of the MBTA regarding Plaintiff and Bates stamped M000104-111 is attached at Exhibit F.

7. An Award by the American Arbitration Association dated March 20, 2006 is attached at Exhibit G.

8. Excerpts of the transcript of the deposition of MacDonald Daniel dated 1/20/06 are attached at Exhibit H.

9. Excerpts of the transcript of the deposition of Plaintiff dated 12/23/05 are attached at Exhibit I.

10. An article dated March 11, 2004 published by the *Boston Globe*, authored by Daniel, entitled "T police officers suspended in probe" and Bates stamped NOL 0002-3 is attached at Exhibit J.

11. An article dated March 18, 2004 published by the *Bay State Banner*, authored by Melvin Yawu Miller ("Miller"), entitled "MBTA cops suspended", and that was attached to Plaintiff's deposition dated 12/23/05 as Exhibit 34 is attached at Exhibit K.

12. Excerpts of the transcript of the deposition of Miller dated 1/20/06 are attached at Exhibit L.

13. Excerpts of the transcript of the deposition of Thomas J. O'Loughlin dated 12/20/05 are attached at Exhibit M.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30TH DAY OF JUNE, 2006.

/s/ Gregory M. Reiser

Gregory M. Reiser

US1DOCS 5729188v1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2006, I caused a true and accurate copy of the above document to be served via the Court's electronic docketing system upon Mitchell J. Notis, Esq., Law Office of Mitchell J. Notis, 370 Washington Street, Brookline, MA 02446.

      /s/ Gregory M. Reiser

      Gregory M. Reiser

US1DOCS 5729188v1