UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>    Defendants. | C.A. No. 04-10933 JLT |

## LIST OF EXHIBITS

Exhibit #

1. Nancy O'Loughlin Deposition Excerpts, Vol. 1

2. Nancy O'Loughlin Deposition Excerpts, Volume II

3. Nancy O'Loughlin Deposition Excerpts, Volume III

4. Thomas O'Loughlin Deposition Excerpts

5. Joseph Carter Deposition Excerpts, Volume I

6. Joseph Carter Deposition Excerpts, Volume II

7. William Fleming Deposition, Excerpts Volume I

8. William Fleming Deposition, Excerpts Volume II

9. William Fleming Deposition, Excerpts Volume III

10. Newspaper Article, dated May 26, 2001

11. Report of Task Force on Combating Racial Profiling

12. Report of Investigation of Citizen Complaints to MBTA Police Department

13. Special Order #2001-27 - June 7, 2001

14. Special Order # 02-28 – July 19, 2002

15. Guardroom.com Internet Posting – June 25, 2002

16. July 3, 2002 letter from Thomas O'Loughlin to Frank Oglesby

17. Briefing Summary; Deputy Chief Fleming to Carter 1/13/03

18. Memo from Lt. Martino to Carter

19. Memo from O'Loughlin to Fleming

20. Plan of Action

21. Personnel Order #2003-10 – August 4, 2003

22. Memo from Deputy Chief Fleming to Sgt. Gillespie – July 31, 2003 (Fleming #20)

23. Special Order #95-37 – June 8, 1995 (NOL #20)

24. Transfer Order 1-6-99

25. Posting Regarding Details 10/31/02

26. Nancy O'Loughlin Relief from Duty 3/8/04

27. Newspaper Article *Boston Globe* and *Bay State Banner*

28. Amended Notice of Hearing 5/14/04

29. Department Rules Charter 62, Chapter 101, Authority's Anti-Harassment Policy

30. Nancy O'Loughlin Discipline 7/3/92

31. Just Cause Hearing Decision

32. Nancy O'Loughlin Reduction in Rank 8/19/04

33. Mac Daniel Deposition Excerpts

34. Michael Mulhern Deposition Excerpts

35. Melvin Yawu Miller Deposition Excepts