Exhibit 4

# In The Matter Of:

*Nancy O'Loughlin,   v.*
*MBTA, et al.,*

---

*Thomas J. O'Loughlin*
*December 20, 2005*

---

*JANEY ASSOCIATES*
*Court Reporting Services*
*P.O. Box 365355*
*BOSTON, MA  02136-0003*
*(617) 364-5555    FAX: (617) 364-5550*

*Original File TOLO.ASC, 188 Pages*
*Min-U-Script® File ID: 2451404089*

## Word Index included with this Min-U-Script®

I
1 - 188
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NANCY O'LOUGHLIN                    *
          Plaintiff,               *
- vs. -                            *   C.A. 04-10933-JLT
MASSACHUSETTS BAY                  *
TRANSPORTATION AUTHORITY and       *
and JOSEPH CARTER                  *
and MICHAEL MULHERN                *
          Defendants.              *

DEPOSITION OF THOMAS J. O'LOUGHLIN, a witness called by
and on behalf of the Defendant, in accordance with the
provisions of the rules of the Massachusetts Rules of Civil
Procedure, before Michael C. Janey, a Notary Public in and for
the Commonwealth of Massachusetts, at the offices of PRINCE,
LOBEL, GLOVSKY & TYE, 585 Commercial Street, Boston,
Massachusetts, 02109 on Tuesday, December 20, 2005, commencing
at 10:15 a.m.


APPEARANCES:

Mitchell J. Notis, Attorney at Law, law offices of
MITCHELL J. NOTIS, 370 Washington Street, Brookline,
Massachusetts, 02445, (617) 566-2700; on behalf of the
Plaintiff and Witness.

     Joseph L. Edwards, Jr., Attorney at Law, law
offices of PRINCE, LOBEL, GLOVSKY & TYE, 585
Commercial
Street, Boston, Massachusetts, 02109, (617) 456-8000; on
behalf of the Defendants.

     Joan A. Lukey, Attorney at Law, law offices of
WILMER, CUTLER, PICKERING, HALE and DORR, LLP, 60
State
Street, Boston, Massachusetts, 02109, (617) 526-6798; on
behalf of the Defendants.

Page 3

INDEX
DEPOSITION OF:
Thomas J. O'Loughlin                              Page
     By Mr. Edwards                                  5
     By Ms. Lukey                                  161
     By Mr. Notis                                  173
     By Mr. Edwards                                175
     By Mr. Notis                                  184
     By Mr. Edwards                                186

EXHIBITS:                                          Page
#1 (MBTA Police Special Order, 1/6/99          41
     re: Supervisory Personnel Reassignments)
#2 (MBTA Police Special Order, 6/13/01         98
     re: Supervisor Reassignments)
#3 (Memo to Org. Diversity from N. O'Loughlin, 103
     re: Hostile Work Environment)
#4 (Memo to J. Mahoney from N. O'Loughlin,     119
     re: Ongoing Harassment)
#5 (Printout of Guardroom.com General Discussion 126
     posting, 6/02)
#6 (Memo to F. Oglesby from T. O'Loughlin, 7/3/02, 128
     re: Derogatory Statements Posted on Internet
     Concerning MBTA Employees)
#7 (Memo to T. Komola from N. O'Loughlin, 7/16/02, 130
     re: Website Posting)
#8 (MBTA Police Special Order, 7/19/02         133
     re: Reassignment of Personnel)
JANEY ASSOCIATES

Page 4

INDEX (continued)
EXHIBITS:                                          Page
#9 (First Amended Complaint and Demand for     139
     Jury Trial)
JANEY ASSOCIATES

Page 5

[1] STIPULATIONS

[2] It is hereby stipulated and agreed by [3] and between counsel for the respective parties that [4] the reading and signing of the deposition by the [5] witness is not waived but that the deposition may [6] be signed under the pains and penalties of perjury [7] within 30 days of receipt of the transcript.

[8] It is further stipulated and agreed [9] that all objections, except as to the form of the [10] questions, and motions to strike shall be reserved [11] until the time of hearing or trial in this matter.

[12] THOMAS J. O'LOUGHLIN, having duly [13] affirmed that his testimony would be the truth, the [14] whole truth, and nothing but the truth, testified [15] as follows in answer to direct interrogatories:

[16] BY MR. EDWARDS:

[17] Q: Good morning, chief.

[18] A: Good morning.

[19] Q: Could you please state your name and spell [20] your last name?

[21] A: My name is Thomas J. O'Loughlin. That's O, [22] apostrophe, L-o-u-g-h-l-i-n.

[23] Q: Just to let you know, if at any time you need [24] a break during the course of the deposition, just

Page 6

[1] let me know. We have no problem taking a break, as [2] long as a question is not pending.

[3] A: Thank you.

[4] Q: Have you ever been a plaintiff or a defendant [5] in a civil suit?

[6] A: Yes.

[7] Q: What cases, please, and time periods?

[8] A: I am a plaintiff in a suit against the MBTA [9] and Michael Mulhern and Ann McCall. And that's [10] presently pending in the U.S. District Court.

[11] In my capacity as a police official I've been [12] a named defendant in a number of lawsuits, most of [13] which were during my tenure with the MBTA from 1997 [14] through 2002.

[15] Presently I am not a named defendant in any [16] lawsuits.

[17] Q: Have you been deposed before in the context [18] of either of those civil suits?

[19] A: Yes, I have.

[20] Q: In what suits were you deposed?

[21] A: I've been deposed in a number of causes of [22] action. I've not been deposed in the suit that I [23] have been pending with — in the U.S. District [24] Court as the plaintiff but I've been deposed in my

Page 7

[1] suits where people brought causes of action against [2] the MBTA.

[3] Q: And when we talk about many suits, five? [4] Twenty-five?

[5] A: I believe during my tenure with the MBTA I [6] was a named defendant in about 10 lawsuits.

[7] Q: And you were deposed in all of them, as you [8] recall?

[9] A: No, I was not. I was deposed in some of [10] them.

[11] Q: Roughly how many?

[12] A: I believe three or four.

[13] Q: Are you married, chief?

[14] A: No, I'm divorced.

[15] Q: And when were you divorced?

[16] A: Last year.

[17] Q: Do you have children?

[18] A: I have three children. One's deceased, and I [19] have my two sons who I have custody of.

[20] Q: And how old are your sons?

[21] A: Fifteen and eleven.

[22] Q: And in what town do you live, chief?

[23] A: My mailing address is the police department, [24] 250 Main Street, Milford.

Page 8

[1] Q: Okay. Could you give a description of your [2] educational background since high school?

[3] A: I attended Bunker Hill Community College in [4] Charlestown, received an Associates Degree in [5] Criminal Justice. I attended Boston State College [6] where I received a Bachelor's Degree in Criminal [7] Justice and Sociology. And I attended New England [8] School of Law where I received a Juris Doctor and [9] I'm a member of the Massachusetts Bar.

[10] Q: And when were you admitted to the bar?

[11] A: Nineteen ninety.

[12] Q: And since high school, what jobs have you [13] held?

[14] A: Well I paid my way through college as a [15] bartender. Thereafter I worked for a very short [16] time for the Boston School Department as a police [17] officer. I then worked eight and a half years with [18] the Boston Housing Authority as a police officer.

[19] I was appointed as the police chief in the [20] town of Wayland in 1986. I served there for [21] approximately six years. I was appointed as the [22] police chief in the town of Wellesley. I served [23] there for approximately six years.

[24] I then served as the chief of police at the

Page 9

[1] MBTA for approximately five years. And I've been [2] the police chief in the town of Milford for three [3] and a half years.

[4] Q: And you're currently the police chief in [5] Milford?

[6] A: Correct, yes.

[7] Q: Do you know what this case is about, chief?

[8] A: I know some of what the case is about.

[9] Q: What do you know about this case?

[10] A: I believe it's a cause of action that was [11] brought by Nancy O'Loughlin against the MBTA, [12] Michael Mulhern. I'm not sure if there are other [13] named defendants. And I believe it relates to her [14] employment at the MBTA Police Department.

[15] Q: Do you know any of her causes of action?

[16] A: The specifics? No, I don't.

[17] Q: Just the general nature.

[18] A: I believe that it's a claim of [19] discrimination, and I believe there's an allegation [20] of defamation.

[21] Q: Have you discussed this case with her?

[22] A: I talked with her well over a year ago.

[23] Q: And what was the substance of that [24] discussion?

Page 10

[1] A: I told her of the conversation that I had [2] with a reporter from The Boston Globe.

[3] Q: And what was that conversation about?

[4] A: There was a newspaper article published which [5] asserted that she was the subject of discipline and [6] allegations of criminal wrongdoing. The article [7] went on to identify her as being my sister and had [8] named me in the article as well.

[9] I told her I had called the reporter to [10] express to him that I didn't appreciate the fact [11] that I was even in the article. I hadn't been at [12] the MBTA for a number of years, and that the facts [13] and circumstances as he detailed them were [14] inaccurate.

[15] Q: And who was the reporter?

[16] A: Mac Daniel.

[17] Q: M-a-c?

[18] A: M-a-c.

[19] Q: And when was this? I'm sorry.

[20] A: I believe it was March of '04. He — it [21] was the day the article was published.

[22] Q: Did you see the article?

[23] A: I had it right in front of me when I was [24] talking to him.

Page 11

[1] Q: And what was inaccurate about the article, as [2] far as you knew?

[3] A: As far as I knew, Nancy O'Loughlin

had not [4] committed any criminal offenses. And Nancy [5] O'Loughlin is not my sister.

[6] Q: Is she related to you at all?

[7] A: I don't think she's related to me. At least [8] I can't find a definition in any lineage book. [9] She's married to my cousin.

[10] Q: And the article said that Nancy O'Loughlin [11] committed criminal offenses?

[12] A: It said four police officers did, and it [13] identified only her.

[14] Q: Okay. And you understood that to mean that [15] she was being accused of criminal conduct?

[16] A: By an MBTA official, yes.

[17] Q: And how did you know that she didn't commit [18] criminal offenses or wasn't being accused of [19] criminal conduct?

[20] A: I — in conversations with others that work [21] at the MBTA, just, you know, people say things to [22] you. I don't believe that she was engaged in any [23] kind of criminal conduct.

[24] Q: That was before the article came out that you

Page 12

[1] had conversations with people at the MBTA?

[2] A: Yes.

[3] Q: And what were those conversations?

[4] A: Just, you know, people that I became friendly [5] with and how things are going. They said well, you [6] know, there's a situation going on that involves [7] Nancy, Bill Flemming, Bob McKay, Ron Jordan and [8] others.

[9] Bob McKay, I talked to Bobby periodically. [10] Bobby was a Union official when I was the chief of [11] police. We had a cordial relationship. Bill [12] Flemming I speak to periodically. Bill was a [13] member of my command staff.

[14] Q: And what was the situation that was described [15] to you that was going on at the MBTA?

[16] A: That members of the command staff had [17] listened to telephone conversations and heard those [18] officers saying bad things about the police chief.

[19] Q: Flemming and McKay said this to you?

[20] A: Yes.

[21] Q: Nancy O'Loughlin, as well?

[22] A: I talked to Nancy after I talked to Mac [23] Daniel. And there were allegations raised against [24] McKay and Jordan where criminal charges were

Page 13

[1] brought. There's never been criminal charges [2] brought against Nancy O'Loughlin.

[3] Q: But that's after the article, correct?

[4] A: I called her, right.

[5] Q: Anything else inaccurate in the article that [6] you recall?

[7] A: I'd have to look at the article and the notes [8] that I made at the time I had the conversation with [9] Mac Daniel.

[10] Q: You kept notes and you still have them?

[11] A: Yes, I do.

[12] Q: Did you tell Mac Daniel that you knew that [13] Nancy O'Loughlin had not been involved in criminal [14] conduct or that you were told by others that she [15] had not engaged in criminal conduct?

[16] A: I think I specifically said to him that Nancy [17] was not engaged in criminal conduct and she's not [18] my sister.

[19] Q: How long have you known Nancy O'Loughlin?

[20] A: I'm trying to think how long she's been [21] married to Frank. More than 10 years. Exact, I [22] don't know.

[23] Q: You knew her before you went to the MBTA?

[24] A: Yes.

Page 14

[1] Q: Do you consider yourself a friend of Nancy [2] O'Loughlin?

[3] A: I'm friendly towards Nancy. I don't [4] socialize with Nancy and Frank. Frank's my cousin. [5] I mean I — other than funerals and weddings. For [6] instance, I've never been to dinner with them, I've [7] never, you know, I don't socialize with Nancy and [8] Frank.

[9] Q: Did you discuss this case at all with Frank [10] O'Loughlin?

[11] A: No.

[12] Q: And Frank O'Loughlin is Nancy O'Loughlin's [13] husband?

[14] A: Correct.

[15] Q: Now John O'Loughlin was Frank O'Loughlin's [16] brother?

[17] A: Correct.

[18] Q: He's deceased?

[19] A: Correct.

[20] Q: Was Frank O'Loughlin employed at the MBTA [21] Police Department when you came on as chief in [22] 1997?

[23] A: Yes, he was.

[24] Q: What about John O'Loughlin?

Page 15

[1] A: No, he was not.

[2] Q: He was retired?

[3] A: Yes.

Nancy O'Loughlin
MBTA, et al.,
Case 1:04-cv-10933-JLT    Document 38-6    Filed 07/05/2006    Page 5 of 29
Thomas J. O'Loughlin
December 20, 2005

[4] **Q:** Nancy was employed?

[5] **A:** Yes, she was.

[6] **Q:** What was the application process for you to [7] become chief of the MBTA?

[8] **A:** I was approached initially by the secretary [9] of public safety, Kathleen O'Toole, who asked me to [10] consider the position. I declined.

[11] Subsequently, I was contacted by the [12] secretary of transportation, Patrick Moynihan, and [13] the general manager, Robert Prince, and they asked [14] if I would meet with them.

[15] **Q:** And when was that?

[16] **A:** Early summer of 1997.

[17] **Q:** And you did meet with them?

[18] **A:** I did, yes.

[19] **Q:** Why did you initially decline when you were [20] approached by Kathleen O'Toole?

[21] **A:** I declined when I met with Patrick Moynihan [22] and Robert Prince. I wasn't interested in the [23] position. I met with them a second time and made [24] the decision that I would accept the position.

Page 16

[1] **Q:** Was that also during the summer of 1997?

[2] **A:** Yes, it was. That was the latter part of the [3] summer.

[4] **Q:** And did you meet with Robert Prince and [5] Patrick Moynihan the first time together? Was it [6] the three of you?

[7] **A:** The first time I met with Patrick Moynihan, I [8] was introduced to Robert Prince. The second time I [9] met with them initially together, and then I sat [10] with Bob Prince.

[11] **Q:** And why did they want you or why did they say [12] they wanted you?

[13] **A:** They had completed a management study on the [14] police department. Their belief was that the [15] police department was troubled, was in disarray and [16] I had a reputation of dealing with those types of [17] issues in police departments.

[18] **Q:** That's a reputation you got from your tenure [19] at Wayland and Wellesley?

[20] **A:** I believe so.

[21] **Q:** How large was the Wayland Police Department?

[22] **A:** Twenty-five officers.

[23] **Q:** Was that in disarray when you got there?

[24] **A:** I don't know if I'd use the term disarray. I

Page 17

[1] think it was stagnant.

[2] **Q:** What about Wellesley? Was that in disarray [3] when you got there?

[4] **A:** The management consultant said if it was a [5] private business, it should be bankrupt. They had [6] a lot of difficulties internally. Externally they [7] had just —

[8] **MR. EDWARDS:** Excuse me, can we go off [9] the record.

[10] (A short break was taken.)

[11] **BY MR. EDWARDS:**

[12] **Q:** You said that a consultant said it would be [13] bankrupt. Did I interrupt you in the answer?

[14] **A:** Yes. The department had externally been [15] dealing with, as well as internally, the issues [16] related to the so-called Dee Brown incident, who [17] was the Celtics draft pick, resided in the [18] community and had been misidentified as being a [19] bank robber, and was taken into custody by the [20] police at gun point.

[21] Internally there were a number of conflicts [22] related to police officers who had been charged [23] criminally, and other officers, for abusing a [24] prisoner and other officers having testified

Page 18

[1] against them. They were found not guilty, a de [2] novo trial.

[3] So you had those types of internal conflicts [4] as well taking place.

[5] **Q:** When did the Dee Brown incident take place?

[6] **A:** I believe it was 1996. I went there in [7] '97. [7] Excuse me, let me get my dates here. It would have [8] been, I'm sorry, '91, in that frame work, because I [9] went there in '92.

[10] **Q:** Okay. So you were wooed, for want of a [11] better word, to the MBTA Police Department because [12] it was perceived by management that the police [13] department was in disarray and that your particular [14] skills could be useful in straightening that out. [15] Is that a fair synopsis of what you said?

[16] **A:** Yes.

[17] **Q:** And what was the management study or the [18] study of the police department?

[19] **A:** Which? At the MBTA?

[20] **Q:** Yes, at the MBTA.

[21] **A:** That was a study that was conducted by Linder [22] and Associates.

[23] **Q:** Did Bob Prince or Patrick Moynihan say that [24] they wanted you to implement any recommendations of

Page 19

[1] the Linder report?

[2] **A:** There were a number of recommendations that [3] they wanted implemented.

[4] **Q:** Now when you came — began at the MBTA Police [5] Department, do you recall what position Nancy [6] O'Loughlin was in?

[7] **A:** She was a lieutenant and she was a lieutenant [8] during my entire tenure while I was at the MBTA [9] police, and she was a lieutenant the day I left.

[10] **Q:** You don't remember what job she was doing [11] when you got there?

[12] **A:** I believe she was in patrol.

[13] **Q:** Was it your understanding that she was [14] related to a former chief, Bill Bratton?

[15] **A:** I think she's a cousin of Bill's.

[16] **Q:** Did you know that then?

[17] **A:** Yes. I know Bill Bratton, so yes.

[18] **Q:** Was she already married to Frank O'Loughlin [19] when you got there?

[20] **A:** Yes.

[21] **Q:** Did you ever hear that Nancy O'Loughlin had [22] it easy on the police force or received choice [23] assignments because of her relationship to Bill [24] Bratton, Frank O'Loughlin, John O'Loughlin or Tom

Page 20

[1] O'Loughlin?

[2] **A:** No.

[3] **Q:** During your — now when you came on to the [4] MBTA Police Department, approximately how many [5] officers were employed there?

[6] **A:** Approximately 215.

[7] **Q:** Two hundred and fifty?

[8] **A:** Two hundred and fifteen, 2-1-5.

[9] **Q:** Right. And approximately how many of those [10] were at the rank of patrol officer?

[11] **A:** Probably about 180, 185.

[12] **Q:** And the remainder were sergeants and above?

[13] **A:** Yes.

[14] **Q:** To whom did you report as chief?

[15] **A:** I reported to the general manager.

[16] **Q:** And who was the general manager at the time?

[17] **A:** Robert Prince.

[18] **Q:** Was — did you have a reporting relationship [19] with the board of directors?

[20] **A:** Statutorily, but day to day I reported to the [21] general manager. There were times that I would [22] appear before the board of directors.

[23] **Q:** To give reports?

[24] **A:** Yes.

Page 21

[1] **Q:** When you say statutorily, what do you mean?

[2] **A:** I believe that the position of police chief [3] in the enabling statute from the MBTA is one of the [4] positions that is directly appointed by the board [5] of directors and reports to the board of directors.

[6] **Q:** Now you mentioned a command staff. You had a [7] command staff as chief?

[8] **A:** Yes.

[9] **Q:** What, generally, is the command staff?

[10] **A:** It would be the rank of deputy chief and the [11] police chief.

[12] **Q:** And what is the function of the command [13] staff?

[14] **A:** The police chief manages the police [15] department as a whole, and then each of the deputy [16] chiefs have a particular section of the department [17] or area of the department that they manage on a [18] day-to-day basis.

[19] **Q:** Who did you succeed as chief?

[20] **A:** John O'Donovan.

[21] **MS. LUKEY:** I'm sorry, O'Donovan?

[22] **THE WITNESS:** O'Donovan.

