Exhibit 8

## Page 191

Volume: 2
Pages: 191-366
Exhibits: 14-20

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. No. 04-10933 JLT

* * * * * * * * * * * * * * *

NANCY O'LOUGHLIN,

    Plaintiff,

vs.

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, JOSEPH CARTER, and
MICHAEL MULHERN,

    Defendants.

* * * * * * * * * * * * * * *

CONTINUED DEPOSITION of WILLIAM FLEMING, a witness called by counsel for the Defendants MBTA and Joseph Carter, taken pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure before Alene M. Jennette, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Prince, Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston, Massachusetts on Wednesday, December 28, 2005, commencing at 10:00 a.m.

## Page 192

APPEARANCES:

BY MITCHELL J. NOTIS, ESQ.
370 Washington Street
Brookline, Massachusetts 02445
  On Behalf of the Plaintiff

PRINCE, LOBEL, GLOVSKY & TYE, LLP
By Joseph L. Edwards, Esq.
585 Commercial Street
Boston, Massachusetts 02109
  On Behalf of the Defendants MBTA
  and Joseph Carter

WILLIAM CUTLER PICKERING
HALE and DORR, LLP
By Gregory M. Reiser, Esq.
60 State Street
Boston, Massachusetts 02109
  On Behalf of the Defendant Michael Mulhern

## Page 193

INDEX

| WITNESS: | DIRECT | CROSS |
|---|---|---|

WILLIAM FLEMING

By Mr. Edwards    4

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 14 | Memo to Organizational Diversity | 195 |
| 15 | First Amended complaint and Demand for Jury Trial | 226 |
| 16 | Personnel Order, 8/4/03 | 249 |
| 17 | Special Order, 6/8/95 | 254 |
| 18 | Memo, 10/31/02 | 262 |
| 19 | Special Order, 11/14/02 | 269 |
| 20 | Memo, 7/31/03 | 348 |

## Page 194

PROCEEDINGS
* * * * *

WILLIAM FLEMING, a witness called for examination by counsel for the Defendants MBTA and Joseph Carter, having been previously identified by the production of his Commonwealth of Massachusetts Police Department Identification Card and previously duly sworn by the notary public, was examined and testified as follows:

DIRECT EXAMINATION
BY MR. EDWARDS:

    Q. Good morning, lieutenant. I'll try to pick up where we left off last time. The MBTA has a policy against unlawful discrimination and harassment, correct?

    A. Yes.

    Q. As a long-time member of the Police Department and having served in various capacities, are you familiar with those policies and rules regarding discrimination and harassment?

    A. Yes.

    Q. What should a supervisor in the

**Page 215**

A. It just never occurred to me.
Q. Are there any other times during 2001, 2002, that Lieutenant O'Loughlin complained to you and suggested that she was being maltreated or mistreated or subjected to a hostile work environment because of her gender?
A. Not that I can remember, no.
Q. And just to be clear, even with the office, she did not say to you that she thought it was because she was a woman that she didn't have an office?
A. No. I believe she got upset, and I was just walking by, and she said, to the best of my recollection -- I had so many things going on right then. She said something about an office. I said, Nancy, it's not a priority right now. And I just walked by quickly. I was just walking by the office. I think she took offense to that.
Q. When was that?
A. When I was the interim chief.
Q. So the latter part of 2002?
A. Probably. It had to be August,

**Page 216**

sometime in August or September. August.
Q. Did there ever come a time when Nancy O'Loughlin got an office in the detective unit?
A. Yes.
Q. When was that?
A. I don't remember. It would have been when Lieutenant Lenehan moved upstairs, I think. I'm just doing this by memory.
Q. Well, would it have been during that same time period or after Chief Carter arrived and you were no longer interim chief?
A. If I was guessing, I would have -- it would have been -- and I'm just guessing -- when Chief Carter was there.
Q. Why didn't you consider that a priority, getting her an office?
A. Because I had so many things I was handling at the time. And at that moment, it wasn't a priority for me to go out and try to find office space. That was for me, personally.
Q. Now, when Tom O'Loughlin placed Nancy O'Loughlin in command of the day-shift detective unit -- the detective unit on the day

**Page 217**

shift I guess is a better way to phrase it -- let me ask you this. Had there been other commanders of the detective division prior to Nancy O'Loughlin?
A. Yes. You mean --
Q. Who had commanded the detective unit, female, prior to Nancy O'Loughlin?
A. In the history of the Department?
Q. That you know of.
A. Well, it was always under the command of the deputy chief. But if you -- I think to go back to the Ashmont murder, Captain Ford-Murphy was in charge. She was the captain in charge of detectives at the time.
Q. As deputy chief?
A. No, as captain.
Q. As a captain?
A. Yes.
Q. When was that?
A. That was whenever that Ashmont murder -- I think it was in '91.
Q. '91?
A. Yes. She was the captain over there. But she reported to the deputy chief.

**Page 218**

Q. So Captain Ford-Murphy held the position. She reported to the deputy chief and --
A. Let me go back. At the time Bob Cochran was the deputy chief, and I just don't remember if he was only in charge of internal security. So that would have made Captain Ford-Murphy, I think, theoretically, in charge of detectives.
Q. Now, was there any other woman appointed to head the detective division between Captain Ford-Murphy and Lieutenant O'Loughlin that you recall?
A. Well, Deputy Chief Ann McCall was in charge of prosecutors and Internal Affairs, and the people assigned to her were detectives.
Q. But that's not the same detective unit that --
A. No.
Q. -- Nancy O'Loughlin commanded?
A. No, no.
Q. Okay. Ann McCall, she was deputy chief of administration?
A. Yes.

