# Exhibit 10

11 of 43 DOCUMENTS

Copyright 2001 Boston Herald Inc.
The Boston Herald

May 26, 2001 Saturday ALL EDITIONS

SECTION: NEWS; Pg. 006

LENGTH: 449 words

HEADLINE: Suggestion to disband T cop unit came from its leader

BYLINE: By DOUG HANCHETT



BODY:

The MBTA's decision to temporarily disband its undercover Anti-Crime Unit in the wake of charges that T police have harassed and abused teens came at the suggestion of the unit's supervisor, who is fully aware of the controversy swirling around the force.

"Although I believe that the officers of the Anti-Crime Unit have acted within the laws and the rules of the department . . . it is my recommendation as commander of the Anti-Crime Unit that both the day and night officers assigned to Anti-Crime be assigned to uniform to increase visibility on the transit system," Lt. Nancy O'Loughlin wrote in a memo Thursday to MBTA Police Chief Thomas O'Loughlin, a cousin through marriage.

As the Herald first reported yesterday, Chief O'Loughlin approved the measure to put the undercover officers back in uniform.

But while Lt. O'Loughlin's memo said that "two of the many allegations of abuse . . . involved members of the Anti-Crime Unit," those calling for reform of the department said the ACU and Lt. O'Loughlin herself are at the center of the growing flap over police mistreatment.

According to attorney Steve Weymouth and other activists, the bulk of the complaints about harassment and brutality that were forwarded to the Massachusetts Black Legislative Caucus involved the 11-member ACU.

"My understanding is most, if not all of them, involved members of the ACU," said Weymouth, who has represented a handful of youths arrested by T officers and who later had the charges dismissed. "It's a rogue unit and (Lt. O'Loughlin's) one of the worst offenders of them all."

Of the 52 citizen complaints logged with the T since the start of 2000, however, only four were directed at ACU officers. The Attorney General's Office has launched a probe into the matter.

Meanwhile Chief O'Loughlin yesterday appointed two T officers to handle all cases regarding juveniles - Dan Toomey, who has a long history handling juvenile matters, and Shirley Ostine, who spent a lot of time working at the Forest Hills T stop, a hotspot for youth activity.

The two will work separate shifts, giving the T a juvenile detective on duty from 7:30 a.m. to 11:30 at night.

Chief O'Loughlin said he didn't want to lay the blame at the feet of just a few officers, saying any allegation of harassment or abuse reflects badly on everyone. "If people have issues with police officers, it matters little if it's one or two or three," he said. "I don't want to get into a cliche in saying it's one or two bad apples. There are obviously complaints out there that need to be investigated and need to be addressed and we're prepared to do that."

Robin Washington contributed to this report.

M000666