# Exhibit 11

# Report of the Task Force
# On Combating Racial Profiling
At the MBTA Police Department

March 2002



M000353

## Task Force Members

Minister Don Muhammad – Chairperson

Reverend Shaun Harrison

Albert Holland

Jane S. Leung

Tracy Litthcut

Jorge Martinez

Jack McDevitt

Anthony S. Owens

The Most Rev. Filipe C. Teixeira, MGC

Martin A. Walsh

## *Special Acknowledgement*

The Task Force on Combating Racial Profiling would like to thank the Massachusetts Black Legislative Caucus and Chairwoman Representative Gloria L. Fox for their role in bringing this critical issue to light. The May 23, 2001 hearing before the committee grew out of, and made public, significant dissatisfaction with the actions of the MBTA Police with regards to the treatment of youth who ride the Commonwealth's public transportation system. This hearing became the catalyst for the creation of this task force. The task force expresses their appreciation to Representative Fox for meeting with members of the task force and sharing material from the hearing as well as her insights into this issue.

M000355

*Note of Thanks*

It is my pleasure to present the MBTA with the final report of the Task Force on Combating Racial Profiling. I would like to personally thank members of the task force for their focus, dedication and hard work on this project.

It has become almost cliché to say that children are our future, yet there is great truth in that statement. This task force was borne out of concern for the treatment of youth who utilize the MBTA and the long-term criminal justice ramifications for youngsters charged with infractions by the MBTA Police. Each member of the task force came to the table with a sincere interest in ensuring that the youth of today are held accountable for misbehavior but that they are, at the same time, afforded opportunities to become the leaders and strong adults of the future and that the systems in which they have much contact help, not hamper, that goal.

The task force recognizes the difficult challenge facing the MBTA of seeking to meet the needs of every passenger who rides the system and sought to strike an appropriate balance in recommending changes that will assist in furthering that effort. The task force also recognizes that there are serious crimes that occur on the public transit system and that fact should not be minimized. The task force applauds the professional work the MBTA Police Department performs in dealing with serious crimes that occur in and around MBTA property.

Each member took their role seriously, bringing their own, unique perspective to the table, yet joining together to create a thoughtful, comprehensive set of recommendations that will both strengthen the MBTA and provide added support for the young people of Boston and surrounding areas. Not only will these recommendations go a long way in serving youth who ride on the T but will also enhance the overall operation of the MBTA Police, benefiting everyone who rides the T. I thank them for their time and commitment.

Minister Don Muhammad – Chairperson
The Task Force on Combating Racial Profiling

# Table of Contents

MISSION STATEMENT ..................................................................................................... 6

EXECUTIVE SUMMARY .................................................................................................. 7

INTRODUCTION ................................................................................................................ 9

COMMUNITY POLICING ............................................................................................... 12

COMMUNITY RELATIONS – MBTA POLICE/YOUTH RELATIONS ................. 13

ARREST PROCEDURES ................................................................................................. 14

PUBLIC ACCOUNTABILITY - CITIZEN COMPLAINT PROCESS ..................... 16

STAFFING ........................................................................................................................... 17

TRAINING .......................................................................................................................... 18

OVERSIGHT ...................................................................................................................... 19

## Mission Statement -

*Task Force on Combating Racial Profiling from Secretary Kevin Sullivan*

The Task Force on Combating Racial Profiling shall review all policies and practices of the MBTA Police Department to ensure the protection of the constitutional and civil rights of MBTA customers. The task force shall operate under the premise that racial profiling is an illegal and ineffective method of law enforcement.

The task force will conduct this review with the purpose of recommending positive steps to identify, prevent and eliminate any instances of racial profiling by the MBTA Police Department. Racial profiling shall be defined as any police-initiated action that results in the detaining, stopping or questioning of a suspect which cast suspicion on an entire class of people without any individualized suspicion of the particular person being detained, stopped or questioned. The use of race or ethnicity as a factor in deciding to detain, question, stop, search or arrest an individual shall be considered as racial profiling.

It shall be the goal of the task force to recommend policies and practices that will provide all MBTA customers with fair and impartial police services consistent with constitutional and statutory mandates. Such policies and practices shall prohibit the consideration of race, gender, national, or ethnic origin in the detention, stopping or questioning of any individual. These policies and procedures shall develop and engender respect for the diversity and cultural differences of all people and promote nondiscriminatory law enforcement that strengthens public trust, confidence and awareness.

