# Exhibit 13



# MBTA Police
## Special Order

Number: 2001-27

Date: June 7, 2001

Subject: Supervisor Reassignments

Post: Read at Roll Calls through June 13, 2001

Distribution: Standard Distribution

Effective this date, the following reassignments will take effect.

### Lieutenant Nancy O'Loughlin

FROM: 7:30AM - 3:30PM, ACU - OIC, M - F
TO: 7:30AM - 3:30PM, Surface OIC, M - F

### Sergeant Salvatore Venturelli

FROM: 3:30PM - 11:30PM, ACU, M - F
TO: 3:30PM - 11:30PM, Surface, M - F

### Sergeant David Albanese

FROM: 7:30AM - 3:30PM, Training, M - F
TO: 7:30AM - 3:30PM, Patrol, M - F

### Sergeant Joseph O'Connor

FROM: 7:30AM - 3:30PM, Surface, Squad 3
TO: 7:30AM - 3:30PM, MOP, Squad 3

Thomas J. O'Loughlin
Chief of Police

TJO/JJM/lst



M00001