# Exhibit 14



# MBTA Police
## Special Order

Number: 02-28
Date: July 19, 2002

Subject: Reassignment of Personnel

Post: Read at Roll Calls through July 26, 2002

Distribution: Standard Distribution

Commencing on Saturday, July 20, 2002, the following reassignment of personnel will become effective, listed personnel shall report to their respective new assignments as noted:

**Deputy Chief John Mahoney**
From: Day Commander, Patrol Operations
To: Commander, Patrol Operations

**Deputy Chief Nadine Taylor-Miller**
From: Night Commander, Patrol Operations
To: Commander, Community Services

**Lt. Gary Fredricks**
From: Area A, 7:30 - 3:30, 5&2
To: Subway Patrol Services, Day Shift Commander, 7:30 - 3:30, 5&2

**Lt. Joseph Leuchte**
From: Detective Commander, 3:30 – 11:30, 5&2
To: Detectives, Night Shift Commander, 3:30 – 11:30, 5&2

**Lt. Thomas McCarthy**
From: Area B, 3:30 - 11:30, 5&2
To: Surface, Day Shift Commander, 7:30 - 3:30, 5&2

**Lt. Nancy O'Loughlin**
From: Surface, Day Shift Commander, 7:30 - 3:30, 5&2
To: Detectives, Day Shift Commander & Graffitti Investigations, 7:30 - 3:30, 5&2

**Lt. Michael Shea**
From: Area A, 3:30 - 11:30 5&2
To: Subway Patrol Services, Night Shift Commander, 7:30 - 3:30, 5&2

**Lt. Herman Wheelor**
From: Area B, 7:30 - 3:30 5&2
To: Community Services, 7:30 - 3:30, 5&2**

EXHIBIT
O'Loughlin
9
12/23/05 DMY

M00003

**Sergeant Steven Douglas**
From: Surface, 3:30 - 11:30, 4&2, Squad 3
To:   Surface, 11:30 -7:30, 4&2, Squad 3

**Sergeant Robert Fitzsimmons**
From: Area B, 3:30 to 11:30, 4&2, Squad 3
To:   Surface, 3:30 to 11:30, 4&2, Squad 3

**Sergeant Francis Mulhern**
From: Surface, 11:30 - 7:30, 4&2, Squad 3
To:   Community Services, 7:30 - 3:30, 5&2**

**Sergeant Salvatore Venturelli**
From: Surface, 3:30 to 11:30, 4&2, Squad 3
To:   Area B, 3:30 to 11:30, 4&2, Squad 3

**Officer Victor Diaz**
From: Surface, 7:30 - 3:30, 4&2, Squad 2
To:   Detectives, 7:30 - 3:30, 5&2

**Officer Curtis Holden**
From: Subway Red South Team, 7:30 - 3:30, 5&2
To:   Detectives, 7:30 - 3:30, 5&2

**Officer Ken Mui**
From: Subway Green Team, 3:30 – 11:30, 4&2, Squad 3
To:   Detectives, 7:30 - 3:30, 5&2

**Officer Daniel Sullivan**
From: Subway Red North Team, 3:30 - 11:30, 5&2
To:   Detectives, 7:30 - 3:30, 5&2

**NOTE:**
The Community Services Unit will utilize the office space that was formerly utilized by the Anti-Crime Unit on the First Floor at Police Headquarters.

Thomas J. O'Loughlin
Chief of Police

M00004