# Exhibit 15

# QuickTopic℠

Your free, preposterously easy instant discussion space

Sign In to access your topic list  -  New Topic  -  New Doc Review  -  My Topics

## Topic: Guardroom General Discussion

Views: 1762, Unique: 915   What's
Subscribers: 3             this?

Printer-Friendly Page

[Subscribe] to get & post, or stop messages by email 📧



DEPOSITION
EXHIBIT
O'LOUGHLIN 38
MRW 2/1/06

All messages          38-45 of 45   30-37 >>

| Who | When | Messages / [Post a new message] |
|---|---|---|
| **Chief Oloughlins wife**<br>06-17-2002 07:32 PM ET (US) | 45 | Leave my husband alone you animals. He doesnt have a dick or a leg already don't you think i suffered enough?? Any of you handsome black officers get the hint. 25 holly lane holliston I YEARN FOR BLACK COCK!!!!!!!! |
| **Officer Cardarelli**<br>06-17-2002 07:28 PM ET (US) | 44 | I used to be a important person a detective at the mbta police department. (TOM OLOUGHLIN) does not like me so he demoted me. I killed my wife and I can not deal with it.<br><br>Soon I will shit all over myself and enjoy the smell, I am a real sick fuck and I am proud of my gay relationship with officer fredette.<br><br>I will get the chief real soon my poor wife I hope my pathetic excuse for kids dont find out. |
| **A real police officer.**<br>06-17-2002 06:56 PM ET (US) | 43 | You mbta maggot's are not real policemen. Keep driving around in your clown cars and clown hats with those stupid four letter's MBTA on your patch. Wanna bees losers go home and beat your ugly wives. ahah ahah |
| **LT. O'LOUGHLIN**<br>06-17-2002 06:53 PM ET (US) | 42 | STOP WRITING ABOUT ME I AM A GOOD MAN AND I ENJOY ARRESTING LITTLE CHILDREN. I HAVE SINGLE HANDIDLY RUINED THE MBTA POLICE. I HAVE A COCK AND MY HUSBAND FRANK ENJOYS IT!!! |
| **Lisa Riccobene**<br>06-17-2002 06:50 PM ET (US) | 41 | I am a big fat italian woman and my boyfriend is Danny Sullivan. I will promote him because I am in love with the chief. I suck good cock and he likes it.<br><br>His wife does not know. My husband left me becuase I am a fat pig. I am going to be unemployed soon. I will try to use up all of my illegal time owed soon!!!<br><br>I do all of the dirty work for the chief. I am unprofessional and enjoy telling lies.... I have a eating disorder and my boyfriend has a nice thin girl on the side... |
| **Chief O'loughlin**<br>06-17-2002 06:42 PM ET (US) | 40 | I like to blame all of the departments troubles on Deputy Chief Ann Mccall. She refuses to cover up for my rogue officer's Nancy O'loughlin and company.<br><br>She has ethic's and tells the truth unlike me I don't understand this. I like to leak stories about the Pierce report. In fact the report reaks of my failures.<br><br>I have just removed her internal affairs powers because she does her job. William Flemming you are the man! I am William Flemming Deputy Chief of nothing. I like little boys and I am a recovering drunk. Billy boy your wife is a SLUT. |
| **Chief O'loughlin**<br>06-17-2002 06:34 PM ET (US) | 39 | I have the ultimate command staff. A degenerate patrolman from Boston called Nadine Miller. I like to promote scum from roxbury. In fact she poisoned her husband for the insurance money!!!!<br><br>I also promoted a patrolman from Wellesley. The stupidintendant Tommy the drunk Komola. Poor Komola are you going to the unemployment line soon.<br><br>Then the confused jon J. Mahoney another puke patrolman who did not pass the |

M000174

promotional exam. His wife screwed half of the telecom Randers the LT.SI I think Im black no I think IM WHITE. Pathetic

**Chief O'loughlin**     38  No fare! No fare! I just want leave----Please oh pretty please let me leave the T-
06-17-2002 06:26 PM ET (US)  police. I applied for the newton police chief job and they laughed at me.

Now my sorry handicapped ass is going for the chief's j ob in a dead end town called Milford. Please stop calling the reporters at the Milford paper. 1-508-634-7556 or 1-508-634-7500 and ask for denise mize. Oh please dont fax anything over to 1-508-634-7514. My wife has a fuck friend she met at the flower shop that she works for.

All messages           **38-45 of 45  30-37 >>**

## Quick Topic℠

**Learn more Frequently asked questions Acknowledgements**
What they're saying about Quick Topic
Questions, comments, or suggestions? **Contact Us**
Read our use policy before beginning. We value your privacy; please read our privacy statement.
Copyright ©1999-2002 Intemicity Inc. All rights reserved.

M000175

http://www.quicktonic.com/6'H/5bd8P8TEYyMu4     6/25/2002