# Exhibit 16

Case 1:04-cv-10933-JLT    Document 38-18    Filed 07/05/2006    Page 1 of 3

# MBTA Police

**CONFIDENTIAL**

THOMAS J. O'LOUGHLIN
Chief of Police

July 3, 2002

DEFENDANT'S DEPOSITION EXHIBIT
#6
12/20/05

TO: MR. FRANK OGLESBY
DIRECTOR OF ORGANIZATIONAL DIVERSITY
AND CIVIL RIGHTS

FROM: THOMAS J. O'LOUGHLIN
CHIEF OF POLICE

SUBJECT: DEROGATORY STATEMENTS POSTED ON INTERNET
CONCERNING MBTA EMPLOYEES

In accordance with the policies of the MBTA, I want to bring to your attention the offensive information that was posted on a website that is geared towards police officials. The website is www.guardroom.com.

The attached information is a personal attack upon the following employees of the MBTA and in some cases their families.

Officer Daniel Cardarelli
Deputy Chief William Fleming
Officer Willard Fredette
Superintendent Thomas Komola
Deputy Chief John Mahoney
Deputy Chief Anne McCall
Lt. Nancy O'Loughlin
Chief Thomas J. O'Loughlin
Lisa Riccobene
Officer Daniel Sullivan
Deputy Chief Nadine Taylor-Miller

I have also attached a copy of an e-mail that I received from an employee of the MBTA Police Department concerning this matter and whether he was involved in posting this information.

Finally, the Department is utilizing computer forensics experts to review the circumstances related to the posting of this information.

If I can be of any further assistance, please contact me.

Sincerely,

Thomas J. O'Loughlin
Chief of Police

Cc:

Officer Daniel Cardarelli
Deputy Chief William Fleming
Officer Willard Fredette
Superintendent Thomas Komola
Deputy Chief John Mahoney
Deputy Chief Anne McCall
Lt. Nancy O'Loughlin
Chief Thomas J. O'Loughlin
Lisa Riccobene
Officer Daniel Sullivan
Deputy Chief Nadine Taylor-Miller

M000341