# Exhibit 17



# MBTA Police

| | |
|---|---|
| Date: January 13, 2003 | To: Chief Joseph C. Carter<br>From: Deputy Chief William C. Fleming<br>Subject: Briefing Summary |

Congratulations on your recent appointment as Chief of Police of the Massachusetts Bay Transportation (MBTA) Police Department. The purpose of this memo is to respond to your request in preparing a comprehensive briefing summary.

I am responsible for the Criminal Investigative Services Division. The Criminal Investigative Services Division is comprised of various specialized components involved in the identification, investigation, and prosecution of criminal activity.

**MAJOR CASE UNIT:**

In April of 1998, I expanded the role of the Internal Security and renamed it the Major Case Unit. In 1999, the department's ID Unit was folded into the Major Case Unit and in 2002, a Detective was assigned to the Major Case Unit who was then assigned full time to the Boston FBI's Joint Terrorism Task Force. Currently there are six detectives assigned full time to the unit. The unit is responsible for revenue theft, contract compliance and for monitoring the security and integrity of the MBTA fare collection activity. A member of the Major Case Unit has also been designated as the Department's Civil Rights Specialist. The Unit is also responsible for maintaining and installing the sophisticated surveillance equipment available for use in investigations. Members of the Major Case Unit also serve as liaisons with the FBI and Secret Service along with various anti-terrorism task forces. Finally, the Major Case Unit is assigned to conduct investigations upon the direction of the Chief of Police.

**CRIMINAL INVESTIGATIONS UNIT:**

The Criminal Investigations Unit is responsible for processing crime scenes and follow-up investigations. The major objective of this cadre of detectives is the successful investigation and prosecution of crimes occurring on MBTA property.

- A management philosophy emphasizing that every member of the department is responsible for the investigation of criminal activity.

- A staff that works with the Crime Analyst and who maintain pertinent information necessary to develop crime pattern analysis.

- Participation in multi-jurisdictional task forces to include detectives assigned to the Youth Violence Strike Force and the D.E.A. Transportation Task Force.



EXHIBIT 3
WIT: Fleming
DATE: 12-16-05
Alene Jennette

M000194

**CONFIDENTIAL**

### GOALS AND OBJECTIVES:

My goals and objectives are to restore pride to the MBTA Police Department and to ensure that the detectives working under my direct command treat all people with professionalism and decency.

### MORALE ISSUES:

The morale issues arise from rumors, innuendoes and lies that are spread by a small minority of officers that have undermined the command staff at the MBTA Police. I developed an Internet policy to address these issues and I hope that under your command, Internet access will be denied except to a few trusted investigators. As I warned you at our meeting, they will attack you and the fight has already started, (see attached). They have already tried to destroy my reputation and I suggest that if you have time, speak to former Chief Jack O'Donovan and Major Joseph Saccardo along with former Chief Thomas Maloney. The cancer that exists in this police department continues and they are now attacking the civilian staff.

### TASK FORCES:

I had the opportunity to appear before the Task Force on Racial Profiling and I am thankful for the opportunity to speak with them. In my short tenure, I tried to implement as many changes as possible.

M000195

CONFIDENTIAL

**IDENTIFICATION UNIT:**

The identification section consists of two (2) laboratories: one for identification, the other for photography. The Identification Unit is responsible for processing all major crime scenes and for obtaining information throughout the scientific processing of evidence. The Department Evidence Technician and Photographer is also responsible for providing specialized training to all officers responsible for crime scene processing.

M000196