Exhibit 18



January 7, 2003

Joseph Carter
Chief of Police
MBTA Police Department
240 Southampton Street
Roxbury, Massachusetts 02118



EXHIBIT 11
WIT: Fleming
DATE: 12-16-05
Alene Jennette

Re: Response to Transitional Information Request

Dear Chief Carter:

Welcome. Hopefully this new beginning will bring needed change for the department and much success for you.

Interim Chief William Fleming has requested that each of the lieutenants, captains, and deputy chiefs submit answers to your request for transitional information. I submit these answers to the applicable questions and offer some personal insights and/or comments.

As you will learn from the submitted resume, I previously served as a Deputy Chief. I am currently assigned as the Day Shift Duty Supervisor. I am responsible for assigning the officers of the patrol division to meet the needs of the MBTA for the morning rush hours, transporting the city's student population, providing for prisoner bookings and transports, and assigning personnel for significant or special events occurring on the day shift.

**Three Major challenges facing your command:**

    A.    The daily transportation of over twenty-five thousand public and private school students, along side a million commuters, has been the driving force of patrol operations for the day shift since the founding of the T Police. Concrete plans were designed and put in place prior to the last administration that were abandoned in favor of the "zero tolerance policy." I would recommend revisiting the abandoned proposals in a collaborative effort with those city, county, and state agencies that previously agreed to help resolve this problem.

    B.    The department lacks a consistent proactive patrol plan, has no anti-crime program, and has a dysfunctional approach to community policing. Currently, first line supervisors (lieutenants and sergeants) can only change daily patrol assignments and often run the risk of ridicule if they take initiative.

A second part of this issue is the lack of supervisors and the number of officers assigned to "specialty assignment." A recent flurry of these assignments by Chiefs O'Loughlin and Fleming have drained the patrol division of needed manpower and supervisors. A careful and thoughtful process is needed to determine the actual benefits of each of these assignments coupled with a restructuring of the patrol force.

C. Answering the questions raised by the Task Force on Racial Profiling and the Judge Rudolph Pierce Report, or better still, the issues raised by the Black Legislative Caucus (systematic abuse of children - not racial profiling) would be the third major challenge. It should be the first. The lingering resentment by supervisors and officers of being "painted with the broad brush" lingers like a festering wound. Many supervisors felt they did all they could to prevent and stop the abuses of the anti-crime unit and a few rouge officers. Many officers felt they carried out their responsibilities with dignity and fairness; only to be cast as racists and abusers of children. Some see the promotional and special assignments of these officers and their supervisor as an exoneration of the misconduct and a reward by the department and the authority. The solution to this problem resides with your review of the reports, interviews with your staff, and the corrective actions you take. I've suggested in the attached Strategic Plan 2003, a clear policy that this behavior will never be tolerated again.

**Goals and objectives:**

Other than my personal commitment, and that of most members of the department, to encouraging and demanding integrity, fairness, dignity, and professional conduct from all officers, I'm unaware of any departmental goals or objectives. I have always encouraged the department to become a full partner and member of the MBTA family; committing our enforcement efforts to making the MBTA the safest transit system in America and leaving the streets and highways to the local and state police.

**Morale Issues:**

I really don't hear the officers complaining about many issues other than the stigma of the media coverage caused by a few, lack of sufficient manpower to do the job (officer safety), failure by the department to address the bullet-proof vest issue (most officers have outdated vests), and the traditional complaints about "specialty assignments." With the recent settlement of the carmen's contract and the anticipation of a quick resolution for the three unions, the monetary issues are nonexistent.

M000245

**Impact of Reports:**

This is somewhat answered above. Please see the attached Reorganization Plan, Strategic Plan and Community Based Team Policing Plan. Aside from those proposals, my message has always been one of intolerance to abusive and unfair treatment. Lack of a supportive administration has caused a severe breakdown in the ability of supervisors to supervise. Statements by the general manager and the perceived promotions of these officers has had an incredible negative impact on the department.

**Community Partners:**

The department's haphazard approach to community policing, coupled with the constraints of a lack of manpower, has lead to the assignment of specialists. Therefore, patrol has no partnerships, except for the assignment of specific officers from "rapid transit" to all community meetings. My training and initiatives have always called for the assignment of the *beat officer* as the Community Police Officer. My professional experiences in virtually every section of the City of Boston, and the surrounding communities, has been that the community (neighborhood, school, civic group, etc.) wants the officer they see every day to be their partner. Of course, certain programs need specifically trained officers to make professional presentations on a focused issue, i.e.. Operation Safe Travel, the dangers for children being on the right of way.

**Identify Specialist in my command:**

All are patrol officers; which should raise a question in and by itself. There has been a systematic exclusion of the lieutenants and captains from the training function. The recruit academy commandant is a patrolman.

  Thomas Palardy - EMT instructor
  Thomas Orth - Patrol procedures
  Stephen Pagliuca - CJIS instructor
  Brian Harer & David Hanson - Physical training instructors and SOT members

**Key Issues for Chief Carter:**

Since Chief O'Loughlin's departure, I have submitted the following documents to both the General Manager and the Interim Chief of Police: Reorganization 2002, Strategic Plan 2003, and the Community Based Team Police Approach to Policing the MBTA. The last was approved in 1997 and provided for sixteen additional officers but later abandoned. I have updated and resubmitted it along with the other proposals. Each has a different focus of identifying problems and suggesting solutions.

Over the course of my career, I have submitted numerous initiatives; even during periods of disfavor. I have submitted these documents in an effort to start the dialogue needed to move forward and fix that which is broken; while at the same time, trying to build on that which is professional excellence. Drawing from my life experience and my military service, I've done so in a spirit of cooperation.

There are a host of other issues (i.e.. training, span of control, chain of command, etc.) that also need your attention. You might have to reinvent the wheel. I strongly believe that an inclusive attitude will be the path to success.

Almost every member has high expectations and a desire to be part of the solution. Some of us have less time than others, I would respectfully suggest the speedy development of staff and superior officers to carry on the mission.

Respectfully,

Thomas F. McCarthy
Lieutenant

M000247