Exhibit 19

 **MBTA Police**

To: CHIEF WILLIAM FLEMING

From: LT. N. O'LOUGHLIN

Date: 01/05/03

Subject: RESUME

SIR,

I RESPECTFULLY REPORT THAT ENCLOSED YOU WILL FIND A COPY OF MY RESUME AS WELL AS A RESPONSE TO THE QUESTIONS POSED FOR A COMPREHENSIVE BRIEFING.



M000443

# COMPREHENSIVE BRIEFING SUMMARY

## 1. 3 MAJOR CHALLENGES FACING MY COMMAND

A. The primary challenge facing my command is the lack of adequate manpower. In order to cover the vast commuter rail system as well as address sytem wide Grafitti/vandalism problem the unit needs to be increased by a minimum of three officers. This would allow for two teams of three to be designated with one team designated northside and the other team designated southside. This would facilitate the investigation, apprehension and prosecution of individuals involved in crimes on the commuter rail system. Currently there is myself and two officer assigned to the entire system. We are currently involved in networking and contact establishment with area police departments, State police and community groups relative to the impact grafitti/vandalism has on transportation and the spill over effect it has on surrounding neighborhoods and businesses. We are also attempting to establish a uniform reporting system.

B. The secondary challenge facing my command is the lack of adequate equipment. In order to handle the concerns of comm rail personnel relative to trespassing both Pedestrian and motor vehicle, and vandalism to commuter rail equipment in the form of signals, track beds, ballast, and cable. This is not only costly to repair it endangers the lives and safety of both employees and passengers. It should also be noted that in this time of domestic terrorism outlying rail and rail facilities are a choice target to strike to inflict vast damage with minimal chance of being caught. In order to adequately target these areas appropriation of atv's and/or dirtbkes would facilitate timely entry into inaccessible areas other wise reached only on foot requiring officers to walk several miles. Additionally the appropriation of video cameras and digital cameras would allow for surveillance documentation further strengthening prosecution. We are currently in negotiations with commuter rail in an attempt to obtain some of this equipment.

C. Lastly the issue of unified and timely reporting is brought to the board. Currently reporting of incidents is nonexistent or sporadic at best. We are currently attempting to redefine outreach and contact with area police departments to ensure that any and all reports of incidents involving commuter rail are forwarded to this department. We Are also currently working with commuter rail personnel to establish a uniform and direct means of reporting for employees of any and all incidents occurring on the commuter rail so that we may address them in a timely fashion.

M000444

2.    **GOALS AND OBJECTIVES OF MY COMMAND**

A.  My recommended goal is to establish the best unit that I possibly can. A unit that is dedicated, responsive and self motivated. The unit will respond without hesitation or question to the needs and concerns of employees as well as passengers. The unit will be highly motivated and proactive not only responding to existing complaints but anticipating and weeding out problems before they become entrenched. This unit will mold and maintain a system that is both employee and passenger friendly. The unit will stem the tide of senseless cost overruns and needless repairs. I also recommend a semiannual review to ensure that these goals are being met.

3.    **MORALE ISSUES UNDER MY COMMAND**

A.  Currently there is no morale issue under my command. There is a level of frustration due to manpower and equipment constraints yet my unit remains one comprised of highly motivated and satisfied employees.

4.    **REPORTS IMPACT**

A.  As indicated above the morale of myself and officers under my command remains high. This unit looks forward to working with the chief to implement the recommendations of the Task Force Report on Racial Profiling as well as the findings of the Honorable Justice Rudolph Pierce. This unit also looks forward to working with the chief to implement any other goals and objectives as determined by him.

