Exhibit 20

# MBTA Police

**Chief's Memo**

Number: 03-31

Date: June 4, 2003

---

Subject: ***MBTA POLICE PLAN OF ACTION***

Post: Mention at Roll Calls through June 10, 2003

Distribution: Standard Distribution

Please be advised that on the morning of June 5th, 2003, the MBTA Board of Directors will be conducting a brief tour of MBTA Police Headquarters. During their tour, I will present highlights of our new Plan of Action and explain in appropriate detail how the plan will effect change throughout the Department.

The Plan of Action will be available in its entirety to you and to the public. I encourage you all to pick up a copy in the afternoon in the Duty Supervisor's office, and to familiarize yourself with the different facets of the plan. I will be conducting a number of roll calls to further explain plan details and to answer any questions that you might have.

This Plan of Action presents the vision for policing the MBTA transit system throughout the Greater Boston area. It draws upon the findings of a comprehensive review of MBTA Police issues, structure, standards and strategies and sets forth a blueprint for how policing will be conducted in the future. Contributions from members of the MBTA Police Department, the Greater Boston stakeholder community, various MBTA officials and community representatives provided the key input for the vision and this Plan. For this reason, I hope you will agree that it accurately and clearly notes all of the concerns you have voiced during the process.

We will be making many improvements within the Department, increasing training, establishing strong partnerships, and upgrading the infrastructure, to strengthen our ability to sustain excellence in transit community policing. I am proud to say we will begin today—together taking a huge step forward.

JOSEPH C. CARTER
Chief





EXHIBIT
32
12/23/05.

M000372

# THE PLAN OF ACTION
## A Commitment to Excellence

MBTA Police Department
240 Southampton Street
Boston, Massachusetts 02118

Joseph C. Carter
Chief of Police

WORKING TOGETHER TO PROTECT US ALL

JUNE 2003

**CONFIDENTIAL**

M000373

As the millennium unfolds, the Police Department of the Massachusetts Bay Transportation Authority (MBTA) faces a number of challenges and opportunities. The most significant of these are described in this report, along with a roadmap that charts the path we must follow in order to become the nation's premier transit police agency.

A broad cross section of people, both inside and outside the Police Department, has provided invaluable assistance and insight essential to the development of this Plan of Action. Their continued participation will be crucial to its success, since achieving the milestones described herein will require diligent effort on the part of the police, and the unfailing support from the communities we serve.

The MBTA Police Department is committed to serving 175 cities and towns that comprise the MBTA service area, but has only 215 sworn officers with which to do so. Clearly, policing priorities must be established that will enable the Department to meet the most pressing needs immediately, without relinquishing our duty to serve all who use the transit system. Our highest priority, therefore, is serving the core Boston area, where congestion is the highest, and where demands for police assistance are the most numerous. We must work cooperatively with outlying police agencies to augment our service to stations located within their jurisdictions.

Extraordinary attention must be given to issues involving youth, whose transportation dominates the transit environment immediately before and after school hours. Through partnerships with school officials, youth and other community leaders, problem prone locations will be reexamined with a view toward creating positive environments where normal interactions with and among youth are less prone to become confrontational or destructive.

In order to facilitate our services to the community, while respecting differences that exist between neighborhoods, the Police Department will be restructured along five geographic boundaries. A single police manager will assume command of each specified area, and will answer for the overall quality of police service provided within it. Area commanders will be given authority that is commensurate with their duty to provide effective leadership for their immediate subordinates, and to engage the community in the development of policing strategies tailored to local needs.

To support this new structure, internal policies and procedures will be reevaluated and revamped, if necessary. Employee behavior is shaped by values and guided by directives. A core set of values will serve as the foundation for the development of new systems and processes. As a result of the Department's commitment to gaining national accreditation, which requires independent certifi-

WORKING TOGETHER TO PROTECT US ALL

JUNE 2003

CONFIDENTIAL

M000374

cation of a directive system that reflects the best practices of the policing profession, the directive system is undergoing a comprehensive revision.

Special attention will be given to concerns expressed by employees, which primarily involve personnel assignments, supervision, promotional processes, training, performance evaluation and discipline. In examining each of these and other related issues, the overriding consideration will be that of "fairness," in order to ensure that all employees are treated with the dignity they deserve and the respect they earn, both individually and collectively.

In addition to addressing the concerns of both local communities and employees, the MBTA Police Department also must be cognizant of its place in the national picture. Transit systems are particularly vulnerable to terrorist attack, and the Department must develop emergency procedures for such contingencies. Toward that end, it is important that the Department remain strongly partnered with federal agencies and other law enforcement departments, so that there will be seamless intervention when circumstances demand it.

As stated at the outset, the challenges that lie ahead are great, but no more so than the opportunities to overcome them. The Department is strengthened immeasurably by the active support of MBTA management, state and local officials, police employee leaders, and community representatives. All are vital to our success. Our goal is to create the country's most outstanding transit police agency, one that is both effective in combating crime and disorder, and respectful of the individual rights and liberties guaranteed by our Constitution. This effort will require hard work, persistence, patience and partnership. We have what it takes to succeed. Together, let us begin.



JOSEPH C. CARTER
Chief of Police

CONFIDENTIAL

# TABLE OF CONTENTS

Introduction . . . . . . . . . . . . . . . . . . . . . . . 1

The Transit Policing Challenge . . . . . . . . . . 2

Community Perceptions and Concerns . . . . . . . 4

Police Employee Concerns . . . . . . . . . . . . . 6

A Vision for Policing . . . . . . . . . . . . . . . . 9

Core Values . . . . . . . . . . . . . . . . . . . . . . 11

The Policing Strategy and Structure . . . . . . . . 13

Establishing Strong Partnerships . . . . . . . . . 15

Providing Managerial Leadership . . . . . . . . . . 17

Enhancing Professional Skills . . . . . . . . . . . 22

Infrastructure Improvements . . . . . . . . . . . . 23

Managing Operations for Security . . . . . . . . . 24

Moving Forward . . . . . . . . . . . . . . . . . . . 25

Summary . . . . . . . . . . . . . . . . . . . . . . . 26

Acknowledgements . . . . . . . . . . . . . . . . . . 30

WORKING TOGETHER TO PROTECT US ALL

CONFIDENTIAL

JUNE 2003

M000376

# MISSION STATEMENT

The primary mission of the MBTA Police is to ensure a safe environment within the transit system and to promote the confidence of the riding public through community policing.

Our fundamental duty is to safeguard lives and property within our transportation system and uphold the constitutional rights of all people with integrity, honor and professionalism.

CONFIDENTIAL

MBTA POLICE PLAN OF ACTION  •  A COMMITMENT TO EXCELLENCE

M000377

# PLAN OF ACTION: INTRODUCTION

This Plan of Action presents the vision for policing the MBTA transit system throughout the Greater Boston area. It draws on the findings of a comprehensive review of MBTA Police issues and sets forth a vision for how policing will be conducted in the future.

Since becoming Chief of Police earlier this year, Chief Joseph Carter has reached out to a wide range of resources inside and outside the MBTA Police community. Early in April, a Strategic Issues Retreat was held, bringing together senior MBTA management, police employee leaders, state and local officials, as well as various constituencies throughout the Boston community. From this Strategic Retreat, a clear picture was developed of how the community viewed transit policing and the problems to be solved. Much of the discussion focused on ways in which the MBTA Police and the transit system address the problem of youth behavior. The discussions from that retreat, a review of the results from a survey of MBTA Police sworn personnel (responded to by 48% of the agency), extensive focus groups of officers and of civilian employees, as well as site visits by teams of MBTA officers to other major city transit police agencies provide the key data

upon which this Plan was developed. A separate document will provide detailed reporting on the results from the internal survey and focus groups.

