# Exhibit 21



# MBTA Police
## Personnel Order

Number: 2003-10

Date: August 4, 2003

Subject: **SUPERVISORY PERSONNEL REASSIGNMENTS**
Post: Mention at Roll Calls through August 9, 2003
Distribution: Standard Distribution

Effective Tuesday, August 5, 2003, the following supervisory personnel are reassigned as noted:

Lieutenant Thomas McCarthy is assigned as the Detective Unit Commander, 7:30AM to 3:30 PM, Monday to Friday administrative schedule.

Lieutenant Nancy O'Loughlin is assigned as the Commander of the Detail Unit, 7:30 AM to 3:30 PM, Monday to Friday administrative schedule.

Lieutenant Joseph Leuchte is assigned to the Patrol Division, 3:30 PM to 11:30 PM, Monday to Friday administrative schedule.

Additionally, effective Saturday, August 9, 2003, Sergeant Michael Morris is reassigned to the Patrol Division, 7:30 AM to 3:30 PM, four and two schedule, Squad 2.

JOSEPH C. CARTER
Chief



M00012