# Exhibit 22


**FROM:** Deputy Chief Fleming
**DATE:** July 31, 2003
**RE.:** July 29, 2003 memo

240 Southampton Street, Boston

EXHIBIT 20
WIT: Fleming
DATE: 12.28.05
Alene Jennette

Sergeant,

I have read your memo of July 29, 2003 with great interest. You have certainly made me aware in the past of the fact that you believe that a number of the detective assigned to the Detective Unit are not qualified. I have asked you to put in writing those officers deficiencies and you refused, saying that you would be talking to the Chief about it. As you know I then asked Lt. O'Loughlin about those officers and she indicated that they were competent. This time you have put in writing that Detective Sullivan is inexperienced. Again, Lt. O'Loughlin has indicated that he is doing fine.

As you are now aware I wanted to have a meeting with you and Lt. O'Loughlin on Wednesday afternoon to discuss issues regarding your interaction with other detectives and their cases. You were in court and unavailable. Therefore, because your report of the 29th did not reflect why you took it upon yourself to investigate a case that was being controlled by a day detective and Lt. O'Loughlin I would like the answer to the following questions;

1. What time did Detective Ostine contact you that day?
2. Why didn't you contact the detective that had the case?
3. If you did what was the result?
4. If it was so important to respond and you were predisposed why didn't you send another detective?
5. Where are the reports from those interviews?
6. Did you learn that a Newton Police officer might have committed a felony by asking the suspects father, a Boston Police officer, to get rid of a knife that may have been used in the robberies?
7. Did you tell anyone that a Newton officer might have committed a felony by asking the suspects father, a Boston Police officer, to get rid of a knife that may have been used in the robberies?
8. What is the basis of that statement, if you said it?
9. What have you done about it?
10. What have you documented?

Just so things are perfectly clear, Lt. O'Loughlin and Lt. Leuchte are the primary supervisors in the Detective Unit. You are a secondary supervisor in the night Detective unit. You have no control over the day-to-day operation of the day detective unit unless you are standing in for a primary supervisor. You are to have no involvement with case assignments and as you put it, questioning, monitoring and constructively criticizing detective not under your control.

I would also like you to answer the following questions:

NOL00086

1. Please explain to me why in the Back Bay shooting case you showed an array to the victim and even though the victim did not identify any one you did not put this in the report. As you pointed out in your report of July 29, 2003, you believe you are a competent supervisor so you must be aware of the theory of exculpatory evidence and the fact that cases have been dismissed when the Commonwealth does not turn over this type of evidence.

2. Please explain to me why you took it upon yourself to investigate the case of two employees who were involved in an incident that concerned threats and an old debt. As a supervisor you are aware that all case of this type are to be investigated by the Major Case Unit. Could you please explain that decision to me?

3. Why did you take it upon yourself to do follow-up on the Spaulding case when the case was already assigned to another detective who had a supervisor? Who did you tell about your follow-up before embarking on the investigation? Do you believe that you are entitled to investigate any case in the unit? I guess the question is are you a sergeant detective or a detective?

4. Please write me a report regarding the comment you made to me that you had been ordered to stop your investigation of a money truck robbery that took place in Braintree once you discovered the vehicle used was connected to Tom Finneran. Please attach all your reports regarding that incident that were written at the time.

5. Please write me a report that details all your dealing with the Boston Police Homicide Unit in the Mass Ave shooting. Specifically, why you withheld a report and drawings done by a witness when you were ordered to stop the interview and turn over all information to the Major Case Unit. Also include any dealings with ADA Meir and Det. Sgt. O'Leary with regard to an interview you conducted of Burrell White and any fallout that resulted. You probably remember that I asked for this before and you indicated that you were ordered to write only one report by the ADA and not share it with the police department. I am repeating the request.

6. Could you provide me with the case folder, interview reports and any other information you have concerning a bus operator you interviewed after being contacted by an unnamed ADA. Please provide me with the name of the ADA and why you told me that there was nothing to the allegations, therefore the Major Case Unit need not be bothered and you later called the bus operator to Headquarters to interview him? You are aware of the fact that the Major Case Unit handles employee related events.

Please have the report on my desk by Monday, August 4th, at 9am.

NOL00087