Exhibit 23

CONFIDENTIAL



# MBTA Police
## Special Order

Number: 95-37

Date: June 8, 1995

---

Subject: Command Staff Reorganization

Post: Mention at Roll Calls through June 10, 1995

Distribution: Duty Supervisor's Board, Bulletin Board, Files

As part of the Department's Command Staff reorganization plan, the following changes will become effective Saturday, June 10, 1995:

**Captain Dolores Ford-Murphy**

Assigned as the Night Patrol Unit Commander, Monday - Friday schedule. She will be responsible for the First Half and Last Half Shifts, night special event coverage, and all other related night shift issues. Captain Ford-Murphy will report directly to Deputy Chief John Martino.

**Lieutenant Thomas McCarthy**

Assigned as the Day Patrol Unit Commander, Monday - Friday schedule. He will be responsible for all Day Shifts, day special event coverage, and all other related day shift issues. Lieutenant McCarthy will report directly to Deputy Chief John Martino.

**Lieutenant Francis O'Loughlin**

Assigned to the 11:30PM - 7:30AM Shift, 4 & 2 schedule, Squad 2. Lieutenant O'Loughlin will report to the Night Patrol Unit Commander.

**Lieutenant James Mulhern**

Assigned to the 7:30AM - 3:30PM Shift, 4 & 2 schedule, Squad 3. Lieutenant Mulhern will report to the Day Patrol Unit Commander.

**Lieutenant Donald O'Connor**

Assigned to the 3:30PM - 11:30PM Shift, 4 & 2 schedule, Squad 1. Lieutenant O'Connor will report to the Night Patrol Unit Commander.



EXHIBIT
O'Loughlin
20
12/23/05

M000533

CONFIDENTIAL

**Lieutenant Gary Fredericks**

Assigned to the 7:30AM - 3:30PM and 3:30PM - 11:30PM Swing Shift, 4 & 2 schedule, Squad 3. Lieutenant Fredericks will report will report to the Day/Night Patrol Unit Commander as appropriate.

**Lieutenant Robert Lenehan**

Assigned to the Office of the Chief, Monday - Friday schedule, Days.

**Lieutenant David LeRay**

Detail Unit Commander, Monday - Friday schedule, Days. Lieutenant LeRay will report to Deputy Chief John Martino.

**Lieutenant Joseph Leuchte**

Supervisor of Training/Vehicles, Monday - Friday schedule, Days. Lieutenant Leuchte will report to Deputy Chief John Martino.


John R. O'Donovan
Chief of Police


JRO/jm