# Exhibit 24

## MBTA Police
### Special Order

Number: 99-03
Date: January 6, 1999

Subject: Supervisory Personnel Reassignments
Post: Read at Roll Calls through January 16, 1999
Distribution: Standard Distribution

Effective Saturday, January 9, 1999, the following officers have been reassigned as noted:

### CAPTAINS:

1. **Captain John Martino**

   FROM: Commander of Area B, 5 & 2 Schedule, 7:30 AM - 3:30 PM
   TO: Commander of Detail Unit, 5 & 2 Schedule, 7:30 AM - 3:30 PM

### LIEUTENANTS:

1. **Lieutenant William Brackett**

   FROM: Area B, 3:30 PM - 11:30 PM, Squad 3
   TO: Surface, 11:30 PM - 7:30 AM, Squad 1

2. **Lieutenant Gary Fredericks**

   FROM: Commander of Training Unit, 5 & 2 Schedule, 7:30 AM - 3:30 PM
   TO: Director of MBTA Police Academy, 5 & 2 Schedule, 7:30 AM - 3:30 PM

3. **Lieutenant David LeRay**

   FROM: Commander of Detail Unit, 5 & 2 Schedule, 7:30 AM - 3:30 PM
   TO: Commander of Training Unit, 5 & 2 Schedule, 7:30 AM - 3:30 PM

4. **Lieutenant Francis O'Loughlin**

   FROM: Commander of Surface, Last Half Shift, 5 & 2 Schedule, 11:30 PM - 7:30 AM
   TO: Commander of Surface, Last Half Shift, 4 & 2 Schedule, 11:30 PM - 7:30 AM, Squad 2

5. **Lieutenant Stephen Salisbury**

   FROM: Area B, 7:30 AM - 3:30 PM, 4 & 2 Schedule, Squad 2
   TO: Area A, 3:30 PM - 11:30 PM, 4 & 2 Schedule, Squad 3

6. **Lieutenant Herman Wheeler**

   FROM: Area A, 3:30 PM - 11:30 PM, 5 & 2 Schedule
   TO: Commander of Area B, 7:30 AM - 3:30 PM, 5 & 2 Schedule


EXHIBIT
O'Loughlin
21
12/23/05

M00735

Special Order #99-03
January 6, 1999

### SERGEANTS:

1. **Sergeant Christopher Cowley**

   FROM: Surface, 7:30 AM - 3:30 PM, 4 & 2 Schedule, Squad 2
   TO:   7:30 AM - 3:30 PM, 5 & 2 Schedule

2. **Sergeant Daniel Fitzgerald**

   FROM: Area A, 3:30 PM - 11:30 PM, 4 & 2 Schedule, Squad 1
   TO:   Area B, 3:30 PM - 11:30 PM, 4 & 2 Schedule, Squad 3

3. **Sergeant Mark Gillespie**

   FROM: Surface, 11:30 PM - 7:30 AM, 4 & 2 Schedule, Squad 1
   TO:   Surface, 7:30 AM - 3:30 PM, 4 & 2 Schedule, Squad 2

4. **Sergeant John Shannon**

   FROM: Surface, 11:30 PM - 7:30 AM, 4 & 2 Schedule, Squad 2
   TO:   Area B, 7:30 AM - 3:30 PM, 4 & 2 Schedule, Squad 1

Additionally, the following officers have been reassigned from the Green Line Area B, to the Green Line, Area A and will remain in their current shift and squad assignments:

Officer Giancarlo Cantella
Officer Robert Cormier
Officer John Landers
Officer Terence Leonard
Officer John Parsons
Officer Thomas Yee;

and the Anti-Crime Unit will be reassigned from the command of Captain Dolores Ford-Murphy, Area A, to the command of Lieutenant Nancy O'Loughlin. Lieutenant O'Loughlin will report directly to the Deputy Chiefs commanding Patrol Operations.

All officers assigned to the Anti-Crime Unit will remain in their current shift and squad assignments.

Thomas J. O'Loughlin
Chief of Police

M00736

TJO/jlr