# Exhibit 25

 **MBTA Police**
Chief's Memo

Number: 2002-19

Date: October 31, 2002

---

Subject:        Supervisor of Details

Post:           Read at Roll Calls through November 6, 2002

Distribution:   Standard Distribution


In the very near future, I am anticipating in reassigning Captain Martino to Patrol Operations. Therefore, this would create an opening for Supervisor of Details. Any Supervisor interested in this position should submit a letter of interest to Chief William C. Fleming by Wednesday, November 6, 2002.



William C. Fleming
Chief of Police

WCF/saa





# MBTA Police

## Special Order

Number:  2002-61

Date:  November 14, 2002

---

Subject:        Assignment of Unit Commanders

Post:           Read at Roll Calls through November 20, 2002

Distribution:   Standard Distribution

Chief's Memo 2002-20 advertised Unit Commander vacancies open to eligible Captains and Lieutenants.

Effective Saturday, November 16, 2002, Captains Ford-Murphy and Martino are assigned as follows:

Captain Dolores Ford-Murphy

FROM: Patrol Operations, Areas A & B Commander, 5 & 2, Monday - Friday
TO: Planning and Research Unit Commander, 5 & 2, Monday - Friday

Captain John Martino

FROM:  Detail Unit Supervisor, 5  & 2, Monday -Friday
TO:  Patrol Operations Commander, 5 & 2, Monday - Friday

William C. Fleming
Chief of Police

WCF jlr

EXHIBIT
O'Loughlin
24
12/23/05 DMJ

M000213