# Exhibit 26

# MBTA Police

**CONFIDENTIAL**

Joseph C. Carter
Chief of Police

March 8, 2004

Lieutenant Nancy O'Loughlin

Re: **Violation(s) of MBTA Police Rules and Regulations**
**Internal Investigation Notice – Relief From Duty**

Dear Lieutenant O'Loughlin:

You are hereby notified that you are under internal investigation for violations of MBTA Police Department Policies, Rules and Regulations for the following reasons:

1. On the following dates and times you initiated or participated in conversations with a subordinate(s) Police Officer and engaged in discussions that are in violation of MBTA Police Rules and Regulations, your Oath of Office, and your Oath of Honor.

   | Date | Time |
   |---|---|
   | 12/19/03 | 7:26 PM |
   | 01/07/04 | 4:24 PM |
   | 01/26/04 | 5:34 PM |
   | 02/17/04 | 6:43 PM |
   | 02/18/04 | 5:43 PM |
   | 02/20/04 | 5:32 PM |
   | 03/01/04 | 8:46 PM |
   | 03/02/04 | 4:57 PM |

At this time it is contemplated that you will be charged with the following violations of MBTA Police Department rules and regulations:

**Department Manual Chapter 101, Section 2.1- Standards of Conduct - Loyalty and Integrity, Oath of Office and Oath of Honor**

Lieutenant Nancy O'Loughlin, on diverse dates, engaged in conversation, on a tape recorded Department telephone line, with subordinate police officer(s) that was demeaning, derogatory,

EXHIBIT
O'Loughlin
B3

M00057

CONFIDENTIAL

untruthful, vile, profane, and meant to harm the reputations of the Chief of Police and members of the Command Staff. By virtue of her rank, the oath of office, and the oath of honor, Lieutenant O'Loughlin had an affirmative responsibility to take decisive action to stem and dissuade such conversations.

### Department Manual Chapter 104, Section 4.4 - Superior Officer Insubordination

Lieutenant O'Loughlin, on diverse dates, misused her authority by engaging in conversations, on a tape recorded Department telephone line, with subordinate police officer(s) where she ridiculed the Chief of Police and members of the Command Staff. During these conversations, she actively conspired to bring forward untruthful accusations in the media and gave explicit instruction to subordinate police officers to subvert the Chief of Police and the administration of the Police Department.

### Department Manual Chapter 101, Section 3.7 - Standards of Conduct - Discourtesy

Lieutenant O'Loughlin, on diverse dates, participated in conversations, on a tape recorded Department telephone line, with subordinate police officer(s) where she used vulgar and obscene language to refer to the Chief of Police and members of the Command Staff. Lieutenant O'Loughlin's actions served to undermine the effective management of the Police Department.

Per MBTA Police Department Manual Chapter 105 - Standards of Conduct - Relief from Duty, you are hereby relieved of duty with pay. You are considered to be on a Monday through Friday, 7:30 AM to 3:30 PM schedule and you must provide the Department with an up-to-date home address and telephone number where you will be available for contact during the described shift hours. If it is necessary for you to leave your residence for any reason during your shift hours, you must contact me prior to the absence for approval and provide appropriate interim contact information. If you are unable to contact me, Deputy Chief John Martino will serve as an alternate contact.

The internal affairs investigation into this matter is ongoing. You are hereby directed **NOT** to discuss this complaint or internal investigation with anyone other than the designated Internal Affairs Investigator, your attorney, or your union representative until the investigation is completed and the Chief of Police or the Commander of Administrative Services Division has advised you. You are specifically directed **NOT** to discuss this complaint or investigation with any witness, potential witness, employees or volunteers of the department, including your chain of command. You are further directed **NOT** to cause the witnesses or other persons to be contacted through any design of your own. This includes personal or telephone contact relating to this complaint or investigation.

**CONFIDENTIAL**

You are hereby informed that failure to comply with any part of this order will result in your being subjected to additional disciplinary action, up to and including termination.

*Dolores J. Ford-Murphy*
DOLORES J. FORD-MURPHY
Deputy Chief

cc: Personal File
    Chief Joseph Carter
    Deputy Chief John Martino
    Deputy Chief Thomas McCarthy

M00059

CONFIDENTIAL

To:   Lieutenant Nancy O'Loughlin

## RECEIPT FOR DEPARTMENT FIREARM, BADGE, IDENTIFICATION, VEHICLE & KEYS

On March 8, 2004, the above-mentioned Department issued items were received from Lieutenant Nancy O'Loughlin.

_____     _____3/8/04_____
Nancy O'Loughlin              Date
Lieutenant

_____     _____3/8/04_____
Witness                       Date

Lt. Badge # 8

MSE 8754 w/ 1 clip
MBTA Police ID

M00060

CONFIDENTIAL

To: Lieutenant Nancy O'Loughlin

## RECEIPT OF INTERNAL INVESTIGATION NOTICE/RELIEF FROM DUTY AND MASSACHUSETTS GENERAL LAWS CHAPTER 31 §§ 41-45

I hereby acknowledge receipt of a charge notice/relief from duty with pay letter dated March 8, 2004 and a copy of Massachusetts General Laws Chapter 31 §§ 41-45.

_____  　　　　　3/8/04
Nancy O'Loughlin                                    Date
Lieutenant

_____  　　　　　3/8/04
Witness                                                     Date

M00061

CONFIDENTIAL

To:   Lieutenant Nancy O'Loughlin

### RECEIPT OF ~~INTERNAL INVESTIGATION~~ Notice of Hearing ~~NOTICE~~/RELIEF FROM DUTY AND MASSACHUSETTS GENERAL LAWS CHAPTER 31 §§ 41-45

I hereby acknowledge receipt of a ~~charge~~ Notice of Hearing ~~notice~~/relief from duty with pay letter dated ~~March 8, 2004~~ and a copy of Massachusetts General Laws Chapter 31 §§ 41-45.

_____   3/8/04
Nancy O'Loughlin            Date
Lieutenant

_____   3/8/04
Witness                     Date

M00062