Exhibit 27


EXHIBIT
Miller 3
1/20/06

3 of 115 DOCUMENTS

Copyright 2004 Globe Newspaper Company
The Boston Globe

March 11, 2004, Thursday, THIRD EDITION
Correction Appended

SECTION: METRO/REGION; Pg. B1

LENGTH: 710 words

HEADLINE: T POLICE OFFICERS SUSPENDED IN PROBE
BACKGROUND RECORDS ALLEGEDLY MISUSED

BYLINE: By Mac Daniel, GLOBE STAFF

BODY:

Three MBTA police officers were suspended after an investigation showed they were illegally checking background records to either dig up dirt on colleagues or track down addresses and phone numbers of attractive women who caught the eye of male officers, an agency official and two others who were briefed on the investigation said yesterday.

They said a lieutenant who allegedly encouraged the officers' activities also was suspended.

The probe could lead to criminal charges against the four, Massachusetts Bay Transportation Authority officials said, and more officers face suspension.

MBTA officials would not release the names or ranks of the four who were suspended with pay this week.

But speaking on condition of anonymity, the official and two others briefed on the probe said one was Lieutenant Nancy O'Loughlin, sister of the former MBTA police chief Thomas J. O'Loughlin, who now heads the Milford Police Department.  MBTA officials would not comment on Nancy O'Loughlin, and she could not be reached for comment.

In several of the cases, officers performed the checks while being recorded by the police department's emergency dispatch system, according to the three familiar with the investigation. One said that "a lot of the background checks were done because people had a personal ax to grind."

The three officers allegedly used vehicle license plate numbers to track down the names and phone numbers of attractive women they spotted.

MBTA officials would say little about the investigation yesterday.

"There is an ongoing internal investigation that concerns egregious violations of the department's policies, rules and regulations as well as allegations of criminal conduct," said MBTA spokesman Joe Pesaturo, who declined to say more.

MBTA General Manager Michael H. Mulhern would say only that MBTA Police Chief Joseph C. Carter "has my full support. I trust his judgment. The actions he's taken are not only necessary but appropriate to maintain the public's trust in the MBTA Police Department."

Officials with the MBTA police union declined to comment.

"There's an ongoing investigation and no other comment will be given at this point in time," said Lawrence C. Culbert, secretary to the MBTA Police Association.

Christine Cole, spokeswoman for the state Executive Office of Public Safety, which oversees the state criminal histories computer system, said she could "neither confirm nor deny the existence of an ongoing investigation."

A spokesman for the FBI, which oversees the National Crime Information Center that provides background records, said he had not heard of the MBTA probe.

Some MBTA police union officials, speaking on condition of anonymity, said more suspensions involving six to eight other officers were pending, though other union officials predicted that fewer would be disciplined.

The investigation is the latest internal problem in the troubled MBTA Police Department, where relations between Carter and the unions have become increasingly strained. Carter, a former Boston police superintendent who more recently was chief of the Oak Bluffs force, was hired by the MBTA last year and brought in from the tiny Martha's Vineyard department to improve the transportation authority's police force.

Carter arrived after the MBTA police faced accusations that it used a zero-tolerance policy, created by former Chief Thomas O'Loughlin, to harass and arrest minority teenagers. That focus on youth crime resulted in the arrest of scores of teenagers on minor infractions, which prompted allegations of racial profiling and excessive force. Carter's hiring was meant to heal that rift, MBTA board members and officials said.

After taking the job, Carter said more officers would ride the system as part of his changes.

He also touted a new policy last year to divide the transit system into sectors, where officers and their supervisors would develop long-term community contacts.

Since then, union officials say they have been left out of Carter's new assignment plans. They have also said the transit police force remains understaffed, with federal money earmarked to improve the police force being used elsewhere in the system.

CORRECTION-DATE: March 12, 2004, Friday

CORRECTION:

* CORRECTION: BECAUSE OF A REPORTING ERROR, A STORY IN YESTERDAY'S CITY & REGION SECTION ON THE SUSPENSION OF MBTA police officers incorrectly described the family relationship of Lieutenant Nancy O'Loughlin to Thomas J. O'Loughlin, a former chief of the Massachusetts Bay Transportation Authority Police Department. Nancy O'Loughlin is married to a cousin of the former chief.

