# Exhibit 28

**CONFIDENTIAL**

# MBTA Police

JOSEPH C. CARTER
Chief of Police

May 14, 2004


DEPOSITION EXHIBIT
O'LOUGHLIN
MRW 2/1/06

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Nancy O'Loughlin
260 Forest Street
South Weymouth, MA 02190

*Amended Notice of Hearing*

Dear Lieutenant O'Loughlin:

You are hereby notified that the Appointing Authority will conduct a Disciplinary Hearing on **May 21, 2004, at 9:00 AM.** The hearing will take place at MBTA Police Headquarters, Community Conference Room. A full hearing will be conducted to determine if there is just cause for you to be discharged, demoted, suspended, or otherwise disciplined in regard to your employment as an MBTA Police Officer. The following alleged violations of the MBTA Police Department's Policies, Rules and Procedures that occurred on recorded Department telephone lines will be addressed:

**MBTA Police Department Manual of Policies, Rules and Procedures, Chapter 62, Section 2.0, (also reference MBTA Police Department Manual of Policies, Rules and Procedures, Chapter 101, Section 1.0)** states in part, *"It is the policy of the Department that all Supervisors will immediately report all violations of law committed by Officers under their command or control through the chain of command. Furthermore, all Supervisors will immediately report, through the chain of command, violations of Department policies, rules, or procedures committed by Officers under their command or control that require further disciplinary action. Failure to do so, in either case, will be considered neglect of duty. The reports will include a recommendation concerning any further action or disposition".*

**MBTA Police Department Manual of Policies, Rules and Procedures, Chapter 62, Section 3.0, Duties and Responsibilities of All Supervisors,** states in part,

*"Supervisors will:*

- *ensure that all subordinates perform their duties in a professional, efficient and effective manner, and act in compliance with all Department policies, rules and procedures ..."*

Lieutenant O'Loughlin violated the previous two Department Manual sections on the following occasions:

M00077

CONFIDENTIAL

1. On January 26, 2004, Lieutenant O'Loughlin stated while in a telephone conversation on a recorded telephone line with Officer MacKay, "Whoever did the detail one day last week fucking unleashed a vulgarity laden tirade at some poor fucking old lady down there, and she was horrified." There is no evidence that she addressed or reported the violation.

2. On January 26, 2004, Lieutenant O'Loughlin stated while in a telephone conversation on a recorded telephone line with Officer MacKay, "They sit in their cars, because everybody down in Hingham is fucking driving by the detail, and every time they see anybody doing anything, they're fucking calling Hingham". There is no evidence that she addressed or reported the violation.

In addition, during the recorded telephone conversations, Lieutenant O'Loughlin failed to take action/report Department policy violations committed by Officer Robert MacKay on the following occasions:

3. On February 17, 2004, Officer MacKay while in a telephone conversation on a recorded telephone line with Lieutenant O'Loughlin stated, " Yeah. They really don't give a fuck who is down there," referring to the department command staff concerning Directed Patrols at Dudley Station.

4. On February 17, 2004, Officer MacKay while in a telephone conversation on a recorded telephone line with Lieutenant O'Loughlin stated, "They don't give a fuck", referring to the command staff.

5. On February 17, 2004, Officer MacKay while engaged in a telephone conversation on a recorded telephone line with Lieutenant O'Loughlin stated, "Oh yeah, oh yeah, yeah. Joe's doing a hell of a fucking job", referring to Chief Joseph Carter.

6. On February 17, 2004, Officer MacKay while engaged in a telephone conversation on a recorded telephone line with Lieutenant O'Loughlin stated, "They don't even show up to at these fucking scenes" referring to the command staff.

7. On February 17, 2004, Officer MacKay while engaged in a telephone conversation on a recorded telephone line with Lieutenant O'Loughlin stated, " They just care for the first week then they don't give a fuck", referring to the command staff.

In addition, during the recorded telephone conversations, Lieutenant O'Loughlin failed to take action/report Department policy violations committed by Officer Carl Rubino on the following occasions:

8. On February 17, 2004, Officer Rubino while engaged in a telephone conversation on a recorded telephone line with Lieutenant O'Loughlin stated, " I saw little Tom, out there giving a press release, I thought his head was going to blow up". Officer Rubino further states, " Banged the – he looked like Krushev banging the desk with his shoe", referring to Deputy Chief Thomas McCarthy.

