EXHIBIT 34

1

Volume:   I
Pages: 1 to 102
Exhibits:   See Index

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. No. 04-10933-JLT

NANCY O'LOUGHLIN,                        )
                    Plaintiff           )
                                         )
                                         )
          vs.                            )
                                         )
                                         )
MASSACHUSETTS BAY TRANSPORTATION )
AUTHORITY, JOSEPH CARTER AND            )
MICHAEL MULHERN,                         )
                    Defendants           )

**DEPOSITION of MICHAEL H. MULHERN,**
a witness called on behalf of the
Plaintiff, pursuant to the applicable
provisions of the Federal Rules of
Civil Procedure, before Judith R. Sidel,
Professional Court Reporter and Notary
Public, in and for the Commonwealth
of Massachusetts, at the Office of
Hale & Dorr, 60 State Street, Boston,
Massachusetts 02109, on Thursday, August
4, 2005, commencing at 12:00 p.m.

*   *   *   *

EYAL COURT REPORTING, INC.
4 Fanueil Hall Marketplace
South Market Building- 4th Floor
Boston, Massachusetts 02109
(617) 964-4317

1    about this Where's Waldo stuff.

2              The conversation turned to

3    the details of which I was very reluctant

4    to give him any.  He was knowledgeable

5    that some of the conduct would result

6    in potential criminal charges, or could,

7    let me say, could result in potential

8    criminal charges.  Somebody had given

9    him Nancy O'Loughlin's name.  And he was

10    going to include her in the story that

11    she could be potentially found -- she

12    could be facing potential criminal

13    charges.  I told him that was absolutely

14    not true.  That he had misinformation.

15    And I warned him he best not go down that

16    road, because nothing could be further

17    from the truth.  I thought I pretty

18    effectively dissuaded him from his notion

19    that Nancy O'Loughlin was going to be

20    potentially confronted with criminal

21    charges.  I told him it was absolutely

22    not true.  She had nothing to do with the

23    so-called CORI violations.  And I warned

24.    him not to write that in the newspaper

1    article.  I did so with the same vigor

2    that I addressed the Where's Waldo issue,

3    and the same vigor that I addressed the

4    issue when somebody called Nancy a rogue

5    cop a few years earlier.

6            He then badgered me for

7    names of police officers involved in

8    the discipline.  I would not give him

9    those names.  He went back to Nancy

10   O'Loughlin, and said, "Okay, if she

11   is not involved in any criminal

12   investigation, is she one of the

13   individuals involved in the

14   investigation?"  He badgered me quite a

15   bit.  To the best of my recollection, I

16   wouldn't confirm or deny whether or not

17   she was involved in the investigation.

18   But I have crystal clear recall that I

19   told him that she was absolutely not

20   involved in any allegations of criminal

21   misconduct, crystal clear recollection

22   of that.

23 Q.  Is there anything else about the

24   conversation with Mr. Daniel that

1                    COMMONWEALTH OF MASSACHUSETTS

2

3      **Norfolk, ss.**

4

5          I, JUDITH R. SIDEL, a Registered

6      Professional Reporter and Notary Public,

7      in and for the Commonwealth of Massachusetts,

8      do hereby certify that:

9              MICHAEL MULHERN, the witness

10     whose deposition is hereinbefore set

11     forth, was duly sworn by me and that such

12     deposition is a true and accurate record

13     to the best of my knowledge, skills and

14     ability, of the testimony given by such

15     witness.

16             IN WITNESS WHEREOF, I have

17     hereunto set my hand and affixed my

18     Notarial Seal this 28th day of August

19     2005.

20

21                          JUDITH R. SIDEL

22                          NOTARY PUBLIC

23     Commission expires:

24     June 5, 2009.