UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>Defendants. | C.A. No. 04-10933 JLT |

**LOCAL RULE 7.1(A)(2) CERTIFICATION OF DEFENDANTS MASSACHUSETTS BAY TRANSPORTATION AUTHORITY AND JOSEPH C. CARTER REGARDING THEIR MOTION FOR SUMMARY JUDGMENT**

The undersigned counsel for Defendants Massachusetts Bay Transportation Authority and Joseph C. Carter hereby certifies that prior to filing any documents in support of Defendants' Motion for Summary Judgment on July 3, 2006, he conferred on several occasions with counsel for Plaintiff Nancy O'Loughlin regarding said filings.

Respectfully submitted,

DEFENDANT MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY AND
JOSEPH CARTER
By their attorneys,

/s/ Joseph L. Edwards, Jr.
Walter B. Prince, BBO# 406640
Joseph L. Edwards, Jr., BBO# 564288
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Certificate of Service

I, Joseph L. Edwards, Jr., hereby certify that a true and accurate copy of the foregoing document will be served on each counsel of record via the Court's electronic filing system on July 7, 2006.

/s/ Joseph L. Edwards, Jr.