UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10933-JLT
_____

NANCY O'LOUGHLIN
Plaintiff

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY, JOSEPH CARTER
And MICHAEL MULHERN
Defendants
_____

PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME OF 14 DAYS
TO OPPOSE MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Nancy O'Loughlin, through counsel, hereby requests that she be allowed an extension of time of 14 days, up to and including August 14, 2006, to submit oppositions to the two motions for summary judgment filed by Defendants in this action. Defendants, through counsel, have assented to this extension request. As grounds for this motion, Plaintiff states as follows:

1. The underlying action is a factually complex case in which Plaintiff alleges that she has been subjected to gender discrimination, retaliation and defamation.
2. Defendants MBTA and Carter filed a Motion for Summary Judgment in this action on July 3, 2006. Defendant Michael Mulhern filed a Motion for Summary Judgment on June 30 2006. Pursuant to the briefing schedule previously approved by the Court, Plaintiff's oppositions to these two motions would otherwise be due no later than July 31, 2006 (as to Mr. Mulhern's motion) and August 2, 2006 (as to the motion of Mr. Carter and the MBTA).
3. Due to the litigation, trial and vacation schedule of Counsel for Plaintiff in July and early August, Counsel for Plaintiff requires an additional period of time in which to draft oppositions to the two pending motions for summary judgment.

For all of the foregoing reasons, it is respectfully requested that Plaintiff be allowed an extension of time of 14 days, up to and including August 14, 2006, in which to submit oppositions to the two motions for summary judgment pending in this action.

Respectfully submitted,

Nancy O'Loughlin
By her attorney

/s/ Mitchell J. Notis

_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360


ASSENTED TO:

Massachusetts Bay Transportation Authority
Joseph Carter
By their attorneys,

/s/ Joseph L. Edwards, Jr.

_____
Walter B. Prince (BBO#406640)
Joseph L. Edwards, Jr. (BBO#564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000

Michael Mulhern
By his attorneys,

/s/ Gregory M. Reiser

_____
Joan Lukey (BBO#307340)
Gregory M. Reiser (BBO#662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000