UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10933-JLT
_____

NANCY O'LOUGHLIN
Plaintiff

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY, JOSEPH CARTER
And MICHAEL MULHERN
Defendants
_____

PLAINTIFF'S ASSENTED TO MOTION TO FILE OPPOSITIONS TO SUMMARY JUDGMENT MOTIONS OF IN EXCESS OF TWENTY PAGES

Plaintiff Nancy O'Loughlin, through counsel, hereby respectfully requests that she be allowed to file oppositions in excess of twenty pages (up to but no longer than thirty pages) to the two summary judgment motions filed by the Defendants in this action. Counsel for Defendants have authorized Counsel for Plaintiff to state that they assent to this motion. As grounds for this motion, Plaintiff states as follows:

1. This is an action in which Plaintiff has alleged that she has been the victim of gender discrimination, retaliation and defamation.
2. Two summary judgment motions have been filed in this action, one by Defendants MBTA and Joseph Carter, and one by Defendant Michael Mulhern.
3. Counsel anticipates that his oppositions to the two motions for summary judgment may be longer than twenty pages, and he therefore requests permission to file oppositions of up to thirty pages.
4. Counsel for Defendants have authorized counsel for Plaintiff to state that they do not oppose this motion.

For all of the foregoing reasons, it is respectfully requested that this motion be granted, and that Plaintiff be allowed to submit oppositions of up to thirty pages to the two pending motions for summary judgment.

    Respectfully submitted,
Nancy O'Loughlin
By her attorney,
Mitchell J. Notis


/s/Mitchell J. Notis

_____

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, Massachusetts 02445
617-566-2700
BBO# 374360


CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Mitchell J. Notis, counsel for Plaintiff in this action, hereby certify that on August 10, 2006 I conferred with Counsel for Defendants regarding this motion, and that counsel for Defendants authorized me to state that they assent to this motion.

    /s/Mitchell J. Notis

    _____

    Mitchell J. Notis