[23] **MS. LUKEY:** Thank you.

[24] **BY MR. EDWARDS:**

[1] **Q:** Did you meet with John O'Donovan prior to [2] assuming command?

[3] **A:** Yes, I did.

[4] **Q:** Did he give you transition materials or was [5] the discussion about the transition of the police [6] department or the chief's position?

[7] **A:** He provided me with information that I had [8] requested.

[9] **Q:** What kind of things had you requested?

[10] **A:** Budget information, information concerning [11] the property that was in the possession and custody [12] of the police department, personnel information [13] with regard to the listing of who was on the [14] department, what their responsibilities were, how [15] he during his tenure had the department structured. [16] That's essentially it.

[17] **Q:** As far as you know, is that standard [18] procedure when there's a change in command?

[19] **MR. NOTIS:** Objection. Are we talking [20] about the MBTA Police Department, other police [21] department operations?

[22] **MR. EDWARDS:** Well generally.

[23] **BY MR. EDWARDS:**

[24] **Q:** Generally speaking. You've assumed command

[1] of several police departments. Is it customary?

[2] **A:** My custom is to request information, and I've [3] always had it provided to me. I did not meet with [4] the police chief in Wellesley. I mean they [5] provided that same information to me.

[6] The police chief in Wayland, I walked in one [7] day, he shook my hand and he walked out. He seemed [8] to be very happy as he was walking out.

[9] **Q:** Did you retain the command staff that John [10] O'Donovan had?

[11] **A:** No, I did not.

[12] **Q:** You appointed your own command staff?

[13] **A:** Yes, I did.

[14] **Q:** How soon after you assumed command, if it was [15] after you assumed command, did you appoint your [16] command staff?

[17] **A:** It would have been after I assumed command [18] because I didn't have the authority of the position [19] to deal with those personnel issues. I believe it [20] was immediate.

[21] **Q:** I guess I should have phrased the question [22] differently. On the day you took office, did you [23] know who your command staff would be?

[24] **A:** Yes, I did.

[1] **Q:** You had already interviewed individuals?

[2] **A:** I had met with, yes, each of the individuals.

[3] **Q:** And you already knew that you didn't want to [4] retain anybody from Chief O'Donovan's command [5] staff?

[6] **A:** That's correct.

[7] **Q:** And who did you have lined up to be your [8] command staff on the day you took over?

[9] **A:** I had discussed with Peter Shaughnessy, who [10] worked at the MBTA police, the prospect of his [11] serving as the patrol commander during days.

[12] I had discussed with Ann McCall the prospects [13] of her commanding the administrative section which [14] deals with internal affairs and recruiting and [15] things of that nature.

[16] I had discussed with Bill Flemming the [17] prospect of his commanding the investigative [18] services. All of those people were then employed [19] at the MBTA Police Department.

[20] And then lastly Nadine Taylor Miller, who was [21] employed at the Boston Police Department, I had [22] discussed with her the prospect of coming to the [23] MBTA Police to serve as the night

commander of [24] patrol.

[1] **Q:** Did you know each of these individuals before [2] your appointment to the MBTA?

[3] **A:** Two of them I had worked with in the past as [4] I knew them, and the other two I knew of them.

[5] **Q:** Who had you worked with?

[6] **A:** Peter Shaughnessy, I had dealings with Peter [7] when I was employed with the Housing Authority [8] Police many years ago, and Peter was the sergeant [9] detective at the MBTA Police Department.

[10] Nadine Taylor Miller I had worked in the [11] public housing developments with Nadine Taylor [12] Miller for a number of years.

[13] **Q:** She had been a housing police officer as [14] well?

[15] **A:** No, she was a Boston police officer.

[16] **Q:** And you did not know Ann McCall and you did [17] not know Bill Flemming?

[18] **A:** No, I did not know Ann McCall. I knew of [19] her. And Bill Flemming I knew simply on a, you [20] know, I didn't know him but I knew of him [21] professionally.

[22] **Q:** What caused you to ask Bill Flemming to be in [23] charge of investigative services?

[24] **A:** Bill Flemming's reputation in the law

[1] enforcement community was that of being a good [2] command person, a good supervisor, someone that the [3] officers that worked for him looked up to and [4] admired and an individual who understood or [5] appreciated the need to work with other agencies in [6] conducting investigations.

[7] **Q:** And what about Ann McCall? What caused you [8] to ask her to command the administrative functions?

[9] **A:** My understanding is Ann had been involved in [10] the hiring process at the MBTA Police Department [11] for a number of years. Ann is an attorney, as [12] well. So I'm looking at the issues around internal [13] affairs and involvement with labor organizations.

[14] Ann had the experience on the administrative [15] side of the department and she had the education [16] and credentials to deal with the internal affairs [17] and investigative issues as it relates to employees [18] of the department.

[19] **Q:** Now what was your, if it can be called a [20] mandate, from the general manager and to the extent [21] it came

[1] **Q:** When you say statutorily, what do you mean?

[2] **A:** I believe that the position of police chief [3] in the enabling statute from the MBTA is one of the [4] positions that is directly appointed by the board [5] of directors and reports to the board of directors.

[6] **Q:** Now you mentioned a command staff. You had a [7] command staff as chief?

[8] **A:** Yes.

[9] **Q:** What, generally, is the command staff?

[10] **A:** It would be the rank of deputy chief and the [11] police chief.

[12] **Q:** And what is the function of the command [13] staff?

[14] **A:** The police chief manages the police [15] department as a whole, and then each of the deputy [16] chiefs have a particular section of the department [17] or area of the department that they manage on a [18] day-to-day basis.

[19] **Q:** Who did you succeed as chief?

[20] **A:** John O'Donovan.

[21] **MS. LUKEY:** I'm sorry, O'Donovan?

[22] **THE WITNESS:** O'Donovan.

[23] **MS. LUKEY:** Thank you.

[24] **BY MR. EDWARDS:**

Page 22

[1] **Q:** Did you meet with John O'Donovan prior to [2] assuming command?

[3] **A:** Yes, I did.

[4] **Q:** Did he give you transition materials or was [5] the discussion about the transition of the police [6] department or the chief's position?

[7] **A:** He provided me with information that I had [8] requested.

[9] **Q:** What kind of things had you requested?

[10] **A:** Budget information, information concerning [11] the property that was in the possession and custody [12] of the police department, personnel information [13] with regard to the listing of who was on the [14] department, what their responsibilities were, how [15] he during his tenure had the department structured. [16] That's essentially it.

[17] **Q:** As far as you know, is that standard [18] procedure when there's a change in command?

[19] **MR. NOTIS:** Objection. Are we talking [20] about the MBTA Police Department, other police [21] department operations?

[22] **MR. EDWARDS:** Well generally.

[23] **BY MR. EDWARDS:**

[24] **Q:** Generally speaking. You've assumed command

Page 23

[1] of several police departments. Is it customary?

[2] **A:** My custom is to request information, and I've [3] always had it provided to me. I do not meet with [4] the police chief in Wellesley. I mean they [5] provided that same information to me.

[6] The police chief in Wayland, I walked in one [7] day, he shook my hand and he walked out. He seemed [8] to be very happy as he was walking out.

[9] **Q:** Did you retain the command staff that John [10] O'Donovan had?

[11] **A:** No, I did not.

[12] **Q:** You appointed your own command staff?

[13] **A:** Yes, I did.

[14] **Q:** How soon after you assumed command, if it was [15] after you assumed command, did you appoint your [16] command staff?

[17] **A:** It would have been after I assumed command [18] because I didn't have the authority of the position [19] to deal with those personnel issues. I believe it [20] was immediate.

[21] **Q:** I guess I should have phrased the question [22] differently. On the day you took office, did you [23] know who your command staff would be?

[24] **A:** Yes, I did.

Page 24

[1] **Q:** You had already interviewed individuals?

[2] **A:** I had met with, yes, each of the individuals.

[3] **Q:** And you already knew that you didn't want to [4] retain anybody from Chief O'Donovan's command [5] staff?

[6] **A:** That's correct.

[7] **Q:** And who did you have lined up to be your [8] command staff on the day you took over?

[9] **A:** I had discussed with Peter Shaughnessy, who [10] worked at the MBTA police, the prospect of his [11] serving as the patrol commander during days.

[12] I had discussed with Ann McCall the prospects [13] of her commanding the administrative section which [14] deals with internal affairs and recruiting and [15] things of that nature.

[16] I had discussed with Bill Flemming the [17] prospect of his commanding the investigative [18] services. All of those people were then employed [19] at the MBTA Police Department.

[20] And then lastly Nadine Taylor Miller, who was [21] employed at the Boston Police Department, I had [22] discussed with her the prospect of coming to the [23] MBTA Police to serve as the night

Page 25

commander of [24] patrol.

[1] **Q:** Did you know each of these individuals before [2] your appointment to the MBTA?

[3] **A:** Two of them I had worked with in the past as [4] I knew them, and the other two I knew of them.

[5] **Q:** Who had you worked with?

[6] **A:** Peter Shaughnessy, I had dealings with Peter [7] when I was employed with the Housing Authority [8] Police many years ago, and Peter was the sergeant [9] detective at the MBTA Police Department.

[10] Nadine Taylor Miller I had worked in the [11] public housing developments with Nadine Taylor [12] Miller for a number of years.

[13] **Q:** She had been a housing police officer as [14] well?

[15] **A:** No, she was a Boston police officer.

[16] **Q:** And you did not know Ann McCall and you did [17] not know Bill Flemming?

[18] **A:** No, I did not know Ann McCall. I knew of [19] her. And Bill Flemming I knew simply on a, you [20] know, I didn't know him but I knew of him [21] professionally.

[22] **Q:** What caused you to ask Bill Flemming to be in [23] charge of investigative services?

[24] **A:** Bill Flemming's reputation in the law

Page 26

[1] enforcement community was that of being a good [2] command person, a good supervisor, someone that the [3] officers that worked for him looked up to and [4] admired and an individual who understood or [5] appreciated the need to work with other agencies in [6] conducting investigations.

[7] **Q:** And what about Ann McCall? What caused you [8] to ask her to command the administrative functions?

[9] **A:** My understanding is Ann had been involved in [10] the hiring process at the MBTA Police Department [11] for a number of years. Ann is an attorney, as [12] well. So I'm looking at the issues around internal [13] affairs and involvement with labor organizations.

[14] Ann had the experience on the administrative [15] side of the department and she had the education [16] and credentials to deal with the internal affairs [17] and investigative issues as it relates to employees [18] of the department.

[19] **Q:** Now what was your, if it can be called a [20] mandate, from the general manager and to the extent [21] it came

Nancy O'Loughlin
Case 1:04-cv-10933-JLT     Document 38-6     Filed 07/05/2006     Page 8 of 29
MBTA, et al.,
Thomas J. O'Loughlin
December 20, 2005

from the board of directors, upon as- [22] suming command, other than to make order out of disarray? [23] Did you have specific goals?

[24] **A:** Yes. Put MBTA cops on the MBTA system.

---

Page 27

[1] **Q:** Okay.

[2] **A:** Deal with quality of life issues, deal with [3] violations of the law that were taking place in the [4] MBTA. That's what I was mandated to do. That's, [5] in fact, what the MBTA in conducting a really [6] comprehensive media strategy had set as the goals.

[7] **Q:** And what do you mean put MBTA cops on the [8] system?

[9] **A:** Historically MBTA police officers want to [10] patrol anywhere but the transit system. Bill [11] Bratton in his book said they're like corks, they [12] rise to the top, you can't keep them down in the [13] system.

[14] So at the time that I took over the MBTA [15] police, of the 215 sworn personnel, there were I [16] believe 18 that were assigned to MBTA stations. [17] Everyone else was driving around in cars or sitting [18] at headquarters.

[19] **Q:** And what do you mean quality of life issues? [20] What are those?

[21] **A:** Disorderly conduct, the simple assault and [22] batteries. Petty larcenies. One has to deal with [23] the panhandling and assist homeless peoples to [24] shelters as contrasted to having them take refuge

---

Page 28

[1] in the subway stations. And then the serious [2] offenses that take place in the transit system.

[3] The Department was a reactionary department. [4] There was no proactive policing at all.

[5] **Q:** And is it fair to say that one of your [6] mandates was to make it a proactive department and [7] less reactive?

[8] **A:** Mandate was to put police officers on the [9] system to prevent crime rather than respond to [10] crime. I mean the MBTA police officers had a [11] motto, you know, that they said would come from the [12] administration. It was put a man there now.

[13] So you had a serious incident and they'd [14] plant a cop at that station for two weeks and wait [15] for things to quiet down and then that officer [16] would vanish. So it was strictly re- [17] actionary to [17] serious incidents.

[18] **Q:** So the disorderly conduct, simple assaults [19] and batteries, petty larcenies, et cetera, weren't [20] being dealt with to the satisfaction of the general [21] mana-

---

Page 29

ger and the board of directors. Is that your [22] understanding?

[23] **A:** Yes.

[24] **Q:** And was Nadine Taylor Miller, Bill Flemming,

[1] Ann McCall and Peter Shaughnessy all deputy chiefs?

[2] **A:** Yes, and there was one other in- dividual, I'm [3] sorry, that had come from the Wellesley Police [4] Department, Tom Komola. He was superintendent. [5] The enabling statute for the MBTA Police Department [6] has a position of super- intendent and then there [7] were majors or deputy chiefs.

[8] **MS. LUKEY:** What was the last name?

[9] **THE WITNESS:** Komola, K-o-m-o-l-a.

[10] **BY MR. EDWARDS:**

[11] **Q:** Had there been a superintendent in the [12] immediately prior admin- istration that you know of?

[13] **A:** No, there was not. The statute, in fact [14] O'Donovan had the statute changed. The previous [15] statute had the position of chief and deputy chief. [16] He changed the statute by legislation and the [17] statute was changed to the chief, a superintendent, [18] and majors, I think somewhat consistent with his [19] background, having worked with the State Police. [20] The majors essentially were deputy chiefs.

[21] **Q:** And what is Komola's first name?

[22] **A:** Thomas.

[23] **Q:** What was Thomas Komola's function as [24] superintendent?

---

Page 30

[1] **A:** Tom handled a number of ad- ministrative [2] matters. He was a direct report for the [3] administrative deputy chief. Tom handled, you [4] know, bud- gets and oversaw our relationship with a [5] number of the other departments, the Transportation [6] Department.

[7] We have a number of parking con- tractors at [8] the MBTA so he had the relationship with them as [9] well. And then he would serve as the chief of [10] police in my absence.

[11] **Q:** The other — the remaining dep- uty chief other [12] than the admin- istrative deputy chief reported to [13] you directly?

[14] **A:** Patrol and investigations, yes.

[15] **Q:** Is it unusual for a new chief to appoint his [16] or her own command staff?

[17] **A:** I think it's fairly common. Boston Police [18] Department, you get a new commissioner, you meet a [19] new com- mand staff.

[20] **Q:** Now at some point you created

---

Page 31

what came to be [21] known as or what was the Anti-Crime Unit?

[22] **A:** I don't know that I created it. I put staff [23] to perform anti-crime respon- sibilities. The MBTA's [24] been always anti-crime.

[1] **Q:** There was an Anti-Crime Unit un- der Chief [2] O'Donovan that you knew of?

[3] **A:** He would rotate officers from uni- form on a [4] periodic basis to perform anti-crime [5] responsibilities.

[6] **Q:** And what are anti-crime functions?

[7] **A:** Essentially, they're police officers that are [8] in regular clothing and they blend in with the [9] every day ridership on trains and stations, and [10] essentially are performing a patrol function in [11] regular or what we would term plain clothes.

[12] **Q:** What is a patrol function?

[13] **A:** Patrol officers are assigned throughout the [14] MBTA system to prevent and identify criminal [15] activi- ties.

[16] **Q:** Is it fair to say that the anti-crime [17] function under Chief O'Donovan was perceived as [18] ineffective?

[19] **A:** I don't know. I don't know that to be the [20] case.

[21] **Q:** But you understood that there was an anti- [22] crime component under his command?

[23] **A:** I was told that he would rotate officers into [24] plain clothes peri- odically.

---

Page 32

[1] **Q:** And these officers would ride the system?

[2] **A:** Purportedly, yeah. I mean the issue at the [3] MBTA Police Department, as I said, was that MBTA [4] officers weren't patrolling the transit system.

[5] **Q:** Well I think that's what I'm getting at.

[6] **A:** I don't know how effective they were or were [7] not.

[8] **Q:** Okay. So what was the first thing you did [9] concerning the anti-crime function? You said you [10] staffed it. Describe what you did.

[11] **A:** Well the entire department, we built a patrol [12] plant for the entire department. Part of this [13] patrol plan was the assignment of officers to [14] perform anti-crime responsibilities.

[15] **Q:** And you say "we", who was we built the patrol [16] plan?

[17] **A:** Well essentially me. I had the [18] responsibility but I did have input from command [19] personnel.

Nancy O'Loughlin
MBTA, et al.,
Case 1:04-cv-10933-JLT   Document 38-6   Filed 07/05/2006   Page 9 of 29
Thomas J. O'Loughlin
December 20, 2005

from the board of directors, upon as- [22] suming [22] command, other than to make order out of disarray? [23] Did you have specific goals?

[24] **A:** Yes. Put MBTA cops on the MBTA system.

Page 27

[1] **Q:** Okay.

[2] **A:** Deal with quality of life issues, deal with [3] violations of the law that were taking place on the [4] MBTA. That's what I was mandated to do. That's, [5] in fact, what the MBTA in conducting a really [6] comprehensive media strategy had set as the goals.

[7] **Q:** And what do you mean put MBTA cops on the [8] system?

[9] **A:** Historically MBTA police officers want to [10] patrol anywhere but the transit system. Bill [11] Bratton in his book said they're like corks, they [12] rise to the top, you can't keep them down in the [13] system.

[14] So at the time that I took over the MBTA [15] police, of the 215 sworn personnel, there were I [16] believe 18 that were assigned to MBTA stations. [17] Everyone else was driving around in cars or sitting [18] at headquarters.

[19] **Q:** And what do you mean quality of life issues? [20] What are those?

[21] **A:** Disorderly conduct, the simple assault and [22] batteries. Petty larcenies. One has to deal with [23] the panhandling and assist homeless peoples to [24] shelters as contrasted to having them take refuge

Page 28

[1] in the subway stations. And then the serious [2] offenses that take place in the transit system.

[3] The Department was a reactionary department. [4] There was no proactive policing at all.

[5] **Q:** And is it fair to say that one of your [6] mandates was to put police officers on the [7] system to prevent crime rather than respond to [10] crime. I mean the MBTA police officers had a [11] motto, you know, that they said would come from the [12] administration. It was put a man there now.

[13] So you had a serious incident and they'd [14] plant a cop at that station for two weeks and wait [15] for things to quiet down and then that officer [16] would vanish. So it was strictly re- [17] actionary to [17] serious incidents.

[18] **Q:** So the disorderly conduct, simple assaults [19] and batteries, petty larcenies, et cetera, weren't [20] being dealt with to the satisfaction of the general [21] mana-

ger and the board of directors. Is that your [22] understanding?

[23] **A:** Yes.

[24] **Q:** And was Nadine Taylor Miller, Bill Flemming,

Page 29

[1] Ann McCall and Peter Shaughnessy all deputy chiefs?

[2] **A:** Yes, and there was one other individual, I'm [3] sorry, that had come from the Wellesley Police [4] Department, Tom Komola. He was superintendent. [5] The enabling statute for the MBTA Police Department [6] has a position of superintendent and then there [7] were majors or deputy chiefs.

[8] **MS. LUKEY:** What was the last name?

[9] **THE WITNESS:** Komola, K-o-m-o-l-a.

[10] **BY MR. EDWARDS:**

[11] **Q:** Had there been a superintendent in the [12] immediately prior administration that you know of?

[13] **A:** No, there was not. The statute, in fact [14] O'Donovan had the statute changed. The previous [15] statute had the position of chief and deputy chief. [16] He changed the statute by legislation and the [17] statute was changed to the chief, a superintendent, [18] and majors, I think somewhat consistent with his [19] background, having worked with the State Police. [20] The majors essentially were deputy chiefs.