## 219

1  Q. And under her was Internal Affairs?
2  A. And Court Prosecutors.
3  Q. And Court Prosecutors, among other
4  things?
5  A. Right.
6  Q. And the people assigned to her in
7  Internal Affairs were detectives; is that a
8  proper --
9  A. Yes.
10 Q. -- statement?
11 A. Yes. And the people assigned to
12 Court Prosecutors were detectives. And I think
13 the academy staffed -- assigned to her were
14 detectives, too.
15 Q. But they didn't fall under the same
16 line of command as detectives in Investigative
17 Services?
18 A. No.
19 Q. That's the detective unit that Nancy
20 O'Loughlin was placed in command of on the day
21 shift?
22 A. She was in command of the day shift.
23 Q. Right.
24 A. Yes.

## 220

1  Q. Now, you testified that you suggested
2  to Tom O'Loughlin that Nancy O'Loughlin be
3  assigned to detectives, correct?
4  A. Correct.
5  Q. When you did that, was it your intent
6  to discriminate against her because of her
7  gender?
8  A. No.
9  Q. Well, she was coming from a position
10 of duty lieutenant; isn't that your memory?
11 A. Duty supervisor.
12 Q. Duty supervisor?
13 A. Yes.
14 Q. Is there a difference in status
15 within the Police Department between the
16 position of duty supervisor and day-shift
17 commander of detectives?
18 A. I suppose it would depend on each
19 individual person looking at it.
20 Q. Based on your experience in the
21 Police Department, as a general proposition, is
22 moving to the commander of the detectives on
23 the day shift from the duty supervisor position
24 seen as a step down, less status?

## 221

1  A. It would be seen as, in my position,
2  as a step up to go to detective supervisor.
3  Q. When you recommended to Tom
4  O'Loughlin that Nancy O'Loughlin be assigned to
5  detectives, were you attempting to marginalize
6  her within the Department in any way?
7  A. No. Actually, just the opposite.
8  Q. What do you mean by that?
9  A. I think if you review your exhibits
10 there from Thomas McCarthy and his transitional
11 material, he writes that the perceived
12 promotions and statements by the general
13 manager and me caused further problems.
14 Q. Okay.
15 A. And I think he phrased it as the
16 statements by the general manager, Mike
17 Mulhern, and the perceived promotions and all
18 these flurry of promotions of the anti-crime
19 unit, and he's specifically talking about Nancy
20 O'Loughlin, that caused harm in the Department.
21 Q. Is that because the position of
22 day-shift commander of detectives was seen as a
23 choice position?
24 A. Yes.

## 222

1  Q. Do you have any reason to believe
2  that Tom O'Loughlin was attempting to
3  discriminate against Nancy O'Loughlin or
4  marginalize her or disrespect her in any way by
5  assigning her to command the detectives on the
6  day shift?
7  A. No.
8  Q. Prior to Chief Carter arriving at the
9  Police Department, did Lieutenant O'Loughlin
10 tell you that she did not want to command the
11 detective unit on days?
12 A. Not that I remember.
13 Q. Do you recall her expressing any
14 dissatisfaction with the position?
15 A. Not that I remember.
16 Q. Now --
17 A. Except for the office.
18 Q. Except for the office?
19 A. Yes. And she requested more people.
20 Q. For?
21 A. She -- if we were going to go ahead
22 with the vandal squad.
23 Q. She requested more people for?
24 A. For the creation of the vandal squad.

**239**

1 did not constitute a reduction of rank or
2 salary, it was a move to a much lower-status
3 position. Is that the issue you addressed a
4 little while ago? Did you think that was a job
5 for a -- did you think it was a much
6 lower-status position?
7     A. No.
8     Q. Do you think it adversely impacted
9 Lieutenant O'Loughlin's chances for
10 advancement?
11     A. No.
12     Q. You didn't think it was an attempt to
13 marginalize her role in the MBTA Police
14 Department?
15     A. No. I believe I was criticized by
16 other members of the Department for putting her
17 in detectives.
18     Q. Okay. Because it was a coveted
19 position?
20     A. Yes.
21     Q. You do not agree, then, that being in
22 the position of detective unit commander was a
23 means of disrespecting her?
24     A. No.

**240**

1     Q. Did Chief Carter say anything about
2 wanting lieutenants generally, not just
3 Lieutenant O'Loughlin, to be managers within
4 the Police Department?
5     A. If he did, I don't remember it. I
6 just don't remember.
7     Q. Do you recall whether he said that he
8 did not expect his lieutenants to act the same
9 as first-line managers -- I mean first-line
10 supervisors, which would have been sergeants?
11     A. I don't remember.
12     Q. Did Chief Carter express any
13 hostility or animosity toward Nancy O'Loughlin?
14     A. If he did, he never expressed it to
15 me.
16     Q. You never heard it?
17     A. No.
18     Q. Never observed it?
19     A. I don't know if the two of them ever
20 talked. I don't know.
21     Q. Did he ever say anything about the
22 way Nancy O'Loughlin performed in the detective
23 division or in this position that we've been
24 talking about?