To facilitate their mission, the task force may consider the use of such tools as:
- Mandatory data collection and the establishment of relevant data categories
- The on-going collection of data and regular reporting deadlines
- The development of methods for the on-going monitoring of the MBTA Police Department
- The practice of officer identification and other accountability measures
- The implementation of appropriate citizen complaint procedures
- The development of appropriate training programs or other relevant measures
- The development of strategies to increase communications and respect between youth customers and the MBTA Police Department

## Executive Summary

The Massachusetts Bay Transportation Authority (MBTA) operates the oldest and sixth largest transit system in the country and operates in 175 cities and towns. It is estimated that there are 1.2 million passenger trips each business day in Massachusetts. The MBTA is patrolled by its own police force.

There are approximately 60,000 students in the Boston Public School system. Over 70 percent of the students are African-American, Latino, Asian and other people of color. Somewhere between 26,000 and 27,000 students utilize the MBTA as their mode of transportation to and from school each day.

In recent years there has been much public and media attention around the treatment of youth riding the MBTA, and the rising number of youth arrests, particularly youth of color, on the system.

In the spring of 2001, public attention intensified and included a hearing before the Massachusetts Black Legislative Caucus at the Dudley Library to ascertain whether or not the MBTA Police engaged in racial profiling as they implemented a more aggressive, zero-tolerance arrest policy. Transportation Secretary Kevin Sullivan formed the Task Force on Combating Racial Profiling to review the policies and practices of the MBTA Police and make recommendations to ensure the protection of the constitutional and civil rights of MBTA customers.

The task force met in the community over the course of six months, reviewed policies, interviewed MBTA Police staff and union officials, teens, advocates and legislative leaders and spent time on the transit system to gain an understanding of the issues to formulate its recommendations.

During testimony before the task force there were varying viewpoints on whether or not this is an issue of racial profiling, an overzealous zero tolerance policy, harassment of youth or some combination of these factors. The point was made that many arrests involve children of color because of the high proportion of children of color utilizing the system. Unfortunately the MBTA does not compile sufficient data to determine if their actions singled out individuals for arrest strictly based on race.

Regardless, it is clear there is a perception of racism. This perception and an aggressive stance towards youth have eroded public confidence in the MBTA Police. Moreover, many believe aggressive implementation of a zero tolerance policy along with other practices of the MBTA Police had a racially discriminatory impact. While it was not clear what motivated the MBTA Police to arrest children – a violation of law, racism, cultural ignorance, lack of training or an inability to deal with youth - it appears the current philosophy and approach by the MBTA Police has created more problems than it sought to solve and was implemented to the detriment of children, particularly children of color.

M000359

The task force found that in an effort to reduce crime on the MBTA and respond to citizen complaints about youth on the system, the MBTA chose and implemented a particular strategy. There is more than one way to reduce crime. The path the MBTA Police chose – zero tolerance/quality of life - may have been successful in reducing crime but has created such animosity in some communities the task force believes it can not be viewed as a crowning achievement but rather a failure and an endeavor that has resulted in issues elsewhere. The ramifications of this strategy and the public outcry have left the MBTA with a poor public image, low staff moral and diminished public trust.

Although the mission of the task force was to look at the issue of racial profiling, a much broader issue emerged – the relationship between the MBTA and youth who ride the system. After six months of review, testimony and discussion the Task Force on Combating Racial Profiling believes there has been a systemic failure on the part of the MBTA Police Department to deal effectively with youth using the system regardless of race or ethnicity.

The community outrage over the arrest, detainment and general treatment of youth on the T has clouded the department's ability to move forward and has tarnished the reputation and public image of the T. There is great concern for the long term ramifications for the youngsters who ended up with an arrest record as a result of being arrested unfairly or for a minor infraction on the T. After careful review of the material and testimony presented to the task force, it is evident that the MBTA Police Department must make changes to better serve its customers and the communities in which there is a MBTA presence. The task force concludes that there is a better way to deal with young people.

To regain public trust, improve staff morale and strengthen relations with customers, the task force feels the MBTA needs to re-orient the entire department in a way that both minimizes crime on the system while being respectful and sensitive to the communities it serves. The task force believes the department needs to rethink their current philosophy and practice and develop new policies that balance the need for order with the protection of the constitutional rights of all riders. The key recommendation of the task force is for the MBTA Police to adopt a new community policing program that focuses on broad based partnerships and creative problem solving rather than the current strategy of zero tolerance. This new approach will require major change in the department.