5.    **COMMUNITY PARTNERS**

A.  My unit interacts with many surrounding departments and there community affairs officers. This unit also does outreach to area schools abutting commuter rail property. This unit also interacts with the many MBTA and commuter rail unions In an attempt to foster a spirit of cooperation and accountability as well as a unified reporting method. A partial list is as follows:

Boston Police:   Capt. A. Sweeney    Capt F. Daniels    Capt W. Evans
                 Capt. T. Murray     Dep R. Dunford     Capt R. Flaherty
                 Capt  P. Vitti      Capt. R. Cunningham
                 Capt W. Parlon      Sgt. K. Mullen     Sgt. J. Mcniff
                 Off W. Kelly        Sgt. J. Lynch      Lt. G. French

Mass State Police:   Sgt. D. Benoit    Trp. Lee Gullage

M000445

Mass Trail Courts:    Honorable Justice K. Coffey    Honorable Justice P. Anderson
Honorable Justice G. Phillips
Court Officer J. Crowley    District Attorney Ralph Martin
District Attorney Michael Sullivan

Quincy Police Dept    Lt. Stenmon

Weymouth Police Dept. Chief R Rumble    Det R. Fuller    Capt Thomas    Off J. Burke

Cambridge Police Dept.    Det. S. Lyons    Det S. Demarco

New York City Police Dept.    Lt. S. Mona

Washington DC Transit    Insp. Comeau

Portland Oregon Police Dept.    Insp Savage

Los Angelas Police Dept    Chief W. Bratton

Boston City Council    Councilor M. Hennigan    Councilor B. Honan
Councilor M. Ross

Mass State Senate    Senator R. Hedlund    Senator P. White

Mass House of Representitives    Speaker T. Finneran    Rep. Liz Melia
Rep K. Fitzgerald

Boston Public Schools    Charlestown Val Shelly    Hyde Park    R. Lane
Gavin Mr. Lee    Boston Latin    C. Kelly
West Roxbury    K. Donnelly

Boston School Police    Lt. M. Hennessey    Sgt. E. Weston    Sgt. R. Ayala

Community Groups:    Mission Hill Neighborhood    J. Swan
Cedar Grove Civic Assoc.    M. Finneran
Weymouth Neighborhoods    S. Kay
Ashmont Hill
Jamaica Plain
Southwest Corridor
Allston Board of Trade

M000446

6.   **EXPERTISE**

A.   My unit encompasses grafitti vandalism as well as general commuter rail vandalism. as such I am the recognized by the Massachusetts Trial Courts as an expert in the in the investigation and prosecution of grafitti vandals. I have eighteen years of experience in this field. Officers Daniel Sullivan and Victor Diaz are assigned to this unit. Both officers are highly proficient in the art of grafitti investigation and prosecution having been under my tutelage for some time. Both officers are also proficient in documenting and photographing damage invaluable tools when preparing and investigating a case.

7.   **SIGNIFICANT EVENTS**

A.   On October 2, 2002 I was contacted by court officer J. Crawford at the behest Of Justice P. Anderson relative to grafitti vandalism to the mens room at Brighton District Court. This unit responded and initiated an investigation. On October 8, 2002 a search warrant was obtained and executed for the Individual identified by this unit as having done the damage at Brighton District Court. The warrant was executed and evidence was obtained linking the Individual to the damage done. Complaints were sought and issued. The case Is scheduled for February 2003. As the investigation progressed it was determined that this grafitti vandal was responsible for significant damage in Several greater Boston communities. Area departments were notified and cases Are pending.

8.   **CHIEFS CONCERNS**

A.   The key issues relative to my unit that the chief should address in his first sixty Days are a centralized office for this unit and an increase in manpower. This unit should have dedicated office space that is centrally located to commuter Rail. This would facilitate approachability as well as unified reporting. This would also enhance response time and intelligence gathering. Any increase in manpower would facilitate same. Space has been identified at the Readville Commuter rail facility. The contact person is Deputy Director Commuter Rail Operations Mr. J. Ray 222-3440.