The MBTA Police Department has had Plans of Action before, and some of them have resulted in substantial change to how policing was carried out. However, in retrospect, accountability for the implementation of the recommendations contained in previous plans has never been firmly established, the process of implementing change initiatives was not explicitly managed, nor has the commitment to ongoing partnership with the MBTA service communities been sufficiently strong.

This Plan of Action is based upon a vision for policing the MBTA transit system that incorporates several key features. It is grounded in a strong geographic basis of structure and assignment and placement of first-line managers in charge of each geographic area. Further, it involves a separation of the transit policing role into two parts: the provision of core policing service in the urban core and the provision of a problem-solving response to ongoing policing issues outside the core, relying on local police forces for immediate responses to calls for service and emergencies.

CONFIDENTIAL

JUNE 2003

M000378

# THE TRANSIT POLICING CHALLENGE

Although the Boston transit system is older than most others in this country, the problems faced in transit policing in Boston are comparable to those faced by other transit police forces both here and abroad. In keeping with the unique character of Boston, however, the solutions presented in this Plan have a decidedly local flavor, drawing upon the important strengths of the Greater Boston community. The ability to develop meaningful partnerships between MBTA Police and the Greater Boston area community will be the key to success as the MBTA Police moves forward over the coming years.

There can be no question that the MBTA Police needs to put into place modern management practices, must develop a comprehensive policing strategy for the system that is acceptable to the community, devise a well-planned strategy to address growing terrorism concerns, and require leadership to guide the agency to meet the challenges of the coming years. For too long there has been a sense of divisiveness throughout the organization, even though a majority of the employees are seeking leadership and are highly committed to excellence in their work. Often, under difficult circumstances, individual employees have continued to creatively meet the challenges of policing the transit system under intense public scrutiny. These individual efforts bode well for the probability of future success.

From discussions with members of the Boston community and with employees of the Department,

it is clear that there is a window of opportunity for the MBTA Police to become one of the most effective community-based transit policing organizations in the country. It can adapt and apply the community policing and problem-oriented policing concepts to the challenges of a transit environment and it can become highly sophisticated in addressing the important problem of youth behavior. This Plan of Action is the blueprint to achieve those goals.

## The Transit Policing Challenge

In some ways, transit policing is a different world from conventional urban policing. While actual rates of victimization are quite low, passenger fear is often far higher than found in community neighborhoods, both because of the "enclosed" nature of the transit environment and the fact that transit users are often traveling on transit through neighborhoods with which they have little familiarity.

Transit is often congested, yet it provides an important lifeline to many of our city and suburban residents. It brings together persons of different socioeconomic, racial, age and cultural groups as they share the constricted transit environment. It is clear that much of the crime that does exist is often linked to crime in the neighborhoods through which transit travels. Yet, the number of transit police officers available to address these concerns and fears is far less than found in urban communities.

**CONFIDENTIAL**

M000379

Covering 175 cities and towns in the Greater Boston area, the MBTA Police force of only 215 officers has a wide jurisdiction to cover. This breadth of jurisdiction means that the MBTA Police must make critical choices. If response to incidents throughout the 175 cities and towns is the priority, then the force will be spread throughout that area, with few officers available for patrol on the system. If having a highly visible presence on the system is the priority, then rapid response will suffer since movement from one location to another is far more difficult on a subway car or bus.

Thus, the strategic use of available personnel must be at the core of an effective transit policing strategy. Careful consideration of the mix of assignments is critical. Rapid response requirements must be met, while providing the visible patrolling presence so desired by the public.

The MBTA Police must also address the challenge of youth behavior, particularly after school and during weekends. Many of these problems have been concentrated in a few areas of Boston, on the Orange and Red Lines during the afternoon hours. There is a tendency for youth to congregate in the transit environment, where they are less known than in their own neighborhood or school area. When groups of youth congregate, they put pressure on other youths to congregate for self protection and confidence. Often these youth, while not personally threatening, make it very uncomfortable for other users of the transit system, especially seniors, and particularly in the close confines of the station platform or transit car

Intervening in these situations provides a major challenge for transit police officers, a challenge frequently cited in the focus groups with MBTA Police officers. It requires substantial intervention skills, as well as a thorough understanding of youth behavior.

Aggressive, unthoughtful, challenging responses by police can often make a situation worse, yet doing nothing is unacceptable. For transit police, developing those skills and changing the attitudes of some officers is critical. Also, developing a close working partnership with community organizations and leaders is critical to an effective approach to this problem.

While there is not substantial crime on the transit system, the nature of subways can create fear and uneasiness. Additionally, the diversity of problems that are of concern to the public present a major challenge to transit policing forces around the country. For example, every transit system is a magnet for potential terrorist attacks, since few other urban systems have the user density of public transit. Yet, the urban transit police force is far smaller than the municipal non-transit police, while covering a broader jurisdiction.

The overriding challenge is to ensure that with a wide jurisdiction, transit policing resources are not over-stretched with a scattered approach. At the heart of the challenge is the need to use the current scarce police resources in a strategic, mission-focused, problem-solving manner.

*The challenge is to ensure that with a wide jurisdiction, transit policing resources are not over-stretched.*

CONFIDENTIAL

M000380

# COMMUNITY PERCEPTIONS AND CONCERNS

## Community Perceptions and Concerns

A large part of the community concerns regarding policing the transit system relate to how the police address the problem of youth behavior. Everyone with whom we have consulted has acknowledged that there has been a history of tension between MBTA Police and some of Boston's youth. Officers themselves, as well as the community leaders who participated in the Strategic Issues Retreat, concurred that it would be useful to better understand the dynamics of the situation so that efforts could be made to improve the effectiveness of transit police responses to youth issues. The key issues concerning the dynamics of the situation can be summarized as follows:

- Many of the issues involving youth on public transit carry over from situations that have occurred in or around schools. Since transit is an enclosed public space, the problem often festers during the after-school period in the transit environment.

- Interactions with peers – both known and unknown individuals – are another area of concern. The T becomes a meeting ground for those from different races, socioeconomic backgrounds, neighborhoods and schools, and, as such, a place for potential conflicts to play out. Since many youth travel in groups, the support of peers can contribute to some youth feeling empowered to act out their rivalry or anger, which can cause a minor incident to escalate quickly to violence.

- Substantial concern was expressed that some youth don't feel they have safe passage to school. Since the T is crowded, youths tend to travel in groups for self-protection. In terms of acting up and clowning around - if you don't participate- it's not considered "cool", (which means that some youths get picked on while traveling and at school). The most important point was that anonymity makes the T a generally safe environment to act up in, while doing so in the confines of a school is less safe because the kids are known there. Thus, anonymity means that there is less chance of being caught.

For the MBTA Police, these observations underscore the importance of the Department's officers becoming increasingly skilled and sophisticated in addressing the behavior-related issues inherent in transporting large numbers of youth across the City.

Community leaders also expressed a number of specific concerns about interactions between youth and other users of the transit system. These concerns reflect a challenging dynamic for the MBTA Police, where the police are expected to address a series of problems reflective of today's youth culture. The most important of these observations are the following:

- Youth only "see" each other, not the impact of their behavior on other riders.

CONFIDENTIAL

M000381

relationship between police and youth is critical to any effort aimed at increasing the sense of safety and security throughout the system. Given that, perceptions such as those noted below about the relationship between youth and MBTA Police will be considered in formulating any new efforts.

- There is a perception among adults that the situation is often one of "kids policing kids," reflecting the fact that many MBTA Police officers are very young, often in their 20s. Indeed, it has been noted that school-age youth often look at new police officers as they do substitute teachers. As with substitute teachers, when some youth become difficult or hassle police officers, they earn the respect of other youths.