LOAD-DATE: March 24, 2004

116R29

\*\*\*\*\*\*\*\*\*\* Print Completed \*\*\*\*\*\*\*\*\*\*

Time of Request:   June 01, 2004   05:38 PM EDT

Print Number:     1821:0:18935329
Number of Lines:  70
Number of Pages:

Send To:  BRESLIN, IAN
          PRINCE LOBEL GLOVSKY & TYE LLP
          585 COMMERCIAL ST
          BOSTON, MASSACHUSETTS 02109-1024

*The Boston Globe*

# THE BAY STATE Banner

Vol. 39 No. 31 — Thursday • March 18, 2004

## Group seeks probe of Finneran's statements

**Jeremy Schwab**

When House Speaker Thomas Finneran took the stand in federal court in November, he swore that he had no input into the formation of the House's 2001 redistricting map.

Observers, including the three judges who ruled that the plan violated voters of color's rights, were incredulous.

"Although Speaker Finneran denied any involvement in the redistricting process, the circumstantial evidence strongly suggests the opposite conclusion," reads the judges' decision on the case.

Picking up on the judges' suggestion that Finneran may have lied un-



Activists urged the U.S. attorney to investigate House Speaker Thomas Finneran (above) for perjury.

> "One thing that led us to launch the investigation was the court's finding that the circumstantial evidence points to Finneran not telling the truth under oath."
>
> — Pamela Wilmot

der oath, state government watchdog group Common Cause Massachusetts last week asked U.S. Attorney Michael Sullivan to investigate the speaker for perjury.

Sullivan's office is required to keep such investigations secret, and a spokeswoman refused to comment.

continued to page 10

## MBTA cops suspended

**Yawu Miller**

Three MBTA police officers were suspended last week, reportedly after an investigation found they were using the department's computer system to check on colleagues and find phone numbers and addresses of women who caught the eye of male officers.

Also caught up in the sweep was Lieutenant Nancy O'Loughlin, who allegedly helped facilitate the officers' misuse of police records, according to news reports.

MBTA spokesman Joe Pesaturo confirmed that the officers were suspended with pay pending the outcome of the investigation, but would not comment on the charges.

continued to page 26



Roxbury Community College staff meet with organizers of the National Black Agenda Convention, which is ongoing through Sunday at the college. The organizers, including Mary Burks (right) [and former state ... week with pride ... Director of Visu...]

## Black Agenda Co[nvention] brings activists to [Roxbury]

**Jeremy Schwab**

This weekend Roxbury, which has produced and nurtured many of the nation's civil rights leaders, once again becomes center stage for history in the making.

African American lawmakers and religious, cultural and economic leaders from across the country have converged on RCC for the five-day National Black Agenda Convention.

The goal of the convention, which began yesterday with a youth day and continues through Sunday, is to formulate a political and economic agenda which African Americans across the country can support.

"Ultimately, we must have a voice on issues of concern to black people in America and also in the world," said former state Sen. Bill Owens, one of four convention co-conveners. "We need to find ways to hold our elected representatives accountable."

The agenda will be ratified [by] those in attendance, then prese[nted] to each presidential candidate.

"We will ask them to include their debate and/or their party [plat]form," said Owens.

But convention attendees wi[ll] simply hope that the white-domin[ated] major parties begin paying more [attention]

> "Ultimately, we must [have voice of] concern to black peop[le of] the world."

tention to the needs of black peo[ple].

Attendees plan to work in t[heir] own communities following the [con]vention to implement the agenda.

"What comes out of this come[s] the National Caucus [of Black S[tate] Legislators] and we have a chanc[e to] forward the agenda on a nationa[l ba]sis," said Springfield state R[ep...]





**Inside**

Special Career Guide Section

........................ pgs 12-16

## Councilo[r]



BRA over[...]

## • MBTA

continued from page 1

"There is an on-going investigation," he said. "It concerns some serious breaches of department policy, procedures and regulations.

The investigation signals a significant change of fortune for O'Loughlin.