**MBTA Police Department Manual of Polices, Rules and Procedures, Chapter 101, Section 2.3, Behavior, states, "Police Officers whether on or off duty, shall be governed by the ordinary and reasonable rules of good conduct and behavior, and shall not commit any act tending to bring reproach or discredit upon themselves of the Department. "Conduct Unbecoming a Police Officer" shall include that which tends to indicate that the Police Officer is unable or unfit to continue as an MBTA Police Officer or tends to impair other employees or the operation of the Department. Both sworn and civilian members of the Department shall conduct themselves, at all times, both on and off duty, in such a manner as to reflect most favorably on the Department".**

M00078



1. Lieutenant Nancy O'Loughlin attempted to interfere in Union/labor business on March 3, 2004, when she stated, on a recorded department telephone line, "Don't deal with Greg Lee, deal with Brian Carey, because Greg is not going to give you the advise that you need," while in conversation with Officer MacKay, referring to the Patrolman's Association Union President.

2. Lieutenant Nancy O'Loughlin interfered in Union/labor business when she stated, on a recorded department telephone line, " And I looked at Zalinski and I said, are you shitting me, kid. You're paying this guy 700 bucks a week, you think he's actually going to tell you the truth", while in conversation with Officer Robert MacKay, referring to an executive board member of the Patrolman's Association Union.

**MBTA Police Department Manual of Polices, Rules and Procedures, Chapter 101, Section 2.1, Loyalty and Integrity**, states, *"A Police Officer shall be faithful to his/her Oath of Office, Oath of Honor, Code of Ethics, the principles of professional police work and the Goals and objectives of the Department. He/she shall not allow personal motives to govern his/her decisions and conduct. The public demands that the integrity of its Police Officers be above reproach. The dishonesty of a single Police Officer may cast suspicion on the entire Department. Each Police Officer must scrupulously avoid any conduct that might compromise the integrity of themselves, fellow Police Officers, or the Department".*

**AND**

**MBTA Police Department Manual of Polices, Rules and Procedures, Chapter 101, Section 3.7, Discourtesy**, states in part, *"No employee shall conduct him/herself in a manner that is rude, impolite, contemptuous or insolent to or about a Superior Officer, or a fellow employee, or representatives of other agencies, or to the public".*

Lieutenant O'Loughlin violated the previous two Department Manual sections on the following occasions.

1. On January 26, 2004, Lieutenant O'Loughlin stated in her telephone conversation on a recorded Department telephone line with Officer Robert MacKay, "I said, you don't understand us, we're city cops, we could give a fuck less", when she referred to her conversation with an Hingham Police Department supervisor.

2. On January 26, 2004, Lieutenant O'Loughlin stated in her conversation on a recorded Department telephone line with Officer MacKay, "Tell him it's fucking red, the retard".

3. On March 1, 2004, Lieutenant O'Loughlin stated in her conversation on a recorded Department telephone line with Officer Robert MacKay, " I would have fucking pummeled him", referring to an incident that occurred involving another officer.

4. Between December 29, 2003 and January 7, 2004, Lieutenant O'Loughlin stated in her conversation on a recorded Department telephone line with Officer MacKay, " He's such an idiot", while referring to another MBTA Police Officer.

5. On February 17, 2004, Lieutenant O'Loughlin stated in her conversation with Officer MacKay on a recorded Department telephone line, "dumb fuck", referring to Officer MacKay.

6. On February 18, 2004, Lieutenant O'Loughlin stated in her conversation with Officer MacKay on a recorded Department telephone line, "Are you shitting me, you dope," referring to a public statement made by Chief Joseph Carter.

7. On January 26, 2004, Lieutenant O'Loughlin stated while in conversation with Officer MacKay on a recorded Department telephone line, " I said, yeah, I do, they are rich spoiled bastards,"

3

CONFIDENTIAL

when Lieutenant O'Loughlin referred to the conversation that she had with an Hingham Police Department supervisor.

8. On February 17, 2004, Lieutenant O'Loughlin stated while in conversation with Officer Rubino on a recorded Department telephone line, "Well, it's great when your command staff won't even show up to a murder".

9. On February 17, 2004, Lieutenant O'Loughlin stated while in conversation with Officer MacKay on a recorded Department telephone line, "I just called to see if there is any command staff around tonight, or are they all, you know, so worried about their 15th swearing in on Friday that they can't worry that some kid got stabbed", referring to the command staff.