[21] **Q:** And what is Komola's first name?

[22] **A:** Thomas.

[23] **Q:** What was Thomas Komola's function as [24] superintendent?

Page 30

[1] **A:** Tom handled a number of administrative [2] matters. He was a direct report for the [3] administrative deputy chief. Tom handled, you [4] know, budgets and oversaw our relationship with a [5] number of the other departments, the Transportation [6] Department.

[7] We have a number of parking contractors at [8] the MBTA so he had the relationship with them as [9] well. And then he would serve as the chief of [10] police in my absence.

[11] **Q:** The other — the remaining deputy chief other [12] than the administrative deputy chief reported to [13] you directly?

[14] **A:** Patrol and investigations, yes.

[15] **Q:** Is it unusual for a new chief to appoint his [16] or her own command staff?

[17] **A:** I think it's fairly common. Boston Police [18] Department, you get a new commissioner, you meet a [19] new command staff.

[20] **Q:** Now at some point you created

what came to be [21] known as or what was the Anti-Crime Unit?

[22] **A:** I don't know that I created it. I put staff [23] to perform anti-crime responsibilities. The MBTA's [24] been always anti-crime.

Page 31

[1] **Q:** There was an Anti-Crime Unit under Chief [2] O'Donovan that you knew of?

[3] **A:** He would rotate officers from uniform on a [4] periodic basis to perform anti-crime [5] responsibilities.

[6] **Q:** And what are anti-crime functions?

[7] **A:** Essentially, they're police officers that are [8] in regular clothing and they blend in with the [9] every day ridership on trains and stations, and [10] essentially are performing a patrol function in [11] regular or what we would term plain clothes.

[12] **Q:** What is a patrol function?

[13] **A:** Patrol officers are assigned throughout the [14] MBTA system to prevent and identify criminal [15] activities.

[16] **Q:** Is it fair to say that the anti-crime [17] function under Chief O'Donovan was perceived as [18] ineffective?

[19] **A:** I don't know. I don't know that to be the [20] case.

[21] **Q:** But you understood that there was an anti- [22] crime component under his command?

[23] **A:** I was told that he would rotate officers into [24] plain clothes periodically.

Page 32

[1] **Q:** And these officers would ride the system?

[2] **A:** Purportedly, yeah. I mean the issue at the [3] MBTA Police Department, as I said, was that MBTA [4] officers weren't patrolling the transit system.

[5] **Q:** Well I think that's what I'm getting at.

[6] **A:** I don't know how effective they were or were [7] not.

[8] **Q:** Okay. So what was the first thing you did [9] concerning the anti-crime function? You said you [10] staffed it. Describe what you did.

[11] **A:** Well the entire department, we built a patrol [12] plant for the entire department. Part of that [13] patrol plan was the assignment of officers to [14] perform anti-crime responsibilities.

[15] **Q:** And you say "we", who was we built the patrol [16] plan?

[17] **A:** Well essentially me. I had the [18] responsibility but I did have input from command [19] personnel.

[21] responsibility to prevent crime from taking place. [22] The Anti-Crime and the nomenclature of our line of [23] work, anti-crime simply means a police officer who [24] is assigned to plain clothes not in a detective or

---

Page 45

[1] investigative function. You know detectives come [2] after something has occurred, and their role is to [3] figure out what occurred and who done it.

[4] Anti-crime officers, their role is literally [5] to be there as the incidents occur and to mitigate [6] the situation and address it.

[7] They're not necessarily in the preventative [8] role in the respective of visibility, someone [9] seeing that you're a police officer and thus not [10] engaging in conduct that's unlawful.

[11] Q: What is zero tolerance as it related to the [12] Anti-Crime Unit?

[13] A: It's probably a better question for the Union [14] president because he's the one that conjured it up, [15] but I think he garnered that from the position that [16] the MBTA took, that they wanted to address the [17] criminal activities and the acts of disorder that [18] were taking place on the transit system, either [19] resulting in people being harmed or fearful to ride [20] the system.

[21] Zero tolerance is a term that's used commonly [22] in law enforcement business that we're going to [23] assign police officers and in some respects take [24] away some of their discretion in dealing with, in

---

Page 46

[1] particular, serious matters and to address those as [2] law enforcement matters.

[3] Q: So zero tolerance is not a term that you [4] applied to —

[5] A: Well I don't know that — I mean I wouldn't [6] say I've never used the term. As I said to you, [7] it's a common term in our line of work. You know [8] I read the newspapers on what's taking place in the [9] city now and I read zero tolerance in every [10] article.

[11] So, you know, let me put it this way, what is [12] the tolerance for criminal acts? Is there a [13] tolerance level for people being victimized? I [14] don't see one, particularly if you're the victim.

[15] Q: Now when we talk about the quality of life [16] issues, you're not necessarily always talking about [17] people being victimized, is that fair to say?

[18] A: I don't think it is fair to say, no.

[19] Q: Okay. When we talk about quality of life, [20] does that include things such as fare evasion?

---

Page 47

[1] are more around, you know, those disorderly [2] offenses.

[3] So the rough housing, people consuming [4] alcohol in the public, you know, and on the transit [5] system. Things in that vain.

[6] Are there victims? Well there are people [7] that are afraid. If that's your only means of [8] transportation, you know, you have no other choice. [9] Is it reasonable that they should ride it every day [10] in fear? I don't believe so.

[11] Q: Was the ACU concerned with issues such as [12] fare evasion and trespassing when there wasn't [13] disorderly —

[14] A: They would be assigned to deal with fare [15] evasion issues as they came in from the [16] Transportation Department. And there would be [17] times when it would come from the secretary's [18] office or the general manager's office asking that [19] we assign police officers to particular stations [20] where they were seeing, you know, large scale fare [21] evasion.

[22] Q: But that was not a primary function, that was

[24] A: It was a periodic assignment responsibility.

---

Page 48

[1] Q: Now at some point the Anti-Crime Unit came [2] under some criticism, is that fair to say?

[3] A: At some point the Union president and a local [4] attorney orchestrated, yes, criticism.

[5] Q: Who was the Union president?

[6] A: Paul Byrne. B-y-r-n-e.

[7] Q: And what Union was he the president of?

[8] A: The Patrolmen's Association at the MBTA [9] police.

[10] Q: And the local attorney was?

[11] A: Lisa Thurau-Gray.

[12] Q: Did Lisa Thurau-Gray represent a particular [13] faction or entity that you know of?

[14] A: I believe she's associated with Suffolk [15] University Law School.

[16] Q: Do you know in what capacity?

[17] A: No, not particularly.

[18] Q: Now when did this criticism that you have [19] characterized as orchestrated begin?

[20] A: I don't know the exact date. I

---

Page 49

[1] believe it [21] was around the time that the board of directors — [22] let's see. I believe they re-initiated collective [23] bargaining with the association. They had been [24] without a contract prior to my tenure.

---

Page 49

[1] I want to say it was in the time period of, [2] and I'm guessing, but I believe it was 2000, 2001. [3] I believe it was 2001.

[4] Q: And what was the nature of the criticism?

[5] A: That juveniles were being arrested for [6] committing criminal offenses.

[7] Q: And according to Paul Byrne and Lisa Thurau- [8] Gray what was wrong with that?

[9] A: I think you'd have to ask them. My sense is [10] that they don't believe that — well, Lisa Thurau- [11] Gray, I don't believe she feels juveniles should be [12] arrested.

[13] Paul Byrne? He wanted a contract. Hadn't [14] had a contract at that point in time probably close [15] to six years.

[16] Q: Well I mean you heard the criticisms, [17] correct? You were made aware of the criticisms?

[18] A: Yes, I was.

[19] Q: And you were made aware of — let me ask it [20] this way. Were there criticism other than [21] juveniles being arrested for committing criminal [22] offenses?

[23] A: That was the gist of the criticism.

[24] Q: Was there a criticism of either the ACU or

---

Page 50

[1] the police department as a whole or racial [2] profiling?

[3] A: Ms. Thurau-Gray made that assertion.

[4] Q: And let me ask you to do this, please. I [5] mean there are several criticisms that I'm going to [6] ask you about. If they came at different times, [7] just let me know. Or if they arose together as a [8] kind of chorus of complaints around the same time, [9] you can let me know that, as well.

[10] There was a criticism that the MBTA Police [11] Department and the Anti-Crime Unit were targeting [12] minority youth, correct?

[13] A: That was Lisa Thurau-Gray's criticism, yes.

[14] Q: Okay. Did Paul Byrne echo that criticism?

[15] A: Paul Byrne would have echoed anything.

[16] Q: Well did he?

[17] A: Sure.

---

[18] Q: The one about racial profiling, as well?

[19] A: Sure.

[20] Q: Now was the racial profiling charge, [21] allegation, was that aimed at the Anti-Crime Unit?

[22] A: That's where they focused, yes.

[23] Q: Was it the same with the targeting minority [24] youth? Was that aimed at the Anti-Crime Unit?

Page 51

[1] A: Aren't they one and the same?

[2] Q: I'm not sure.

[3] A: Targeting juveniles?

[4] Q: Targeting minority juveniles.

[5] A: Well that would be the argument of racial [6] profiling.

[7] Q: So you see those as the same allegation?

[8] A: Yes.

[9] Q: Was there a complaint that the Anti-Crime [10] Unit was making unnecessary arrests?

[11] A: As I said, I think every arrest that they [12] made Lisa Thurau-Gray would believe was [13] unnecessary.

[14] Q: Was there a complaint that the Anti-Crime [15] Unit made many arrests that would not stand up in [16] court and did not result in conviction?

[17] A: You know when you arrest people for [18] disorderly and other minor offenses of that kind, [19] it's common in the courts. The person comes in, [20] you pay court costs and then the case is dismissed. [21] I mean continued without a finding is used every [22] single day. Or cases being filed.

[23] Q: What does that mean, cases being filed?

[24] A: Where the court, you know, you bring the

Page 52

[1] person in for the arraignment and the judge, you [2] know, releases them. File it.

[3] Q: Does it go on their record?

[4] A: I believe it shows that the disposition is [5] filed.

[6] Q: Did you understand Paul Byrne's strategy of [7] attacking the Anti-Crime Unit to get a contract? [8] Did that make sense to you?

[9] MR. NOTIS: Objection. You can answer [10] if you understand it.

[11] THE WITNESS: I think Paul Byrne's [12] strategy was to burn and pillage, you know, and it [13] was to bring embarrassment as such to the MBTA and [14] trying to force their hand. That's what I think he [15] was up to. He could probably give you a better [16] sense.

[18] Q: Do you think that Paul Byrne as head of the [19] Patrolmen's Union was raising these allegations as [20] a way to attack you as chief of the MBTA Police?

[21] A: Absolutely.

[22] Q: So to attack the MBTA as a whole in order to [23] get a contract?

[24] A: He viewed me as the roadblock to his

Page 53

[1] contract, yes.

[2] Q: Were you the roadblock to his contract? Did [3] you have anything to do with it?

[4] A: I was involved in the process as a [5] representative of management, yes.

[6] Q: And what is your opinion of — let me phrase [7] it this way. What do you think Lisa Thurau-Gray's [8] motives were?

[9] A: I have no idea.

[10] Q: You never thought about it?

[11] A: I try my best not to think about Lisa Thurau- [12] Gray.

[13] Q: Even at the time?

[14] A: I did my best not to think about Lisa Thurau- [15] Gray.

[16] Q: Was there any criticism of the Anti-Crime [17] Unit within your command staff?

[18] A: At which point in time?

[19] Q: I guess we're talking about the same point, [20] 2000, roughly. I'm not going to hold that as [21] written in stone, but you said around 2000 when [22] Byrne and Lisa Thurau-Gray began criticizing the [23] ACU.

[24] A: Yes, I think the only person that ever said

Page 54

[1] anything adverse would have been Ann McCall.

[2] Q: And what did Ann McCall say?

[3] A: Just that she didn't agree with them going [4] out and making arrests. Something to that effect.

[5] Q: Had you solicited her opinion?

[6] A: No.

[7] Q: Did it bother you that she expressed this [8] particular opinion?

[9] A: No. I asked her why and, you know, if there [10] were specific arrests that she had concerns about [11] that we should look at. She didn't.

[12] At the time Ann was a bit disgruntled. But [13] she didn't give me any specifics at all.

[14] Q: Now at the time one of her functions as your [15] deputy chief was Internal Affairs?

[16] A: That's correct.

[17] Q: So she would see complaints against officers?

[18] A: Yes, that's correct.

[19] Q: Were there complaints against officers in the [20] ACU?

[21] A: My recollection is yes. I don't — the [22] particulars, I don't remember particular cases.

[23] Q: Well I'm just trying to figure out whether [24] her seeing complaints against ACU officers might

Page 55

[1] have prompted her to bring this to your attention. [2] And I'm not asking you to guess.

[3] A: I don't believe so. Because she never [4] provided me, I asked her if there were specifics, [5] if there was a specific incident or a specific [6] arrest. She didn't give me any specifics.

[7] Q: What was she disgruntled about?

[8] A: Ann just wasn't a particularly happy person [9] at that point in time. I, you know, she had issues [10] going on with others in the department, there were [11] allegations flying back and forth. I think you'd [12] have to ask her.

[13] Q: Okay. How do you know she was disgruntled?

[14] A: As I said, she didn't appear to be a [15] particularly happy person.

[16] Q: And she had been happy prior?

[17] A: Yes.

[18] Q: Was there any criticism that you were aware [19] of from others within the police department other [20] than your command staff?

[21] A: Other than Ann McCall?

[22] Q: Other than your command staff.

[23] MR. NOTIS: Objection. Complaints [24] about anything at all?

Page 56

[1] MR. EDWARDS: No, about the ACU.

[2] THE WITNESS: As I said, the only [3] criticism that I heard was that one comment from [4] Ann McCall.

[5] BY MR. EDWARDS:

[6] Q: Okay, because I had asked specifically about [7] your command staff.

[8] A: Right, she was a member of the command staff.

[9] Q: Now I'm asking about internally within the [10] department from other officers —

[11] A: It wasn't that the whole command staff came [12] in and said to me hey, something's up here.

[13] Q: No, I understand. I understand. Ann McCall [14] was the only member of your command staff who [15] raised a

[18] **Q:** The one about racial profiling, as well?

[19] **A:** Sure.

[20] **Q:** Now was the racial profiling charge, [21] allegation, was that aimed at the Anti-Crime Unit?

[22] **A:** That's where they focused, yes.

[23] **Q:** Was it the same with the targeting minority [24] youth? Was that aimed at the Anti-Crime Unit?

Page 51

[1] **A:** Aren't they one and the same?

[2] **Q:** I'm not sure.

[3] **Q:** Targeting juveniles?

[4] **Q:** Targeting minority juveniles.

[5] **A:** Well that would be the argument of racial [6] profiling.

[7] **Q:** So you see those as the same allegation?

[8] **A:** Yes.

[9] **Q:** Was there a complaint that the Anti-Crime [10] Unit was making unnecessary arrests?

[11] **A:** As I said, I think every arrest that they [12] made Lisa Thurau-Gray would believe was [13] unnecessary.

[14] **Q:** Was there a complaint that the Anti-Crime [15] Unit made many arrests that would not stand up in [16] court and did not result in conviction?

[17] **A:** You know when you arrest people for [18] disorderly and other minor offenses of that kind, [19] it's common in the courts. The person comes in, [20] you pay court costs and then the case is dismissed. [21] I mean continued without a finding is used every [22] single day. Or cases being filed.

[23] **Q:** What does that mean, cases being filed?

[24] **A:** Where the court, you know, you bring the

Page 52

[1] person in for the arraignment and the judge, you [2] know, releases them. File it.

[3] **Q:** Does it go on their record?

[4] **A:** I believe it shows that the disposition is [5] filed.

[6] **Q:** Did you understand Paul Byrne's strategy of [7] attacking the Anti-Crime Unit to get a contract? [8] Did that make sense to you?

[9] **MR. NOTIS:** Objection. You can answer [10] if you understand it.

[11] **THE WITNESS:** I think Paul Byrne's [12] strategy was to burn and pillage, you know, and it [13] was to bring embarrassment as such to the MBTA and [14] trying to force their hand. That's what I think he [15] was up to. He could probably give you a better [16] sense.

[17] **BY MR. EDWARDS:**

[18] **Q:** Do you think that Paul Byrne as head of the [19] Patrolmen's Union was raising these allegations as [20] a way to attack you as chief of the MBTA Police?

[21] **A:** Absolutely.

[22] **Q:** So to attack the MBTA as a whole in order to [23] get a contract?

[24] **A:** He viewed me as the roadblock to his

Page 53

[1] contract, yes.

[2] **Q:** Were you the roadblock to his contract? Did [3] you have anything to do with it?

[4] **A:** I was involved in the process as a [5] representative of management, yes.

[6] **Q:** And what is your opinion of — let me phrase [7] it this way. What do you think Lisa Thurau-Gray's [8] motives were?

[9] **A:** I have no idea.

[10] **Q:** You never thought about it?

[11] **A:** I try my best not to think about Lisa Thurau- [12] Gray.

[13] **Q:** Even at the time?

[14] **A:** I did my best not to think about Lisa Thurau- [15] Gray.

[16] **Q:** Was there any criticism of the Anti-Crime [17] Unit within your command staff?

[18] **A:** At which point in time?

[19] **Q:** I guess we're talking about the same point, [20] 2000, roughly. I'm not going to hold that as [21] written in stone, but you said around 2000 when [22] Byrne and Lisa Thurau-Gray began criticizing the [23] ACU.

[24] **A:** Yes, I think the only person that ever said

Page 54

[1] anything adverse would have been Ann McCall.

[2] **Q:** And what did Ann McCall say?

[3] **A:** Just that she didn't agree with them going [4] out and making arrests. Something to that effect.

[5] **Q:** Had you solicited her opinion?

[6] **A:** No.

[7] **Q:** Did it bother you that she expressed this [8] particular opinion?

[9] **A:** No. I asked her why and, you know, if there [10] were specific arrests that she had concerns about [11] that we should look at. She didn't.

[12] At the time Ann was a bit disgruntled. But [13] she didn't give me any specifics at all.

[14] **Q:** Now at the time one of her functions as your [15] deputy chief was Internal Affairs?

[16] **A:** That's correct.

[17] **Q:** So she would see complaints against officers?

[18] **A:** Yes, that's correct.

[19] **Q:** Were there complaints against officers in the [20] ACU?

[21] **A:** My recollection is yes. I don't — the [22] particulars, I don't remember particular cases.

[23] **Q:** Well I'm just trying to figure out whether [24] her seeing complaints against ACU officers might

Page 55

[1] have prompted her to bring this to your attention. [2] And I'm not asking you to guess.

[3] **A:** I don't believe so. Because she never [4] provided me, I asked her if there were specifics, [5] if there was a specific incident or a specific [6] arrest. She didn't give me any specifics.

[7] **Q:** What was she disgruntled about?

[8] **A:** Ann just wasn't a particularly happy person [9] at that point in time. I, you know, she had issues [10] going on with others in the department, there were [11] allegations flying back and forth. I think you'd [12] have to ask her.

[13] **Q:** Okay. How do you know she was disgruntled?

[14] **A:** As I said, she didn't appear to be a [15] particularly happy person.

[16] **Q:** And she had been happy prior?

[17] **A:** Yes.

[18] **Q:** Was there any criticism that you were aware [19] of from others within the police department other [20] than your command staff?

[21] **Q:** Other than Ann McCall?

[22] **Q:** Other than your command staff.

[23] **MR. NOTIS:** Objection. Complaints [24] about anything at all?

Page 56

[1] **MR. EDWARDS:** No, about the ACU.

[2] **THE WITNESS:** As I said, the only [3] criticism that I heard was that one comment from [4] Ann McCall.

[5] **BY MR. EDWARDS:**

[6] **Q:** Okay, because I had asked specifically about [7] your command staff.

[8] **A:** Right, she was a member of the command staff.

[9] **Q:** Now I'm asking about internally within the [10] department from other officers —

[11] **A:** It wasn't that the whole command staff came [12] in and said to me hey, something's up here.