**241**

1     A. I remember the chief coming to me
2 about a graffiti problem in Mission Hill. I
3 said Nancy was the only one who could do it.
4 He said, Okay. He said, Who else knows
5 anything about graffiti? I said I do, but I
6 can't read it.
7     Q. Based on your experience as deputy
8 chief, after Chief Carter arrived, would you
9 characterize him as a micro-manager?
10     (Pause.)
11     A. No.
12     Q. How would you describe his management
13 style?
14     A. Um, I have no description for his
15 management style.
16     Q. Well, as it relates to you, did he
17 pretty much hands-off let you run Investigative
18 Services?
19     A. There were instances where people
20 would go by me to the chief.
21     Q. Okay.
22     A. And he would -- for whatever they
23 told him, you know. And I do remember one
24 instance with Nancy where the chief -- it was

**242**

1 about -- she had -- there was problems with
2 graffiti, I think, at Riverside, one of those
3 stations out there.
4     And she was doing a search warrant.
5 And I believe there were some kids under
6 arrest. And the chief was saying we shouldn't
7 be doing search warrants, you know, it's
8 graffiti. I said, it's on MBTA property,
9 Chief.
10     And I know that the -- my feeling was
11 that the chief -- someone had to have called
12 him from someplace else. Do you know what I
13 mean? To even have the chief be -- someone
14 within the Department, when she brought these
15 kids in under arrest.
16     Q. What makes you think it was someone
17 from the Department?
18     A. Because the arrests were at the same
19 time as the phone call. The chief called me
20 in.
21     Q. And so the chief gets this phone
22 call, and he asked you about it?
23     A. Yeah. He told me no search warrants.
24 I went downstairs and I told Nancy, no search

**Page 247**

1  been made chief or general manager, I guess.
2      Q. She could have been made chief.
3  Could she have been made deputy chief?
4      A. She could have been made deputy
5  chief. She could have been made general
6  manager.
7      Q. And being detective unit commander
8  did not, to the best of your knowledge, inhibit
9  her from going to other positions within the
10 Police Department?
11     A. No.
12     Q. Now, Paragraph 14 here refers to a
13 time when Nancy O'Loughlin was moved from the
14 position of detective unit commander to being
15 the head of the detail unit. Were you a deputy
16 chief when that occurred?
17     A. Yes.
18     Q. Do you recall when that was?
19     A. No.
20     Q. What is the detail unit?
21     A. The detail unit is a unit that
22 assigns officers various details. By details,
23 we -- they are considered -- could be anything
24 from a construction detail, working with a

**Page 248**

1  construction company.
2         It's basically an overtime
3  assignment. A parking lot -- with the various
4  MBTA parking lots, we have officers assigned to
5  watch for crime. So the detail unit assigned
6  those officers.
7      Q. So the commander of the detail unit
8  would be responsible for?
9      A. Overseeing the officers assigned to
10 her.
11     Q. Now, at the time this change in
12 assignment was made, Nancy O'Loughlin reported
13 to you, correct?
14     A. Yes.
15     Q. She was head of the detective unit?
16     A. (Witness nods.)
17     Q. Did Chief Carter discuss this move
18 with you prior to making it?
19     A. No.
20     Q. He never said anything about it?
21     A. No.
22     Q. I think I asked you this, but I'll
23 ask it again. Did Chief Carter indicate that
24 he was in any way dissatisfied with the job

**Page 249**

1  Nancy O'Loughlin was doing in the detective
2  unit?
3      A. He never voiced it to me.
4      Q. Did he ever indicate to you that he
5  was in any way dissatisfied with the job
6  Lieutenant Leuchte was doing in the detective
7  unit?
8      A. Joe, my recollection was that when
9  Joe Leuchte was reassigned, I don't even think
10 the chief knew who he was. He asked why would
11 he want to go to 3:30's, I think.
12     Q. Why would he what?
13     A. Why would he want to go to 3:30's.
14 That's the only thing he said to me. I don't
15 think the chief even knew who Leuchte was.
16        (Exhibit No. 16 marked for
17        identification.)
18     Q. I just handed you a document Bates
19 stamped M12, dated at the top August 4, 2003.
20 And the subject is, Supervisory Personnel
21 Reassignment. Is that correct?
22     A. That's correct.
23     Q. You've seen this document before?
24     A. Yes.

**Page 250**

1      Q. This is a document reassigning, among
2  others, Lieutenant Nancy O'Loughlin to
3  commander of the detail unit; is that correct?
4      A. Correct.
5      Q. It is reassigning Lieutenant Joseph
6  Leuchte out of detectives to the patrol
7  division; is that correct?
8      A. That's correct.
9      Q. So that is both the day shift
10 commander and the night shift commander being
11 transferred out together?
12     A. Yes.
13     Q. Lieutenant Thomas McCarthy was
14 assigned as detective unit commander; correct?
15     A. Yes, correct.
16     Q. Did Lieutenant McCarthy begin
17 reporting to you?
18     A. Yes.
19     Q. Now, did this order regarding
20 Lieutenant McCarthy indicate that he had
21 overall command under you for days and nights?
22     A. No. It says he's assigned as
23 detective unit commander, 7:30 to 3:30.
24     Q. Was there a night shift commander?