The Task Force believes that the entire culture of the MBTA police needs to change to adopt this community policing orientation. Presently, the organization is not heading in one direction and does not have a single focus. The leadership needs to make a full commitment to community policing and reject the failed zero tolerance strategies of the past. The union must accept a service orientation and acknowledge that service to the riders is just as important as crime fighting and the rank and file officers need to see a path to success within the organization that relies equally on treating the customers with respect as it does on crime fighting. To make this shift in organizational culture, all training as well as policies and procedures should be reviewed to assure that they all

8

reinforce the needs for a respectful, professional organization that is focused on community policing.

In order to fully integrate this philosophy, the task force recommends the MBTA Police make critical changes with regards to staffing, training, and community relations. The task force also makes recommendations to strengthen the citizen complaint process that will establish a level of public accountability that simply does not exist today. Lastly, the task force is recommending the formation of two advisory boards – a general advisory board and a youth advisory board as means to have continued input and oversight from its ridership.

The MBTA is a vital part of the infrastructure of the community. It behooves everyone to work together to make it the best system possible. In forming this task force, the MBTA has taken the first step in reform. The creation of the task force represents an acknowledgement of a problem. The task force is aware that the MBTA has made some changes since the inception of the task force and has already begun to explore changes to current practice relating to youth. The task force expects the MBTA to use this report to achieve meaningful change that will benefit the system and its riders, regardless of age, gender or race. It is the expectation of the task force that they continue the progress with the implementation of these recommendations.

## Introduction

The Massachusetts Bay Transportation Authority operates the oldest and sixth largest transit systems in the country. It comprises subway, trackless trolley, trolley, bus and commuter rail service throughout eastern Massachusetts, operating in 175 cities and towns. It is estimated that there are 1.2 million passenger trips each business day in Massachusetts. The MBTA is patrolled by its own police force made up of approximately 200 MBTA police officer positions.

There are approximately 60,000 students in the Boston Public School system. Over seventy percent of the students are African-American, Latino, Asian or other people of color. Somewhere between 26,000 and 27,000 students utilize the MBTA as their mode of transportation to and from school each day. The vast majority of the students ride the subway, trolley and bus systems in and around the city of Boston. On a typical school day, there are large numbers of students at MBTA stations in the morning and between 1:30 and 3:00 in the afternoon. Given the sheer numbers of students converging on stations in a small timeframe it is easy to see how there may be problems from time to time.

It is the role of the MBTA Police Department to maintain a safe environment for staff and the general public who utilize the transit system, minimize crime, respond to incidents that occur on MBTA property and ensure that the riders and staff are free from infringement on their quality of life. Consistent with other urban transit systems across the country, the MBTA is continually seeking ways to curb crime on the system and increase rider safety.

9

In the late 1990's the MBTA sought to reduce crime on the transit system as well as respond to complaints from the public regarding youth activity in various stations. Between 1996 and 1999, the majority of customer complaints to the MBTA customer complaint line related to youth related disturbances (43%). This number could be presumably higher given that other complaints such as gang activity, fighting, smoking, may have also involved youth. The MBTA Police responded with an approach that emphasized a more aggressive arrest stance. The number of juvenile arrests system-wide by the MBTA Police increased from 427 in 1996 to 626 in 1999. This represents an increase in arrests of 47%. The number of white juveniles increased from 168 to 202, a 20% increase, the number of black juveniles from 209 to 273, a 31% increase, the number of Hispanic juveniles from 26 to 87, a 235% increase, and the number of Asian juveniles from 22 to 59, a 168% increase during that same time frame.



Juvenile Arrests By Race 1996-1999

M000362

During that same timeframe, there were numerous complaints regarding the treatment of youth on the T by the MBTA Police Officers. There were allegations that children of color were being unfairly singled out for arrest by the MBTA Police. The tension between the youth and their families and the MBTA received much public and media attention earlier this year. This tension continued in the spring of 2001 culminating in a public hearing called by the Massachusetts Black Legislative Caucus on May 23, 2001 to provide a forum for community members who felt they had been mistreated by the MBTA.