M000447

# LIEUTENANT NANCY L. O'LOUGHLIN
MBTA POLICE DEPARTMENT
240 SOUTHAMPTON STREET
ROXBURY, MA 02118-2723

## PROFESSIONAL EXPERIENCE:

**Massachusetts Bay Transportation Authority Police Department    11/15/83 - Present**

August 2002 - present

**Detective Lieutenant**
Assigned as supervisor of the anti-vandalism/commuter rail division. This units responsibility is to establish and maintain stability and responsiveness to calls for service on the vast commuter rail system. The unit monitors and maintains reports of grafitti/ vandalism system wide and prosecutes same.

June 2001 - August 2002

**Lieutenant**
Oversees all police activities of the Patrol Division to insure that MBTA Police Department policies, rules and regulations, and applicable statues are adhered to by subordinate members of the Department.

October 1997 - June 2001

**Lieutenant**
Supervised the system wide Anti-crime Unit. This unit was responsible for providing proactive plainclothes patrol as well as being responsive to area supervisors request for assistance. This unit established and maintained employee and passenger safety on the MBTA.

July 1997 - October 1997

**Lieutenant**
Supervised multi-agency K-9 general patrol/narcotics detection class. Ensure all K-9's and handlers certify.

October 1996 - October 1997

**Lieutenant**
Oversees all police activities of the Patrol Division to insure that MBTA Police Department policies, rules, and regulations and statutes are adhered to.

September 1993- October 1996

**Detective Sergeant**
Supervised the Detective Unit as well as the Anti-Grafitti Unit. These units were responsible for general investigative services as well as specialized investigations.

M000448

July 1990 - September 1993

**Sergeant**
Provides first line supervision as well as on the job and formal training for police officers assigned to patrol and detective work. Implements management directives, monitoring police performance and taking corrective action as needed. Works within well defined police procedures, deciding the appropriate actions when situations do not allow for review with higher supervisors.

July 1988 - July 1990

**K-9 Officer**
Maintains a normal preventive patrol assignment focusing commuter rail. Oversees the care and training of K-9 partner. Responds to calls for service.

November 1983 - July 1988

**Patrol Officer**
Maintains order on MBTA system and ensures that MBTA patrons and employees enjoy a safe and violence free system. Employs proactive as well as reactive policing. works with limited supervision within well defined policies and procedures.

**EDUCATION AND TRAINING**

**Northeastern University**, Boston, Ma  1978-1983
Bachelor of Science Criminal Justice w/Honor
**Boston Police Academy**, Boston, Ma   1983-1984
**Babson College**, Waltham, Ma 1995
Command Staff Training
**MBTA Police K-9 Class**, Bridgewater, Ma  1988
Certified K-9 Handler

**ACHIEVEMENTS**

SILAS AWARD  1989  Outstanding K-9 Handler
**MBTA PD HUMANITARIAN AWARD** 1990
**MASSACHUSETTS PRIDE AND PERFORMANCE**
1994,2000
**BOSTON POLICE CITATION**
1992,1997,1998
**CITY OF BOSTON CITATION**
1996
**MASSACHUSETTS PERFORMANCE**
**RECOGNITION CITATION**   2000
**MASSACHUSETTS HANNA AWARD FOR VALOR**
2000

M000449

MASSACHUSETTS STATE SENATE CITATION
FOR BRAVERY                    2000
MASSACHUSETTS HOUSE OF
REPRESENTATIVES CITATION FOR BRAVERY
2000