- There is a general sense that there is a lack of meaningful relationships between youth and MBTA Police officers, which need to be built. Police are viewed as having a hands-off attitude toward youth, and therefore, youth who act out get away with it.

- Recent history of MBTA Police "over-reaching," contributes to the problem. It appears to the community that younger MBTA Police often are not urbanites and have almost no experience on the T themselves. The policies and practices of the prior MBTA Police administration (such as the "zero tolerance" policy) gave the MBTA Police no experience of effective use of discretion. It was also noted that the arrest and locking up of youth by new,

- There is often a general lack of respect for adults, so much so that it is reported that many adults won't use the system during after-school hours and select commuters rail over the Orange Line because of the fear of such behavior.

- The level of adult fear is apparent in adult body language, as well as fear of speaking to young people about their behavior.

- For youth, being in a group is empowering and emboldening, while the group dynamic that results is often scary to other riders. Even the most innocent hi-jinks can scare other riders. Adults often assume groups of youth will act up, regardless of their actual behavior.

- For older citizens, there is a perception of a lack of respect toward seniors ["such as youths not giving up seats, as in the old days"].

- Swearing, loud music and loud talk intimidate other riders. While there is a clear distinction between loud vs. violent behavior, that distinction is not always made.

Important perceptions were also offered by participants in the Strategic Issues Retreat about the relationship between youth and the MBTA Police, primarily in the core urban areas. Since the police are often required to intervene in situations where youth behavior has become an issue, or is of concern to others using the subway or buses, the

JUNE 2003

CONFIDENTIAL

M000382

# POLICE EMPLOYEE CONCERNS

young officers became their notion of how to do business. Further, that experience is exacerbated by a mutual lack of experience with non-adversarial interactions between MBTA Police and youth.

- Youth often see police huddled in a group at a T station entrance, but not anywhere else in the station. While T stations are seen as a natural place to hang out (even if doing nothing wrong), youth simply being there is viewed negatively by the police.

From the MBTA side, police officers feel they get little support for addressing a problem that is of great concern to the community and users of the transit system. From their point of view:

- MBTA Police officers observe much of the behavior of youth with other riders and are troubled by their rudeness. In response, they often try to initiate conversation to get the youths to move along.

- MBTA Police officers see themselves as trying to be reasonable and permit some general hanging around in stations.

- The police receive little assistance from the public when dealing with youth during periods of problems. Neither the public nor the youth show much respect for the police.

- The inability of police to identify real troublemakers is a problem and frustrates youths, as well. But the police acknowledge that simply arresting youth when they are truant is not a real solution to the problem.

These are complex issues that will require an intensive set of efforts to resolve. Based on the input received, it is expected that such efforts will need to include, but not be limited to: better communicating the rules of behavior at stations, and longer-term efforts to develop partnerships with community organizations in the neighborhoods of selected stations to offer alternative places for youth to be with their friends.

## Police Employee Concerns

From their responses to the survey conducted, as well as discussions in focus groups, it is evident that employees of the MBTA Police Department are highly committed to their jobs; they want to be MBTA Police officers, and are proud of their work. They also acknowledge that there are substantial issues that need to be addressed and resolved if the Department is to move forward into sustainable excellence.

Employees tend to perceive that with each new Chief of Police, there is a renewed burst of energy and progress, only for old patterns of behavior to re-emerge and the long-term issues again re-surface.

## CONFIDENTIAL

M000383

The key issues, from the employee's perspective, predominantly relate to six areas:

• Personnel Assignments
• Supervision and Span of Control
• Promotional Processes
• Training and Professional Development
• Performance Assessment and Feedback
• Administration of Discipline

Personnel assignments are a major concern to police officers. There is a perception among some officers that assignments are not equitably made, nor is patrol sufficiently high status in the department to be effective. Under the current system, it is often unclear to some officers what the chain of command is on some shifts or to whom patrol officers actually report while on patrol. Additionally, officers seem to believe that some supervisors are more qualified than others to be field supervisors running a patrol shift. Officers also believe it is important that they know who their supervisors are and what authority the supervisor has, both in terms of general supervision and in support of the employee.

Supervision and span of control is another area of concern to MBTA Police employees. There is a sense throughout the Department that more supervisors are needed, and in some cases, spans of control are too broad. It is also widely perceived that supervisors should have the right to have some say in selecting the officers they want working under them. From internal discussions, it seems clear that the exact role and authority of supervisors need to be clarified.

It was also noted that supervisors should be willing to perform some of the duties they often require of officers, particularly during peak activity times. In this sense, supervisors, officers have noted, need to get out in the field and not stay cooped up in an office.

Supervisors tend to feel they are not given sufficient authority to be effective, having to get higher approval for many decisions that should be delegated to them.

The Promotional Process is viewed as flawed by many officers. All ranks believe that senior managers should be competent, skilled and respected, and selected through some type of formal process. Officers feel that no one should be promoted without at least five years of experience on the job. Others tend to feel that high performers with less experience should have the opportunity to be promoted earlier. Overall, there is little confidence in the promotional processes.

Training and Professional Development is another important issue to members of the Department. Most employees sought annual training on updates to the law, policies and procedures. It was suggested that Lieutenants needed management training and Sergeants needed training in how to take charge in complex situations and at crime scenes. It was also suggested that supervisors and managers needed training in how to provide positive feedback to their subordinates.

CONFIDENTIAL

M000384

A number of employees noted that training was not provided for employees assigned to specialist assignments. Others expressed concern that training and advice was not available for officers on how to engage in effective problem solving.

Performance Assessment and Feedback is another area of great concern to officers. It was suggested that it was important to recognize officers with a strong work ethic and proper values, because too many good officers have to pick up dead weight in the organization. Likewise, it was suggested that supervisors needed to be trained in giving positive feedback. Others suggested that supervisors should grade officers on some type of "report card."

It was suggested that supervisors should have individual sessions with officers regarding job performance and action should be taken against supervisors who discourage police officers from working.

In the internal focus groups, there was substantial concern expressed about micro-management at all levels. Officers complained that they were not permitted to "do the job." Additionally, police officers expressed concerns about supervisors and managers not taking officers' concerns seriously, while civilians did not feel they have the same status as police officers, and that their value to the organization is often not fully recognized.

Administration of discipline is the final area of concern to officers. There was a broad consensus that discipline was not equitably applied, with some getting more favorable treatment than others. It was suggested that the rules of the Department needed to be enforced uniformly, and without favor. A number of officers noted that management needed to act on disciplinary issues submitted by supervisors; many of these, it was alleged, now go unanswered.

Overall, employee concerns reflect a range of organizational issues that needs major reforms and implementation of modern management practices. Employees need to be held accountable for their work performance, training increased and made available to all assignments, the promotional system modernized, and discipline administered equitably, with sufficient counseling sessions between supervisors and managers and their subordinates.

**CONFIDENTIAL**

M000385

# A VISION FOR POLICING

## A Vision for Policing

In moving to set the standard for excellence in transit policing, the MBTA seeks to achieve a policing system that reflects the following characteristics:

• Community focused, with a geographic basis of policing aimed at providing a safe and secure transit environment;

• Partnership and collaboration based, with community leaders throughout our jurisdiction working with us to solve problems related to public fear, group disorder and youth behavior and responding jointly to problems on the system;

• Skillful, respectful interventions into situations of conflict, by officers in a manner that will maintain the confidence of the community and the respect of youth;

• Supported by a comprehensive crime and disorder analysis capability identifying patterns of problems before they expand, permitting effective problem solving activities to prevent escalation;

• Overseen by managers who are held accountable for the policing strategies used to address problems, as well as the police behavior their subordinates use in dealing with all people, with particular attention on youth.