Under former police chief Thomas O'Loughlin, Nancy O'Loughlin, a cousin through marriage, appeared to escape censure, despite having led a unit that became notorious for applying heavy-handed tactics to teens for infractions as minor as trespassing. The anti-crime unit she headed was disbanded in 2002 following numerous citizen complaints and an investigation by an independent commission.

Yet before Thomas O'Loughlin left the force later that year, after his contract was not renewed, he assigned Nancy O'Loughlin to head the detectives' day shift and graffiti investigations.

Current MBTA Police Chief Carter was brought in to head the force after community activists had repeatedly called on the MBTA not to renew Thomas O'Loughlin's contract. In 2002, the MBTA settled a lawsuit filed by parents of children who were falsely arrested by MBTA police officers.

Sources say O'Loughlin's luck changed after Carter took office.

She was assigned a desk job and reportedly had a contentious relationship with Carter.

While press reports have alleged that Carter has struggled with MBTA police unions, community activists have generally given Carter high marks.

"I think Joseph Carter has done exactly what everyone expected him to do — he came in, he took charge and straightened out the areas that needed to be straightened out," commented Leonard Alkins, president of the Boston Branch of the NAACP.

> "I think Joseph Carter has done exactly what everyone expected him to do — he came in, he took charge and straightened out the areas that needed to be straightened out."
>
> — *Leonard Alkins*

---

## • Equal

continued from page 23

taking advantage of the [...] and its associated benefits."

Myers shows in keen de[...] the so-called Long Boom 1990s benefited Black Am[...] significant ways—but becau[...] economic foundation was s[...] begin with, "The lesson to be [...] from the long period of expa[...] that African Americans [...] perched precariously betwe[...] nificant narrowing of incom[...] and a persistent inequality in [...]

Myers' insight about the [...] nature of the economic p[...] African Americans forged in [...] decade applies to every [...] their experience in America[...] volume will illuminate in a v[...] ways. It calls to mind a say[...] mon among black elders, w[...] long enough to experienc[...] many times over: One step [...] two steps back.

---

### City of Boston
### Department of Neighborhood Development

**Request For Proposals**

Vacant Land for Commercial Use or Mixed-Use developments only.

| PROPERTY ADDRESS | SQUARE FEET |
|---|---|
| 9 Balina Place and 175 Norfolk Street, Mattapan | 7,473 |
| 3 Baird Street and 1127-1135 Blue Hill Avenue, Mattapan | 6,419 |
| 1039 Blue Hill Avenue and 6 Fabyan Street, Dorchester | 7,789 |
| 1228-1230A Blue Hill Avenue, Dorchester | 3,900 |
| 1260 Blue Hill Avenue, Mattapan | 6,000 |
| 537-539 East Third Street, South Boston | 1,537 |
| 132-134A, and 136-138 Harvard Street, and 8 Warner Street, Dorchester | 12,150 |
| 588 Hyde Park Avenue, Roslindale | 3,223 |
| 22 Michigan Avenue, Dorchester | 2,698 |
| 40-42 Terrace Street, Roxbury | 2,286 |
| "LOT CS" Winthrop Street, Roxbury | 2,898 |
| 58, 60, 64, 66-68 Yeoman Street and 109-115 Hampden Street, Roxbury | 10,418 |

**To receive a copy of the Request For Proposals, call or write The Bid Counter**

26 Court Street, 10th floor, Boston, MA 02108    (617) 635-4828

---

**REQUEST** [...]
COMMERCIAL, IN[...]
TURING REDE[...]
THROUGH THE [...]
OWN[...]
IN T[...]

The Commonwealth of [...] Division of Capital Asset [...] conjunction with the Bost[...] ing this Request for Prop[...] acres of state owned prop[...] The initial lease term will [...] Premises are located a[...] Newmarket Business Di[...] This RFP is being issued [...] amended by Sections 54[...] order to redevelop the pr[...] ufacturing uses. The ter[...] the Premises are set forth [...]

To obtain a copy of the R[...] a certified personal chec[...] amount of $50 per cop[...] Massachusetts to:

Nichola[...]
Division [...]
One [...]
Bos[...]
Teleph[...]

Complete instructions for [...] RFP. The Commonweal[...] als it may receive.

*The Bay State Banner*