10. On February 17, 2004, Lieutenant O'Loughlin stated, "We have a Chief that won't even show" while in conversation with Officer MacKay on a recorded Department telephone line.

11. On March 1, 2004, Lieutenant O'Loughlin stated, "Now she's got him by the balls," while in conversation with Officer MacKay on a recorded Department telephone line referring to Deputy Martino.

12. On March 1, 2004, Lieutenant O'Loughlin stated, "They should be ashamed of themselves, they should be fucking ashamed of themselves," while in conversation with Officer MacKay on a recorded Department telephone line referring to the command staff.

13. On March 3, 2004, Lieutenant O'Loughlin stated while in conversation with Officer MacKay on a recorded Department telephone line, "I said, brother, they can't do that to you. You had a union official sit down with you and that little puke, and he gave you the okay to do it", referring to Deputy Martino.

14. On January 26, 2004, Lieutenant O'Loughlin stated while in conversation with Officer MacKay on a recorded Department telephone line, "I don't give a fuck," referring to her agreement to the Hingham Police Department to do anything to help them out.

15. Between December 29, 2003 and January 7, 2004, Lieutenant O'Loughlin stated, "That's because he thinks he can brow beat Shirley", and "He wants a stupid idiot," while referring to Officer Lee in her conversation with Officer Robert MacKay on a recorded Department telephone line.

16. Between December 29, 2003 and January 7, 2004, Lieutenant O'Loughlin stated while in conversation with Officer MacKay on a recorded Department telephone line, "How is no show Joe", referring to Chief Joseph Carter.

17. On February 18, 2004, Lieutenant O'Loughlin stated while in conversation with Officer MacKay on a recorded Department telephone line, "Saying what, I'm a fucking moron," while discussing a letter written to the Boston Globe editor by Chief Carter.

**MBTA Police Department Manual of Policies, Rules and Procedures, Chapter 101, Section 2.11, Interference With Work,** states, *"Police Officers shall not interfere with cases assigned to other Officers except with the consent of the assigned Officer. Officers shall not unnecessarily interfere with the work or operation of any unit of the judicial system".*

M00080

1. Lieutenant O'Loughlin violated the previous Department Manual sections when she participated in a conversation with Officer MacKay regarding an ongoing investigation being conducted by Deputy Chief McCarthy.

2. On March 2, 2004, Lieutenant O'Loughlin participated in a conversation with Officer MacKay on a recorded department telephone line, and discussed strategies to use against the police administration to thwart or mitigate an internal investigation.

**MBTA Police Department Manual of Policies, Rules and Procedures Chapter 101, Section 3.18, Harassment** - that incorporates the MBTA policy referred to as the *MBTA Policy and Procedures for the Prevention of Harassment in the Workplace.*

In **Section VI** of the policy entitled **Supervisor and Manager Responsibilities**, states in part,

*"It is the responsibility of each supervisor and manager to enforce the terms of this policy. Supervisors, managers, or department heads who become aware of incidents of harassment in their departments, even in the absence of a formal complaint, should take immediate and appropriate actions to eliminate the conduct. Supervisors and managers must also report all incidents to the Office of Diversity and Civil Rights."*

1. On March 3, 2004, Lieutenant O'Loughlin stated in her conversation with Officer MacKay on a recorded Department telephone line, "I told him, Jimmy get a lawyer, and sue them for harassment". She did not report the alleged harassment to the Office of Diversity and Civil Rights.

At the hearing, you will be allowed to call and question witnesses, present evidence, speak on your own behalf and be represented by counsel and/or your union.

I am further notifying you that you will continue on paid administrative leave through to the time of your hearing. Although you are not to report to work during this time, you are to keep Deputy Chief Dolores Ford-Murphy or Deputy Chief John Martino apprised of how they can reach you by phone during this time.

A copy of Massachusetts General Laws Chapter 31, Sections forty-one through forty-five is attached.

Sincerely,

JOSEPH C. CARTER
Chief

cc: Personnel File
Deputy Chief Dolores J. Ford-Murphy
Deputy Chief John Martino
Deputy Chief Thomas McCarthy
Patricia Lucek, Esq.
Philip Boyle, Esq.
Stephen Jones, Esq.