[13] **Q:** No, I understand. I understand. Ann McCall [14] was the only member of your command staff who [15] raised a

question or raised criticism?

[16] **A:** That's the only one I remember.

[17] **Q:** And now my question is any lieutenants, [18] sergeants, patrol officers?

[19] **A:** That's the only one I remember.

[20] **Q:** Okay. Now the criticisms that were being [21] leveled at the Anti-Crime Unit were also being [22] aimed directly at Nancy O'Loughlin as commander of [23] that unit, is that correct? Racial profiling, [24] targeting minority youth, which you see as the same

---

Page 57

[1] thing.

[2] **A:** I don't believe that they were focused on [3] Nancy as an individual. Frankly, I think they were [4] focused on me and the Anti-Crime Unit.

[5] **Q:** Do you recall any criticisms of her [6] specifically as head of the Anti-Crime Unit?

[7] **A:** I think Lisa Thurau-Gray was critical of a [8] number of the members of the Anti-Crime Unit [9] because she was critical of a number of the [10] arrests. She was critical of arrests that never [11] took place.

[12] **Q:** Was Lisa Thurau-Gray critical of Nancy [13] specifically at any point that you recall?

[14] **A:** I believe so, yeah.

[15] **Q:** Now these criticisms of the Anti-Crime Unit [16] developed into — were public or were made public [17] at some point, is that correct?

[18] **A:** Well that's — right, that's how they were [19] brought to my attention, yes.

[20] **Q:** That's the only way you knew about them?

[21] **A:** From the public perspective?

[22] **Q:** From —

[23] **A:** Oh, no, I'm sorry. I misunderstood.

[24] **Q:** Let me rephrase the question. In 2000, and

---

Page 58

[1] we're still talking about or I want to talk about [2] when these criticisms first started to surface [3] about the Anti-Crime Unit, did Lisa Thurau-Gray [4] come to you or by some manner or means communicate [5] with you that these are my concerns about the Anti- [6] Crime Unit?

[7] **A:** No, about a year prior she had filed a [8] Freedom of Information Request for volumes of [9] information. Literally every piece of paper that [10] we possessed. And over a period of months when she [11] realized how broad her request was and what the [12] cost would be, her requests started to narrow and [13]

---

then she had a particular focus on the Anti-Crime [14] Unit.

[15] She did send communications. I believe she [16] met with staff in the general manager's office to [17] express concerns about a number of arrests, many of [18] them weren't even conducted by the MBTA Police. [19] They were arrests that were made by the Boston [20] Police Department. Some of them were of a very [21] serious nature.

[22] **Q:** Some of the?

[23] **A:** Some of the arrests. I mean one young lady [24] she was complaining she didn't feel should have

---

Page 59

[1] been arrested, this young girl and three others [2] beat a girl and robbed her. At least in my line of [3] work, I'd lock her up. I'd lock her up personally.

[4] **Q:** Now when you say she met with the general [5] manager and staff, police department staff?

[6] **A:** No. She met with staff at the general [7] manager's office.

[8] **Q:** And with the general manager?

[9] **A:** I don't know, I wasn't there.

[10] **Q:** Well how do you know about the meeting?

[11] **A:** They gave me a copy of the correspondence [12] that she had given to them and said they met with [13] her. I went back and called through and pulled up [14] the information on those arrests that were MBTA [15] police arrests and those that were not, we [16] identified which agency was involved.

[17] **Q:** Were you asked by the general manager's [18] office to do that?

[19] **A:** Not specifically. I did provide it to Bob [20] Prince.

[21] **Q:** About when was that, roughly?

[22] **A:** I don't know. I really don't.

[23] **Q:** Did Bob Prince at that time discuss those [24] complaints with you?

---

Page 60

[1] **A:** Yes, I met with Bob.

[2] **Q:** And what was the substance of the meeting [3] you're talking about?

[4] **A:** The substance was I provided him with the [5] information, and my best recollection is he [6] dismissed her allegations outright.

[7] **Q:** What about Paul Byrne? Did Paul Byrne ever [8] approach you either formally or informally to [9] discuss the allegations he had about the Anti-Crime [10] Unit?

[11] **A:** I don't believe so.

[12] **Q:** Do you know whether he discussed the [13] allegations with anybody in the MBTA management or [14] the

---

general manager's office?

[15] **A:** I know that he — because it wasn't just the [16] one, you know, Paul enveloped a number of things. [17] You know, he didn't want the T to renew to my [18] contract and he wanted a contract, oh and look at [19] these issues. I'm sure Paul discussed it with [20] anyone that he could get their ear.

[21] So, yeah, he discussed it with — I don't [22] think he discussed with Bob Prince. He did discuss [23] it with Kevin Sullivan, who was the secretary of [24] transportation. The MBTA Police Association then

---

Page 61

[1] endorsed Governor Romney. So he had discussions [2] with people in the governor's office as well. It [3] became very political. That's typical to the MBTA.

[4] **Q:** What is typical?

[5] **A:** The depth of political influence. Very deep.

[6] **Q:** Now at some point the Massachusetts Black [7] Legislative Caucus became involved in looking at [8] complaints against the Anti-Crime Unit and the MBTA [9] police, correct?

[10] **A:** They held a hearing. I know they held a [11] hearing. I was present.

[12] **Q:** What was the purpose of the hearing?

[13] **A:** I think to present particular cases as [14] presented to them by Lisa Thurau-Gray and to get a [15] response from the MBTA.

[16] **Q:** About complaints against the Anti-Crime Unit [17] and the MBTA police?

[18] **A:** About complaints against the MBTA police [19] because the arrests that they were discussing [20] weren't solely related to the Anti-Crime Unit.

[21] **Q:** Was the Anti-Crime Unit mentioned at the [22] hearing that you attended?

[23] **A:** Yes.

[24] **Q:** As a specific problem, for want of a better

---

Page 62

[1] word?

[2] **A:** They expressed concerns about arrests that [3] were made by the Anti-Crime Unit as much as they [4] did arrests that were made by uniformed patrol [5] officers.

[6] **Q:** And when was the hearing held?

[7] **A:** I don't recall the date.

[8] **Q:** But you attended?

[9] **A:** Yes, I did.

[10] **Q:** Did you speak at the hearing?

[11] **A:** I responded to questions from the

---

[12] legislators, yes.

[13] **Q:** And when you mentioned they talked about [14] arrests, were they along the same lines as the [15] criticisms that you say were made by Lisa Thurau- [16] Gray and Paul Byrne targeting minority juveniles?

[17] **A:** Not all of the arrests were minority [18] juveniles,

[19] **Q:** Okay, what was the nature of the arrests that [20] the Black Legislative Caucus was questioning or [21] looking into?

[22] **A:** They were arrests that, as presented by Lisa [23] Thurau-Gray to them, because she presented the [24] young people to them, that she didn't feel that

Page 63

[1] they should have been arrested and that it didn't [2] warrant their having a criminal history and et [3] cetera. You know the focus around the whole issue [4] of criminal offender record information.

[5] **Q:** What was the issue around criminal offender [6] record information? What is that about?

[7] **A:** From what I learned then and what I read in [8] the paper to date is Lisa Thurau-Gray doesn't feel [9] that juveniles should have criminal histories. And [10] that she feels at minimum at a period of time those [11] histories should be wiped out. I know she's filed [12] legislation to that effect.

[13] **Q:** And as far as you understand that, it doesn't [14] matter the offense? No matter how serious?

[15] **A:** I'm sorry?

[16] **Q:** As far as you understand, does she support [17] juveniles not having a criminal record no matter [18] how serious the offense?

[19] **A:** From what I read in the newspapers, yes.

[20] **Q:** Did you have any reason to believe that the [21] Black Legislative Caucus was out to get you for [22] some reason?

[23] **A:** No, and I told them that.

[24] **Q:** Any reason to believe that they were out to

Page 64

[1] get or it was out to get Nancy O'Loughlin for some [2] reason?

[3] **A:** I don't know.

[4] **Q:** Well do you have a reason to believe it?

[5] **A:** I don't have a reason not to believe it. [6] None of them have ever said anything to me. Do I [7] think they're out to get me? I don't think they [8] were. I think they were asking me questions in [9] response to particular concerns that

had been [10] brought to their attention.

[11] **Q:** Is it fair to say that you considered the [12] scope of their inquiry legitimate? And this is [13] what I mean. These were apparently concerns that [14] were brought to the attention of the Black [15] Legislative Caucus, correct?

[16] **A:** That's my understanding.

[17] **Q:** And is there anything wrong with them, with [18] the Black Legislative Caucus then addressing the [19] chief of the MBTA Police Department to explain and [20] answer the criticisms?

[21] **A:** It's a quasi state agency. It answers — does [22] it have a responsibility to answer to the [23] legislature? The answer's yes. So their inquiry [24] is reasonable.

Page 65

[1] **Q:** Now did you discuss this hearing, the purpose [2] of the hearing, the testimony of the hearing with [3] Bob Prince or anybody else in MBTA management?

[4] **A:** Oh, sure. They were — the invitation was [5] not solely to me. It was to Kevin Sullivan. It [6] was to Bob Prince. I believe there were others but [7] I know those two because I did have a discussion [8] with them.

[9] Initially, the position of the secretary was [10] that no one from the MBTA would attend the [11] hearing. And that became a topic of discussion. I believe [12] it was Representative Fox who went to the governor, [13] and I believe it was Governor Swift at the time. [14] And that direction was changed.

[15] **Q:** Gloria Fox?

[16] **A:** I believe so.

[17] **Q:** Did Kevin Sullivan tell you why he had taken [18] the position that nobody from the MBTA was to [19] attend the hearing?

[20] **A:** I don't think he took the Black Legislative [21] Caucus seriously.

[22] **Q:** Did he say that to you?

[23] **A:** Yes.

[24] **Q:** Did he tell you why he didn't take the Black

Page 66

[1] Legislative Caucus seriously?

[2] **A:** I don't remember the specifics, but I think [3] he has opinions about some of the individual [4] members that aren't flattering.

[5] **Q:** What members?

[6] **A:** In particular Senator Wilkerson and [7] Representative Fox.

[8] **Q:** At any rate, that initial position was [9] changed and you went?

[10] **A:** Yes.

[11] **Q:** Did Kevin Sullivan go?

[12] **A:** Yes, he did.

[13] **Q:** Did Bob Prince go?

[14] **A:** Yes, he did.

[15] **Q:** Did all three of you speak?

[16] **A:** Yes.

[17] **Q:** After that hearing, Kevin Sullivan appointed [18] a task force to look into the question of racial [19] profiling?

[20] **A:** Yes.

[21] **Q:** Did you discuss with him why there was a need [22] for a task force?

[23] **A:** No, he discussed with me why he was putting [24] together the task force. I didn't ask him why it

Page 67

[1] was needed. He told me that he wanted an outside [2] look, in particular, not necessarily at arrests but [3] in particular more at Internal Affairs [4] investigations because they also hired — well the [5] discussion initially was that we would hand all our [6] Internal Affairs records to the attorney general's [7] office and that if there were violations of the [8] law, the attorney general would pursue them.

[9] Attorney general's office saw that as a [10] daunting task and suggested that the MBTA hire a [11] retired judge to conduct that review and then [12] report back to the secretary of transportation and [13] the attorney general. And they did hire Rudolph [14] Pierce.

[15] A lot of that direction as it relates to the [16] task force and the hiring of the judge was the [17] recommendation of the attorney general, but the [18] bringing of the cases to the attorney general, my [19] understanding is a lot of that direction was coming [20] from the governor's office.

[21] **Q:** Now when you said that Kevin Sullivan didn't [22] take the Black Legislative Caucus seriously, I mean [23] to the point that he had taken the position that no [24] MBTA officials were to attend the hearing, did that

Page 68

[1] translate into not taking the allegations [2] seriously? The complaints?

[3] **A:** I don't know.

[4] **Q:** Well you talked to him. Did he say that?

[5] **A:** No.

[6] **Q:** Did he say that he did take the complaints [7] seriously?

[8] **A:** No.

[9] **Q:** He never said one way or the other?

[10] **A:** No. The only thing I remember Kevin Sullivan [11] telling me that you're

[12] legislators, yes.

[13] Q: And when you mentioned they talked about [14] arrests, were they along the same lines as the [15] criticisms that you say were made by Lisa Thurau- [16] Gray and Paul Byrne targeting minority juveniles?

[17] A: Not all of the arrests were minority [18] juveniles.

[19] Q: Okay, what was the nature of the arrests that [20] the Black Legislative Caucus was questioning or [21] looking into?

[22] A: They were arrests that, as presented by Lisa [23] Thurau-Gray to them, because she presented the [24] young people to them, that she didn't feel that

---

Page 63

[1] they should have been arrested and that it didn't [2] warrant their having a criminal history and et [3] cetera. You know the focus around the whole issue [4] of criminal offender record information.

[5] Q: What was the issue around criminal offender [6] record information? What is that about?

[7] A: From what I learned then and what I read in [8] the paper to date is Lisa Thurau-Gray doesn't feel [9] that juveniles should have criminal histories. And [10] that she feels at minimum at a period of time those [11] histories should be wiped out. I know she's filed [12] legislation to that effect.

[13] Q: And as far as you understand that, it doesn't [14] matter the offense? No matter how serious?

[15] A: I'm sorry?

[16] Q: As far as you understand, does she support [17] juveniles not having a criminal record no matter [18] how serious the offense?

[19] A: From what I read in the newspapers, yes.

[20] Q: Did you have any reason to believe that the [21] Black Legislative Caucus was out to get you for [22] some reason?

[23] A: No, and I told them that.

[24] Q: Any reason to believe that they were out to

---

Page 64

[1] get or it was out to get Nancy O'Loughlin for some [2] reason?

[3] A: I don't know.

[4] Q: Well do you have a reason to believe it?

[5] A: I don't have a reason not to believe it. [6] None of them have ever said anything to me. Do I [7] think they're out to get me? I don't think they [8] were. I think they were asking me questions in [9] response to particular concerns that

---

had been [10] brought to their attention.

[11] Q: Is it fair to say that you considered the [12] scope of their inquiry legitimate? And this is [13] what I mean. These were apparently concerns that [14] were brought to the attention of the Black [15] Legislative Caucus, correct?

[16] A: That's my understanding.

[17] Q: And is there anything wrong with them, with [18] the Black Legislative Caucus then addressing the [19] chief of the MBTA Police Department to explain and [20] answer the criticisms?

[21] A: It's a quasi state agency. It answers does [22] it have a responsibility to answer to the [23] legislature? The answer's yes. So their inquiry [24] is reasonable.

---

Page 65

[1] Q: Now did you discuss this hearing, the purpose [2] of the hearing, the testimony of the hearing with [3] Bob Prince or anybody else in MBTA management?

[4] A: Oh, sure. They were — the invitation was [5] not solely to me. It was to Kevin Sullivan. It [6] was to Bob Prince. I believe there were others but [7] I know those two because I did have a discussion [8] with them.

[9] Initially, the position of the secretary was [10] that no one from the MBTA would attend the hearing. [11] And that became a topic of discussion. I believe [12] it was Representative Fox who went to the governor, [13] and I believe it was Governor Swift at the time. [14] And that direction was changed.

[15] Q: Gloria Fox?

[16] A: I believe so.

[17] Q: Did Kevin Sullivan tell you why he had taken [18] the position that nobody from the MBTA was to [19] attend the hearing?

[20] A: I don't think he took the Black Legislative [21] Caucus seriously.

[22] Q: Did he say that to you?

[23] A: Yes.

[24] Q: Did he tell you why he didn't take the Black

---

Page 66

[1] Legislative Caucus seriously?

[2] A: I don't remember the specifics, but I think [3] he has opinions about some of the individual [4] members that aren't flattering.

[5] Q: What members?

[6] A: In particular Senator Wilkerson and [7] Representative Fox.

[8] Q: At any rate, that initial position was [9] changed and you went?

[10] A: Yes.

---

[11] Q: Did Kevin Sullivan go?

[12] A: Yes, he did.

[13] Q: Did Bob Prince go?

[14] A: Yes, he did.

[15] Q: Did all three of you speak?

[16] A: Yes.

[17] Q: After that hearing, Kevin Sullivan appointed [18] a task force to look into the question of racial [19] profiling?

[20] A: Yes.

[21] Q: Did you discuss with him why there was a need [22] for a task force?

[23] A: No, he discussed with me why he was putting [24] together the task force. I didn't ask him why it

---

Page 67

[1] was needed. He told me that he wanted an outside [2] look, in particular, not necessarily at arrests but [3] in particular more at Internal Affairs [4] investigations because they also hired — well the [5] discussion initially was that we would hand all our [6] Internal Affairs records to the attorney general's [7] office and that if there were violations of the [8] law, the attorney general would pursue them.

[9] Attorney general's office saw that as a [10] daunting task and suggested that the MBTA hire a [11] retired judge to conduct that review and then [12] report back to the secretary of transportation and [13] the attorney general. And they did hire Rudolph [14] Pierce.

[15] A lot of that direction as it relates to the [16] task force and the hiring of the judge was the [17] recommendation of the attorney general, but the [18] bringing of the cases to the attorney general, my [19] understanding is a lot of that direction was coming [20] from the governor's office.

[21] Q: Now when you said that Kevin Sullivan didn't [22] take the Black Legislative Caucus seriously, I mean [23] to the point that he had taken the position that no [24] MBTA officials were to attend the hearing, did that

---

Page 68

[1] translate into not taking the allegations [2] seriously? The complaints?

[3] A: I don't know.

[4] Q: Well you talked to him. Did he say that?

[5] A: No.

[6] Q: Did he say that he did take the complaints [7] seriously?

[8] A: No.

[9] Q: He never said one way or the other?

[10] A: No. The only thing I remember Kevin Sullivan [11] telling me that you're

---

doing a good job, don't [12] worry about it, you know, Lisa Thurau-Gray is on [13] her soapbox, words to that effect. That was that.

[14] Q: What was Bob Prince's position in the Black [15] Legislative Caucus hearings? If he discussed them [16] with you.

[17] A: Bob thought we should attend and present to [18] the legislators the very information that he had [19] seen up to that point in time as it relates to the [20] allegations made by Lisa Thurau-Gray.

[21] Q: Now at some point this task force that was [22] commissioned by Kevin Sullivan, and he did [23] commission a task force to look at the racial [24] profiling?

Page 69

[1] A: Yes.

[2] Q: Issued recommendations or issued a report, [3] rather. Is that correct?

[4] A: Yes.

[5] Q: Presented recommendations?

[6] A: I — the content of the report I really don't [7] have a full present memory.

[8] Q: Okay.

[9] MR. NOTIS: Can we go off the record a [10] second, please, Joe?

[11] (Discussion off the record.)

[12] BY MR. EDWARDS:

[13] Q: Now during the time these complaints were [14] brewing against the Anti-Crime Unit and the MBTA [15] Police Department, did you have discussions with [16] Nancy O'Loughlin about how to manage the department [17] to try to — I mean manage the ACU in order to try [18] to minimize the possibility of adding fuel to the [19] fire, for want of a better phrase? And if you [20] don't understand, I'll try to rephrase it.

[21] A: Please try to rephrase it.

[22] Q: Okay. Did you discuss with Nancy O'Loughlin [23] how to avoid additional complaints coming in [24] against the ACU? Did you tell her to back off a

Page 70

[1] little or to avoid certain areas or any other kind [2] of instruction to minimize the possibility that you [3] would receive additional complaints?

[4] A: No. I think it's the other way, that Nancy [5] O'Loughlin and other staff members of the ACU [6] expressed a concern that if they went out and did [7] police work, that they would be the subject of [8] criticism for doing their job.

[9] Q: Were you aware of any criticism of the ACU [10] from Tom McCarthy?

[11] A: No.

[12] Q: Who is Tom McCarthy?

[13] A: Tom McCarthy was a lieutenant at the MBTA [14] police.

[15] Q: A patrol lieutenant?

[16] A: Yes.

[17] Q: Now you mentioned earlier that a former [18] judge, Rudolph Pierce, was commissioned to conduct [19] a study of complaints received by the MBTA?

[20] A: He was hired to review the Internal Affairs [21] complaints.

[22] Q: And he did that to the best of your [23] knowledge?