**Page 259**

1 in the Department.
2     Q. Okay. People you spoke with?
3     A. From patrolman on up.
4     Q. What made this a powerful position?
5     A. You were assigned overtime. Dave
6 LeRay said to me once that they -- They're
7 punishing me by putting me in here.
8     Q. Does the detail unit keep track of
9 payments to the MBTA for details? Does that go
10 through the detail office?
11    A. The detail office is an outside
12 agency. If Boston Police, for example, did a
13 detail, if the officer submitted his slip, it
14 would sometimes go through the detail office,
15 and you'd check to see if he performed those
16 duties. And then you'd just okay it and send
17 it on to the Payroll Department.
18    Q. Okay. Now, at some point, you had to
19 fill a position of detail officer; is that
20 correct?
21    A. Correct.
22    Q. And you put a sergeant into the
23 position?
24    A. Yes.

**Page 260**

1     Q. Is that correct?
2     A. Correct.
3     Q. Were you punishing that sergeant?
4     A. No.
5     Q. Why was that not a punishment?
6     A. He requested it. He came to me and
7 requested it.
8     Q. Okay. Is what makes it a punishment
9 the fact that an officer does not want to be
10 there?
11    A. No. What makes it a punishment would
12 be the perception among your peers and others
13 in law enforcement that you're being punished
14 for the assignment. If a sergeant or if a
15 captain had came to Chief O'Loughlin or to
16 myself and said, I really like the detail unit,
17 or I really -- you know, and he volunteered for
18 that assignment -- when I put a sergeant in
19 there, there were some members of the
20 lieutenants union who complained that that was
21 their position.
22    Q. That was whose position?
23    A. Their position.
24    Q. What do you mean their position?

**Page 261**

1     A. The head of the detail unit was a --
2     Q. -- lieutenant's position?
3     A. Or captain's position. I said, Any
4 lieutenant who volunteered for it can have it.
5 I said, I'm taking John Martino out of it
6 because it was a punishment assignment.
7     Q. Why did the lieutenants union suggest
8 to you that this was a lieutenant's position or
9 higher, lieutenant or captain?
10    A. For the same reason I also took,
11 after consultation with Mike Mulhern,
12 Lieutenant Mike McDonough off midnights. That
13 was a punishment assignment also. And Minister
14 Don Muhammed had spoke to the general manager
15 and said, Can you take Mike McDonough off
16 midnights.
17        Mike had a disabled kid he was taking
18 care of. I removed both of them because I
19 considered them punishment assignments. The
20 lieutenants also at that time said that the
21 midnight position was a lieutenant's position.
22 I said, Any lieutenant who would like to
23 volunteer for it can have it.
24    Q. Well, my question, I guess, is if it

**Page 262**

1 was a punishment position, do you have any idea
2 why a lieutenant would come to you and say,
3 This is a lieutenant's position?
4     A. Just because they're in the union,
5 and they would consider this their union --
6 that was a union position held by them.
7     Q. And the head of the detail unit
8 handed out overtime?
9     A. Yes.
10    Q. At the time you were interim chief,
11 did the head of the detail unit interact with
12 other police departments about details?
13    A. I'm sure he did.
14    Q. Is that part of the job?
15    A. Yes.
16        (Exhibit No. 18 marked for
17        identification.)
18    Q. I just handed you a document Bates
19 stamped No. M210, October 31, 2002; is that
20 correct?
21    A. Yes.
22    Q. Subject, Supervisor of Details. This
23 is your memo?
24    A. Yes.

263

1   Q. In the very near future, I am
2 anticipating resigning Captain Martino to
3 patrol operations. Therefore, this would
4 create an opening for supervisor of detail.
5 Any supervisor interested in this position
6 should submit a letter of interest to Chief
7 William C. Fleming by Wednesday, November 6,
8 2002. Did I read that correctly?
9   A. Yes, you did.
10   Q. You indicate that this is a position
11 that's open to any supervisor?
12   A. Yes.
13   Q. I think we've identified supervisors
14 as sergeant and above; is that correct?
15   A. Correct.
16   Q. Was it your position when you issued
17 this order that commander of details was not a
18 position for a patrol officer?
19   A. Correct.
20   Q. Why?
21   A. Because it would be a supervisor's
22 position.
23   Q. You wanted a supervisor?
24   A. Yes.

264

1   Q. Was Sergeant Morris the only person
2 who responded to this request?
3   A. I believe so.
4   Q. I'm going to ask you a hypothetical,
5 and tell me what you would do with it. Had you
6 received no responses, what would you have
7 done? Did you need somebody in that position?
8   A. Yes, yes. Probably, yes, yes.
9   Q. Probably?
10   A. Yes, yes.
11   Q. How do you fill a position if nobody
12 responds, if nobody bids for the position, no
13 supervisor?
14   A. I would -- the junior supervisor.
15   Q. Is it your understanding that being
16 head of the detail unit inhibits the
17 opportunity for an officer to advance in his or
18 her career?
19   (Pause.)
20   A. Are you asking me hypothetically?
21   Q. No, no. Really.
22   A. Deputy Chief John Mahoney -- I mean
23 Martino.
24   Q. Did it inhibit his opportunity for

1 advancement?
2   A. I think at the time he felt it did,
3 yes.
4   Q. But did it really?
5   A. At the time, yes.
6   Q. He's deputy chief now, isn't he?
7   A. Yes, but you're asking me about at
8 the time.
9   Q. No. Does being head of the detail
10 unit inhibit, in your experience, inhibit an
11 officer's opportunity for advancement?
12   A. Under the regime that's in power at
13 the time, yes. Subsequently, if you change the
14 regime, that would depend on the new regime
15 coming in.
16   Q. Is Sergeant Morris's opportunity for
17 advancement inhibited because you put him in
18 the detail unit?
19   A. No.
20   Q. Why?
21   A. Because I didn't have it as a
22 punishment assignment for his position.
23   Q. But I thought -- I thought you said
24 it was a punishment assignment.