Shortly after the hearing, Secretary Kevin Sullivan sought an independent review of the MBTA Police Department and appointed the Task Force on Combating Racial Profiling. He charged the task force to examine the MBTA Police Department and make positive recommendations to ensure the protection of the constitutional and civil rights of MBTA customers and strengthen the department.

The task force met in the community over the course of six months, reviewed policies, and interviewed MBTA Police staff and union officials, teens, advocates and legislative leaders and spent time on the transit system to gain an understanding of the issue.



This report is the summation of the task force's work. The task force sought to provide the MBTA with a set of recommendations that will enhance the relationship between the MBTA Police, its riders and the communities in which it exists; ensure the physical and constitutional protection of individuals who ride the T and provide a level of accountability for the system.

11

## Community Policing

In their System Security Plan, the MBTA's community policing statement says: The goal of the MBTA Police Department is to deliver high quality service based upon the existing and emerging needs of its ridership and the communities it serves, while protecting the safety, security, and rights of all individuals. The commitment of the MBTA Police Department is to be responsive to crime and quality of life concerns and issues. An emphasis on problem solving and partnership with the communities served by the MBTA is a vital part of the Department's policing strategy and the fulfillment of its goals.

Although the MBTA Police Department has made some strides with regards to community policing, it appears that the department had over the past few years adopted a zero tolerance strategy. Community policing programs vary widely across the country. Large cities, for example New York and Boston, have implemented community policing in significantly different ways. The New York Police Department has adopted a zero tolerance strategy that focuses on aggressive arrest oriented responses to quality of life crimes such as transit fare violations, vagrancy and panhandling. The Boston Police Department has adopted a different strategy that stresses developing a broad set of partnerships and adopting a creative problem solving strategy to crime problems. Both cities have experienced substantial but relatively equivalent crime reductions over the past few years but there has been one important difference. In New York complaints against police officers for misconduct have soared since the initiation of their zero tolerance based community policing program but in Boston, similar police misconduct complaints have been significantly reduced. The task force believes that the zero tolerance strategy adopted by the MBTA Police has been a mistake and resulted in increased tensions between MBTA Police officers and the youth who ride the system. The MBTA Police should immediately adopt a community policing program that mirrors that of the Boston Police Department stressing broad based partnerships and creative problem solving. The department has made strides in creating some community partnerships but currently lacks the necessary connections with schools and other community organizations to successfully carry out a community policing philosophy.

- The task force recommends the MBTA Police Department eliminate the zero tolerance strategy and adopt a new community policing program that focuses on broad based partnerships and creative problem solving and that all departmental training, policies, procedures and practice reflect this new community policing orientation.

- The MBTA Police Department needs to develop stronger relationships with the community of riders. These should include partnerships with youth, elderly, commuters and local residents, as well as the business community and community service organizations.

M000364

## Community Relations – MBTA Police/Youth Relations

Partnerships in the community are the cornerstones of community policing. The MBTA Police Department needs to strengthen their relationships with community groups and communities where there is a MBTA presence to enhance operations and improve communication.

Given the large number of students utilizing public transportation, there should be a strong link between the MBTA and the Boston Public Schools as well as youth organizations in the city. Through its work the task force found that problems were mitigated much sooner in situations where the MBTA Police and the schools worked collaboratively to address youth issues. Along those same lines, the task force heard examples of other successes in dealing with community issues when members of the MBTA Police were invited to participate in community initiatives such as the Orange Line Task Force. Such efforts need to occur on a more regular and pro-active basis rather than when a problem arises.

Successful relationships are built on mutual respect. Many of the youth who appeared before the task force said there was little respect for the MBTA Police and they were not viewed as credible law enforcement officials. One described the MBTA Police as being, "like a rent-a-cop or security guard". They recounted stories of unprofessional behavior and inappropriate language used in trying to move students from the station. Most youth interviewed by the task force felt the MBTA Police did not try to deal with them in a reasonable manner.

Although the MBTA has created some community partnerships, the task force concluded after hearing from individuals who came before them that the MBTA works in isolation and does not adequately reach out to other groups and organizations who deal with young people. The task force found there to be numerous community organizations who are experienced in dealing with youth who could partner with the MBTA to develop a more successful approach to youth relations.

The task force makes the following recommendations to enhance community and youth relations:

- The MBTA Police Chief needs to develop an outreach and communication strategic plan with police and communities where the MBTA has a presence.