SPECIALIZATION

THIS OFFICER IS RECOGNIZED AS THE LEADING EXPERT IN THE STATE OF MASSACHUSETTS IN BOTH INVESTIGATION AND PROSECUTION IN THE FIELD OF GRAFITTI VANDALISM. THIS OFFICER ALSO CO-AUTHORED ONE OF THE MOST COMPREHENSIVE ANTI-GRAFITTI STATUTES IN THE COUNTRY. THE SUCCESSFUL APPREHENSION AND PROSECUTION OF GRAFITTI VANDALS HAS RESULTED IN NOT ONLY A DECREASE IN VANDALISM INCIDENCE BUT ALSO A DECREASE IN THE RELATED OR "SISTER" CRIMES OF ROBBERY, ASSAULTS, SHOPLIFTING, SHOOTINGS AND STABBINGS. THERE IS ALSO AN INCREASE IN RESTITUTION TO THE AUTHORITY LESSENING THE FISCAL IMPACT. THIS DEPARTMENT OFFERS THE ONLY TRAINING AVAILABLE IN THIS STATE IN THE FIELD OF GRAFITTI VANDALISM. AS SUCH SEVERAL NOTABLE INSTITUTIONS HAVE REQUESTED MY ASSISTANCE. A PARTIAL LISTINGS OF THESE INSTITUTIONS AND AREA DEPARTMENTS FOLLOWS.

ASIAN JADE ASSOCIATION
FBI NATIONAL ACADEMY ASSOCIATION NEW ENGLAND CHAPTER
U.S. DEPARTMENT OF JUSTICE
DISTRICT ATTORNEY RALPH MARTIN
U.S. DEPARTMENT OF INTERIOR
BOSTON CITY COUNCIL
MAYOR OF THE CITY OF BOSTON
MONTEAL, CANADA
PARIS, FRANCE
PORTLAND, OREGON
PROVIDENCE, RHODE ISLAND
NEW YORK CITY POLICE DEPARTMENT
WASHINGTON DC TRANSIT POLICE
BOSTON POLICE ACADEMY
FRAMINGHAM POLICE DEPARTMENT
QUINCY POLICE ACADEMY
NEW HAMPSHIRE STATE POLICE
AMTRACK POLICE DEPARTMENT
MEDFORD POLICE ACADEMY
POLAROID CORPORATION
M.I.T.
ANNA MARIA COLLEGE
BRIGHTON DISTRICT COURT
ROXBURY DISTRICT COURT

M000450

WEST ROXBURY DISTRICT COURT
NORTHEASTERN UNIVERSITY
BOSTON UNIVERSITY
U.S. POSTAL SERVICE
FEDERAL POLICE DEPARTMENT
MASSACHUSETTS REGISTRY OF MOTOR VEHICLES
MASSACHUSETTS STATE POLICE
ARLINGTON POLICE DEPARTMENT
ATTLEBORO POLICE DEPARTMENT
ABINGTON POLICE DEPARTMENT
BEDFORD POLICE DEPARTMENT
BROOKLINE POLICE DEPARTMENT
BROCKTON POLICE DEPARTMENT
BOSTON POLICE DEPARTMENT
BELMONT POLICE DEPARTMENT
BOSTON HOUSING POLICE DEPARTMENT
CANTON POLICE DEPARTMENT
CHELSEA POLICE DEPARTMENT
CAMBRIDGE POLICE DEPARTMENT
CHELSEA HOUSING POLICE DEPARTMENT
DEDHAM POLICE DEPARTMENT
DUXBURY POLICE DEPARTMENT
EVERETT POLICE DEPARTMENT
FITCHBURG POLICE DEPARTMENT
FRAMINGHAM POLICE DEPARTMENT
LYNN POLICE DEPARTMENT
LOWELL POLICE DEPARTMENT
LEXINGTON POLICE DEPARTMENT
MANSFIELD POLICE DEPARTMENT
MALDEN POLICE DEPARTMENT
MEDFORD POLICE DEPARTMENT
MELROSE POLICE DEPARTMENT
NEWTON POLICE DEPARTMENT
NATICK POLICE DEPARTMENT
NORWOOD POLICE DEPARTMENT
QUINCY POLICE DEPARTMENT
RANDOLPH POLICE DEPARTMENT
REVERE POLICE DEPARTMENT
SALEM POLICE DEPARTMENT
SAUGUS POLICE DEPARTMENT
STONEHAM POLICE DEPARTMENT
SHARON POLICE DEPARTMENT
SOMERVILLE POLICE DEPARTMENT
WALTHAM POLICE DEPARTMENT
WEYMOUTH POLICE DEPARTMENT
WOBURN POLICE DEPARTMENT

M000451

WINTHROP POLICE DEPARTMENT
WATERTOWN POLICE DEPARTMENT


THE FOLLOWING IS A PARTIAL LIST OF COURTS THAT I HAVE BEEN
SUMMONSED TO AS AN EXPERT IN THE FIELD OF GRAFITTI.