• With decentralized authority given to area managers, who act as "commander" for their assigned geographic area;

• Using the latest technology to maintain a secure environment to leverage the visibility and reach of the small police force throughout the system;

• Maintaining a commitment to provide rapid response to incidents in the core Greater Boston areas, but working with police agencies in the suburban communities to provide for needed response beyond the capabilities of the MBTA core force; and

• Prepared to respond effectively to critical incidents and terrorist threats while reducing fear among transit system users.

In this vision, the MBTA Police recognize that they cannot be all things to all people. If police resources are stretched too far, the impact of the police force will be greatly diminished; therefore, we will focus our attention to highly visible policing and call for service response in the core, most congested areas, with strategic patrol activities in areas having high fear or a pattern of problems requiring particular intervention.

**CONFIDENTIAL**

M000386

One of our highest priorities will be our involvement with youth and addressing concerns about youth behavior on the system. Recognizing the importance of this issue, we will strive to implement the six recommendations made by area community leaders who participated in the Strategic Issues Retreat. Those recommendations were the following:

• Improvements in "transit system logistics" - both provided by the MBTA and by others, such as the Boston Public Schools Department. This includes improved signage, station layouts, bus schedules, and schedules matched with school demand and youth requirements after school. This also involves seeking a wide variety of improvements to the transit system operation, always considering how transit operations impact youth behavior issues.

• Enhancing MBTA Police skills - moving toward providing MBTA Police officers with the highest level of skill and knowledge to be able to intervene in youth behavioral issues in a manner that gains the respect of the youth and the community.

• Improving the MBTA Police structure and approach to policing - this includes: addressing how the MBTA Police are organized, incorporating both a geographical and mission focus supporting strong police and community linkages, instituting clearer accountability within the organization and adequate supervision of police officers.

• Strengthening community linkages - between day-to-day MBTA Police operational strategies and the general problem of youth behavior, through collaborative undertakings, public education, community outreach and related actions, and institute internal and external transparency with regard to all police actions.

• Strengthening school linkages - to ensure that there is continual communication between school officials, teachers, students and the MBTA Police.

• Committing to strong "partnering" - particularly when undertaking problem solving activities to address youth behavioral issues, "hotspots" and trends. Such partnering will bring youth, community leadership and police leadership together into coordinated undertakings.

*One of our highest priorities will be our involvement with youth and addressing concerns about youth behavior on the system.*

CONFIDENTIAL

10   •   MBTA POLICE PLAN OF ACTION   •   A COMMITMENT TO EXCELLENCE

CORE VALUES

*Beyond the directive system, MBTA Police are driven by an internal set of values that must reflect the finest nature of policing.*

**CONFIDENTIAL**

## Core Values

The MBTA Police Department, like all other police agencies, has an extensive compilation of rules, policies and standard operating procedures that are intended to guide officers in their exercise of discretion and inform their daily decision making. National Accreditation Certification, described later in this Plan, will serve to ensure that these written directives reflect the best practices of the profession.

However, beyond the directive system, MBTA Police are driven by an internal set of values that must reflect the finest nature of policing at its core. In a recent discussion with a cross-section of MBTA Police, the following values were cited as fundamentally important to the officers' personal sense of duty, both to the community and to each other. Together, they will form the basis for the Department's revised disciplinary process:

1. **Fairness** – There is a strong sense that everyone should be treated the same way, and that established rules must be enforced impartially. Internally, fairness means that all employees must be held to the same standards, and that no deviations will be made because of personality, friendship, and similar factors. Externally, fairness means the same thing. Criminal laws establish the limits of acceptable behavior, and those laws must be enforced as impartially as possible, without favor or personal bias. As guardians of the law, officers have an extraordinary obligation to adhere to the law, and no deviations from that

standard can be tolerated. In acknowledging the existence of officer discretion in applying the law, its application will be judged against adhering to these core values.

2. **Truthfulness** – MBTA Police interpret truthfulness in the broadest sense. It is more than avoiding outright lies. Rather, there is an implied spirit of openness that requires even unintended misperceptions to be corrected when discovered rather than allowed to persist. Truthfulness means that all employees, from the very top of the organization to the bottom, admit mistakes when they are made, and take responsibility for their decisions even when it is not in their own best interests to do so.

3. **Professionalism** – MBTA Police view their careers as much more than "just a job." They feel obliged to adhere unwaveringly to the high standards that policing imposes upon them, and they are committed to doing their very best at all times, under all circumstances. Police managers will support their efforts in this regard by giving them regular feedback to improve their effectiveness. Officers will be required, as always, to complete assigned tasks without hesitation or criticism. Internal criticism offered secretly and without constructive basis will be unacceptable and dealt with harshly.

WORKING TOGETHER TO PROTECT US ALL • 11

M000388

4. **Perseverance** – Policing is simultaneously the most rewarding and the most difficult of jobs. Officers are both expected and required to remain composed and evenhanded in the most difficult of circumstances. One officer described the "yoyo effect" – coming back no matter how many times they are thrown down. Because officers are aware they are held to this higher standard, abuses of the public at the hands of police will never be tolerated.

5. **Treating All Persons with Dignity and Respect** – This statement represents the true nature of policing at its best. Procedures will be established to detect bias in its earliest manifestations, both internally and externally, so that dignified and respectable treatment can be assured.

6. **Service Before Self** – Generally speaking, individuals do not seek a career in policing because it is lucrative or exciting, but rather, because of a sincere desire to help others in times of need. MBTA Police believe it is important not only to serve the community, but also to remain free of any conflicts of interest that might tarnish the Department's reputation or standing. They are committed to putting the community's interests above their own, and to protecting the confidentiality of protected information.

7. **Integrity** – According to the dictionary, integrity means "adhering to rigid standards; completeness, unity." According to MBTA Police, integrity means "doing the right thing when no one is looking." The nature of policing is such that most of the officers' work is done out of sight of their supervisors. MBTA officers take pride in knowing that they can be relied upon to conduct themselves in a way that reflects favorably on the Police Department and on the profession itself. They know that they cannot be held to one standard while they are at work, and to a different standard the rest of the time. On the contrary, they are committed to adhering to the highest standards of integrity whether on or off duty.

As stated previously, these seven core values, as expressed by members of the MBTA Police Department, will serve as the cornerstone of the Department's revised disciplinary system. Although the Internal Affairs Division will track all complaints against police employees, the vast majority are procedural violations that will be investigated by the manager who is accountable for quality of service in the affected area.

However, priority status will be given to investigating any allegation of misconduct regarding one or more of these core values. Specifically, the following seven offenses will be given the highest priority by Internal Affairs, and sustained allegations will be decided and acted upon by the Chief of Police:

1. Criminal conduct
2. Untruthfulness
3. Insubordination
4. Excessive force
5. Acts indicative of bias (e.g., racial, gender, etc.)
6. Divulging confidential police information to unauthorized sources

CONFIDENTIAL

M000389

# THE POLICING STRATEGY AND STRUCTURE

7. Engaging in conduct, whether on or off duty, that discredits the police agency, or the individual in his/her capacity as a police officer.

In all cases where the area manager or Internal Affairs undertakes an investigation, strict time limits will be adhered to, ensuring that investigations do not drag on over time. When an investigation does require more than the normal time to complete, regular weekly updates on the investigation will be reported to the Chief of Police.