[24] A: Yes.

Page 71

[1] Q: He issued a report?

[2] A: Yes, he did.

[3] Q: Do you know when that was?

[4] A: I don't.

[5] Q: Okay. He made findings and recommendations [6] in his report?

[7] A: Yes, I believe so.

[8] Q: Do you recall whether you or anyone else at [9] the MBTA agreed to adopt his recommendations [10] regarding complaints submitted to the MBTA?

[11] A: My recollection, without having the report [12] here, is that there were some of the [13] recommendations that the secretary, general [14] manager, myself agreed would be implemented and [15] there were others that were not agreed to.

[16] Q: Did you ever tell your command staff or any [17] other officers at the MBTA not to criticize the [18] ACU?

[19] A: Not that I remember, no.

[20] Q: And I think you've answered my next question [21] kind of indirectly but I'll ask you directly.

[22] Do you have any reason to believe that Paul [23] Byrne was raising complaints and criticisms about [24] the ACU because Nancy O'Loughlin was its commander?

Page 72

[1] A: I believe, yes.

[2] Q: I'm sorry?

[3] A: I believe yes, he was.

[4] Q: Okay. And what gives you that impression?

[5] A: Because I think his criticisms, that he [6] specifically named her and not others in the unit. [7] There were other supervisors and she was the one [8] that he focused on. Her direct report, he didn't [9] speak about him because he's a personal friend of [10] Paul's, meaning the deputy chief.

[11] Q: Who was that?

[12] A: Both deputy chiefs that were in

patrol, Peter [13] Shaughnessy, a very close friend of Paul Byrne's, [14] and John Mahoney, who succeeded Peter was close to [15] Paul.

[16] I mean his focus was Nancy. His focus [17] obviously was me.

[18] Q: Do you have any reason to believe that Paul [19] Byrne raised these criticisms because of Nancy [20] O'Loughlin's gender?

[21] A: Not that he specifically said to me.

[22] Q: So you have no reason to believe that?

[23] A: I have no reason not to believe it. I don't [24] know what he was motivated by as it particularly

Page 73

[1] relates to Nancy. I know what he was motivated by [2] as it relates to me. That was very clear.

[3] Q: And, you know, I understood you earlier to [4] have said, and maybe I misunderstood, that she was [5] targeted because of her position?

[6] A: I think that's why Lisa Thurau-Gray was [7] focused on Nancy initially.

[8] Q: Okay. But in terms of Paul Byrne, I guess [9] the question I'm trying to get to is whether it was [10] Nancy O'Loughlin because it was Nancy O'Loughlin [11] with Paul Byrne or Nancy O'Loughlin because she [12] headed a unit that —

[13] A: I don't know that, I really don't.

[14] Q: Now with Lisa Thurau-Gray, do you have [15] reason to believe that she targeted Nancy O'Loughlin [16] because she was Nancy O'Loughlin?

[17] A: I don't have, you know, specific — in other [18] words, it's not that she ever said it to me. I [19] think Lisa Thurau-Gray targeted Nancy in her [20] position, as I said earlier. As much as I think [21] she targeted me in my position.

[22] Q: Then is it fair to say that you have no [23] reason to believe that Lisa Thurau-Gray targeted [24] Nancy or the ACU because of Nancy's gender?

Page 74

[1] A: I think that's fair.

[2] Q: Did you ever hear the allegation that the ACU [3] would go to suburban areas to patrol in order to [4] offset the number of minority arrests that were [5] made in the City of Boston?

[6] In other words, go out and arrest people in [7] the suburbs to skew statistics?

[8] MR. NOTIS: Objection. You can answer [9] if you understand it.

[10] THE WITNESS: No. That assignment to [11] the suburban areas was in response to particular [12] complaints that were received, whether it be, you [13] know, at

lationship between the [15] police agency and the broad base of the customers [16] that they served, no.

[17] Q: What about, and this is kind of a morphus [18] term but I'll use it anyway, what about with the [19] black community?

[20] A: As a whole, no. You know the facts be known, [21] if we look, victimization of young minorities [22] dropped significantly during that period of time at [23] the MBTA. So it's a balancing of issues.

[24] I mean today you have newspaper articles

### Page 81

[1] where kids want them to put medal detectors at [2] every high school. Those same high school kids [3] ride those trains to school every day. That's how [4] they get there.

[5] So was there a concern on the part of people [6] in the minority community in particular that, you [7] know, they wanted their kids to be able to go to [8] and come from school safely? Sure there was. I [9] attended many meetings in which that was expressed.

[10] So I don't know that large factions of the [11] minority community questioned, you know, the MBTA [12] Police Department.

[13] Q: Were concerns about racial profiling or [14] targeting juveniles expressed by anyone other than [15] Lisa Thurau-Gray or Paul Byrne as far as you know?

[16] A: You would get Internal Affairs complaints in [17] which individual complainants would make those [18] assertions. Frankly, as you know, a very serious [19] topic across the state.

[20] Q: What is? Racial profiling?

[21] A: Issues of racial profiling and does it exist. [22] If it does, where does it exist and how do you [23] address it.

[24] Q: When you spoke about Dee Brown in Wellesley,

### Page 82

[1] racial profiling was the issue, wasn't it? Of that [2] particular incident?

[3] A: That was part and parcel of the allegation. [4] And the fact is Dee Brown was mis-identified by a [5] bank teller as being the man who had robbed the [6] bank the day prior.

[7] There were some questions at a point in which [8] the police engaged him whether they became aware [9] that he was not the person and nevertheless [10] continued with what would term as a felony [11] stop. So there were allegations of that kind, as [12] well. I didn't work there then.

[13] Q: I know. I think, again, you know, I

don't [14] want to mis-state what you said. So just to be [15] clear, that happened prior to you coming?

[16] A: Correct.

[17] Q: But that was one of the incidents within the [18] Wellesley Police Department that you were asked to [19] address upon assuming command of the Wellesley [20] Police Department?

[21] A: It was one of the — no the incident itself [22] had been addressed by the Board of Selectman in [23] working with Dee Brown and his attorney. It really [24] was — it was another indicator of some of

### Page 83

[1] turmoil that was taking place in that agency and it [2] was one of the factors that led them to recruit me [3] to come to Wellesley.

[4] Q: Okay. Thank you. At some point Lisa Thurau- [5] Gray filed a lawsuit against the MBTA?

[6] A: Yes.

[7] Q: She named you as a defendant personally or in [8] your position as police chief?

[9] A: Yes, she did.

[10] Q: She named Nancy O'Loughlin?

[11] A: Yes. I think — there are a dozen or so.

[12] Q: There were several officers?

[13] A: Named defendants.

[14] Q: Okay. Some ACU members, some not ACU [15] members?

[16] A: Correct.

[17] Q: And the allegations by and large revolved [18] around juvenile arrests?

[19] A: Yes.

[20] Q: At some point the ACU was disbanded, is that [21] correct?

[22] A: Yes.

[23] Q: Why was that?

[24] A: Because the officers themselves were

### Page 84

[1] expressing a concern that they believed that they [2] were being set up and if they went out and did [3] their job that there would be adverse [4] repercussions.

[5] Q: Who expressed that concern?

[6] A: Nancy was one among — out of the 12 or so [7] people I think there were five or six of them that [8] expressed that very concern.

[9] Q: Aside from Nancy, who else expressed that [10] concern?

[11] A: I remember Victor Diaz, Joe Matthews. I'm [12] trying to remember the others. They're not coming [13] to me.

[14] Q: What does that mean, set up?

[15] A: Basically you go out and do your job, and if [16] someone looks at it adversely, you're going to be [17] subjected to disciplinary measures that may not be [18] warranted.

[19] Q: Well you'd be the person that issued [20] discipline, wouldn't you?

[21] A: I had that authority, as did the general [22] manager. As did the deputy chief, if I was not [23] there at the time.

[24] Q: Their concern was that they would go out, do

### Page 85

[1] their job as ACU and somebody would file a [2] complaint?

[3] A: Right, a specific somebody, okay, and that [4] they would then face repercussions that likely [5] would not be warranted.

[6] Q: From you or somebody else authorized to [7] discipline within the police department?

[8] A: Correct.

[9] Q: Were you sensitive to the possibility that [10] your officers could be set up or might be set up?

[11] A: Could I see that scenario occurring? I saw [12] that scenario occur at the MBTA, so yeah, I was [13] sensitive to — I've seen it happen.

[14] Q: When? With the ACU?

[15] A: No, actually MBTA employees. There was the [16] number you could call if, you know, a customer had [17] to file a complaint.

[18] And there was a gentleman that sent a letter [19] to the newspapers, as well as to the MBTA [20] complaining that one of those operators, [21] unidentified, said some things to him that he [22] thought was inappropriate. And if it was said, it [23] was inappropriate. They couldn't identify which [24] employee, so they fired all six of them.

### Page 86

[1] Q: Did you try to get across to Nancy O'Loughlin [2] and other members of the ACU that you understood [3] the possibility that they could be set up?

[4] A: They expressed their concerns, and I then had [5] a discussion with the general manager about [6] assigning those personnel back into uniform.

[7] Q: And what did the general manager say about [8] you wanting to assign these officers back to [9] uniform?

[10] A: Bob Prince basically told me well that's your [11] decision, and it's within your authority and he [12] agreed with me.

[13] Q: I'm not sure I understand. If you are the [14] person within the police

department who issues [15] discipline, and the officers are saying to you [16] we're afraid that we're going to be set up and you [17] will discipline us, is that —

[18] **A:** I'm not the only person that has the [19] authority to discipline them.

[20] **Q:** Okay. Deputy chiefs?

[21] **A:** And the general manager.

[22] **Q:** Well did the general manager understand, as [23] far as you can tell, the possibility that officers [24] could be set up?

---

### Page 87

[1] **A:** I think so because I think the general [2] manager understood when they fired six telephone [3] operators for the actions of one who they couldn't [4] identify.

[5] **Q:** Did you make a commitment to your officers [6] not to discipline unless you had a firm, real basis [7] for issuing that discipline? And I'm talking about [8] these members of the ACU.

[9] **A:** I hope that every police officer that's ever [10] worked for me has an appreciation that I would only [11] discipline them if I believed they violated the [12] rules and regulations of the department and that [13] there was just cause to discipline them.

[14] Did I sit and have a specific conversation? [15] I don't believe so.

[16] **Q:** Did Bob Prince say to you that he was [17] committed to issuing discipline only when the [18] infraction was certain and when there was just [19] cause?

[20] **A:** No, he didn't say that to me specifically, [21] but I believe that's who Bob Prince is.

[22] **Q:** So when these officers indicated that they [23] were concerned about being set up, did you [24] eventually assign them to uniform positions?

---

### Page 88

[1] **A:** I believed to leave them in the plain clothes [2] positions they were going to be ineffectual because [3] my sense was they were just going to go out with [4] blinders on and do little, if nothing.

[5] So I made the decision to assign them in [6] uniform and at least gain the deterrent effect of [7] their visibility.

[8] **Q:** Did you consider putting other officers into [9] plain clothes positions?

[10] **A:** Some time after that, subsequently, yes.

[11] **Q:** Did you do that?

[12] **A:** No, because there would have been no takers. [13] I would have been ordering people to perform that [14] role, and I'd be right back at that point of [15] assigning people in plain clothes that would [16] ultimately be ineffectual.

---

[17] **Q:** Now at some point did Nancy O'Loughlin write [18] a letter to you requesting that the unit be [19] disbanded or suggesting that the unit be disbanded?

[20] **A:** I believe she did.

[21] **Q:** Did you order her to write that letter?

[22] **A:** She had talked to me verbally and I asked her [23] to, as I said to you, she and others had talked to [24] me verbally. I asked her to send me a

---

### Page 89

[1] correspondence to that effect and she did.

[2] **Q:** Was your conversation with the general [3] manager, and it was still Bob Prince at this point, [4] right? We're talking about when the ACU [5] disbanded. Was it still Bob Prince?

[6] **A:** In my head I believe so. I'm not a hundred [7] percent — I think so.

[8] **Q:** When Nancy O'Loughlin gave the letter to you [9] requesting that the ACU be disbanded, did you [10] discuss that letter with the general manager?

[11] **A:** Yes.

[12] **Q:** Is this at the same time when you discussed [13] the concerns about the unit being set up, possibly [14] being set up?

[15] **A:** Yes.

[16] **Q:** It's the same — we're talking about the same [17] time?

[18] **A:** Yeah, it's contemporaneous.

[19] **Q:** Did the ACU controversy have an impact on [20] your career at the MBTA as far as you can tell?

[21] **A:** When you say the ACU controversy, I —

[22] **Q:** Well this whole controversy about the [23] allegations against the police department and the [24] ACU was at, you know, kind of the epicenter of this

---

### Page 90

[1] — the allegations because they were an [2] identifiable unit. Did this impact your career? [3] It was a public controversy, for want of a better [4] word.

[5] **A:** In the long term I think it showed that some [6] of the things I put in place were effectual. I [7] read just the other day crime's at nine-year high [8] on the MBTA.

[9] **Q:** Okay. But now I mean we're talking about —

[10] **A:** Oh, did it have an effect while I was there?

[11] **Q:** Right. Or in your career with the MBTA. Do [12] you think it impacted, for example, your contract [13] not being renewed?

[14] **A:** My contract initially was renewed.

---

[15] **Q:** Okay.

[16] **A:** At the same time that Mike Mulhern's was.

[17] **Q:** Why did you leave the MBTA?

[18] **A:** Why did I leave the MBTA? An opportunity [19] presented itself in the community right next door [20] to where I live, and honestly I couldn't get out of [21] there quick enough. I've never seen a political [22] quagmire like that place.

[23] **Q:** So is your testimony that your contract you [24] said initially was renewed, your contract was renewed -

---

### Page 91

[2] **A:** And then the board held it.

[3] **Q:** Okay.

[4] **A:** And then Governor Swift told them that she [5] had no problem with renewing my contract. She [6] stepped out shortly after that, and I wasn't going [7] to wait around to see what was or wasn't going to [8] happen with that contract. I mean the Union had [9] the ear of the governor's office.

[10] **Q:** Is it your sense that had another opportunity [11] not come up close to where you lived that you would [12] have been offered another five-year contract?

[13] **MR. NOTIS:** Objection. You can answer.

[14] **THE WITNESS:** I don't know that I would [15] have been offered another five-year contract but [16] Secretary Sullivan, Kevin Sullivan told me that I [17] was going to stay on as the police chief, that they [18] didn't want to issue — that they have an option of [19] issuing a contract and that they did not want to [20] issue contracts to administrators any longer other [21] than the general manager. But he actually sent me [22] a letter telling me that I was going to stay on.

[23] **BY MR. EDWARDS:**

[24] **Q:** Kevin Sullivan did?

---

### Page 92

[1] **A:** Yes, he did.

[2] **Q:** And this was after the lawsuit, after the ACU [3] was disbanded?

[4] **A:** Yes.

[5] **Q:** Now just kind of to wrap up here, when you [6] read the report issued by Judge Pierce, did you [7] understand how he reached the conclusions he [8] reached, whether or not you agreed with him?

[9] **A:** To be honest with you, I have a memory of [10] just, you know, some of the things and not with any [11] particularity.

[12] **Q:** Do you recall having a sense reading the [13] report that Judge Pierce was totally out in left [14] field with his conclusions and recommendations?

---

[15] MR. NOTIS: Objection.

[16] THE WITNESS: I don't — I mean, the [17] specifics, you know, I read his report and saw, as [18] I said to you, some of the recommendations the [19] position were taken they would be implemented, [20] others were not.

[21] One that jumps right out was Judge [22] Pierce had said that basically the MBTA police [23] officers view themselves as nothing more than [24] security guards or believe the public views them in

---

Page 93

[1] that fashion, and therefore you ought to merge them [2] with the State Police.

[3] The Celluci and Swift administrations [4] had taken a very clear position that that's not [5] what they wanted to occur. In fact, there was [6] legislation filed by the association, the Police [7] Association to accomplish just that, and it was [8] opposed by the MBTA and the administration.

[9] BY MR. EDWARDS:

[10] Q: Do you believe that the report issued by the [11] task force to combat racial profiling — let me [12] back that up. Can you understand how that task [13] force reached the results it did, whether or not [14] you agree with the conclusions or recommendations?

[15] MR. NOTIS: Objection.

[16] THE WITNESS: I don't know how they [17] necessarily reached each conclusion. The report, [18] you know, I have some memory, not total clear [19] memory on the recommendations issued.

[20] I know there were many that were [21] helpful and provided some guidance and there were [22] others, as was the case with Judge Pierce, that [23] were not.

[24] BY MR. EDWARDS:

---

Page 94

[1] Q: As you sit here today, do you have any reason [2] to believe, and I guess back then, did you have any [3] reason to believe that Judge Pierce was out to hurt [4] you or your career with the report he issued?

[5] A: Knowing his reputation, I would hope not.

[6] Q: Do you have any reason to believe that he was [7] out to hurt Nancy O'Loughlin or her career with the [8] report he issued?

[9] A: I really don't remember whether he said — I [10] don't know what he said anything about Nancy. I [11] don't have a memory of him speaking about her in [12] that report.

[13] Q: Do you have any reason to believe that the [14] task force report was designed to hurt you, [15] embarrass you,

---

hurt your career or anything along [16] those lines?

[17] A: I believe there were stages when there was [18] influence on some of the task force members.

[19] Q: By Lisa Thurau-Gray?

[20] A: No. By Kevin Sullivan, to be very honest, [21] and Mickey McGuire, who was his under secretary.

[22] Q: What was the influence that you think came [23] from Kevin Sullivan and Mickey McGuire on the task [24] force?

---

Page 95

[1] A: That's who Mickey McGuire met with the task [2] force members fairly regularly. Do I think there [3] was political influence? Yeah. Do I think that [4] they necessarily bent and went with it? No, I [5] think that many of them have stronger character [6] than to do that.

[7] Q: Then I take it — let me back up. The [8] political influence you're talking about is more [9] than telling the task force to take an unbiased, [10] independent approach to looking at the question [11] they were asked to look at. You're talking about [12] something beyond that?

[13] A: Yes.

[14] Q: Something designed to target you?

[15] A: I think that was one of the motives, yes.

[16] Q: And that was coming from Kevin Sullivan and [17] Mickey McGuire?

[18] A: Yes.

[19] Q: Do you know why they wanted — why they would [20] want to target you or hurt you in any way?

[21] A: There were a couple of things I think as it [22] relates to Secretary Sullivan. One, his connecting [23] me to the former secretary, Patrick Moynihan and I [24] guess associating me because they had difficulties.

---

Page 96

[1] which is personal to them.

[2] And the second is a situation in which I [3] dealt directly with Secretary Sullivan when he was [4] the commissioner of the Highway Department. I was [5] the police chief in Wellesley and they had [6] completed the restructuring of a bridge there which [7] presented some dangerous aspects. There were wide [8] open holes in the sidewalk area.

[9] That bridge was used for walking by the [10] middle school children so I refused to allow Mass [11] Highway to open the bridge until they addressed [12] that concern. I was told the commissioner was [13] coming out to see me, and I was going to do as he [14] told me.

---

[15] He came out to see me and I did what was [16] right and in the best interests of the public [17] safety.

[18] Q: And it wasn't what he wanted?

[19] A: Correct. I told him fix the bridge, and then [20] you can open. Cover the holes. He didn't like [21] that. I don't think he ever forgot it.

[22] Q: I understood you to testify earlier that he [23] supported you when these allegations first arose?

[24] A: He told me you're doing a good job. Yeah, he

---

Page 97

[1] did say that.

[2] Q: Did you believe him?

[3] A: I thought I was doing a good job.

[4] Q: Well, again, you know, I'm just trying to get [5] my mind around this. Are you saying that your [6] relationship with him changed over time from you're [7] doing a good job, you don't need to go to the Black [8] Legislative Caucus hearings to the point where he's [9] trying to adversely impact your career?

[10] Or trying to — let me back that up because [11] that's not exactly what you said. But where he was [12] trying to influence the task force in a way that [13] would hurt you?

[14] A: Anything they could do under current. You [15] know anything that they could do below the radar [16] line. I'd put nothing past them.