1   MR. NOTIS: Objection. You're
2 misconstruing his testimony.
3   MR. EDWARDS: Well, I'll let him
4 explain.
5   A. It was not a punishment assignment
6 for Sergeant Morris. He volunteered and wanted
7 to do that.
8   Q. And for an officer who doesn't want
9 it and is placed in that position under John
10 O'Donovan and Tom O'Loughlin, it's a punishment
11 position; that's your testimony?
12   A. Yes.
13   Q. The last sentence in Paragraph 15
14 we've talked about. Well, let's look at the
15 first paragraph. It's well-known in the MBTA
16 Police Department that the position of head of
17 the detail unit is a punishment position for
18 anyone above the rank of sergeant. Is that a
19 true statement?
20   A. It's perceived to be a punishment
21 assignment, yes.
22   Q. For anyone above the rank of
23 sergeant, correct?
24   A. I would imagine, too, if it was a

**Page 267**

1  sergeant who was being punished, if the chief
2  wanted to punish a sergeant by putting him in
3  the detail unit, it would be a punishment for
4  him.
5      Q. The last sentence, The job is not
6  appropriate for a lieutenant or captain to
7  fill. Do you agree with that statement?
8      A. No. If a lieutenant or a captain had
9  volunteered to go into details or a lieutenant,
10 say a lieutenant did, then I would have put
11 them.
12     Q. Okay. You were deputy when Chief
13 Carter assigned Nancy O'Loughlin to the detail
14 unit; is that correct?
15     A. Yes.
16     Q. Chief Carter did not come up in the
17 MBTA Police Department environment, as far as
18 you know, did he?
19     A. No.
20     Q. He came from an outside police
21 department?
22     A. Yes.
23     Q. From what police department did he
24 come?

**Page 268**

1      A. Oaks Bluff.
2      Q. And prior to that?
3      A. Boston Police.
4      Q. Did he ever say to you or give you
5  any reason to believe that he intended to
6  punish Nancy O'Loughlin by putting her in the
7  detail unit?
8      A. No.
9      Q. Do you have any reason to believe
10 that he intended to punish her by putting her
11 in the detail unit?
12     A. I remember telling the chief that
13 John Martino -- I felt that John Martino was
14 punished by being put in the details office,
15 and that's why I had to explain all the moves I
16 did and explained to the general manager and
17 the chief that that's why I took him out.
18     Q. I'm sorry. You said something about
19 the rules?
20     A. No.
21     Q. Say it again, please?
22     A. You asked me the question. I said I
23 explained to the chief and I also explained to
24 the general manager that John Martino was

**Page 269**

1  punished by being the head of the detail
2  office, and I was removing him from the detail.
3      Q. You explained to Chief Carter?
4      A. Yes.
5      Q. Okay. Why did you explain it to the
6  general manager?
7      A. The general manager and I discussed
8  nominating McDonough and John Martino.
9          (Exhibit No. 19 marked for
10         identification.)
11     Q. Now, who was the general manager that
12 you explained about McDonough and Martino?
13     A. Michael Mulhern.
14     Q. I just handed you a document Bates
15 stamped M213, dated November 14, 2002, correct?
16     A. Correct.
17     Q. Subject, Assignment of Unit
18 Commanders; is that right?
19     A. Correct.
20     Q. And you signed this document?
21     A. Yes, I did.
22     Q. It's your order?
23     A. Yes, it is.
24     Q. You are assigning Captain John

**Page 270**

1  Martino from detail unit supervisor to patrol
2  operations commander, correct?
3      A. Correct.
4      Q. And that's what you just discussed;
5  you took Captain Martino out of the detail
6  unit?
7      A. Yes.
8      Q. Was Chief Carter the chief of the
9  MBTA Police on November 14, 2002?
10     A. No, he was not.
11     Q. On what occasion did you have the
12 opportunity to explain to him that you took
13 Captain Martino out of details because he
14 was -- it was a punishment position?
15     A. We were talking about the -- if you
16 remember, I think I mentioned last week that I
17 had to justify every move I made while I was
18 interim chief, with the one-page document. And
19 that's when I was discussing it with him.
20     Q. And was it in that same context that
21 you spoke with Michael Mulhern about this move?
22     A. No. We spoke -- it had to be around
23 this date. We were at Mull's in Southie,
24 Mull's restaurant for breakfast.

**275**

1 So it was (nonverbal expression).
2 Q. What do you mean he brought in
3 McCarthy and Gillespie?
4 A. He brought McCarthy and Gillespie
5 after he re-assigned the other two.
6 Q. He brought them into his office?
7 A. Yes.
8 Q. And he spoke with Nancy O'Loughlin?
9 A. Yes.
10 Q. It could have been Joseph Leuchte
11 first, but --
12 A. Yes.
13 Q. -- either way he spoke with them both
14 on the same day?
15 A. Yes, to my recollection, he spoke to
16 them both on the same day.
17 Q. Okay. This was the first time you
18 heard about it?
19 A. Yes.
20 Q. He didn't ask you what he called you
21 to his office for?
22 A. No.
23 Q. He told Nancy O'Loughlin she was
24 going to be reassigned?