- The MBTA Police should establish a community liaison position to enhance community relations. Reporting directly to the chief, this person would not only work with the community but would also work with the police officers on the importance of community relations, providing a critical link to the organizations that can assist the MBTA in dealing with youth.

- The MBTA Police Department should develop a communication plan with the Boston Public Schools that includes monthly visits to schools where there are

13

M000365

should have been handled differently and have adversely affected these individuals. The task force feels there should be a remedy sought to right this wrong.

In cases where an arrest is warranted, the task force feels the current arrest policies and practices should be changed to ensure greater communication with parents of detainees, other community police departments and schools.

The task force heard testimony of numerous situations where arrests made by the MBTA Police yet the local jurisdictions were not aware of the arrest nor were they aware of the location where a detainee was being taken and held. Because local police were not involved in or informed of the event, parents who contacted the local police departments could not get information regarding the arrest. Currently, all arrests by the MBTA Police must be booked at the MBTA Police Headquarters in Boston. This unnecessary lack of communication resulted in situations where parents could not locate their child for several hours.

The task force feels the entire arrest procedure including the handling of arrests, the treatment of individuals who come to headquarters and the physical condition of headquarters needs to be looked at and changes made to insure a professional process and respect for people who come in contact with the system.

The task force makes the following recommendations to strengthen arrest procedures and redress the situation that led to the formation of this task force:

- The MBTA Police Department should work with the Massachusetts Black Legislative Caucus to seek a legislative remedy for children who were arrested during the implementation of the zero tolerance strategy. A remedy should be made available for circumstances where there was no further criminal action against the individual.

- The MBTA Police Department should develop a policy and procedure to notify local police of any crimes/arrests in their area.

- The MBTA Police Department should explore the possibility of utilizing local police stations as booking sites.

- The MBTA Police Department should develop a notification policy to be used anytime a school age youth is arrested or detained. There must be notification to the parent/guardian within a reasonable timeframe (30-60 minutes) specifying the reason for arrest or detainment and the location where the child is being held. The policy should include a protocol stating that in the event that a parent/guardian can not be located the school police should be notified

and may assist in locating the parent. (This would be similar to a protocol in place with the Boston Police).

- The MBTA Police should notify the Boston School Police anytime a Boston Public School Student is arrested. If a child is from another municipality or private school, the MBTA Police should notify the school principal if the arrest occurs during school or school travel hours.

- The MBTA Police should employ staff for the front desk at headquarters to deal with parents and other visitors. These individuals should be trained to deal with the public and act in a professional manner.

- The MBTA Police Headquarters should have a waiting area with seats, a pay phone and vending machines to accommodate parents and other visitors to the headquarters.

## Public Accountability - Citizen Complaint Process

A well-run citizen complaint process provides an important level of public accountability to any law enforcement organization. Citizens must believe that if they encounter police misconduct they will have access to a full and fair hearing about the complaint. The task force found the current citizen complaint process to be flawed and therefore missing the mark in terms of providing a sufficient level of accountability. It is inconsistently administered, inadequately staffed resulting in a long lag time for complaints to be resolved, and is misunderstood or unknown to the majority of riders and indeed a number of officers. One example of this inconsistency was reported by individuals appearing before the task force who noted that sometimes customers are told they must make a report in person at the MBTA Police Headquarters while other people are told they can make a report by phone.

It appears that the current policy timelines are not being followed. Chapter 120 of the MBTA Police Policies and Procedures states that all investigations should be completed within 30 days with status reports being submitted every 7 days thereafter. The task force heard of instances where there was no follow-up to a complaint as well as testimony before the task force that some complaints were not officially logged or lost and therefore not acted upon. It appears to the task force that many of the steps outlined in the MBTA Police policies and procedures for handling citizen complaints have not been followed.

The citizen complaint process is not widely known or user-friendly. There is little information available to riders explaining the complaint process. The task force recommends the policy be reviewed, updated and revised so that there be a meaningful citizen complaint process and that they be handled in a timely, professional manner. The task force believes the MBTA, in its review of current practices and procedures for

16

complaints, should implement, at a minimum, the following changes to the current citizen complaint process:

- Increase community input into the complaint process by establishing a citizen review committee that reviews all citizen allegations of police misconduct, both pending and completed on a regular basis (at least once a quarter).

- Establish a hotline for complaints and a review procedure for these complaints.