ATTLEBORO DISTRICT COURT
BRIGHTON DISTRICT COURT
BROOKLINE DISTRICT COURT
BROCKTON DISTRICT COURT
BOSTON MUNICIPAL COURT
CHELSEA DISTRICT COURT
CAMBRIDGE DISTRICT COURT
DEDHAM DISTRICT COURT
DORCHESTER DISTRICT COURT
EAST BOSTON DISTRICT COURT
FRAMING HAM DISTRICT COURT
FITCHBURG DISTRICT COURT
LOWELL DISTRICT COURT
MIDDLESEX SUPERIOR COURT
MALDEN DISTRICT COURT
NEWTON DISTRICT COURT
PLYMOUTH DISTRICT COURT
QUINCY DISTRICT COURT
ROXBURY DISTRICT COURT
SALEM DISTRICT COURT
SOMMERVILLE DISTRICT COURT
WEST ROXBURY DISTRICT COURT
WOBURN DISTRICT COURT

M000452

ENCLOSED FIND A SAMPLING OF LETTERS OF APPRECIATION FROM VARIOUS AGENCIES RELATIVE TO TRAINING PROVIDED IN THE APPREHENSION AND PROSECUTION OF GRAFITTI VANDALS AS WELL AS STEPS THAT CAN BE TAKEN TO PREVENT SAME.

M000453

## PREFECTURE DE POLICE

CABINET DU PREFET

Paris, le

oc2503f

Madame,

     Les services de la Mairie de Paris m'ont fait parvenir votre courrier dans lequel vous appelez l'attention sur les procédés de lutte contre la prolifération des graffiti et la répression de leurs auteurs en Nouvelle-Angleterre.

     Je vous remercie de l'envoi de cette correspondance dont j'ai pris connaissance avec intérêt.

     Je puis vous indiquer que dès sa réception, celle-ci a été transmise aux services de police compétents.

     Je vous prie d'agréer, Madame, l'expression de ma considération distinguée.

Le Préfet de Police,



Madame Nancy L. O'LOUGHLIN
Lieutenant MBTA Police Department

240 Southampton Street

BOSTON MA 02118 - 2723

U.S.A.

REPUBLIQUE FRANÇAISE
Égalité Fraternité

PREFECTURE DE POLICE

M000454



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*1003 J.W. McCormack Post Office and Courthouse*
*Boston, Massachusetts 02109*

May 21, 1997

Nancy O'Laughlin
Lieutenant
MBTA Police Department
240 Southampton Street
Boston, MA  02118

Dear Lt. O'Laughlin:

Thank you for speaking at the recent Law Enforcement Coordinating Committee (LECC) meeting. Your presentation on "Gang Activity" was very informative.

From the comments we received the information presented was of great interest to the audience. In addition to the formal presentations, we believe the informal exchange of information and ideas is an integral part of the LECC meeting. Your participation helped make the meeting a success.

Again, thank you for a great job.

Sincerely,

SCOTT HARSHBARGER
Attorney General

DONALD K. STERN
United States Attorney

M000455



# United States Department of the Interior

NATIONAL PARK SERVICE
Boston National Historical Park
Charlestown Navy Yard
Boston, MA 02129-4543

IN REPLY REFER TO-

To:    Chief John R. O'Donovan                    3/26/97
       MBTA Police
       240 South Hampton St.
       Roxbury, MA 02118

From:  Chief Ranger Marc Vagos
       Boston National Historical Park
       Charlestown, MA 02129

Re:    Recent Training

Chief O'Donovan,

I would like to commend Lt. Nancy O'laughlin for her presentation on gangs and graffiti at our recent training session. Lt. O'Laughiln presented her information in a professional and most interesting manner. It was a pleasure meeting her, and I look forward to working with her again in the future.