## The Policing Strategy and Structure

The transit policing strategy to be adopted by the MBTA Police will have as its basis a focus on problem solving, and prevention of further incidents. Commonly called problem-oriented policing, this approach to policing recognizes that ongoing problems of crime and disorder are not isolated incidents, but rather are reflective of a longer term series of issues that, over time, can escalate into severe situations. Unless the underlying issues are addressed, more incidents occur and more police time is required for additional responses. For example, regular disorder in a subway station can eventually result in more serious crime. Vandalism over time can create an environment that encourages other crime, and group disorder can eventually lead to more serious assaults. Since the MBTA Police will be committed to policing for prevention -- which means working to prevent further occurrences -- having the ability to be effective problem solvers is an important focus.

*Implementing a sophisticated crime and disorder tracking system will ensure that the MBTA Police are aware of patterns of crime and disorder as they occur.*

**CONFIDENTIAL**

To adopt this new focus of problem solving and policing for prevention, the MBTA Police will implement the following initiatives:

- Implementing a comprehensive crime and incident tracking system, permitting MBTA Police officers to track trends rapidly, thus, enabling development of targeted problem solving responses that will stop these patterns.

- Developing problem solving skills, and cooperative agreements with our policing and community partners, permitting effective, real time interventions, once a pattern is identified.

- Providing strategic periods of high visibility, both in stations and on trains, to reduce fear and increase the confidence and security of the riding public.

- Increasing the respectful, positive interactions between MBTA Police officers and the riding public, even through such strategies of making eye and verbal contact -- in a positive manner.

- Arranging to collect data on police stops so that officers and the community can be sure that the MBTA Police are meeting the highest professional standards in this sensitive area.

M000390

- Establishing re-entry into the National Law Enforcement Accreditation process to ensure the MBTA Police Department meets the highest professional standards.

Comprehensive Analysis

Implementing a sophisticated crime and disorder tracking system will ensure that the MBTA Police are aware of patterns of crime and disorder as soon as they occur. While the Department has tracked crime regularly, adding other components into the tracking system and ensuring there is real time availability of the analysis will assist MBTA Police managers in properly assigning resources to intervene in these patterns. This will be a complex undertaking, since the primary source of data for much of the MBTA jurisdiction must come from the local police agency serving the jurisdiction through which the system runs, since it will remain the first responder. Data from multiple police agencies will have to be integrated.

With its commitment to problem-oriented policing as its core orientation, police officers will be trained in the problem solving process initially developed by the Police Executive Research Forum. Locally, the Regional Community Policing Institute for New England has developed an approach to such training, which includes community partners and encourages those being trained to explicitly consider ethical dilemmas in how they respond to identified problems. In trainings such as this, officers will understand how to work in partnerships, optimize the use of community resources, develop action plans and coordinate their implementation to prevent future occurrences. The strengthening of the partnership process, described further in other sections of the Plan of Action, will be an integral part of this commitment.

The Department, as a part of its policing strategy, will dramatically increase the level of visible policing on transit vehicles and in stations during random periods of the day and night, as well as when the analysis of crime and disorder indicates that such a presence will help to prevent occurrences. Highly visible patrol will also be used to reduce public fear during periods, such as late at night, when riders may be fearful of the transit environment.

Racial Profiling

Few issues have been as divisive as concerns over racial profiling. The MBTA Police will aggressively ensure that racial profiling, whether intentional or unintentional, is eliminated. Not only will training be provided for officers to ensure they fully understand the complexities and dynamics of this issue, but the MBTA Police will go beyond the requirements of racial profiling data collection regarding motor vehicle stops mandated by Massachusetts State Law and collect data on all stops, whether or not a citation is issued. The collection of that data will become a seamless part of the "regular business process" of the officer, not collected by special forms or extra devices. Data analysis will be performed by the Northeastern University

CONFIDENTIAL

M000391

School of Criminal Justice, which has been designated by the state Executive Office of Public Safety as the data analysis center for the current state efforts on this issue.

## Accreditation

The Department will also re-enter the National Law Enforcement Accreditation process. After receiving accreditation some years ago, it voluntarily dropped out of that process. By re-establishing accreditation, the Department will become one of the few accredited transit police agencies nationally and the largest accredited law enforcement agency in Massachusetts. The purpose of accreditation is to ensure that MBTA policies and procedures meet "the highest" national standards.

Overall, the transit policing strategy of the MBTA Police Department will become geographically based, with a problem solving and prevention orientation, maximizing visibility on the system and its stations, and increasing respectful positive interaction with the riding public.

## Establishing Strong Partnerships

Nothing will be as important to MBTA Police success as the strength of the partnerships we form with communities and law enforcement agencies throughout the Greater Boston area. We have already seen the valuable contributions made by representatives of these communities and institutions in the development of this Plan of Action. Our challenge will be to sustain strong partnerships over time, bringing together police and communities to address problems of crime, disorder and youth behavior. Pledging collaboration during the early part of a partnership is easy; maintaining that relationship and the trust that must be a part of it, is more difficult during times of tension. In policing, there are always times of tension.

To develop the required partnerships, maintain current ones and support the development of collaborative processes, the MBTA Police will undertake the following initiatives:

• Appoint a Coordinator of Community Partnerships, or community liaison, to manage the partnership process, especially with youth. This person, a civilian, will be a part of the Department's command staff

• Establish a Police - Youth Partnership Program and seek private funding for some of its support. To be called the Transit Police Honors Program, it will be open to young men and women of high school age who will compete for positions in the program. Working in partnership with the police, they will help to develop and implement problem solving strategies relating to youth behavior on the system.

• Form an MBTA Police Advisory Group representing key groups of stakeholders. Meeting at least six times a year with senior management, they will provide advice on ways to maintain and strengthen the agency's partnerships.

CONFIDENTIAL

M000392

- Each MBTA Police manager assigned to manage a geographic area will develop an advisory committee of key community leaders in that area. They will meet at least bimonthly to discuss problems, as well as progress, in meeting policing objectives for the area. As new problems arise, requiring effective problem solving responses, members of the committee will be brought in to participate in the development of problem solving strategies.

- Each MBTA Police manager assigned to manage a geographic area will also develop a close liaison with the police agencies in their geographic jurisdiction. To improve collaboration, regular contact will be maintained with each agency.

- Many internal MBTA Police procedures will be made more transparent, as the Department forms stronger partnerships and comes to recognize the importance of developing greater public understanding of transit policing challenges.

- Supporting transparency, a Communications Director will be employed to ensure that data on the Department's performance is regularly provided to communities and our partners, as well as throughout the Department.

Community partnerships are the key to future MBTA Police success. They must be formed prior to crises, and be nurtured over time if they are to remain effective. The MBTA Police must learn how to "think partnership" before it decides on strategic courses of action. Community partners must be brought into the process early, not after a course of action has been decided. The willingness of the numerous community leaders to participate in the Strategic Issues Retreat and to discuss the challenge of addressing MBTA Police and youth relations shows that there is broad support for the police efforts to achieve excellence.

The Transit Police Honors Program represents a major commitment of the Department to bring youth into partnership with the Department. Recognizing that there are numerous bright, energetic young men and women of high school age having the capacity to work with the Department in improving the relationship between police and youth, the program will provide an opportunity for a number of these youth to actively participate – with remuneration – in these efforts.

The program will be competitive, with the participants selected based on skill evaluation, commitment to a better community, maturity, personal history, and achievements, and desire. Once selected, participants will work side by side with the police to develop intervention strategies for youth conflict situations, help the Department understand youth perspectives on issues, jointly patrol with selected

*The Transit Police Honors Program represents a major commitment of the Department to partner with youth.*

**CONFIDENTIAL**

M000393

# PROVIDING MANAGERIAL LEADERSHIP

officers in some locations and serve as youth experts for the Department. Members of the Department working with the participants will be volunteers, carefully selected and trained.