[17] Q: Okay.

[18] A: Smile to your face all day long.

[19] MR. EDWARDS: Okay. I think this is a [20] good time to break.

[21] (A brief recess was taken.)

[22] MR. EDWARDS: Would you please mark [23] this.

---

Page 98

[1] (The document above referred to [2] was marked Deposition Exhibit No. [3] 2 for identification.)

[4] BY MR. EDWARDS:

[5] Q: Chief, I just gave you a document that's been [6] marked as Exhibit 2. The Bates stamp number in the [7] bottom right hand corner is M1. Do you see that?

[8] A: Yes, I do.

[9] Q: Do you recognize this document?

[10] A: Yes, I do.

[11] Q: And what is this, please?

[12] A: This is a special order issued in the MBTA [13] police reassigning four supervisors.

[14] Q: And one of the supervisors that's being [15] reassigned is Lieutenant Nancy O'Loughlin?

[16] A: That's correct.

**Nancy O'Loughlin v.** No. 1:04-cv-10933-JLT    Document 38-6    Filed 07/05/2006    Page 20 of 29
**MBTA, et al.,**                                                  **Thomas J. O'Loughlin**
                                                                   **December 20, 2005**

[17] **Q:** And she's being reassigned from the ACU to [18] OIC. I mean to Surface OIC. Is that correct.

[19] **A:** Correct.

[20] **Q:** What is Surface OIC?

[21] **A:** It's — she would be the patrol supervisor [22] working out of headquarters.

[23] **Q:** Is this the document by which you took her [24] from her command of the Anti-Crime Unit?

---
Page 99
---

[1] **A:** This is a document that reassigned her from [2] Anti-Crime Unit. I did not issue it. It was [3] issued by Thomas Komola.

[4] **Q:** Oh, I see. But he signed it over your [5] signature — I mean —

[6] **A:** That's correct.

[7] **Q:** He signed it over your designation, Thomas J. [8] O'Loughlin?

[9] **A:** Correct. I don't believe that I was at work [10] on that day.

[11] **Q:** Now what was Nancy O'Loughlin's duty as [12] Surface OIC? Officer in charge. What were her [13] duties?

[14] **A:** There's a lieutenant assigned to patrol the [15] headquarters on each of the shifts. So she would [16] oversee the operation of patrol from headquarters. [17] The OIC's desk is right next to the dispatch [18] center, opposite the cell block detention area.

[19] So she would oversee those operations. And [20] then the sergeants and patrol officers that were [21] assigned to patrol cars or motorcycles would be [22] within her supervision, as well.

[23] **Q:** Okay. Why did you assign her to this [24] particular position?

---
Page 100
---

[1] **A:** No particular reason. She, like Sergeant [2] Venturelli, were coming from Anti-Crime Unit and [3] were being assigned in uniform.

[4] **Q:** Did she ask to be assigned to this position?

[5] **A:** I don't believe so.

[6] **Q:** Do you recall discussing the assignment with [7] her before you made it?

[8] **A:** I discussed with her that I would put her [9] back into uniform.

[10] **Q:** Okay. But into this particular role?

[11] **A:** Working days from headquarters?

[12] **Q:** Yes.

[13] **A:** Yes, I believe I told her. Actually, the [14] people that are on this order, each of them, I [15] believe I had the discussion with them.

[16] **Q:** Well did you ask Nancy O'Loughlin if she [17] wanted this particular

position?

[18] **A:** I don't believe so.

[19] **Q:** Did you have to ask her or any other officer [20] whether they wanted to be reassigned as you saw [21] fit?

[22] **A:** These were assignments so they're [23] administrative prerogative. If you were to change [24] their shifts — at the time lieutenants did not

---
Page 101
---

[1] have a contract so there was no language, but the [2] sergeants did.

[3] You could assign them but to change their [4] shift, and you'll see that each of them stayed on [5] the same shift, you would have to give them right [6] to bid by seniority.

[7] **Q:** Did Nancy O'Loughlin ever express to you [8] whether she liked or disliked this particular job?

[9] **A:** You know I have a vague memory of her just [10] expressing — it's a stressful position, so I have [11] a vague memory of her expressing that it's —

[12] **Q:** Stressful?

[13] **A:** Crazy. It's a very — it is a stressful [14] position because you're juggling a number of, you [15] know, things that are taking place, as well as just [16] the number of responsibilities.

[17] **Q:** Was part of her duty to patrol on the street?

[18] **A:** In the OIC position?

[19] **Q:** Yes.

[20] **A:** No, she would be commanding headquarters on [21] the patrol.

[22] **Q:** Did she ever give you any indication that she [23] thought you may have assigned her to this position [24] because of her gender?

---
Page 102
---

[1] **A:** No.

[2] **Q:** Did she ever give you any indication that her [3] assignment to this job was discriminatory?

[4] **A:** No.

[5] **Q:** Now the MBTA has rules and policies regarding [6] discrimination and harassment, is that correct?

[7] **A:** Yes.

[8] **Q:** And are these rules and policies generally [9] distributed to officers in the police department?

[10] **A:** Yes.

[11] **Q:** If a supervisor becomes aware of an [12] allegation of harassment or discrimination, what [13] was the policy to be followed? What should that [14] officer do, as you recall?

[15] **A:** My recollection of the MBTA policy is that [16] they have an obligation to

notify the diversity [17] office.

[18] **Q:** Is there an obligation on the part of police [19] officers or MBTA employees, as you recall, to stop [20] harassment or discrimination if that harassment or [21] discrimination is based on any one of several [22] protected classes, if they see it?

[23] **A:** Can you ask me that again? I'm sorry.

[24] **Q:** Yes. If a supervisor witnesses

---
Page 103
---

[1] discrimination and harassment based on —

[2] **A:** Protected class.

[3] **Q:** — protected class, does that supervisor have [4] an obligation to stop the harassment or [5] discrimination?

[6] **A:** I think the policy says that they should [7] intervene.

[8] **MR. EDWARDS:** Please mark this.

[9] (The document above referred to [10] was marked Deposition Exhibit No. [11] 3 for identification.)

[12] **BY MR. EDWARDS:**

[13] **Q:** Now I've just handed you another document [14] Bates stamped M226. Do you see that in the bottom [15] right hand corner of the top page?

[16] **A:** Yes, I do.

[17] **Q:** It is a five-paged document. This appears to [18] be a memo from Lieutenant Nancy O'Loughlin to [19] Organizational Diversity and the subject line says [20] "Hostile Work Environment". Do you see that?

[21] **A:** Yes.

[22] **Q:** Have you seen this document before?

[23] **A:** I honestly don't remember this.

[24] **Q:** Looking at this first paragraph, "I wish it

---
Page 104
---

[1] to be known that the MBTA Police Patrolmen's [2] Association Executive Board, as well as several [3] members and superior officers are the subject of a [4] complaint to the Office of Organizational [5] Diversity." Do you see that line? That sentence I [6] just read?

[7] **A:** Yes. The first sentence?

[8] **Q:** Yes.

[9] **A:** Yes.

[10] **Q:** Are you aware of any point in time when Nancy [11] O'Loughlin expressed a concern that she was being [12] harassed by the Patrolmen's Executive Board or [13] members of the Patrolmen's Association or superior [14] officers of the MBTA police?

[15] **A:** I don't have a time reference. I do

Nancy O'Loughlin
MBTA, et al.,
Case 1:04-cv-10933-JLT    Document 38-6    Filed 07/05/2006    Page 21 of 29

Thomas J. O'Loughlin
December 20, 2005

legation generally, but I don't [13] recall the underlying circumstances, who the [14] officer was, for instance, and what her grievance [15] was with John Mahoney in that regard.

[16] **Q:** Is it a serious issue if a supervisor cannot [17] maintain officer discipline?

[18] **A:** It is. However, because a supervisor [19] recommends discipline to a member of the command [20] staff doesn't necessarily mean that that would be [21] the outcome. And I just don't remember the [22] underlying circumstances in this particular claim.

[23] **Q:** The last sentence in this paragraph, "I can [24] no longer function as an effective supervisor under

---

Page 123

[1] these conditions", is that an assertion that [2] troubled you at the time? If Nancy O'Loughlin is [3] saying that she can't function as a supervisor?

[4] **A:** Sure. The internet posting concerned all of [5] us. I mean it was, you know, posted throughout the [6] department and it was very personal and [7] particularly it was very nasty. So it was a very [8] uncomfortable circumstance.

[9] **Q:** Well she seems to be writing that it is the [10] internet postings in conjunction with her attempts [11] at maintaining officer discipline being [12] stonewalled. And just about that, unending false [13] and unproven accusations. Those three —

[14] **A:** She makes three things, yes, I agree.

[15] **Q:** That result in her feeling as if she cannot [16] function as a supervisor. Do you recall taking any [17] action in response to the assertion that she can't [18] function as an effective supervisor under the —

[19] **A:** Well that's a conclusory statement to those [20] particular circumstances. As I said, I know the [21] issue around the discipline was a matter of [22] Lieutenant Nancy O'Loughlin have a discussion with [23] Deputy Chief John Mahoney. I just don't remember [24] the underlying circumstances there, I really don't.

---

Page 124

[1] You know, the unending false and unproven [2] accusations we've had probably the bulk of this [3] morning's discussion was related to that particular [4] area. I believe that's what she's alluding to. I [5] could be wrong, but I believe that.

[6] And then lastly, as I said, the issue around [7] the internet posting, it was assigned for [8] investigation to try to determine if it came from [9] within the agency because it would give us the [10] ability to go back and see who had

signed on to [11] that particular computer at that time.

[12] That investigation was ongoing when I left [13] the agency and my understanding was summarily [14] closed by the present chief of police.

[15] **Q:** How did you get that understanding?

[16] **A:** I believe I had a conversation with Bill [17] Flemming, I believe was the person that told me [18] that the investigation was closed.

[19] **Q:** And when did he tell you that?

[20] **A:** It was after I left because I was serving as [21] the chief of police in Milford at the time.

[22] **Q:** Was it within the past year, as you recall?

[23] **A:** No. No, it was shortly after Joe Carter took [24] command.

---

Page 125

[1] **Q:** Did you have whatever clearance you needed to [2] be privy to information about investigations [3] undertaken or dropped that were going on at the [4] MBTA after you left?

[5] **A:** I'm sorry, I —

[6] **Q:** I'll rephrase the question. From your [7] perspective as a former chief of the MBTA police [8] chief and the current chief of a police department, [9] was it proper for an officer to give you [10] information about an MBTA investigation after [11] you've left the department?

[12] **A:** Yes, I was one of the complainants.

[13] **Q:** Okay. And it is in that context that —

[14] **A:** Yes. I mean he said that they did not [15] identify a particular IP address and that that [16] investigation's closed. I said okay, thank you. [17] That was the extent of it. I just remember it was [18] closed.

[19] **Q:** And he also said that Chief Carter closed it? [20] The current chief?

[21] **A:** No, I'm — it was closed during Joe Carter's [22] tenure.

[23] **Q:** I understood you to say that he closed —

[24] **A:** Did he specifically, no, I'm sorry.

---

Page 126

[1] **Q:** Okay.

[2] **MR. EDWARDS:** Please mark this.

[3] (The document above referred to [4] was marked Deposition Exhibit No. [5] 5 for identification.)

[6] **BY MR. EDWARDS:**

[7] **Q:** Do you recognize that document I just gave [8] you, chief?

[9] **A:** Yes.

[10] **Q:** We've marked it as Exhibit 5 and it is Bates [11] stamped number M174. Do you see that?

[12] **A:** Yes.

[13] **Q:** Is this the Guardroom.com posting that we've [14] been talking about?

[15] **A:** I believe it is, yes.

[16] **Q:** And there's — well first of all, do you know [17] who posted these comments?

[18] **A:** No.

[19] **Q:** There's something about Chief O'Loughlin's [20] wife as number one, correct?

[21] **A:** Yes.

[22] **Q:** There's something about Officer Cardarelli [23] next, correct?

[24] **A:** Correct.

---

Page 127

[1] **Q:** Officer Cardarelli is an MBTA police officer?

[2] **A:** That's correct.

[3] **Q:** There's something about Lieutenant [4] O'Loughlin, correct?

[5] **A:** That's correct.

[6] **Q:** That would be Nancy O'Loughlin?

[7] **A:** That's correct.

[8] **Q:** Lisa Riccobene. Is she an MBTA employee?

[9] **A:** Yes.

[10] **Q:** There's something about Chief O'Loughlin, [11] correct?

[12] **A:** Correct.

[13] **Q:** There's something else about Chief [14] O'Loughlin, right?

[15] **A:** Correct.

[16] **Q:** And on the second page there's something else [17] about Chief O'Loughlin, correct?

[18] **A:** Correct.

[19] **Q:** Would you agree with me that the majority of [20] the statements posted to this website, at least on [21] these two pages, are derogatory?

[22] **A:** Yes. I'd go a little further than [23] derogatory.

[24] **Q:** Well we're going to go through it.

---

Page 128

[1] **MR. NOTIS:** Is that really necessary?

[2] **MR. EDWARDS:** No, I'm not going to say [3] the — no, I'm not going to, no.

[4] **BY MR. EDWARDS:**

[5] **Q:** They're derogatory, correct?

[6] **A:** I think every single bit of it is, yes.

[7] **Q:** They are racist in some places, as you [8] mentioned before?

[9] **A:** Absolutely.

[10] **Q:** And there's a lot of sexual content,

---

correct, [11] in the statements?

[12] **A:** Sure. I mean I think it's racist, I think [13] it's sexist. I think it's disgusting.

[14] **Q:** And you don't have any idea who posted this?

[15] **A:** No, I can't prove who posted it.

[16] **Q:** Do you have an idea?

[17] **A:** I think everyone does.

[18] **Q:** Who is that?

[19] **A:** My opinion's not of any value in that regard [20] because I can't prove it.

[21] **Q:** Okay.

[22] **MR. EDWARDS:** Please mark this.

---

Page 129

[1] (The document above referred to [2] was marked Deposition Exhibit No. [3] 6 for identification.)

[4] **BY MR. EDWARDS:**

[5] **Q:** Do you recognize that document I just gave [6] you, chief?

[7] **A:** Yes.

[8] **Q:** And what is this?

[9] **A:** It's a correspondence that I forwarded to the [10] attention of Frank Oglesby, who served as the [11] director of organizational diversity and civil [12] rights at the MBTA concerning the posting that we [13] just discussed.

[14] **Q:** Let me go back to that posting just for a [15] second. What date does it indicate that the [16] posting was made?

[17] **A:** June the seventeenth.

[18] **Q:** Two thousand two?

[19] **A:** Correct.

[20] **Q:** Now your letter is dated July 3, 2002?

[21] **A:** That's correct.

[22] **Q:** And it is reporting to Frank Oglesby, [23] director of organizational diversity and civil [24] rights the fact that members of the department have

---

Page 130

[1] been subjected to what they were subjected to on [2] the Guardroom website?

[3] **A:** Correct.

[4] **Q:** That's consistent with what you told me [5] earlier about making reports to diversity when [6] harassment and discrimination comes up?

[7] **A:** Right. If there's not a report filed by [8] individual employees, on this case I didn't believe [9] there was, so I sent it up to organization [10] diversity.

[11] **Q:** And you name individuals who were referenced?

[12] **A:** Correct.

[13] **Q:** And you cc'd this document to the individuals

---

[15] **A:** So they would know that it went to [16] organizational diversity. Because as I said, I did [17] not believe that any of them — I wasn't sure, but [18] I did not believe any of them had filed with [19] organizational diversity, and I was not sure all of [20] them were aware of the actual posting, meaning the [21] Guardroom posting.

[22] **MR. EDWARDS:** Please mark this.

---

Page 131

[1] (The document above referred to [2] was marked Deposition Exhibit No. [3] 7 for identification.)

[4] **BY MR. EDWARDS:**

[5] **Q:** I just handed you a document that appears to [6] be a memo from Lieutenant O'Loughlin to [7] Superintendent Komola dated 7/16/02. Do you see [8] that?

[9] **A:** Yes.

[10] **Q:** Bates stamped M283.

[11] **A:** Yes.

[12] **Q:** And the first sentence is an indication that [13] Lieutenant O'Loughlin is reporting a sequence of [14] events on Tuesday, June 25, 2002, relative to [15] internet postings. Have you seen this document [16] before?

[17] **A:** Specifically I don't have a memory of the [18] document.

[19] **Q:** Okay. I'm going to direct your attention to [20] paragraph five in which it's written, "I next [21] responded to the Monitor Room."

[22] Next sentence, there are a list of officers [23] here, "All parties were inspecting a posting on the [24] Monitor Room computer. I requested Patrolmen McKay

---

Page 132

[1] print out the content of the posting and examined [2] same."

[3] Do you recall this incident?

[4] **A:** I think that's when the posting was brought [5] to my attention that day. That's when the posting [6] was discovered.

[7] **Q:** Well I think your letter pre-dates —

[8] **A:** It pre-dates but it's speaking about June the [9] twenty-fifth.

[10] **Q:** Okay.

[11] **A:** So the circumstances of this memo occur [12] prior to my letter going to organizational [13] diversity and subsequent to the date of the actual Guardroom [14] posting.

[15] **Q:** Paragraph six, "At this point, I ordered the [16] posting removed from the computer." Was that a [17] proper action?

[18] **A:** Yes.

[19] **Q:** "I next notified Mark Bactra and

---

Sergeant [20] Cowley and requested that they notify the website [21] and have the posting removed immediately." Was [22] that a proper action?

[23] **A:** Yes.

[24] **Q:** Is that something you would expect your

---

Page 133

[1] supervisors to do upon coming across racist, [2] sexist, derogatory information?

[3] **A:** Yes. I mean I would do it. I'd call the [4] website administrator and ask them to remove the [5] information.

[6] **Q:** Number seven, "I responded to your office [7] with a copy of the posting and notified you. I [8] also informed you that I had notified Sergeant [9] Cowley and was in the process of having the posting [10] removed." Were those proper actions?

[11] **A:** Yes.

[12] **Q:** Thank you.

[13] **MR. EDWARDS:** Please mark this.

[14] (The document above referred to [15] was marked Deposition Exhibit No. [16] 8 for identification.)

[17] **BY MR. EDWARDS:**

[18] **Q:** Do you recognize this document I've just [19] handed you, chief?

[20] **A:** I'm just glancing at it. One second, please.

[21] (Pause.)

[22] **A:** Yes.

[23] **Q:** What is that, please?

[24] **A:** It's a special order concerning reassignment

---

Page 134

[1] of personnel.

[2] **Q:** It's dated July 19, 2002?

[3] **A:** That's correct.

[4] **Q:** And among the personnel assigned is [5] Lieutenant Nancy O'Loughlin?

[6] **A:** Correct.

[7] **Q:** And she is being assigned from surface day [8] shift commander. That's that job that we talked [9] about a little while ago?

[10] **A:** Correct.

[11] **Q:** To detectives day shift commander and [12] graffiti investigations?

[13] **A:** Correct.

[14] **Q:** You also assigned Lieutenant Joseph Leuchte?

[15] **A:** Joe Leuchte.

[16] **Q:** Leuchte?

[17] **A:** Yes.

[18] **Q:** L-e-u-c-h-t-e, from detective commander to [19] detectives, night shift commander. What had [20] Lieutenant

correct, [11] in the statements?

[12] A: Sure. I mean I think it's racist, I think [13] it's sexist. I think it's disgusting.

[14] Q: And you don't have any idea who posted this?

[15] A: No, I can't prove who posted it.

[16] Q: Do you have an idea?

[17] A: I think everyone does.

[18] Q: Who is that?

[19] A: My opinion's not of any value in that regard [20] because I can't prove it.

[21] Q: Okay.

[22] MR. EDWARDS: Please mark this.

[1] (The document above referred to [2] was marked Deposition Exhibit No. [3] 6 for identification.)

[4] BY MR. EDWARDS:

[5] Q: Do you recognize that document I just gave [6] you, chief?

[7] A: Yes.

[8] Q: And what is this?

[9] A: It's a correspondence that I forwarded to the [10] attention of Frank Oglesby, who served as the [11] director of organizational diversity and civil [12] rights at the MBTA concerning the posting that we [13] just discussed.