**276**

1 A. Yes.
2 Q. What did she say?
3 A. I think she just sat there. I don't
4 remember.
5 Q. Okay. And then she left?
6 A. Yes.
7 Q. And did you discuss the move with
8 Chief Carter?
9 A. The chief only said one thing, and
10 that was it.
11 Q. I'm sorry?
12 A. He only said one thing, and that was
13 it.
14 Q. What was the one thing?
15 A. He just said, Look at the way she
16 dresses.
17 Q. Okay. How was she dressed?
18 A. I don't recall.
19 Q. Did you notice anything unusual about
20 her dress at all?
21 A. No.
22 Q. Then Joseph Leuchte came in, or maybe
23 he came in first. What did the chief say to
24 him?

**27**

1 A. Just that he was making changes and
2 reassignments.
3 Q. What did Leuchte say to Chief Carter?
4 A. I don't remember him saying anything.
5 Q. Did Chief Carter say anything to you
6 after Joseph Leuchte left?
7 A. Just the part about, if my memory
8 serves me, I don't think he recognized Leuchte.
9 He said something, I thought, about why did he
10 want to go to 3:30's or something. I said,
11 He's on 3:30's.
12 Q. You said that you were stunned at the
13 timing of the move because the following day
14 was the raid on the money room. Correct?
15 A. Correct.
16 Q. Would Nancy O'Loughlin have had
17 anything to do with the raid on the money room?
18 A. No.
19 Q. Would Joseph Leuchte have had
20 anything to do with the raid on the money room?
21 A. No, he didn't know anything about it.
22 Q. How do you know?
23 A. Because I knew. I was in charge of
24 the investigation, along with federal

**27**

1 authorities. I know who knew.
2 Q. Okay. So you knew about the raid on
3 the money room?
4 A. I planned the raid on the money room.
5 Q. Okay.
6 (Cell phone interruption.)
7 (Recess taken.)
8 Q. If Joseph Leuchte and Nancy
9 O'Loughlin had nothing to do with the raid on
10 the money room, why did their move stun you, o
11 their reassignment?
12 A. I've been advised by the U.S.
13 Attorney not to talk about the money room.
14 Q. I'm not asking about the money room.
15 I'm asking about the reassignment.
16 A. When the money room trial comes out,
17 you'll understand my position.
18 MR. NOTIS: Let's go off the record
19 for five minutes. And Joe and Greg, maybe I
20 can talk to you guys.
21 (Discussion off the record.)
22 Q. I want to ask you specifically and
23 only about Chief Carter's decision to remove or
24 to reassign Nancy O'Loughlin from the detective

**Page 279**

1 unit to details and the decision to reassign
2 Joseph Leuchte out of detectives.
3     If neither one of them had anything
4 to do with the money room, what was it about
5 those two moves that stunned you?
6     (Pause.)
7     A. As I said before, I've been advised
8 by the U.S. Attorney I can't talk about it.
9     Q. So their moves did have something to
10 do with the money room?
11     A. Not their moves.
12     Q. All right. Did you have any reason
13 to believe that Chief Carter moved Nancy
14 O'Loughlin out of the detective unit because of
15 her gender?
16     A. No.
17     Q. Do you have any reason to believe
18 that Chief Carter on the same day removed
19 Joseph Leuchte from the detective unit because
20 of his gender?
21     A. No.
22     Q. When Chief Carter made the statement,
23 Look at the way she dresses, how did you
24 understand that statement?

**Page 280**

1     A. I'm not going -- Joe, I'm not going
2 to interpret what the chief meant. You'll have
3 to ask him.
4     Q. I'm sorry?
5     A. I'm not going to interpret what the
6 chief --
7     Q. Maybe you misunderstood my question.
8 I wasn't asking you to interpret what the chief
9 meant. I was asking how you understand --
10 understood that statement. What did it mean to
11 you?
12     A. It is what it is. All he said was,
13 Look at the way she dresses.
14     Q. Did you interpret it as a favorable
15 comment on her dress or an unfavorable comment
16 on her dress?
17     A. Unfavorable.
18     Q. You repeated that statement to her;
19 did you not?
20     A. Yes.
21     Q. And when you repeated that statement
22 to her, did you repeat it and tell Nancy
23 O'Loughlin that Chief Carter did not like the
24 way she dressed?

**Page 281**

1     A. No.
2     Q. What did you say to her?
3     A. I believe it was the same day. I was
4 assigned to guard her office while she moved
5 things, and she said, What did he say? I said,
6 All he said was look at the way she dresses.
7 And that was the end of it. I sat there and
8 guarded her office.
9     Q. What do you mean guarded her office?
10     A. Chief told me to go down and guard
11 her office to watch what she was taking out of
12 her office.
13     Q. When did he say that?
14     A. That same day as all this happened.
15     Q. Did he give you any indication that
16 he wanted you to guard her office because of
17 her gender?
18     A. No.
19     Q. Now, if I'm understanding your
20 testimony -- and please tell me if I'm
21 mischaracterizing it -- from January 2003 until
22 August of 2003, when Nancy O'Loughlin was
23 reassigned out of the detective unit, you had
24 not heard Chief Carter say anything negative

**Page 282**

1 about her, unless we consider that last comment
2 negative, but nothing else?
3     A. Correct.
4     Q. No comments about her work?
5     A. To my knowledge, no.
6     Q. Well, I mean, what he said to you or
7 what you heard.
8     A. To my knowledge, no.
9     Q. Anything about her -- the way she
10 dressed, other than the very last comment?
11     A. Never.
12     Q. Had you ever heard him comment on
13 anybody else's dress, either positive or
14 negative?
15     A. Mine once.
16     Q. What did he say about yours?
17     A. Said the reason why he wanted to go
18 to blue shirts was because -- as opposed to
19 white shirts -- is that one day he'd seen my
20 white shirt, and I had dirt on the back or
21 something. That was his decision to go to blue
22 shirts.
23     Q. Was that a positive or negative
24 statement, as you understood it?