- Appoint an ombudsman for complaints. This ombudsman will offer a review of procedures for citizens or officers who feel that the investigation conducted by the MBTA was not complete, accurate or fair. This Ombudsman would be hired on contract to the Secretary of Transportation.

- Develop a public education program on the citizen complaint process. Such a campaign could include brochures, transit billboards, etc. and should include outreach to schools and parent groups where many of the allegations have developed.

- Review and possibly revise the existing timetable for the investigation of complaints. A procedure should be established where all complaints are reviewed to assure that they are meeting the revised policies and procedures.

- Create a process to assure that timely notice be provided to citizens of receipt and outcome of a complaint.

- Produce all citizen complaint forms in a user-friendly manner and any information materials should be produced in multiple languages.

## Staffing

In order to implement an effective community policing strategy, the department must be fully staffed with professional, well-trained officers. The officers must be versed in current policies and possess a keen sensitivity and knowledge of the diverse customer base served by the MBTA. Every effort to maintain full staffing and to promptly fill vacancies must be made. Currently, the MBTA Police Department salaries are not on par with similar forces according to testimony before the task force. This contributes significantly to low morale and turnover. Officers are lost to other municipal and state police departments creating a void in the department and leading to constant turnover and training of new officers. This belief that officer salaries are low compared to other

17

M000368

comparable police agencies is a significant contributor to the low morale that is evident in many of the department's rank and file.

The task force makes the following recommendations on staffing:

- The MBTA Police Department needs to reflect the diversity of the communities it serves. All recruitment, retention and promotion activities should focus on the continuing need to create and maintain a diverse workforce.

- The MBTA Police are hampered by the fact that hiring is done by civil service creating a hiring practice that does not always allow the department to seek candidates who could best meet the needs of the diverse population. They should explore an alternative hiring process, possibly one where familiarity with the MBTA and the neighborhoods where the MBTA operates is a qualification for employment.

- The MBTA should review the salary structure of the Police Department in comparison with other similar police departments and make recommendations to bring the salary of employees of the MBTA Police Department in line with other area departments.

- The MBTA should immediately seek to hire a full complement of police officers.

## Training

The most critical element of a professional police department is its officers. With turnover, new initiatives and the ever-changing landscape of communities, it is essential that training be a top priority, fully integrated into the career of an employee. Training should be done intensively upon hire and then regularly throughout careers. Training must be a valued part of the department and implemented in a systematic way that reflects the mission, philosophy and priorities of the department.

Task force testimony indicated that the majority of staff has been hired since 1998, reinforcing the need to have a comprehensive training program to ensure staff can meet the challenges of their position.

The task force summated from various testimony that there is little or no diversity training as part of the in-service training program. In-service training occurs annually for five days and primarily relates to new policies and regulations, legal updates and re-certification issues such as firearms and CPR. It seems new officers receive training on dealing with youth but that training has only been in existence since 1998 and therefore

18

veteran staff do not receive any training on the topic. Staff themselves felt additional training in these key areas was needed by the department.

The task force feels the current training program barely touches the surface on the myriad of topics requiring a much greater level of training. The current training program is not intensive, comprehensive or sensitive to the issues facing the officers on the front line. Officers can not respond to youth and racial issues without having a solid base of knowledge and a toolkit of strategies. The task force makes the following recommendations to strengthen the competencies of the staff:

- The MBTA Police should review the current academy and in-service training programs to ensure they include topics on cultural awareness, diversity training and dealing with youth. Cultural diversity should be broadly defined to include youth culture, urban culture, people with disabilities, ethnic culture and language culture and integrated into all training.

- The MBTA training program should build skills to defuse and de-escalate situations.

- The MBTA Police should incorporate a regular mandatory in-service training schedule that focuses on community policing and dealing with community diversity as part of each officer's annual training.

- The MBTA Police should investigate the possibility of partnering with the Boston Police Department and/or the New England Regional Community Policing Institute to develop and deliver training programs.

## Oversight

If the MBTA Police Department is to improve its operation, it must recognize its current deficiencies, define strategies for change and implement a means to constantly gauge its progress.

- To that end, the task force recommends that an advisory panel made up in part of community members be established to meet on a regular basis to monitor the status of implementation of the report recommendations. There are a variety of oversight models in use throughout the country. The MBTA should review various models for best practice and develop an appropriate program. The task force also recommends the use of this advisory panel to develop a job description and hire the community relations liaison, and to review the status of citizen complaints on a regular basis.

M000370