Sincerely,

Marc Vagos

Marc Vagos.

4/3/97 - cc:  Lt. N. O'Loughlin
              Personnel File

M000456



Massachusetts
Institute
of Technology

77 Massachusetts
Avenue
Room 7-338

Cambridge
Massachusetts
02139-4307

Telephone
617-
253-

Fax:
617-
253-2654

March 14, 1997

Sergeant Nancy O'Laughlin
MBTA Headquarters
Detective Unit
240 South Hampton Street
Roxbury, Ma. 02118

Dear Nancy:

Amy and I want to thank you again for giving such an informative and interesting talk to our class about the widespread work you doing here in the Boston area to combat graffiti. Many of the students mentioned you in their evaluations and felt that you added a great deal to our class. We also felt that as instructors we gained a lot of information from your talk.

There is the possibility that we will teach *Tagging: Private Graffiti or Public Art* again this fall at Tufts, but it will be much expanded in the semester format. If this does work out we would like to have you back as a guest speaker. We will keep you posted as this materializes.

Good luck in all of your endeavors and please stay in touch. Thanks again.

Sincerely,

Marsha Orent and Amy Brown
Instructors

cc: Major Saccardo

M000457

# CHARMOY, STOLZBERG & HOLIAN, LLP
## ATTORNEYS AT LAW

44 SCHOOL STREET · SUITE 1100
BOSTON, MASSACHUSETTS 02108
TEL: (617) 227-0808   •   FAX: (617) 227-0232

STANLEY CHARMOY
ROBERT A. STOLZBERG
VICTORIA A. HOLIAN
WEI JIA *
   * ADMITTED ONLY IN
     NEW YORK, LOUISIANA &
     THE PEOPLE'S REPUBLIC OF CHINA
PAUL E. RUPP, JR.*
   * ADMITTED IN
     MASSACHUSETTS & NEW HAMPSHIRE
SCOTT A. JOSEPH
CLIFFORD A. TRUESDELL

Of Counsel:

JOHN J. GARDNER

January 11, 1999

Lt. Nancy O'Laughlin
MBTA Police
240 Southampton Street
Boston, Massachusetts 02118

RE:    Commonwealth v. Christopher Carnes
       98-2012
       Cambridge District Court

Dear Lt. O'Laughlin:

As you are aware from my prior correspondence, I represent Christopher Carnes in regards to the above-referenced case in Cambridge District Court.

Chris is accused of tagging the men's bathroom of The Garage in Harvard Square, Cambridge and assaulting a maintenance worker. On October 30, 1998, I sent you pictures of the door which Chris allegedly defaced and you confirmed via telephone that that the tagging was not done by my client. In fact, you stated that you knew who the tagger was.

A trial was scheduled for this matter in November, but such trial was canceled when a plea bargain was agreed upon. Unfortunately, the Judge did not approve of the plea bargain and a new trial date has been scheduled for Wednesday, January 27, 1999 at 9:00 A.M.

I am writing this letter to inform you that you will likely be subpoenaed as a witness again. Please contact me if you will be available. Thank you very much for your attention to this matter.

Very truly yours,

Scott A. Joseph

M000458

 **Boston Police Academy** 

Captain Albert J. Sweeney
Boston Police Academy
85 Williams Avenue
Hyde Park, MA 02136

June 16, 1994

Sergeant Nancy O'Loughlin
MBTA Police Department
275 Dorchester Avenue
South Boston, MA 02127

Dear Sergeant O'Loughlin,

The Boston Police Department is in the midst of change and growth. Presently we are implementing the "Neighborhood Policing" plan of action. The plan calls for directed efforts in creating partnerships with individuals, communities and organizations. Your involvement in such a partnership, with instructors of the Boston Police Academy, has been most beneficial. Your expertise and valuable assistance provided the recruits of Recruit Class 27-94, with the guidance and knowledge that will enable them to be problem solvers for the community. By engaging in partnerships with outside educators, like yourself, we are preventing isolation and the stagnation that sometimes accompanies it.