Once selected for program membership, for which they will be provided a substantial stipend, they will be encouraged to join the national Police Corps program as a way to fund their college education. The details of the program will be announced in the next several months.

Many of the commitments in this Plan of Action will require substantial involvement of our police and community partners if we are to be successful. Police have for too long operated separate from the community they served. That involvement will be particularly challenging in the transit environment, where identification of what community is specifically being served has been somewhat difficult, with a service area of 175 cities and towns.

A part of improving our involvement with our partners will be improving our external and internal communications. The employment of a Communications Director will provide energy to ensure that partners are kept fully informed about policing issues and strategies, as well as accomplishments and problems. Internally, a major criticism within the Department has been the lack of communications between management and officers. While the Communications Director will help with that process, it will eventually become a part of each manager's role to facilitate

communications up and down the organization. Additionally, new materials will be developed explaining the citizen complaint process, providing guidance for students on acceptable behavior in MBTA stations and on trains, and displaying a variety of outreach materials proposed by the Task Force on Racial Profiling.

## Providing Managerial Leadership

In providing managerial leadership, the MBTA Police Department will move toward a geographic transit policing model with the establishment of a managerial leader in each area as the core of its policing strategy. The following strategic elements will be adopted:

• Organizing the MBTA police service delivery system around five core geographic areas, to be known as Transit Police Service Areas (TPSA).

• Appointing a first-line manager in each area who will have complete control of the work of personnel assigned to their area and will be accountable for the quality of service provided by each of his/her subordinates.

• Establishing clear position requirements for these new management roles, as well as for all other managerial roles in the Department.

WORKING TOGETHER TO PROTECT US ALL  •  17

CONFIDENTIAL

M000394



The Transit Police Service Area (TPSA) will become the basis of the new MBTA Police structure.

M000395

- Establishing new authority for all managers to enable them to be held accountable for their subordinates' effectiveness over time.

- Adopting a "CompStat"-like process as the basis for maintaining accountability for field performance, not only for the MBTA Police, but also as a model for the MBTA to consider throughout the larger organization.

- Instituting an independent, competency-based selection process for the top ranks of the Department, open to all officers with at least five years at the rank of Sergeant or higher.

- Increasing the management training for first-line and higher level managers to enhance managerial effectiveness.

The Transit Police Service Area (TPSA) will become the basis of the new MBTA Police structure. Dividing the MBTA jurisdiction into five Transit Police Service Areas, each will then be sub-divided into both core and suburban areas. In the core area, MBTA Police will provide patrol services on a regular basis, and commonly serve as the first responder to calls for service and assistance. In the suburban areas, local police will serve as the first responder to calls for service requiring immediate response. In each case, MBTA Police will be notified of the call and will provide follow-up. If a crime was involved, they will conduct an appropriate investigation, identify the perpetrator and bring them before the court.

Such incidents would then also be addressed as part of the Department's crime analysis and problem solving efforts to prevent further recurrence. We will seek to incorporate these processes in a memorandum of understanding with each local jurisdiction.

This new approach will require that the first-line manager of the TPSA maintain a close liaison with the police agency serving the jurisdiction through which MBTA transit lines or routes run. In these areas, MBTA Police, in collaboration with the local police agency, will provide a follow-up review of the nature of the incident, any further responses required, and ways to avoid repetitions of the problem in the future. This will mean that a team of officers will be assigned to provide this follow-up on service to the suburban communities.

The entire police organization will be restructured in order to support the integrity of the various TPSAs. It is anticipated that, from time to time, problems in a geographic area may require more resources than are immediately available to the TPSA manager. To address that need, an Impact Team will be created. The Team will be staffed on a rotating basis by officers from each of the TPSAs, as determined by each area commander. It will be deployed on a temporary basis, at the direction of the Operations Commander, and in response to a TPSA manager's request for extra assistance to address an identified problem.

CONFIDENTIAL

M000396

A newly created Services Division will allow a more natural grouping of functions that provide direct support to line officers. These include, but are not limited to, dispatch, alarm monitoring, booking, court case management, evidence control, and crime scene processing.

Currently, there is no permanently assigned staff to handle the critical functions of dispatch, booking and alarm monitoring. The duties are handled on a more or less ad hoc basis by pulling uniformed officers from field duty when necessary. This practice will be re-examined with a view toward providing greater consistency while enhancing the training of those assigned with these essential duties.

A Professional Standards Command will be established for the purpose of grouping functions that are vital to advancing the Department's reputation as a premier transit agency. Included in this Command are Internal Affairs, Accreditation and Staff Inspection, as well as Training.

Internal Affairs will be assigned to investigate serious rule breaks by police personnel. Complaints regarding performance (e.g., rudeness, procedure, etc.) will be addressed promptly by the manager who is accountable for the affected employee's quality of service. IAD will track all such complaints and will produce quarterly reports showing the number of complaints and their disposition, by unit. Investigative time limits will be established in order to ensure timely but thorough investigation of all misconduct allegations.

The Department's policy manual is undergoing a comprehensive revision in furtherance of the Chief's commitment to secure the Department's certification as a nationally accredited agency. Once certified, ongoing staff inspection will ensure that policies and procedures are continually updated to reflect the best practices of the policing profession.

The MBTA Police Department is proud to serve as a regional training academy for officers in the Boston metropolitan area. This base of expertise will be expanded to include the provision of managerial training that will support continuous improvement in managerial effectiveness and leadership capacity.

Explicit leadership practices will be established in order to ensure that all managers are giving their assigned subordinates the guidance they require to continuously improve their policing skills. All managers will be held accountable, that is, called to answer, for the quality of work provided by each of his/her assigned subordinates. In order to carry out this accountability, each manager will have the authority to decide how personnel are deployed and what kinds of work his/her subordinates will do at any given time (e.g., uniformed, plain clothes, community liaison, etc.). Managers also will be authorized to decide how effectively each of their subordinates is working and to commend or correct as necessary, in keeping with a prospective performance feedback system.

CONFIDENTIAL

M000397

A system of checks and balances will be established to ensure that all employees are treated fairly and consistently, regardless of whom they happen to work for at any given point in time.

A CompStat-like process will be used to keep the Operations Commander informed of crime and disorder issues in each TPSA, thereby enabling him/her to develop comprehensive strategies that address them. Progress toward meeting assigned objectives will be reviewed monthly, and adjusted as needed to address emerging issues.

Monthly, each TPSA Commander will attend a CompStat-type meeting at which they will discuss their knowledge of crime, disorder and other policing issues in their assigned area. While the Commander will not be held accountable for whether incidents increase or decrease, he or she will be held accountable for knowing in detail what is happening in the area, and for utilizing assigned personnel in a way that maximizes impact on priorities established by the Operations Commander. While some of the meetings will be confidential to persons inside the Department because of the discussion of protected criminal information, public representatives will be invited to attend the general discussion about the nature of the problems and the strategies being adopted.

In addition to issues of crime, disorder, and youth, the CompStat process also will be a forum to discuss important management indicators, such as citizen complaints and commendations, sick leave use, discipline reports, levels of community engagement and other performance related issues.

Supporting the increase in accountability as a key element of the development of competent managerial leadership, the highest positions in the Department, including that of Deputy Chief of Police, will be opened up to competition among all officers holding the rank of Sergeant or higher, with at least five years of service in the MBTA Police Department.

Using an independent personnel selection process consisting of a written examination, as well as interviews by a selection panel consisting of area senior police executives and select community representatives, the final candidates will be scored based upon their ranking in the testing process. The Chief of Police, prior to making his selections, will then interview the ranking order of candidates. The objective of the process is to ensure that professional competency and performance capability become the basis for promotion, not political relationships.