[14] Q: Let me go back to that posting just for a [15] second. What date does it indicate that the [16] posting was made?

[17] A: June the seventeenth.

[18] Q: Two thousand two?

[19] A: Correct.

[20] Q: Now your letter is dated July 3, 2002?

[21] A: That's correct.

[22] Q: And it is reporting to Frank Oglesby, [23] director of organizational diversity and civil [24] rights the fact that members of the department have

[1] been subjected to what they were subjected to on [2] the Guardroom website?

[3] A: Correct.

[4] Q: That's consistent with what you told me [5] earlier about making reports to diversity when [6] harassment and discrimination comes up?

[7] A: Right. If there's not a report filed by [8] individual employees, in this case I didn't believe [9] there was, so I sent it up to organization [10] diversity.

[11] Q: And you name individuals who were referenced?

[12] A: Correct.

[13] Q: And you cc'd this document to the individuals

[15] A: So they would know that it went to [16] organizational diversity. Because as I said, I did [17] not believe that any of them — I wasn't sure, but [18] I did not believe any of them had filed with [19] organizational diversity, and I was not sure all of [20] them were aware of the actual posting, meaning the [21] Guardroom posting.

[22] MR. EDWARDS: Please mark this.

[1] (The document above referred to [2] was marked Deposition Exhibit No. [3] 7 for identification.)

[4] BY MR. EDWARDS:

[5] Q: I just handed you a document that appears to [6] be a memo from Lieutenant O'Loughlin to [7] Superintendent Komola dated 7/16/02. Do you see [8] that?

[9] A: Yes.

[10] Q: Bates stamped M283.

[11] A: Yes.

[12] Q: And the first sentence is an indication that [13] Lieutenant O'Loughlin is reporting a sequence of [14] events on Tuesday, June 25, 2002, relative to [15] internet postings. Have you seen this document [16] before?

[17] A: Specifically I don't have a memory of the [18] document.

[19] Q: Okay. I'm going to direct your attention to [20] paragraph five in which it's written, "I next [21] responded to the Monitor Room."

[22] Next sentence, there are a list of officers [23] here, "All parties were inspecting a posting on the [24] Monitor Room computer. I requested Patrolmen McKay

[1] print out the content of the posting and examined [2] same."

[3] Do you recall this incident?

[4] A: I think that's when the posting was brought [5] to my attention that day. That's when the posting [6] was discovered.

[7] Q: Well I think your letter pre-dates —

[8] A: It pre-dates but it's speaking about June the [9] twenty-fifth.

[10] Q: Okay.

[11] A: So the circumstances of this memo occur prior [12] to my letter going to organizational diversity and [13] subsequent to the date of the actual Guardroom [14] posting.

[15] Q: Paragraph six, "At this point, I ordered the [16] posting removed from the computer." Was that a [17] proper action?

[18] A: Yes.

[19] Q: "I next notified Mark Bactra and

Sergeant [20] Cowley and requested that they notify the website [21] and have the posting removed immediately." Was [22] that a proper action?

[23] A: Yes.

[24] Q: Is that something you would expect your

[1] supervisors to do upon coming across racist, [2] sexist, derogatory information?

[3] A: Yes. I mean I would do it. I'd call the [4] website administrator and ask them to remove the [5] information.

[6] Q: Number seven, "I responded to your office [7] with a copy of the posting and notified you. I [8] also informed you that I had notified Sergeant [9] Cowley and was in the process of having the posting [10] removed." Were those proper actions?

[11] A: Yes.

[12] Q: Thank you.

[13] MR. EDWARDS: Please mark this.

[14] (The document above referred to [15] was marked Deposition Exhibit No. [16] 8 for identification.)

[17] BY MR. EDWARDS:

[18] Q: Do you recognize this document I've just [19] handed you, chief?

[20] A: I'm just glancing at it. One second, please.

[21] (Pause.)

[22] A: Yes.

[23] Q: What is that, please?

[24] A: It's a special order concerning reassignment

[1] of personnel.

[2] Q: It's dated July 19, 2002?

[3] A: That's correct.

[4] Q: And among the personnel assigned is [5] Lieutenant Nancy O'Loughlin?

[6] A: Correct.

[7] Q: And she is being assigned from surface day [8] shift commander. That's that job that we talked [9] about a little while ago?

[10] A: Correct.

[11] Q: To detectives day shift commander and [12] graffiti investigations?

[13] A: Correct.

[14] Q: You also assigned Lieutenant Joseph Leuchte?

[15] A: Joe Leuchte.

[16] Q: Leuchte?

[17] A: Yes.

[18] Q: L-e-u-c-h-t-e, from detective commander to [19] detectives, night shift commander. What had [20] Lieutenant

Leuchte been doing?

[21] A: He was the day shift.

[22] Q: He had been the day shift commander?

[23] A: Detectives.

[24] Q: It says 3:30 to 11:30.

---

Page 135

[1] A: Joe had been working days, he wanted to work [2] nights so he was working some nights, but he wanted [3] the night shift.

[4] Q: Okay. So you put him on nights?

[5] A: Right. [6] 3. Night shift commander.

[7] A: Straight nights.

[8] Q: Of the whole Detective Unit?

[9] A: Right. So he had a squad of detectives that [10] worked for him nights.

[11] Q: And you put Nancy O'Loughlin in charge of the [12] day shift detectives?

[13] A: Right.

[14] Q: And assigned her graffiti investigations?

[15] A: She did graffiti investigations for years at [16] the MBTA Police. She worked with Boston Police as [17] well as police departments across the state on [18] those issues.

[19] When we moved the officers from Anti-Crime [20] Unit, she was assigned inside, so we weren't [21] involving ourselves in the graffiti issues and [22] there was just a burst of graffiti out along the —[23] a call had come from the secretary's office, out [24] along the turnpike extension, on the right of way.

---

Page 136

[1] As well as there were numerous requests from [2] the Boston Police Department out in the West [3] Roxbury, Mission Hill, Allston, Brighton areas [4] where they were asking for her help in identifying [5] who may have put the particular graffiti on walls [6] or other objects.

[7] Q: Now commander of the detectives on the day [8] shift, what was her day-to-day job in that regard?

[9] A: She would supervise a squad of detectives. [10] She would conduct investigations herself. She [11] would work with other detectives in conducting the [12] investigations, depending upon the seriousness of [13] what we were working on.

[14] You know, the need for how many detectives [15] you would have work on a particular investigation. [16] If you had something real serious, a stabbing, a [17] shooting, you're going to require more personnel [18] being involved in those types of investigations.

[19] Graffiti stuff she could go out on her

own or [20] if she had a partner working with her, they would [21] go together.

[22] Q: Would you consider her primary job to have [23] been the command of the Detective Unit or were they [24] both co-equal kind of a —

---

Page 137

[1] A: Graffiti's just a realm of investigation, so [2] it's just a type of investigation. She happened to [3] have an expertise in dealing with those particular [4] matters.

[5] We weren't doing them because she was [6] assigned inside. We were hearing it loud and clear [7] from other agencies, as well as from the [8] transportation side of the MBTA.

[9] Q: Did she have to do the day-to-day assignments [10] of detectives and things like that?

[11] A: Right. She would oversee case assignments, [12] she would oversee clearances of cases.

[13] MR. NOTIS: Excuse me. I just need a [14] break for a few moments.

[15] MR. EDWARDS: No problem.

[16] (A brief recess was taken.)

[17] BY MR. EDWARDS:

[18] Q: Was assignment to detectives something that [19] Nancy O'Loughlin asked for?

[20] A: No. I think I told her I was going to assign [21] her there.

[22] Q: Okay. Did you ask her if she wanted the [23] assignment?

[24] A: No. I think I told her I was going to assign

---

Page 138

[1] her there.

[2] Q: Was the position posted?

[3] A: No, there's no posting requirement.

[4] Q: So no other officer had the opportunity to [5] become detective commander day shift this time. [6] That was your decision?

[7] A: All of these assignments were my decision, as [8] it relates to the lieutenants. Sergeants, there's [9] a right of assignment so long as you don't change [10] their shift.

[11] Those that shifts were changed, Steve [12] Douglas, they would be done by seniority or one [13] officer, you know, requesting with another with [14] assent from the Association. You have two officers [15] that want to swap their shifts and with assent from [16] the Association, you can do that.

[17] Q: And we're talking about because of the [18] Collective Bargaining Agreement, correct?

---

[19] A: Correct.

[20] Q: Did you transfer Nancy O'Loughlin into this [21] position because of her gender?

[22] A: No.

[23] Q: Did you transfer her into the position [24] because you wanted to discriminate against her in

---

Page 139

[1] any way?

[2] A: No.

[3] Q: Do you think this position assignment or this [4] particular assignment adversely effected her [5] chances for promotion within the police department?

[6] A: No.

[7] Q: Do you know whether Nancy O'Loughlin had an [8] office in the Detective Unit?

[9] A: I'm sorry, can you ask me that again?

[10] Q: Did Nancy O'Loughlin have an office within [11] the Detective Unit as a supervisor?

[12] A: You know, I don't — there are officers [13] within the unit itself, the unit's one big office, [14] separate section, then there are office spaces off [15] and the detectives have cubicles.

[16] My memory is that I thought that they were, [17] Bill Flemming, they were cleaning out an office [18] space.

[19] Q: Did Lieutenant Leuchte have an office, as you [20] recall?

[21] A: Yes. Joe had been in the Detective Unit for [22] quite some time. He was there prior to my tenure [23] at the MBTA police and remained there during my [24] tenure.

---

Page 140

[1] Q: Okay.

[2] MR. EDWARDS: Please mark this.

[3] (The document above referred to [4] was marked Deposition Exhibit No. [5] 9 for identification.)

[6] BY MR. EDWARDS:

[7] Q: Chief, why don't you give that one to [8] Mitchell and you can look on the marked copy. I've [9] just handed you a copy of Nancy O'Loughlin's [10] Federal Court Complaint. Have you seen this [11] document before?

[12] A: No.

[13] Q: Okay. I'm just going to talk about a couple [14] of places in this complaint. Paragraph 12, page [15] three. And I'm actually looking at the last [16] sentence. " From August 18, 2002 through February [17] 2003 —

[18] MR. NOTIS: I think you mis-read that, [19] sir.

---

[20] MR. EDWARDS: Why?

[21] MR. NOTIS: There's no 12 in there.

[22] MR. EDWARDS: What did I say?

[23] (Discussion off the record.)

[24] BY MR. EDWARDS:

Page 141

[1] Q: "From August 2002 through February 2003, [2] Lieutenant O'Loughlin was in charge of a division [3] in the Detective Unit." Did you assign Lieutenant [4] O'Loughlin to a division within the Detective Unit?

[5] A: That's the reassignment that we just looked [6] at. I think she's incorrect in saying August. [7] She's probably approximating. It's actually July.

[8] Q: Okay. What division is she in charge of?

[9] A: She was in charge of the day shift Detective [10] Unit.

[11] Q: The whole thing, correct?

[12] A: Correct.

[13] Q: But she also did graffiti investigations?

[14] A: Right.

[15] Q: Do you know how she did that? Did she do it [16] alone? Did she have people with her?

[17] A: She — when the detectives come in, you look [18] at what your assignments are and they generally [19] work in pairs. [20] So one of the detectives would work with her [21] and if she was going out to do an investigation [22] other than graffiti, they would work that [23] investigation. If she were going out to do a [24] graffiti investigation, that officer would go along

Page 142

[1] with her.

[2] I know Victor Diaz was doing some of the — [3] he had an interest in the graffiti, so just [4] learning the trademarks of how they write and who [5] writes and all the rest. So I know he did some of [6] the investigations with her.

[7] Q: Do you recall whether Dan Sullivan did any [8] with her, as well?

[9] A: Specifically I don't. I can remember Victor [10] Diaz expressing an interest. Dan Sullivan would [11] work with her periodically. As I said, you know, [12] depending upon who was working on a given day.

[13] Q: Okay. Next paragraph, "In January 2003, [14] Joseph Carter was made chief of the MBTA Police [15] Department." Do you know that to be a true [16] statement?

[17] A: I don't know exactly when Joe was sworn in [18] but clearly he's the chief of police at the MBTA.

[19] Q: Next — skip a sentence. The

sentence that [20] begins, "As one". Do you see that? The second [21] line? Second line in paragraph 13.

[22] A: As one?

[23] Q: "As one of his first actions as chief, Chief [24] Carter disbanded Lieutenant O'Loughlin's division

Page 143

[1] and she was moved to the position of Detective [2] Unit commander." Isn't that the position we just looked [3] at, Detective Unit commander?

[4] A: I'm pausing to think. I'm not sure if Joe [5] Leuchte retired at that point. I don't know. I [6] honestly, Joe, I don't know.

[7] Q: That's alright.

[8] A: But, yes, the answer to your direct question [9] is yes, that's what we we're looking at in the [10] reassignment memo that —

[11] Q: Detective Unit commander?

[12] A: Right. On the day shift she commanded the [13] Detective Unit.

[14] Q: Okay. Next line, "The job of unit detective [15] commander is what is referred to as a 'desk job'." [16] Is that true?

[17] A: She went out and did investigations, you [18] know, I don't know what Chief Carter's expectations [19] were of the Detective Unit commander. [20] My expectations were you're an investigator, [21] go do investigations. You know, I'm quite sure Joe [22] made changes when he went into the MBTA Police so I [23] don't know if that was something he did.

[24] Q: Okay. Skip the next sentence. The sentence

Page 144

[1] that begins, "This job". "This job had previously [2] been performed by a sergeant."

[3] Had a sergeant been Detective Unit commander [4] while you were at the MBTA?

[5] A: The only sergeant — Joe Leuchte managed the [6] Detective Unit itself. He did have a sergeant [7] detective nights and that was Sergeant Joe [8] Mastrorelli.

[9] Q: Okay.

[10] A: That was the make up in the time that I was [11] there. Then Joe Mastrorelli retired and Leuchte [12] pretty much handled it by himself for quite some [13] time.

[14] Q: Now the next sentence, "Although this move [15] did not constitute a reduction in rank or salary, [16] it was a move to a much lower status position and [17] one in which Lieutenant O'Loughlin's chances for [18] advancement and

job satisfaction were greatly [19] reduced."

[20] Again, I know you don't know how Chief Carter [21] structured this particular job, but for his title, [22] Detective Unit commander, did you consider that a [23] low status position?

[24] A: You know, you get into this, I'll call it

Page 145

[1] attention because my view is I had to staff and [2] manage every aspect of the police department, so [3] whether you were the lieutenant detective or [4] whether you were the lieutenant or captain that [5] managed the Detail Unit or the lieutenant out at [6] patrol operations days or nights really was little [7] consequence in my mind. It's an assignment and [8] it's a responsibility that we have to fulfill, [9] you're the person to fulfill it.

[10] That said, in the police field, you know [11] detectives are viewed as a little bit of prestige [12] there. I don't understand it but that's probably [13] just me.

[14] There is no change in rank as it indicates, [15] that's true. Because you're a lieutenant, you're a [16] lieutenant, that's governed by Civil Service. And [17] the salary, there is no variation in the salary [18] either based upon a person's assignment.

[19] You find that in some agencies, you don't [20] find it in this agency.

[21] Q: Now while you were at the MBTA Police would — [22] let me back up and say it this way. When you [23] assigned Nancy O'Loughlin to the position of [24] Detective Unit commander, was it your sense that

Page 146

[1] her chances for advancement were somehow [2] compromised because of the move to that position?

[3] A: No.

[4] Q: Did you consider your assignment of Nancy [5] O'Loughlin to the position of Detective Unit [6] commander to be of means or have the effect of [7] somehow marginalizing her within the department?

[8] A: No.

[9] Q: Did you see it somehow as a sign of [10] disrespect toward her?

[11] A: No, I wouldn't have. Because as I said, it's [12] a responsibility that has to be fulfilled, and I [13] had a responsibility to assign people to perform [14] all of those various tasks.

[15] Q: When you assign a detective or a Detective [16] Unit commander, do you look for certain skills, [17] expertise,

levels of experience?

[18] **A:** Yes. But it's also, you're looking at [19] somebody's work ethic and you can train people. [20] You can provide them with training to develop those [21] skills, as well.

[22] In this particular case in assigning Nancy [23] O'Loughlin, as you saw in the assignment memo, once [24] she's had experience in conducting investigations,

---

**Page 147**

[1] having worked in detectives in the past and then [2] there was the issue of the graffiti that needed to [3] be dealt with, and she was the person to deal with [4] it.

[5] **Q:** Did Nancy O'Loughlin ever tell you that there [6] was an assignment that she didn't want or didn't [7] like over the course of your tenure at the MBTA?

[8] **A:** I'm sorry, could you repeat that?

[9] **Q:** Did Nancy O'Loughlin ever tell you that there [10] was an assignment that she didn't want or didn't [11] like during your tenure at the MBTA?

[12] **A:** I don't know, as I said earlier, that she [13] particularly liked the officer in charge day shift, [14] you know, managing headquarters. Frankly, she's [15] not the only one that didn't like it.

[16] **Q:** But that didn't stop you from putting her [17] there and leaving her there until you made the [18] decision to move her somewhere else?

[19] **A:** That's correct.

[20] **Q:** Now paragraph 14 is about Nancy O'Loughlin [21] being moved from the Detective Unit commander to [22] the head of the Detail Unit. Now she writes in [23] this complaint —

[24] **MR. NOTIS:** Objection.

---

**Page 148**

[1] **BY MR. EDWARDS:**

[2] **Q:** The complaint indicates, I stand corrected, [3] that, in the third sentence, " This was a move to a [4] much lower status position."

[5] Was it your view when you were chief of the [6] MBTA Police Department that commander of the Detail [7] Unit was a much lower status position that [8] commander of the Detective Unit?

[9] **A:** In my view, no. It's an administrative [10] responsibility that has to be fulfilled. I have to [11] assign someone there to manage that unit.

[12] But as I said with regard to detectives, if [13] you look at police work, is it viewed as being a [14] desired slot? The answer's no. But somebody has [15] to perform that function.

[16] **Q:** Under your command what did

---

the head of the [17] Detail Unit do day to day?

[18] **A:** The Detail Unit, the person that administers [19] the unit oversees the assignment of details and [20] overtime in compliance with the Collective [21] Bargaining Agreements. And it's a very busy unit.

[22] I mean there are only a couple officers in [23] there with that administrator and you interface [24] with the Budget Department at the MBTA, you

---

**Page 149**

[1] interface with the private parking lot contractors [2] because many of the details are within those lots [3] and the funding comes from that vendor.

[4] And there's a lot of work that goes through [5] that unit to be assigned out each and every day. [6] You interface with other police agencies and law [7] enforcement agencies. So if you don't fill a [8] particular detail, it gets passed to Boston, to the [9] State Police, to the Sheriff's Department. They're [10] sending stuff into us that they can't fill. [11] They're busy.

[12] **Q:** Who keeps track of the money that are paid [13] for details?

[14] **A:** The unit commander would send reports of the [15] details and overtime that were assigned out. [16] Overtime was managed with the civilian that handled [17] the day-to-day issues related to our budget. So we [18] would monitor administratively overtime.

[19] Details came from basically three different [20] sources, one being the parking lot vendors which [21] was in excess of $100,000.00 a year. Much more [22] than that. Then there were the details that came [23] from other agencies or were related to the Big Dig. [24] MBTA officers worked about 15 percent of all the

---

**Page 150**

[1] details on the Big Dig because they're MBTA [2] projects.

[3] And then you had private contractors who [4] would hire the MBTA officers. Just an example [5] would be many of the funeral homes because the MBTA [6] had jurisdiction in 185 different communities. [7] They would hire the motorcycle officers to escort [8] funerals that were going to cross through multiple [9] towns. Because for years the State Police, as a [10] matter of practice, would not assign motorcycle [11] officers to those types of details.

[12] **Q:** So a lot of money or at least if not the [13] cash itself, a lot of money was accounted for —

[14] **A:** The billing goes through the unit and would [15] be paid back into the

---

MBTA through the budget [16] office, but the billing would come out of that [17] office. That office would generate the, you know, [18] the actual overtime and it's a fair and equitable [19] system so your list is rotating with every job that [20] you assign. And whether someone's working, not [21] working, or wants to be considered, doesn't want to [22] be considered, it's an interesting process.