**283**

1  A. It was -- I don't think -- I
2  didn't -- I didn't take offense to it, if
3  that's what you mean.
4  Q. Did Chief Carter say anything to you
5  about Nancy O'Loughlin's supervisory skills?
6  A. Not that I recall.
7  Q. Her management abilities?
8  A. No.
9  Q. Did he ever give you instructions on
10 how to run the unit that were to be transmitted
11 to her?
12 A. He could have. I just don't
13 remember, unless you have something, Joe. I
14 just don't remember.
15 Q. Is it fair to say that -- well, as
16 far as you know, based on your position as
17 deputy chief, where else could Chief Carter
18 have assigned Nancy O'Loughlin other than the
19 detail unit?
20 A. He could have assigned her back to
21 patrol.
22 Q. Leuchte went back to patrol, correct?
23 A. 3:30's.
24 Q. 3:30 to 1:30?

1  A. Well, only in reference to Martino
2  way back, a couple of months before.
3  Q. Okay. Were you aware of any problems
4  in the detail unit?
5  A. The detail unit?
6  Q. Yes.
7  A. Yes.
8  Q. What problems were you aware of in --
9  now, we're talking prior to Nancy O'Loughlin
10 being assigned to that position.
11 A. Yes.
12 Q. What problems were you aware of in
13 details?
14 A. Well, Maria Beano, to my
15 recollection, she was responsible for
16 processing cards and overtime. And she got
17 into an argument with Sargent Gillespie. I
18 think she was -- he accused her of -- he came
19 to me -- she ripped a detail card out of his
20 hand.
21 She was -- how do I phrase it? She
22 was concerned that Gillespie was either signing
23 his own overtime cards or that there might have
24 been a way that officers were double-dipping,

**284**

1  A. Yes.
2  Q. Could he have assigned her back to
3  patrol, to days?
4  A. If you show me the memo.
5  Q. It is Exhibit 16, right here.
6  A. She could have -- well,
7  hypothetically, he could have assigned her to
8  McCarthy's schedule.
9  Q. Okay. That's days?
10 A. Yes.
11 Q. There is a -- well, I don't know.
12 What was his schedule? It doesn't say here.
13 A. I think he was -- I'm doing this by
14 memory. I think I brought him back into the
15 building as a duty supervisor on days.
16 Q. Okay. Now, you didn't say to Chief
17 Carter, Chief, I think this is a mistake; this
18 is a punishment for Nancy O'Loughlin?
19 A. No.
20 Q. Did you say anything to him about the
21 way that position was perceived within the MBTA
22 Police Department?
23 A. No, I did not that day.
24 Q. Any day?

1  for want of a better word.
2  Q. Mm-hmm. And?
3  A. The secretary of the general manager,
4  Gribouskis, has done an audit of all the
5  overtime and the detail cards. I don't know
6  what the outcome was.
7  Q. That's now --
8  A. But they went back three or four
9  years.
10 Q. So there was a problem, according to
11 you, with officers -- and you identified Mark
12 Gillespie -- with the possibility that officers
13 were signing their own overtime cards?
14 A. Yes.
15 Q. What is the problem with that?
16 A. You can't sign your own overtime
17 card. Only -- I instructed the lieutenants,
18 only the lieutenants could sign for a sergeant
19 and above. I would sign the details for, say,
20 the lieutenants if they did overtime.
21 The problem is there is no checks and
22 balances on the system. Who sees who -- if you
23 could -- I'm not saying there was any
24 wrong-doing. The results of the audit will

**Page 327**

1  (Pause.)
2  A. I don't even recall. She signed it,
3  but I believe Victor Diaz wrote it, because I
4  went down to Victor and said, I got to get this
5  out for the chief.
6  Q. Do you recall when this was?
7  A. No.
8  Q. Do you recall whether it was before
9  or after you told the chief that you did not
10 want to reapply for the chief's position?
11 A. Oh, it was before.
12 Q. Is that the only time that Chief
13 Carter has yelled at you about anything or
14 raised his voice? How would you characterize
15 it?
16 A. Just raised his voice. Chief Carter
17 has never swore at me or anything like that,
18 if that's what you're talking about. No, I
19 don't --
20 Q. He wasn't screaming and yelling?
21 A. No.
22 Q. His voice was loud?
23 A. His voice was loud.
24 Q. Is that the only time you recall that

**Page 328**

1  happening?
2  A. There was, as I mentioned before, the
3  overtime, and I brought it up about the details
4  assignment. And I had given him a list of the
5  highest earners in the Department. And I said
6  that I just don't see how some of them can be
7  making this much money. And that, you know...
8  Q. Who said that?
9  A. I did.
10 Q. And the chief raised his voice on
11 that occasion?
12 A. No. We were talking about it, going
13 back and forth. That's when he had, ah, it was
14 something -- battle between Gillespie and Peter
15 Pastiucco over the major case unit functions.
16 Q. So the way you make it -- the way I'm
17 hearing this is Mark Gillespie kind of had
18 issues in --
19 A. -- detectives.
20 Q. In detectives?
21 A. Yes.
22 Q. With both supervisors?
23 A. All three.
24 Q. All three supervisors?