I would like to thank you for taking the time out of your busy schedule, to be a guest lecturer during the training of Recruit Class 27-94. By sharing your expertise, in conjunction with the Academy Staff, the recruits are assured a wide spectrum of knowledge.

I appreciate all of the assistance you have given. Also, I am confident in saying that you have helped to provide Recruit Class 27-94 with the best training available.

Sincerely,

*Albert J. Sweeney*

Captain Albert J. Sweeney
Commanding Officer
Training and Education

cc: Officer Nadine Taylor-Miller

M000459

# BRENT B. LARRABEE
CHIEF



# Framingham Police

81 Union Avenue • Framingham, Massachusetts 01701                872-1212
620-4926

Sergeant Nancy O'Loughlin
MBTA Police
275 Dorchester Ave
South Boston MA 02127

Dear Sergeant O'Loughlin,

I would like to offer my sincere thanks for coordinating and
instructing the "Grafiti" course at my department's annual in-service
training program.  The information about this new trend was certainly
timely and crucial to our officers ability to recognize and combat
this problem.  All comments and feedback were quite positive,
reasurring that the lessons were well presented.

Again, thank you for your assistance with our in-service training.

Sincerely,

Sergeant Craig Davis
Commander, Administrative Services

M000460



**Boston City Council**
Brian Honan
Allston/Brighton
635-3113

January 21, 1996

Chief John R. O' Donovan
MBTA . Police Department
275 Dorchester Ave.
Boston MA. 02127

Dear Chief O'Donovan,

I would like to bring to your attention the recent excellent work of Sgt. Nancy O'Laughlin of your department. Sgt. O'Laughlin did outstanding work in assisting in an investigation of a major graffiti artist in the Allston-Brighton area. Sgt. O'Laughlin's expertise contributed to obtaining and executing a search warrant, which lead to the recovery of over 50 cans of spray paint, several scrap books, and diagrams of the suspect's "work." As a result complaints were sought out at Brighton District Court.

Sgt. O'Laughlin worked with the District Attorney's office, officers from D-14 and community leaders to ensure the successful prosecution of one of the major graffiti artists in the city. Sgt. O'Laughlin's work will deter other vandals in the future and enhance the quality of life in our neighborhood.

Sincerely,

Brian Honan
Boston City Council

BJH/lb

M000461

New City Hall  •  One City Hall Square  •  Boston  •  Massachusetts  •  02201





**BOARD OF SELECTMEN**

GREGORY P. HARGADON
Chairman

SUSAN M. KAY
Vice Chair

WILLIAM B. BARRY, JR.
Clerk

JOSEPH P. PIPER

DAVID W. CHANDLER

(617) 335-2000
TTY (617) 331-5124
FAX (617) 335-3283

75 Middle Street
East Weymouth, Mass. 02189

PAMELA T. NOLAN
Executive Administrator

## THE TOWN OF WEYMOUTH

September 9, 1996

Sergeant Nancy O'Loughlin
M.B.T.A. Police
240 Southampton Street
Boston, MA 02118

Dear Sergeant O'Loughlin:

I would like to take this opportunity to express my sincere appreciation to you for your participation in the informational meeting on graffiti and vandalism which was held for the residents of North Weymouth. The information which was exchanged between members of the panel and the residents was extremely valuable.

Addressing graffiti and vandalism problems by hosting a neighborhood meeting helps to raise public consciousness and understanding and provides a forum to develop alternatives and solutions to these problems.

Once again, I am grateful to you for your participation in this important community meeting.

Sincerely,

Susan M. Kay
Vice-Chairman

SMK/crl

M000462