Finally, to ensure the highest level of management skill within the MBTA Police management ranks, all members of the Department will be provided with comprehensive management training over the next two years. Using area schools of management and other currently available management and executive education courses for police professionals and specially developed courses, a training portfolio for managers will be created that provides a roadmap to the training courses they can be expected to attend.

CONFIDENTIAL

M000398

# ENHANCING PROFESSIONAL SKILLS

### Enhancing Professional Skills

Effective implementation of the new strategy requires providing MBTA Police officers with the highest level of skills possible to assist them in addressing the challenges of transit policing. One key objective will be to provide police officers with advanced training in understanding and addressing youth behavior, youth-police interaction and intervention into youth conflicts. We want the MBTA Police officer to become a national model for competence in these important areas, and to have the confidence of the community and respect of youth in how they address youth situations.

We recognize that training is an incredibly important part of the employee development process. In both the survey responses and focus group sessions, MBTA Officers indicated a keen interest in keeping their skills and knowledge current and having access to ongoing professional development opportunities. Training can be provided by formalized courses, roll call sessions, and meaningful advice by psychologists, attorneys and human relations professionals. It is the intention of the MBTA Police to provide employees with access to a variety of training opportunities, as well as advice and counsel from a range of professionals.

• The MBTA Police will create a training development team of police, community representatives, academic experts and training professionals to develop a new training sequence to be given to all police officers at all ranks, focused on developing new skills addressing the police-youth relationship.

• The Department will create a Training Advisory Panel to provide oversight and peer review of MBTA Police training initiatives, bringing to the table experts in training who can ensure the training programs are state-of-the-art and effective. Some of the members of the Panel will be drawn from the special course development team.

• All new police officers hired by the MBTA Police will undergo an urban policing orientation course to be created with full participation of community stakeholders, introducing the new officers to the geographic area to which they will be assigned. Whenever an officer is re-assigned to a new geographic area, he/she will receive a briefing by the community partners about the issues and dynamics of the neighborhood area.

• Reflecting the Department's commitment to ensure that all police actions respect the letter and intent of the law, as well as safeguard those rights protected by the Constitution, the Department will employ the services of a staff attorney to assist in the development of policing strategies, and ensure that officers have needed legal advice and guidance before taking actions.

The development of new training programs will take advantage of the multitude of training material that previously has been developed in the social science and law enforcement fields. The intention here will not be to reinvent the wheel,

CONFIDENTIAL

M000399

# INFRASTRUCTURE IMPROVEMENTS

but to ensure that the new training reflects the best practices and will be effective in achieving our training goals. We will make whatever investment in officer time that is necessary to meet that goal.

In the development of the training, we intend to bring the first members of the Transit Police Honors Program into the course development process. This will ensure that the course dynamics reflect and address current youth attitudes and behaviors.

## Infrastructure Improvements

There are a number of improvements that need to be made in the MBTA infrastructure to support regular MBTA Police operations and many of the commitments made in this Plan of Action. While it is action by employees that is the core of quality transit policing, those employees need to be supported by technical systems, facilities and other infrastructure elements. The issues that need to be addressed are the following:

- Substation upgrades to support TPSA administration and organization.

- Information Technology improvements, and civilian staff personnel to oversee implementation and continuation of necessary improvements to technology throughout the Department.

- Communications systems improvements aimed at strengthening the link between the MBTA Police and other police agencies, both at the dispatch and operational levels.

- Public access telephone numbers other than 9-1-1 will be considered as a means for the public to contact the Department in situations other than emergencies.

- Implementation of a Homeland Security strategy that adopts state-of-the-art concepts to ensure that resources are used in the most cost-effective way, and is in total harmony with state anti-terrorism initiatives.

Substation upgrades are needed throughout the system. While many of the current "police stations" that were constructed throughout the system still exist, many of them are barely usable. The placement of these stations needs to be reviewed in the context of the new geographic policing structure. Fewer stations may be needed, but in locations where they will be effective, they must be upgraded.

Information Technology needs to be brought up to the latest law enforcement standards. Both technology and state-of-the-art communications capabilities are necessary to ensure that the MBTA Police are adequately prepared not only to respond to address regular policing requirements, but to respond

CONFIDENTIAL

M000400

# MANAGING OPERATIONS FOR SECURITY

quickly to Homeland Security emergencies, as well. Plans will also be prepared for greater expansion of video surveillance in station areas and locations where graffiti is a substantial problem. Grant funding will be sought to support this initiative.

Few police officers have the technological experience and training to ensure that the Department's needs are met in relation to changing police trends. It is common for vendors to focus on selling what they have available, not what is necessarily needed by the Department. To meet MBTA Police requirements and strengthen our use of technology in the most cost-effective but high impact way, a civilian Technology Manager will be employed by the Department to provide that direction and oversight.

Communications technology is another major area in which substantial improvements are needed. As noted above, the communications links between the MBTA Police and other agencies' dispatch and field units is less than required. With the new geographic structure, we must ensure that MBTA Police field officers have the direct communication with local police in those jurisdictions – and radio interoperability – during joint activities. The new civilian Technology Manager will also oversee these communications initiatives.

A Homeland Security strategy is currently being strengthened for the Department and will be closely aligned with the strategy being developed by the state's Executive Office of Public Safety to ensure complete compatibility. It is our intention

that the MBTA Police become highly sophisticated in addressing terrorist threats, in a manner that is highly effective, reassuring to the public, and cost-effective. Attention to this issue is timely and appropriate, as well as addressing what MBTA officers indicated should be a priority public safety concern for MBTA Police.

## Managing Operations for Security

Some of the security and safety issues that arise in public transit relate not to the police, but to the design and operation of the system. For example, when bus loading platform areas create environments for conflicts between persons waiting for buses and youths leaving school, alternative locations need to be found. A wide variety of issues like these need to be addressed, and they formed the basis of many of the observations made by participants at the Strategic Issues Retreat considering police and youth issues.

• The MBTA Police will host a quarterly security conference for other MBTA operational managers to discuss ways of matching security and public safety requirements with MBTA operational protocols.

• Issues such as aligning afterschool bus and transit schedules with school schedules, especially in problem areas, will be also be addressed.

CONFIDENTIAL

M000401

# MOVING FORWARD

Moving the MBTA Police toward excellence will be a collaborative undertaking between the Department and its community partners. It will involve investing added substance and meaning in the MBTA Police motto "Working together to protect us all" and ensuring the Department's mission is accomplished with pride and excellence.

This Plan of Action rests on a series of commitments that will drive the implementation actions required for the initiatives described herein. They are the following:

• A commitment to increase the public trust and confidence in the Department.

• A commitment to be the model for transit policing, achieving a level of excellence that surpasses other police agencies.

• A commitment to ensure that all the recommendations of the Task Force Report on Racial Profiling are fully addressed.

• A commitment to valuing the work of our employees and supporting them in the development of new skills that will increase their effectiveness and job satisfaction.

• A commitment to managing the organization in a way that ensures high standards of modern management practices.

• A commitment to dealing with people, regardless of age, race, ethnicity or social position in a manner that has the confidence of the community and the respect of those people.

With the support of our constituency, coupled with the enthusiasm of our employees, the MBTA Police are moving to a new era!

WORKING TOGETHER TO PROTECT US ALL • 25

CONFIDENTIAL

M000402

# S U M M A R Y

This Plan of Action presents the vision for policing the MBTA transit system throughout the Greater Boston Area. It draws upon the findings of a comprehensive review of MBTA Police issues, structure, standards and strategies and sets forth a blueprint for how policing will be conducted in the future. Contributions from members of the MBTA Police Department, the Greater Boston stakeholder community, various MBTA officials and community representatives provided the key input for the vision and this Plan.