[23] **Q:** But that was all the responsibility of the [24] Detail Unit commander?

---

**Page 151**

[1] **A:** Would administer that, right. At the time I [2] was there, there were two officers assigned to work [3] in that unit.

[4] **Q:** Now while you were the chief of the MBTA [5] police, was it your perception that an officer's [6] chances for advancement would be reduced by being [7] head of the Detail Unit?

[8] **A:** You know as I'm reading this, that was the [9] argument. Not as far as I'm concerned. But there [10] was a view that if you were assigned there, you [11] were somehow being punished and things were —[12] somebody had to do the job and, you know, if you [13] want to stay out on the street and do strictly [14] police work and not do administrative work, then [15] don't get promoted.

[16] Somebody has to administer each of those [17] areas of the police department. That's one of [18] them. I never looked at the position adversely.

[19] **Q:** I guess that is a nice segway into paragraph [20] 15. "It is well known in the MBTA Police [21] Department that the position of head of the Detail [22] Unit is a punishment position for anyone above the [23] rank of sergeant." Is that your understanding?

[24] **A:** I've had that argument presented to me in the

---

**Page 152**

[1] past and in other cause of action, and what I've [2] said to you today is what I said then, that [3] somebody has to manage it.

[4] In fact, when I arrived at the MBTA Police —[5] well for the longest time as that department built [6] up in size, there was a sergeant that managed that [7] unit. When I arrived at the MBTA Police, it was a [8] lieutenant. It was Lieutenant David LeRay.

[9] **Q:** Okay. What cause of action did you just [10] allude to?

[11] **A:** It was in the matter of John Martino versus [12] the MBTA, which was a case that went to trial in [13] the U.S. District Court.

[14] **Q:** And what was — how did that case relate to [15] the Detail Unit?

---

Nancy O'Loughlin MBTA, et al.,
Case 3:04-cv-10933-JLT    Document 38-6    Filed 07/05/2006    Page 27 of 29    Thomas J. O'Loughlin
December 20, 2005

levels of experience?

[18] **A:** Yes. But it's also, you're looking at [19] somebody's work ethic and you can [20] train people. You can provide them with training to develop those [21] skills, as well.

[22] In this particular case in assigning Nancy [23] O'Loughlin, as you saw in the assignment memo, once [24] she's had experience in conducting investigations,

---

Page 147

[1] having worked in detectives in the past and then [2] there was the issue of the graffiti that needed to [3] be dealt with, and she was the person to deal with [4] it.

[5] **Q:** Did Nancy O'Loughlin ever tell you that there [6] was an assignment that she didn't want or didn't [7] like over the course of your tenure at the MBTA?

[8] **A:** I'm sorry, could you repeat that?

[9] **Q:** Did Nancy O'Loughlin ever tell you that there [10] was an assignment that she didn't want or didn't [11] like during your tenure at the MBTA?

[12] **A:** I don't know, as I said earlier, that she [13] particularly liked the officer in charge day shift, [14] you know, managing headquarters. Frankly, she's [15] not the only one that didn't like it.

[16] **Q:** But that didn't stop you from putting her [17] there and leaving her there until you made the [18] decision to move her somewhere else?

[19] **A:** That's correct.

[20] **Q:** Now paragraph 14 is about Nancy O'Loughlin [21] being moved from the Detective Unit commander to [22] the head of the Detail Unit. Now she writes in [23] this complaint —

[24] MR. NOTIS: Objection.

---

Page 148

[1] **BY MR. EDWARDS:**

[2] **Q:** The complaint indicates, I stand corrected, [3] that, in the third sentence, " This was a move to a [4] much lower status position."

[5] Was it your view when you were chief of the [6] MBTA Police Department that commander of the Detail [7] Unit was a much lower status position that [8] commander of the Detective Unit?

[9] **A:** In my view, no. It's an administrative [10] responsibility that has to be fulfilled. I have to [11] assign someone there to manage that unit.

[12] But as I said with regard to detectives, if [13] you look at police work, is it viewed as being a [14] desired slot? The answer's no. But somebody has [15] to perform that function.

[16] **Q:** Under your command what did

---

the head of the [17] Detail Unit do day to day?

[18] **A:** The Detail Unit, the person that administers [19] the unit oversees the assignment of details and [20] overtime in compliance with the Collective [21] Bargaining Agreements. And it's a very busy unit.

[22] I mean there are only a couple officers in [23] there with that administrator and you interface [24] with the Budget Department at the MBTA, you

---

Page 149

[1] interface with the private parking lot contractors [2] because many of the details are within those lots [3] and the funding comes from that vendor.

[4] And there's a lot of work that goes through [5] that unit to be assigned out each and every day. [6] You interface with other police agencies and law [7] enforcement agencies. So if you don't fill a [8] particular detail, it gets passed to Boston, to the [9] State Police, to the Sheriff's Department. They're [10] sending stuff into us that they can't fill. [11] They're busy.

[12] **Q:** Who keeps track of the money that are paid [13] for details?

[14] **A:** The unit commander would send reports of the [15] details and overtime that were assigned out. [16] Overtime was managed with the civilian that handled [17] the day-to-day issues related to our budget. So we [18] would monitor administratively overtime.

[19] Details came from basically three different [20] sources, one being the parking lot vendors which [21] was in excess of $100,000.00 a year. Much more [22] than that. Then there were the details that came [23] from other agencies or were related to the Big Dig. [24] MBTA officers worked about 15 percent of all the

---

Page 150

[1] details on the Big Dig because they're MBTA [2] projects.

[3] And then you had private contractors who [4] would hire the MBTA officers. Just an example [5] would be many of the funeral homes because the MBTA [6] had jurisdiction in 185 different communities. [7] They would hire the motorcycle officers to escort [8] funerals that were going to cross through multiple [9] towns. Because for years the State Police, as a [10] matter of practice, would not assign motorcycle [11] officers to those types of details.

[12] **Q:** So a lot of money or at least if not the cash [13] itself, a lot of money was accounted for —

[14] **A:** The billing goes through the unit and would [15] be paid back into the

---

MBTA through the budget [16] office, but the billing would come out of that [17] office. That office would generate the, you know, [18] the actual overtime and it's a fair and equitable [19] system so your list is rotating with every job that [20] you assign. And whether someone's working, not [21] working, or wants to be considered, doesn't want to [22] be considered, it's an interesting process.

[23] **Q:** But that was all the responsibility of the [24] Detail Unit commander?

---

Page 151

[1] **A:** Would administer that, right. At the time I [2] was there, there were two officers assigned to work [3] in that unit.

[4] **Q:** Now while you were the chief of the MBTA [5] police, was it your perception that an officer's [6] chances for advancement would be reduced by being [7] head of the Detail Unit?

[8] **A:** You know as I'm reading this, that was the [9] argument. Not as far as I'm concerned. But there [10] was a view that if you were assigned there, you [11] were somehow being punished and things were — [12] somebody had to do the job and, you know, if you [13] want to stay out on the street and do strictly [14] police work and not do administrative work, then [15] don't get promoted.

[16] Somebody has to administer each of those [17] areas of the police department. That's one of [18] them. I never looked at the position adversely.

[19] **Q:** I guess that is a nice segway into paragraph [20] 15. "It is well known in the MBTA Police [21] Department that the position of head of the Detail [22] Unit is a punishment position for anyone above the [23] rank of sergeant." Is that your understanding?

[24] **A:** I've had that argument presented to me in the

---

Page 152

[1] past and in other cause of action, and what I've [2] said to you today is what I said then, that [3] somebody has to manage it.

[4] In fact, when I arrived at the MBTA Police — [5] well for the longest time as that department built [6] up in size, there was a sergeant that managed that [7] unit. When I arrived at the MBTA Police, it was a [8] lieutenant. It was Lieutenant David LeRay.

[9] **Q:** Okay. What cause of action did you just [10] allude to?

[11] **A:** It was in the matter of John Martino versus [12] the MBTA, which was a case that went to trial in [13] the U.S. District Court.

[14] **Q:** And what was — how did that case relate to [15] the Detail Unit?

---

[16] A: I had assigned John Martino to the Detail [17] Unit and my recollection is one of the allegations [18] was he felt that was retaliatory because he was a [19] witness in matters, MCAD matters related to another [20] employee.

[21] Q: Okay. And he alleged that he was being [22] punished by you?

[23] A: Correct.

[24] Q: Retaliated against?

---

Page 153

[1] A: Correct.

[2] Q: By being placed into the Detail Unit?

[3] A: Correct.

[4] Q: And, obviously, you don't see it that way, [5] correct?

[6] A: No. I didn't see it that way then and I [7] don't see it that way today. And I don't manage [8] it. Somebody has to manage the unit. It's that [9] simple.

[10] Q: Now the very first exhibit we had today, is [11] that the — that's Exhibit 1 I just handed you.

[12] A: Yes.

[13] Q: That shows the assignment of Captain Martino [14] to the Detail Unit?

[15] A: That's correct.

[16] Q: And it also shows a reassignment of [17] Lieutenant LeRay out of the Detail Unit?

[18] A: Into the Training Unit, yes.

[19] Q: So just to make it clear, lieutenants have [20] held that position in the past?

[21] A: Yes. Lieutenant LeRay did and then Captain [22] Martino. This was at a time when we were just [23] opening the MBTA Police Academy. We were ex- panding [24] the academy to train office- rs. So we dedicated a

---

Page 154

[1] lieutenant to manage the academy itself. He was [2] trying to do training as well as the academy and [3] was just overwhelmed.

[4] Dave LeRay has a background in teaching so we [5] moved Dave LeRay over to training to deal with our [6] in- service training, the officers that were already [7] on the department. Garrett Fredericks went to the [8] Academy to manage the Academy. John Martino went [9] into the Detail Unit.

[10] And that particular reassignment at this [11] point in time was part of an allegation that he [12] filed within a cause of action.

[13] Q: Thank you. I would ask you to turn to page 6 [14] six, paragraph 19. Paragraph 19. "During her [15] nearly 21 years working at the MBTA Police [16] Depart- ment, Lieutenant O'Loughlin has

been [17] subjected to a patter and practice of gender [18] discrimination, which Chief Carter", the current [19] chief, "has followed and has continued."

[20] And there are several numbered items that are [21] allegedly illustrative of this pattern and [22] practice, and I'm going to ask you about those.

[23] Under 19, number one, "For a long period of [24] time Lieutenant O'Loughlin was the only superior

---

Page 155

[1] officer assigned to the Detective Unit who was [2] deliberately not provided with an office."

[3] Do you know anything about that?

[4] A: Other than what I indicated earlier, that I [5] knew when she was first assigned in July to the [6] Detective Unit that deputy Flemming had indicated [7] that they were going to clear out an office space. [8] I think it was used for storage or filing or a [9] combination of both.

[10] I actually left the MBTA police like a month [11] later. I was going to stay, but I had leave time [12] that would take me up to the end of my contract.

[13] Q: So you don't know for a fact whether an [14] office or whether this space was eventually cleaned [15] out?

[16] A: I don't.

[17] Q: Now for whom did Lieutenant O'Loughlin report [18] as a detective?

[19] A: She would have reported to Bill Flemming, [20] who's a deputy chief. He managed Investigative [21] Services.

[22] Q: Number two, "Lieutenant O'Loug- hlin was the [23] only superior officer assigned to the Detective [24] Unit who was deliberately not provided with a

---

Page 156

[1] detective lieutenant badge." Do you know about [2] that?

[3] A: The only thing that I'm aware of there is I [4] know we had ordered badges. And it was sometime I [5] was in picking up uniforms at the dealership, AAA [6] Police Supply in Dedham, and the owner of that [7] business, Mark Edwards, just said to me, "Oh, that [8] place, they got me doing this thing about the [9] lieutenant detective badge and there it's ordered, [10] then it's canceled." He goes, " I don't know", you [11] know, "I'm going to get stuck with this thing."

[12] I said, alright, great, give me what I need [13] and I'm, you know, gone.

[14] Q: You didn't know what it was about?

[15] A: No, only when I'm reading this now, and I [16] know that we had ordered badges, which was [17] customary, par- ticularly if someone was in the [18]

Detective Unit for some time.

[19] They do look at it with some prestige, and [20] they'd want a badge if they moved back or, you [21] know, so I know the badges were ordered and then [22] from what he indicated were canceled but he had the [23] order placed, and he felt he was going to eat the [24] badge.

---

Page 157

[1] Q: So do you have any indication that Lieutenant [2] O'Loughlin was not pro- vided with a badge because of [3] her gender?

[4] A: I don't know that she wasn't pro- vided with a [5] badge. I'm only saying to you just that very brief [6] comment from the vendor that the badge was ordered, [7] canceled. I don't know if she ever got a badge or [8] what worked out there. I really don't.

[9] Q: Number three, "For a long period of time [10] Lieutenant O'Loughlin was the only superior officer [11] without a computer of her own to use." What do you [12] know about that?

[13] A: I don't.

[14] Q: You never heard that complaint?

[15] A: No. I'm not aware of that.

[16] Q: Number four, for a long period of time, [17] Lieutenant O'Loughlin was assigned a cellular [18] telephone which was inferior to the telephones [19] as- signed to other superior officers. Is that a [20] complaint of which you are aware?

[21] A: No.

[22] Q: Number five, "For a long period of time [23] Lieutenant O'Loughlin was the only lieutenant [24] required to attend roll call." Do you know about

---

Page 158

[1] that complaint?

[2] A: No.

[3] Q: Number six I think we've spoken about, [4] "Pornographic and obscene comments about Lieutenant [5] O'Loug- hlin were made on an internet site" —

[6] A: That's correct. I think that's what we [7] discussed earlier.

[8] Q: Number seven, as well, "From 1998 through [9] 2002 distasteful cartoons, newspaper articles were [10] displayed on bulletin boards." We've touched on [11] that earlier?

[12] A: Yes.

[13] Q: And number eight, pager mes- sages. We've [14] dealt with that already.

[15] A: That's correct.

[16] (Discussion off the record.)

[17] BY MR. EDWARDS:

[18] Q: Chief, while you were chief of the MBTA [19] Police Department, did you have occasion to [20] discipline officers?

---

Page 177

[1] disciplined. I don't know if it's related to those [2] circumstances. That's the only one I know of, as [3] far as Hennessey goes.

[4] Q: That's — I think it's a different issue.

[5] A: Oh, okay. That's the only one I know about [6] Hennessey.

[7] Q: Have you had occasion to suspend two, three, [8] five officers at a time?

[9] A: Two I've done. I've not done five.

[10] Q: When you suspend an officer — well what is [11] the longest term that you have suspended an officer [12] for?

[13] A: I — well at the MBTA I either terminated or [14] they resigned in the face of termination I think it [15] was 10 employees, 10 police officers.

[16] Q: Over the course of —

[17] A: Of five years.

[18] Q: And the two suspensions that you had at one [19] time, do you recall how long those suspensions were [20] for?

[21] A: I don't.

[22] Q: Based on your knowledge and experience, have [23] you ever heard of an occasion when a police officer [24] was being disciplined or asked to turn in a badge,

Page 178

[1] asked to turn in a gun and that officer reacted [2] violently?

[3] MR. NOTIS: Objection.

[4] THE WITNESS: No.

[5] BY MR. EDWARDS:

[6] Q: You have never heard of that occurring?

[7] A: No. I mean at Wellesley there was a [8] situation turning in the gun I think it [9] accidentally discharged, was the way they said it. [10] It was back in the fifties. That's the only one [11] that comes to mind.

[12] I don't know of a circumstance where a police [13] officer responded violently in that situation.

[14] Q: Are you responding just on your own personal [15] knowledge or are you responding ever in the United [16] States, let's say. Have you ever heard of that [17] happening?

[18] A: I've not heard of it happening, no. I mean [19] has it ever happened, and I may not know of it? [20] There's a lot of things I don't know about.

[21] Q: If there's a situation in which several [22] officers are going to be relieved of their weapons, [23] relieved of their badges, possibly terminated from [24] their positions, in your mind is it prudent to take

Page 179

[1] precautions? Would it be prudent?

[2] A: I've never seen the — I mean if you're [3] asking me would it be prudent to have a SWAT team [4] there, I've never seen the need, whether they're [5] police officers or other employees.

[6] Q: Well I think — is it your impression — is [7] this the first time you've seen this complaint? [8] Today?

[9] A: On this particular issue?

[10] Q: On any issue. This entire complaint.

[11] A: Yes, right.

[12] Q: Today. Is it your impression looking at [13] paragraph 27, as Mr. Notis asked you to look at, [14] that there was a SWAT team present?

[15] A: That's what it says.

[16] Q: Does it not say in the first paragraph at the [17] time Lieutenant O'Loughlin was informed for the [18] allegations against her — "At the time that [19] Lieutenant O'Loughlin was informed of the [20] allegations against her and that she was being [21] relieved of duty with pay, several SOT ("Special [22] Operations Team") officers were stationed outside [23] the office of the chief of police (close to where [24] Lieutenant O'Loughlin was attending her meeting)

Page 180

[1] and two others were standing outside."

[2] Is a SWAT team two officers, a couple [3] officers, several officers, 15 officers? [4] Generally, when you think of a SWAT team —

[5] A: These members, these officers are members of [6] the SOT, trained as a unit. An SOT is just, you [7] know, you see that is commonly used as much as [8] SWAT, you know, Special Operations Team is [9] contrasted to Special Weapons and Tactics. They [10] have the very same meaning.

[11] These officers have received extensive [12] training in tactics and as I said, in high-powered [13] weapons, as well as — I mean this says for [14] barricaded people with guns. That's only one [15] aspect of what they're trained to do.

[16] They're trained to enter trains, buses, [17] buildings, whatever the case may be, and deal with, [18] you know, those serious situations that are beyond [19] the means of police officer and the equipment they [20] have, you know, on a day-to-day basis.

[21] Q: Let me ask you this way. If we were not [22] talking about Special Operations Team members, [23] would it make sense to you to have a couple of [24] officers around the area when several officers were

Page 181

[1] being suspended?

[2] MR. NOTIS: Objection.

[3] THE WITNESS: I can only — I mean my [4] experience and my knowledge of, you know, that [5] which I have knowledge in the profession, even as [6] it relates, for instance, to the MBTA and its [7] civilian employees or towns and their employees, [8] it's not uncommon to send a police officer, you [9] know, to town hall, someone's going to be [10] terminated. And it's more to keep the peace.

[11] Me, in dealing with employees, [12] disciplinary measures, I had someone else present [13] more so there was another set of ears. You know, [14] so that it could be memorialized what I said to [15] them and what they said to me. Because they always [16] present themselves with a Union official. I mean [17] the officer that's going to be disciplined.

[18] So it's just to ensure that you're able to [19] memorialize what took place. But I've just never [20] seen this in my experience.

[21] Q: Have you heard of employers in other areas [22] other than the MBTA having security present when [23] somebody is fired, for instance?

[24] MR. NOTIS: Objection.

Page 182

[1] BY MR. EDWARDS:

[2] Q: Have you ever heard of that?

[3] A: Yes, and that's what I indicated. I've seen [4] situations where the MBTA would call up and say [5] they were going to terminate someone, could we have [6] an officer go by, you know, to ensure that things [7] are peaceful. We'd send, you know, we'd send a [8] single officer down to 10 Park Plaza in those [9] circumstances. In fact, we'd send a detective, [10] usually.

[11] Q: Armed?

[12] A: They're equipped, as every police officer, [13] yes. So they would have a weapon.

[14] Q: Did you find that to be unusual? To take [15] precautions like that?

[16] A: No, not at that level, no.

[17] Q: I have another question. Did you know Joseph [18] Carter before he became chief of police at the [19] MBTA?

[20] A: Sure. I've known Joe — I've probably known [21] Joe for 25 years.

[22] Q: How do you know him?

[23] A: Joe was a police officer in the Boston Police [24] Department when I first met him. I worked at the

Page 183

[1] Housing Authority, Joe worked at Boston PD. He [2] worked the Com-