**Page 329**

1  A. All four.
2  Q. The day and the night shift --
3  A. Yes.
4  Q. -- commanders?
5  A. Yes.
6  Q. The major case unit?
7  A. Yes.
8  Q. And who was the fourth?
9  A. Lieutenant Lenehan, Peter Pastiucco.
10 Peter Pastiucco was originally in charge of the
11 major case unit. Nancy O'Loughlin and Joe
12 Leuchte.
13 Q. Okay. Now, is it your sense that
14 Sergeant Gillespie had issues with Nancy
15 O'Loughlin because of her gender?
16 A. No.
17 Q. Did she ever say that to you?
18 A. I think there might have been a
19 conversation where she said something to the
20 effect of, He doesn't, ah -- because I'm a
21 female. I said, No, Nancy, he didn't because
22 it's everybody. There's other supervisors he
23 goes right by, everybody.
24 Q. Okay. Did you advise her to file a

**Page 330**

1  complaint if she thought this was some sort of
2  gender discrimination?
3  A. No.
4  Q. Did she say anything else to lead you
5  to believe that she thought this was gender
6  discrimination?
7  A. No.
8  Q. Did Chief Carter say anything to you
9  to make you think that he raised his voice
10 about the memo from Nancy O'Loughlin because
11 she was a female?
12 A. No.
13 Q. It was because she wasn't the deputy
14 chief; is that what you understood? Or wasn't
15 you?
16 A. No. Because I didn't understand why
17 it was an issue at the time.
18 Q. All right. Do you recall any other
19 instance when Chief Carter raised his voice to
20 you?
21 A. Chief Carter had sent me an e-mail
22 concerning the Spaulding case. And in the
23 e-mail, he stated that the search warrant is a
24 complete lie. And the person who sent it said

**347**

1  A. I would think that, number one, he
2  said he was doing something for me at the time.
3  He wasn't. Number two, never got to the bottom
4  of whether the Newton Police gave the Boston
5  Police the knife involved. And that's why he
6  was interfering with the case that was assigned
7  to a day detective, that was assigned to Nancy
8  O'Loughlin.
9  Q. Okay.
10  A. And also for the fact that he had
11  told Paul MacMillian, you know, a different
12  story than what he told me.
13  Q. Who is Paul MacMillian?
14  A. He was a sergeant at the time. He's
15  now deputy chief.
16  Q. Sergeant and detective?
17  A. At the time, I think he was in
18  planning and research. But he was also the
19  union president at the time for sergeant.
20  Q. What did you do about Nancy's
21  complaint?
22  A. I forwarded it on to the chief.
23  Q. Did he talk to you about it?
24  A. No.

**348**

1  Q. I'll show you a --
2     (Exhibit No. 20 marked for
3     identification.)
4  Q. You just got a document Bates stamped
5  NOL086 at the bottom, dated July 31, 2003. Do
6  you recognize this document?
7  A. Yes.
8  Q. What is that, please?
9  A. That was in response to a document
10  that Mark Gillespie wrote.
11  Q. Okay. And this is about a conflict
12  with Nancy O'Loughlin?
13  A. Yes.
14  Q. It appears as if you were -- you are
15  laying out for Sergeant Gillespie -- for
16  instance, the last full paragraph on the first
17  page, Just so things are perfectly clear,
18  Lieutenant O'Loughlin and Lieutenant Leuchte
19  are the primary supervisors in the detective
20  unit. You are a secondary supervisor in the
21  night detective unit.
22     Why did you feel it necessary to
23  write those words?
24  A. Because, as I said before, there was

**349**

1  an incident before where Mark, without telling
2  any of the lieutenants, demanded that two
3  officers resign from the detective unit, that
4  he was not in control of the day-to-day -- he
5  had a -- he had to report to them. They were
6  the lieutenants.
7  Q. Okay. You continue, You have no
8  control over the day-to-day operations of the
9  day detective unit, unless you are standing in
10  for a primary supervisor?
11  A. Yes.
12  Q. You are to have no involvement with
13  case assignments and, as you put it,
14  questioning, monitoring, and constructively
15  criticizing detectives under your control.
16  A. Yes. You got to remember, Joe, Mark
17  was working nights at the time.
18  Q. Okay. But you are trying to make
19  that clear that Lieutenants Leuchte and
20  O'Loughlin are the lieutenants in charge?
21  A. Yes.
22  Q. Because he had provoked both
23  lieutenants by his actions; is that correct?
24  A. (Witness nods.)

**350**

1  Q. He had provoked both lieutenants by
2  his actions?
3  A. I'm sorry. All three lieutenants,
4  yes. If Lenehan was a lieutenant at the time,
5  him, too.
6  Q. Okay.
7  A. And Pastiucco for sure.
8  Q. Okay. Did Chief Carter instruct you
9  to write this letter?
10  A. No.
11  Q. Did he instruct you not to write this
12  letter?
13  A. No.
14  Q. To the best of your knowledge, do you
15  know whether he knew you wrote it?
16  A. No.
17  Q. You didn't tell him?
18  A. No.
19  Q. This was not something that you felt
20  you should run by the chief before you did it?
21  A. No.
22  Q. Okay. Paragraph No. 3, despite the
23  fact Lieutenant O'Loughlin is recognized as an
24  expert in relation to graffiti-related crime --