A wide range of issues of concern to community leaders and members of the Department were identified through focus groups, individual meetings and a survey administered to members of the MBTA Police. Many of these issues are not new, having been widely publicized over the last few years. However, the challenge for the future is to directly address those issues in ways that raise the confidence of the Department and its community and encourage the community and members of the Department to view the MBTA as a police agency with the highest standards and optimum levels of effectiveness.

To address the important problems of crime, disorder and fear, the vision for policing presented in the Plan provides for a community focus, strong partnerships and collaborations with stakeholder communities. Supported by a comprehensive crime and disorder analysis capacity, which lays the foundation for efforts of prevention, well-trained, skilled police officers will provide capable and respectful interventions into conflict situations.

The vision also provides for the Department's operations to be overseen by a group of accountable managers, each assigned to a geographic area. The manager, accountable for both the quality of policing activity undertaken and the behavior of his/her subordinates, will have important managerial authority that permits them to enhance employee abilities and job satisfaction.

In order to support these efforts, improvements in technology will leverage the impact of the Department throughout its broad service area, and maintain a commitment of rapid response to serious incidents in the core communities. Rapid response will be complemented by suburban police agencies in those communities outside the core. Reflecting the current environment, a comprehensive antiterrorism Homeland Security response capability will be maintained throughout the system.

The foundation of this vision will be the adoption of a set of Core Values that set the standard for performance. These values – fairness, truthfulness, professionalism, perseverance, treating people with respect and dignity, service before self, and integrity – represent a commitment by MBTA Police officers to this vision.

To be implemented over the coming months as a part of the Plan of Action are the following specific improvements:

26 • MBTA POLICE PLAN OF ACTION • A COMMITMENT TO EXCELLENCE

**CONFIDENTIAL**

M000403

Policing Strategy and Structure

• Development of problem solving skills and cooperative agreements with our policing and community partners permitting real-time interventions into patterns of disorder on the system

• High visibility patrolling in stations and on trains during times of potential disorder or rider fear

• Arranging to collect data on police stops so that officers and the community can be sure that the MBTA Police are meeting the highest professional standards in this sensitive area

• Re-entry into the National Law Enforcement Accreditation process to ensure the MBTA Police Department meets the highest professional standards

Establishing Strong Partnerships

• Appointment of a Coordinator of Community Partnerships, or community liaison, to manage the partnership process, especially with youth

• Establishment of a Police - Youth Partnership Program and seeking private funding for some of its support. To be called the Transit Police Honors Program, it will be open to young men and women of high school age who will compete for

positions in the program. Working in partnership with the police, they will help to develop and implement problem solving strategies relating to youth behavior on the system.

• Formation of an MBTA Police Advisory Group representing key groups of stakeholders

• Formation of an advisory committee of key community leaders for each geographic commander

Providing Managerial Leadership

• Organizing the MBTA Police service delivery system around five core geographic areas, to be known as Transit Police Service Areas (TPSA)

• Appointing a first-line manager in each area who will have complete control over the work of assigned personnel and be accountable for the quality of service provided by each of his/her subordinates

• Establishing clear position requirements for these new management roles, as well as for all other managerial roles in the Department

• Establishing new authority for all managers that enable them to be held accountable for their subordinates' effectiveness over time

CONFIDENTIAL

JUNE 2003

• Adopting a "CompStat"-like process as the basis of maintaining accountability for field performance, not only for the MBTA Police, but also as a model for the MBTA to consider throughout the larger organization

• Instituting an independent, competency based selection process for the top ranks of the Department, open to all officers with at least five years at the rank of Sergeant or higher

• Increasing the management training for first-line and higher level managers to enhance managerial effectiveness

## Enhancing Professional Skills

• Development of a new training sequence to be given to all police officers at all ranks, focused on developing new skills addressing the police-youth relationship

• Creation of a Training Advisory Panel to provide oversight and peer review of MBTA Police training initiatives

• Training for new police officers on urban policing orientation, introducing the new officers to their assigned geographic area, to be created with full participation of community stakeholders

• Employing the services of a staff attorney to assist in the development of policing strategies, and to ensure that officers have needed legal advice and guidance before taking actions

## Infrastructure Improvements

• Substation upgrades to support TPSA administration and organization

• Information Technology improvements, and civilian staff personnel to oversee implementation and continuation of necessary improvements to technology throughout the Department

• Communications systems improvements aimed at strengthening the link between the MBTA Police and other police agencies, both at the dispatch and operational levels

• Consideration of public access telephone numbers, other than 9-1-1 for emergencies, as a means for the public to contact the Department

• Implementation of a Homeland Security strategy that adopts state-of-the-art concepts to ensure that resources are used in the most cost-effective way, and is in total harmony with state antiterrorism initiatives

CONFIDENTIAL

M000405

### Managing Operations for Security

• Hosting a quarterly security conference for MBTA operational managers to discuss ways of matching security and public safety requirements with MBTA operational protocols

• Aligning after school bus and transit schedules with school schedules, especially in problem areas

The Plan of Action rests on a series of commitments that will drive the implementation actions required for the initiatives described herein. They are the following:

• A commitment to increase the public trust and confidence in the Department

• A commitment to be the model for transit policing, achieving a level of excellence that surpasses other police agencies

• A commitment to ensure that all the recommendations of the Task Force Report on Racial Profiling are fully addressed

• A commitment to valuing the work of our employees and supporting them in the development of new skills that will increase their effectiveness and job satisfaction

• A commitment to managing the organization in a way that ensures high standards of modern management practices

• A commitment to dealing with people, regardless of age, race, ethnicity or social position, in a manner that has the confidence and respect of the community

**CONFIDENTIAL**

WORKING TOGETHER TO PROTECT US ALL • 29

# ACKNOWLEDGEMENTS

To everyone who worked tirelessly to provide insight and professional counsel for the development of this Plan of Action, and to all of the anonymous MBTA employees and community members who participated in focus groups, please accept our heartfelt appreciation.

## Community Members

Michael Allwood, Bruce Wall Ministries, Development Coordinator
Ebonee Bowen, Boston-area Youth Organizing Project, Youth
Sheriff Andrea Cabral, Suffolk County Sheriff's Department
Thomas Edwards, Boston-area Youth Organizing Project, Youth
Albert Holland, Health Careers Academy, Headmaster
Angela Jolie, House of Representatives, Staff Director
Superintendent Paul Joyce, Boston Police Department
David Kennedy, Harvard University Kennedy School of Government, Faculty Member
Tracy Litthcut, Boston Community Centers, Director of Youth Services
The Honorable Jack Lu, Boston Municipal Court
Associate Dean Jack McDevitt, Northeastern University College of Criminal Justice
Minister Don Muhammad, Nation of Islam
Susan Prosnitz, Esquire, Executive Office of Public Safety, Legal Counsel
Deb Re, City Year, Acting Executive Director
Representative Jeffrey Sanchez, Massachusetts House of Representatives
Harry Spence, Department of Social Services, Commissioner
Bishop Felipe Texiera, OFSJC, Saint Martin De Porres Church
Lisa H. Thurau-Gray, Suffolk University Law School Juvenile Justice Center, Director
Frederick Tilley, FleetBoston Financial, Managing Director of Security
Karin M. Wall, LICSW, Bruce Wall Ministries, Executive Director
Martin Walsh, Community Relations Service, Regional Director
Judy Wight, Boston Police Neighborhood Crime Watch, Program Director

## CONFIDENTIAL

M000407