# EXCERPTS FROM DEPOSITION OF WILLIAM FLEMING

# VOLUME 2

**Page 191**

```
 1                    Volume: 2
                      Pages: 191-366
 2                    Exhibits: 14-20
 3         UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
 4              C.A. No. 04-10933 JLT
 5    * * * * * * * * * * * * * * *
 6    NANCY O'LOUGHLIN,
 7           Plaintiff,
 8    vs.
 9    MASSACHUSETTS BAY TRANSPORTATION
10    AUTHORITY, JOSEPH CARTER, and
11    MICHAEL MULHERN,
12           Defendants.
13    * * * * * * * * * * * * * * *
14           CONTINUED DEPOSITION of WILLIAM
15    FLEMING, a witness called by counsel for the
16    Defendants MBTA and Joseph Carter, taken
17    pursuant to Rule 30 of the Massachusetts Rules
18    of Civil Procedure before Alene M. Jennette,
19    Certified Shorthand Reporter and Notary Public
20    in and for the Commonwealth of Massachusetts,
21    at the offices of Prince, Lobel, Glovsky & Tye,
22    LLP, 585 Commercial Street, Boston,
23    Massachusetts on Wednesday, December 28, 2005,
24    commencing at 10:00 a.m.
```

**Page 192**

```
 1    APPEARANCES:
 2    BY MITCHELL J. NOTIS, ESQ.
 3    370 Washington Street
 4    Brookline, Massachusetts 02445
 5       On Behalf of the Plaintiff
 6
 7    PRINCE, LOBEL, GLOVSKY & TYE, LLP
 8    By Joseph L. Edwards, Esq.
 9    585 Commercial Street
10    Boston, Massachusetts 02109
11       On Behalf of the Defendants MBTA
12       and Joseph Carter
13
14    WILLIAM CUTLER PICKERING
15    HALE and DORR, LLP
16    By Gregory M. Reiser, Esq.
17    60 State Street
18    Boston, Massachusetts 02109
19       On Behalf of the Defendant Michael Mulhern
```

**Page 193**

```
 1                    I N D E X
 2    WITNESS:          DIRECT        CROSS
 3    WILLIAM FLEMING
 4
 5    By Mr. Edwards      4
 6
 7                  E X H I B I T S
 8
 9    NO.       DESCRIPTION              PAGE
10    14    Memo to Organizational
11          Diversity                    195
12    15    First Amended complaint
13          and Demand for Jury Trial    226
14    16    Personnel Order, 8/4/03      249
15    17    Special Order, 6/8/95        254
16    18    Memo, 10/31/02               262
17    19    Special Order, 11/14/02      269
18    20    Memo, 7/31/03                348
```

**Page 194**

```
 1              PROCEEDINGS
                  * * * * *
 2
 3         WILLIAM FLEMING,
 4  a witness called for examination by counsel for
 5  the Defendants MBTA and Joseph Carter, having
 6  been previously identified by the production of
 7  his Commonwealth of Massachusetts Police
 8  Department Identification Card and previously
 9  duly sworn by the notary public, was examined
10  and testified as follows:
11         DIRECT EXAMINATION
12  BY MR. EDWARDS:
13     Q. Good morning, lieutenant.  I'll try
14  to pick up where we left off last time.  The
15  MBTA has a policy against unlawful
16  discrimination and harassment, correct?
17     A. Yes.
18     Q. As a long-time member of the Police
19  Department and having served in various
20  capacities, are you familiar with those
21  policies and rules regarding discrimination and
22  harassment?
23     A. Yes.
24     Q. What should a supervisor in the
```

231

1  Investigative Services?
2      A. Yes.
3      Q. You were overall commander?
4      A. Yes.
5      Q. And after Chief Carter arrived, you
6  retained that position?
7      A. Yes.
8      Q. As deputy chief?
9      A. Yes.
10     Q. The next sentence reads, The job of
11 the detective unit commander is what is
12 referred to as a desk job. Is that consistent
13 with how you saw the job?
14     A. No.
15     Q. Did you expect the day shift
16 commander of that unit to conduct
17 investigations and be in the field?
18     A. I didn't expect her to conduct
19 investigations, no.
20     Q. What did you expect her to do in that
21 position?
22     A. I expected her to be in the field,
23 and she was in the field.
24     Q. Doing what?

232

1      A. Refer back to my memo about school
2  issues. One of the things I wanted detectives
3  to do, which I instituted, was instead of going
4  out in plain clothes or dressing like
5  gang-bangers, for want of a better word, you
6  know, to ride the subway system during
7  school-related hours, I wanted them to wear
8  raid coats, work with the City Year kids and
9  talk to the kids. So they would wear clearly
10 visible jackets with Transit or MBTA Police on
11 them to do school breaks at what I would
12 determine hot spots.
13     Q. Who did the criminal investigations?
14     A. The detectives.
15     Q. Did you expect Lieutenant -- you did
16 not expect Lieutenant O'Loughlin to actually do
17 investigations?
18     A. When it comes to graffiti, she was
19 the number one expert in the northeast. And
20 other officers just did not have the capability
21 to do those types of investigation. That was
22 her expertise.
23         So she would still do graffiti
24 investigation, and she'd also get referrals

233

1  from other police departments that needed her
2  expertise. She just -- there was nobody in the
3  Department who had her expertise that could
4  read -- it's like hieroglyphics -- that could
5  read graffiti, too.
6          They just didn't have it. With the
7  exception of one other officer, Bruce Doloof, I
8  think could read it.
9      Q. But my question to you, though, is,
10 you expected her to deal with the school?
11     A. School-related issues.
12     Q. And --
13     A. Monitor the investigations.
14     Q. Okay.
15     A. Review them.
16     Q. All investigations?
17     A. No.
18     Q. The criminal investigative unit?
19     A. In the daytime.
20     Q. In the daytime?
21     A. On the day shift, yes.
22     Q. Just to shorthand it, so I won't have
23 to say commander of the day shift of the
24 criminal investigative unit, let's assume that

234

1  I'm talking about that. So all investigations
2  conducted by her unit, you expected her to
3  monitor?
4      A. Yes.
5      Q. Whether they were graffiti or not?
6      A. The day shift. Leuchte would do the
7  night shift.
8      Q. Right. If there were graffiti
9  investigations that came up, you expected her
10 to do them because she has that particular
11 expertise?
12     A. Yes.
13     Q. Okay. Is that a fair restatement of
14 your testimony?
15     A. Yes, yes. Except if the graffiti
16 rose to the level of a civil rights
17 investigation, that would be handled by the
18 major case unit or civil rights officers.
19     Q. So that would be handed off to
20 somebody else --
21     A. Yes.
22     Q. -- at some point, if it was a civil
23 rights graffiti?
24     A. Yes, yes.

**247**

1 been made chief or general manager, I guess.
2     Q. She could have been made chief.
3 Could she have been made deputy chief?
4     A. She could have been made deputy
5 chief. She could have been made general
6 manager.
7     Q. And being detective unit commander
8 did not, to the best of your knowledge, inhibit
9 her from going to other positions within the
10 Police Department?
11     A. No.
12     Q. Now, Paragraph 14 here refers to a
13 time when Nancy O'Loughlin was moved from the
14 position of detective unit commander to being
15 the head of the detail unit. Were you a deputy
16 chief when that occurred?
17     A. Yes.
18     Q. Do you recall when that was?
19     A. No.
20     Q. What is the detail unit?
21     A. The detail unit is a unit that
22 assigns officers various details. By details,
23 we -- they are considered -- could be anything
24 from a construction detail, working with a

**248**

1 construction company.
2     It's basically an overtime
3 assignment. A parking lot -- with the various
4 MBTA parking lots, we have officers assigned to
5 watch for crime. So the detail unit assigned
6 those officers.
7     Q. So the commander of the detail unit
8 would be responsible for?
9     A. Overseeing the officers assigned to
10 her.
11     Q. Now, at the time this change in
12 assignment was made, Nancy O'Loughlin reported
13 to you, correct?
14     A. Yes.
15     Q. She was head of the detective unit?
16     A. (Witness nods.)
17     Q. Did Chief Carter discuss this move
18 with you prior to making it?
19     A. No.
20     Q. He never said anything about it?
21     A. No.
22     Q. I think I asked you this, but I'll
23 ask it again. Did Chief Carter indicate that
24 he was in any way dissatisfied with the job

**249**

1 Nancy O'Loughlin was doing in the detective
2 unit?
3     A. He never voiced it to me.
4     Q. Did he ever indicate to you that he
5 was in any way dissatisfied with the job
6 Lieutenant Leuchte was doing in the detective
7 unit?
8     A. Joe, my recollection was that when
9 Joe Leuchte was reassigned, I don't even think
10 the chief knew who he was. He asked why would
11 he want to go to 3:30's, I think.
12     Q. Why would he what?
13     A. Why would he want to go to 3:30's.
14 That's the only thing he said to me. I don't
15 think the chief even knew who Leuchte was.
16     (Exhibit No. 16 marked for
17     identification.)
18     Q. I just handed you a document Bates
19 stamped M12, dated at the top August 4, 2003.
20 And the subject is, Supervisory Personnel
21 Reassignment. Is that correct?
22     A. That's correct.
23     Q. You've seen this document before?
24     A. Yes.

**250**

1     Q. This is a document reassigning, among
2 others, Lieutenant Nancy O'Loughlin to
3 commander of the detail unit; is that correct?
4     A. Correct.
5     Q. It is reassigning Lieutenant Joseph
6 Leuchte out of detectives to the patrol
7 division; is that correct?
8     A. That's correct.
9     Q. So that is both the day shift
10 commander and the night shift commander being
11 transferred out together?
12     A. Yes.
13     Q. Lieutenant Thomas McCarthy was
14 assigned as detective unit commander; correct?
15     A. Yes, correct.
16     Q. Did Lieutenant McCarthy begin
17 reporting to you?
18     A. Yes.
19     Q. Now, did this order regarding
20 Lieutenant McCarthy indicate that he had
21 overall command under you for days and nights?
22     A. No. It says he's assigned as
23 detective unit commander, 7:30 to 3:30.
24     Q. Was there a night shift commander?

### Page 251

1  A. I don't think so. I just don't
2  remember if there was a sergeant. I don't
3  think there was.
4  Q. And Chief Carter didn't discuss any
5  of this with you?
6  A. No.
7  Q. Had he discussed any plans to revamp
8  Investigative Services at all with you?
9  A. No, not to my memory.
10  Q. Okay. Paragraph 14 of the complaint
11  indicates that the move from detective unit
12  commander to commander of the detail unit was a
13  move to a much lower-status position. Was that
14  your perception?
15  A. Yes.
16  Q. And what makes commander of the
17  detail unit a lower-status position?
18  A. Chief O'Loughlin assigned John
19  Martino to head the detail unit. It was
20  considered punishment. I believe that John
21  Martino sued the Authority claiming that was a
22  punishment assignment.
23  Q. Among other things?
24  A. Yes.

### Page 252

1  Q. Now, John Martino was a captain,
2  correct?
3  A. Correct.
4  Q. And John Martino had been a deputy
5  chief?
6  A. Correct.
7  Q. And he perceived this as a punishment
8  position?
9  A. Yes.
10  Q. And you were deputy chief at that
11  time?
12  A. Yes.
13  Q. Did you discuss with Tom O'Loughlin
14  any apprehension you may have had about this
15  being perceived as a punishment? And I'm
16  talking about Captain Martino.
17  A. Yes.
18  Q. What did you say to him, and what did
19  he say to you?
20  A. It was -- I'm doing this by memory,
21  Joe. He said it's a punishment assignment, but
22  it's a powerful assignment.
23  Q. Okay.
24  MR. NOTIS: What was the last word?

### Page 253

1  THE WITNESS: It's a punishment
2  assignment, but it's a powerful assignment.
3  Q. Is it your testimony that the
4  commander -- being assigned to commander of the
5  detail unit for a captain is a punishment
6  assignment or is perceived as a punishment
7  assignment?
8  A. It's perceived as a punishment. It
9  is a -- it was perceived as a punishment
10  assignment.
11  Q. Is the assignment of the captain to
12  the detail unit, in your mind, in your opinion,
13  actually a punishment assignment?
14  A. Yes.
15  Q. What makes it a punishment
16  assignment?
17  A. It is a punishment assignment because
18  you're not, say, involved in the day-to-day
19  operations of the Department. You're -- it's
20  considered the Siberia of the Police
21  Department.
22  Q. How did Tom O'Loughlin respond to you
23  when you said that?
24  A. I don't recall. It was several years

### Page 254

1  ago, Joe.
2  Q. Okay. Do you recall whether he said,
3  I know it's a punishment assignment, and it's
4  my intention to punish John Martino?
5  A. No, no.
6  Q. Do you recall whether he said, I need
7  a body in that position?
8  A. No.
9  Q. Well, let me ask you. Do you just
10  not recall, or he didn't say that?
11  A. I don't recall.
12  Q. And the same about -- do you not
13  recall him saying, I intend to punish John
14  Martino, or you just don't remember?
15  A. I don't think -- I never heard Chief
16  O'Loughlin say, I intend to punish anybody.
17  Q. Okay.
18    (Exhibit No. 17 marked for
19    identification.)
20  Q. You were just handed a document Bates
21  stamped M533, dated June 8, 1995; is that
22  correct?
23  A. Yes.
24  Q. And the subject is, Command Staff

**255**

1 Reorganization?
2   A. Yes.
3   Q. First sentence, As part of the
4 department's command staff reorganization plan,
5 the following changes will become effective
6 Saturday, June 10, 1995. Do you see that?
7   A. Yes.
8   Q. I'm going to ask you to turn to the
9 second page. Lieutenant David LeRay. Do you
10 see that?
11   A. Yes.
12   Q. Lieutenant LeRay is being assigned
13 detail unit commander; is that correct?
14   A. Yes.
15   Q. And Lieutenant LeRay will report to
16 Deputy Chief John Martino, correct?
17   A. Correct.
18   Q. And this is signed by John O'Donovan?
19   A. Correct.
20   Q. That's the chief that immediately
21 preceded Tom O'Loughlin, correct?
22   A. Correct, yes.
23   Q. At some point -- let me ask you this.
24 Was it your understanding that John O'Donovan

**256**

1 was punishing Lieutenant LeRay by putting him
2 in the detail unit?
3   A. Yes.
4   Q. Why was he being punished?
5   A. And this is my recollection. At that
6 time, Herman Wheelor there were -- there was a
7 push to create a deputy chief's position for
8 Herman Wheeler. John O'Donovan had Lieutenant
9 McCarthy circulate a petition among the white
10 lieutenants to oppose Herman Wheeler's
11 appointment saying he wasn't qualified. Dave
12 LeRay refused to sign it.
13   Q. Herman Wheeler is African-American?
14   A. Yes.
15   Q. What was his position? Was he a
16 lieutenant?
17   A. No.
18   Q. Sergeant?
19   A. No.
20   Q. Was he a patrol officer?
21   A. He was a patrol officer at that time.
22   Q. He's lieutenant now, correct?
23   A. Correct. He's retired.
24   Q. You were a lieutenant at that time?

**257**

1   A. No, I wasn't.
2   Q. What was your position?
3   A. I believe I was a sergeant. I think
4 I was a sergeant.
5   Q. In 1995?
6   A. Yes.
7   Q. And to whom was this petition
8 circulated?
9   A. Among the white lieutenants.
10   Q. To whom was this petition presented?
11   A. I don't know.
12   Q. Did you see it?
13   A. No, I did not.
14   Q. How did you know about it?
15   A. Herman Wheeler told me about it.
16   Q. He said he saw it?
17   A. Um, that's going back to '95. I'm
18 not sure. It was well-known throughout the
19 Department.
20   Q. What does that mean?
21   A. Everybody was talking about it.
22   Q. Now, at some point, Tom O'Loughlin
23 removed Lieutenant LeRay from that position,
24 correct?

**258**

1   A. Correct.
2   Q. And he put John Martino into the
3 position?
4   A. Correct.
5   Q. For what was John Martino being
6 punished, in your opinion?
7   A. I don't think that Chief O'Loughlin
8 liked John Martino.
9   Q. He told you that?
10   A. No. I said I don't think. He never
11 specifically said, come up and said, I don't
12 like John Martino. He actually said that John
13 Martino was very competent.
14   Q. But is it your testimony that Tom
15 O'Loughlin intended to punish John Martino by
16 putting him into that position?
17   A. Yes.
18   Q. And that he thought Martino was
19 competent?
20   A. He told me that John Martino was
21 competent, but placing him on the detail unit
22 was punishing. He never came out and said, I'm
23 punishing John Martino by putting him in
24 detail. That was the perception of everybody

**259**

1  in the Department.
2  Q. Okay. People you spoke with?
3  A. From patrolman on up.
4  Q. What made this a powerful position?
5  A. You were assigned overtime. Dave
6  LeRay said to me once that they -- They're
7  punishing me by putting me in here.
8  Q. Does the detail unit keep track of
9  payments to the MBTA for details? Does that go
10  through the detail office?
11  A. The detail office is an outside
12  agency. If Boston Police, for example, did a
13  detail, if the officer submitted his slip, it
14  would sometimes go through the detail office,
15  and you'd check to see if he performed those
16  duties. And then you'd just okay it and send
17  it on to the Payroll Department.
18  Q. Okay. Now, at some point, you had to
19  fill a position of detail officer; is that
20  correct?
21  A. Correct.
22  Q. And you put a sergeant into the
23  position?
24  A. Yes.

**260**

1  Q. Is that correct?
2  A. Correct.
3  Q. Were you punishing that sergeant?
4  A. No.
5  Q. Why was that not a punishment?
6  A. He requested it. He came to me and
7  requested it.
8  Q. Okay. Is what makes it a punishment
9  the fact that an officer does not want to be
10  there?
11  A. No. What makes it a punishment would
12  be the perception among your peers and others
13  in law enforcement that you're being punished
14  for the assignment. If a sergeant or if a
15  captain had came to Chief O'Loughlin or to
16  myself and said, I really like the detail unit,
17  or I really -- you know, and he volunteered for
18  that assignment -- when I put a sergeant in
19  there, there were some members of the
20  lieutenants union who complained that that was
21  their position.
22  Q. That was whose position?
23  A. Their position.
24  Q. What do you mean their position?

**261**

1  A. The head of the detail unit was a --
2  Q. -- lieutenant's position?
3  A. Or captain's position. I said, Any
4  lieutenant who volunteered for it can have it.
5  I said, I'm taking John Martino out of it
6  because it was a punishment assignment.
7  Q. Why did the lieutenants union suggest
8  to you that this was a lieutenant's position or
9  higher, lieutenant or captain?
10  A. For the same reason I also took,
11  after consultation with Mike Mulhern,
12  Lieutenant Mike McDonough off midnights. That
13  was a punishment assignment also. And Minister
14  Don Muhammed had spoke to the general manager
15  and said, Can you take Mike McDonough off
16  midnights.
17  Mike had a disabled kid he was taking
18  care of. I removed both of them because I
19  considered them punishment assignments. The
20  lieutenants also at that time said that the
21  midnight position was a lieutenant's position.
22  I said, Any lieutenant who would like to
23  volunteer for it can have it.
24  Q. Well, my question, I guess, is if it

**262**

1  was a punishment position, do you have any idea
2  why a lieutenant would come to you and say,
3  This is a lieutenant's position?
4  A. Just because they're in the union,
5  and they would consider this their union --
6  that was a union position held by them.
7  Q. And the head of the detail unit
8  handed out overtime?
9  A. Yes.
10  Q. At the time you were interim chief,
11  did the head of the detail unit interact with
12  other police departments about details?
13  A. I'm sure he did.
14  Q. Is that part of the job?
15  A. Yes.
16  (Exhibit No. 18 marked for
17  identification.)
18  Q. I just handed you a document Bates
19  stamped No. M210, October 31, 2002; is that
20  correct?
21  A. Yes.
22  Q. Subject, Supervisor of Details. This
23  is your memo?
24  A. Yes.

**263**

1  Q. In the very near future, I am
2  anticipating resigning Captain Martino to
3  patrol operations. Therefore, this would
4  create an opening for supervisor of detail.
5  Any supervisor interested in this position
6  should submit a letter of interest to Chief
7  William C. Fleming by Wednesday, November 6,
8  2002. Did I read that correctly?
9  A. Yes, you did.
10  Q. You indicate that this is a position
11  that's open to any supervisor?
12  A. Yes.
13  Q. I think we've identified supervisors
14  as sergeant and above; is that correct?
15  A. Correct.
16  Q. Was it your position when you issued
17  this order that commander of details was not a
18  position for a patrol officer?
19  A. Correct.
20  Q. Why?
21  A. Because it would be a supervisor's
22  position.
23  Q. You wanted a supervisor?
24  A. Yes.

**264**

1  Q. Was Sergeant Morris the only person
2  who responded to this request?
3  A. I believe so.
4  Q. I'm going to ask you a hypothetical,
5  and tell me what you would do with it. Had you
6  received no responses, what would you have
7  done? Did you need somebody in that position?
8  A. Yes, yes. Probably, yes, yes.
9  Q. Probably?
10  A. Yes, yes.
11  Q. How do you fill a position if nobody
12  responds, if nobody bids for the position, no
13  supervisor?
14  A. I would -- the junior supervisor.
15  Q. Is it your understanding that being
16  head of the detail unit inhibits the
17  opportunity for an officer to advance in his or
18  her career?
19      (Pause.)
20  A. Are you asking me hypothetically?
21  Q. No, no. Really.
22  A. Deputy Chief John Mahoney -- I mean
23  Martino.
24  Q. Did it inhibit his opportunity for

**265**

1  advancement?
2  A. I think at the time he felt it did,
3  yes.
4  Q. But did it really?
5  A. At the time, yes.
6  Q. He's deputy chief now, isn't he?
7  A. Yes, but you're asking me about at
8  the time.
9  Q. No. Does being head of the detail
10  unit inhibit, in your experience, inhibit an
11  officer's opportunity for advancement?
12  A. Under the regime that's in power at
13  the time, yes. Subsequently, if you change the
14  regime, that would depend on the new regime
15  coming in.
16  Q. Is Sergeant Morris's opportunity for
17  advancement inhibited because you put him in
18  the detail unit?
19  A. No.
20  Q. Why?
21  A. Because I didn't have it as a
22  punishment assignment for his position.
23  Q. But I thought -- I thought you said
24  it was a punishment assignment.

**266**

1      MR. NOTIS: Objection. You're
2  misconstruing his testimony.
3      MR. EDWARDS: Well, I'll let him
4  explain.
5  A. It was not a punishment assignment
6  for Sergeant Morris. He volunteered and wanted
7  to do that.
8  Q. And for an officer who doesn't want
9  it and is placed in that position under John
10  O'Donovan and Tom O'Loughlin, it's a punishment
11  position; that's your testimony?
12  A. Yes.
13  Q. The last sentence in Paragraph 15
14  we've talked about. Well, let's look at the
15  first paragraph. It's well-known in the MBTA
16  Police Department that the position of head of
17  the detail unit is a punishment position for
18  anyone above the rank of sergeant. Is that a
19  true statement?
20  A. It's perceived to be a punishment
21  assignment, yes.
22  Q. For anyone above the rank of
23  sergeant, correct?
24  A. I would imagine, too, if it was a

**267**

1  sergeant who was being punished, if the chief
2  wanted to punish a sergeant by putting him in
3  the detail unit, it would be a punishment for
4  him.
5      Q. The last sentence, The job is not
6  appropriate for a lieutenant or captain to
7  fill. Do you agree with that statement?
8      A. No. If a lieutenant or a captain had
9  volunteered to go into details or a lieutenant,
10 say a lieutenant did, then I would have put
11 them.
12     Q. Okay. You were deputy when Chief
13 Carter assigned Nancy O'Loughlin to the detail
14 unit; is that correct?
15     A. Yes.
16     Q. Chief Carter did not come up in the
17 MBTA Police Department environment, as far as
18 you know, did he?
19     A. No.
20     Q. He came from an outside police
21 department?
22     A. Yes.
23     Q. From what police department did he
24 come?

**268**

1      A. Oaks Bluff.
2      Q. And prior to that?
3      A. Boston Police.
4      Q. Did he ever say to you or give you
5  any reason to believe that he intended to
6  punish Nancy O'Loughlin by putting her in the
7  detail unit?
8      A. No.
9      Q. Do you have any reason to believe
10 that he intended to punish her by putting her
11 in the detail unit?
12     A. I remember telling the chief that
13 John Martino -- I felt that John Martino was
14 punished by being put in the details office,
15 and that's why I had to explain all the moves I
16 did and explained to the general manager and
17 the chief that that's why I took him out.
18     Q. I'm sorry. You said something about
19 the rules?
20     A. No.
21     Q. Say it again, please?
22     A. You asked me the question. I said I
23 explained to the chief and I also explained to
24 the general manager that John Martino was

**269**

1  punished by being the head of the detail
2  office, and I was removing him from the detail.
3      Q. You explained to Chief Carter?
4      A. Yes.
5      Q. Okay. Why did you explain it to the
6  general manager?
7      A. The general manager and I discussed
8  nominating McDonough and John Martino.
9         (Exhibit No. 19 marked for
10        identification.)
11     Q. Now, who was the general manager that
12 you explained about McDonough and Martino?
13     A. Michael Mulhern.
14     Q. I just handed you a document Bates
15 stamped M213, dated November 14, 2002, correct?
16     A. Correct.
17     Q. Subject, Assignment of Unit
18 Commanders; is that right?
19     A. Correct.
20     Q. And you signed this document?
21     A. Yes, I did.
22     Q. It's your order?
23     A. Yes, it is.
24     Q. You are assigning Captain John

**270**

1  Martino from detail unit supervisor to patrol
2  operations commander, correct?
3      A. Correct.
4      Q. And that's what you just discussed;
5  you took Captain Martino out of the detail
6  unit?
7      A. Yes.
8      Q. Was Chief Carter the chief of the
9  MBTA Police on November 14, 2002?
10     A. No, he was not.
11     Q. On what occasion did you have the
12 opportunity to explain to him that you took
13 Captain Martino out of details because he
14 was -- it was a punishment position?
15     A. We were talking about the -- if you
16 remember, I think I mentioned last week that I
17 had to justify every move I made while I was
18 interim chief, with the one-page document. And
19 that's when I was discussing it with him.
20     Q. And was it in that same context that
21 you spoke with Michael Mulhern about this move?
22     A. No. We spoke -- it had to be around
23 this date. We were at Mull's in Southie,
24 Mull's restaurant for breakfast.

**Page 271**

1  Q. Why did you discuss this move with
2  Michael Mulhern?
3  A. He brought it up with me about
4  McDonough.
5  Q. What did he say about McDonough?
6  A. He said that Minister Don had
7  mentioned to him that Mike McDonough was on
8  midnights, and you know, I said Michael -- we
9  were talking about his kid, Michael taking care
10 of a disabled kid. I said, It was definitely a
11 punishment duty; I am taking him off it.
12 Q. Did he express any opposition?
13 A. No. He brought it up.
14 Q. Did he also bring up John Martino?
15 A. I think I did.
16 Q. And why did you discuss that move
17 with Michael Mulhern?
18 A. We were just talking about -- he had
19 brought up McDonough. I brought up Martino.
20 Q. You said you were moving --
21 A. Yeah, him to patrol because he was
22 competent and that the -- that he was in a
23 punishment assignment.
24 Q. Do you view the head of the detail

**Page 272**

1  unit as a place to put incompetent people?
2  A. No.
3  Q. On what occasion did you discuss the
4  move of Martino -- or did you discuss the move
5  of Martino with Chief Carter, or was it just in
6  this memo you alluded to?
7  A. It was -- it was -- we discussed it.
8  It was after we got here. This was all done
9  when I was there.
10 Q. But I understood you to say that you
11 discussed Martino's move with Chief Carter.
12 A. Yes.
13 Q. When was that?
14 A. I don't recall it. I don't recall
15 the exact date.
16 Q. And in what context did that
17 conversation take place?
18 A. I don't recall.
19 Q. But you don't recall whether it was
20 related to all of the moves that you made?
21 A. I think it was related to all the
22 moves, but I just can't -- you know, the exact
23 time and date, I don't have.
24 Q. You told Chief Carter that this was

**Page 273**

1  viewed as a punishment position so you took
2  Martino out of it?
3  A. Yes.
4  Q. And how did he respond?
5  A. He -- I think we just went on to
6  another subject. It wasn't -- he didn't
7  respond. I don't remember.
8  Q. Were you upset that Chief Carter took
9  Joseph Leuchte and Nancy O'Loughlin out of the
10 detective unit without speaking with you about
11 it?
12 A. I'll just say I was stunned at the
13 timing.
14 Q. I'm sorry?
15 A. I was stunned at the timing.
16 Q. Why were you stunned at the timing?
17 A. Because the -- I can't discuss it,
18 but the following day was the raid on the money
19 room.
20 Q. Okay.
21 A. And also if you go back to the
22 previous Thursday, there was an incident
23 involving Gillespie and Nancy O'Loughlin where
24 they had a show-down over an incident in

**Page 274**

1  Newton.
2  Q. Mm-hmm. So you saw the order moving
3  Leuchte and Nancy O'Loughlin out of detectives,
4  correct?
5  A. Yes.
6  Q. And you were stunned?
7  A. Well, I didn't see the -- I was
8  stunned when the chief called me into the
9  office. That's the first I knew about it.
10 Q. When did he call you into the office?
11 A. That Monday. I think it was the
12 Monday morning.
13 Q. And said what? What did he say?
14 A. He said he's going to make changes in
15 assignments.
16 Q. Okay. Did you ask him what changes
17 in assignments, or did he tell you what changes
18 in assignments?
19 A. I think at that time, he just called
20 up one at a time, Nancy O'Loughlin, Joe
21 Leuchte. I think it was Joe Leuchte first.
22 I'm not even sure. But I don't know what
23 Leuchte would have been doing in that early.
24 And he then brought in McCarthy and Gillespie.

**Page 275**

1 So it was (nonverbal expression).
2 Q. What do you mean he brought in
3 McCarthy and Gillespie?
4 A. He brought McCarthy and Gillespie
5 after he re-assigned the other two.
6 Q. He brought them into his office?
7 A. Yes.
8 Q. And he spoke with Nancy O'Loughlin?
9 A. Yes.
10 Q. It could have been Joseph Leuchte
11 first, but --
12 A. Yes.
13 Q. -- either way he spoke with them both
14 on the same day?
15 A. Yes, to my recollection, he spoke to
16 them both on the same day.
17 Q. Okay. This was the first time you
18 heard about it?
19 A. Yes.
20 Q. He didn't ask you what he called you
21 to his office for?
22 A. No.
23 Q. He told Nancy O'Loughlin she was
24 going to be reassigned?

**Page 276**

1 A. Yes.
2 Q. What did she say?
3 A. I think she just sat there. I don't
4 remember.
5 Q. Okay. And then she left?
6 A. Yes.
7 Q. And did you discuss the move with
8 Chief Carter?
9 A. The chief only said one thing, and
10 that was it.
11 Q. I'm sorry?
12 A. He only said one thing, and that was
13 it.
14 Q. What was the one thing?
15 A. He just said, Look at the way she
16 dresses.
17 Q. Okay. How was she dressed?
18 A. I don't recall.
19 Q. Did you notice anything unusual about
20 her dress at all?
21 A. No.
22 Q. Then Joseph Leuchte came in, or maybe
23 he came in first. What did the chief say to
24 him?

**Page 277**

1 A. Just that he was making changes and
2 reassignments.
3 Q. What did Leuchte say to Chief Carter?
4 A. I don't remember him saying anything.
5 Q. Did Chief Carter say anything to you
6 after Joseph Leuchte left?
7 A. Just the part about, if my memory
8 serves me, I don't think he recognized Leuchte.
9 He said something, I thought, about why did he
10 want to go to 3:30's or something. I said,
11 He's on 3:30's.
12 Q. You said that you were stunned at the
13 timing of the move because the following day
14 was the raid on the money room. Correct?
15 A. Correct.
16 Q. Would Nancy O'Loughlin have had
17 anything to do with the raid on the money room?
18 A. No.
19 Q. Would Joseph Leuchte have had
20 anything to do with the raid on the money room?
21 A. No, he didn't know anything about it.
22 Q. How do you know?
23 A. Because I knew. I was in charge of
24 the investigation, along with federal

**Page 278**

1 authorities. I know who knew.
2 Q. Okay. So you knew about the raid on
3 the money room?
4 A. I planned the raid on the money room.
5 Q. Okay.
6     (Cell phone interruption.)
7     (Recess taken.)
8 Q. If Joseph Leuchte and Nancy
9 O'Loughlin had nothing to do with the raid on
10 the money room, why did their move stun you, or
11 their reassignment?
12 A. I've been advised by the U.S.
13 Attorney not to talk about the money room.
14 Q. I'm not asking about the money room.
15 I'm asking about the reassignment.
16 A. When the money room trial comes out,
17 you'll understand my position.
18     MR. NOTIS: Let's go off the record
19 for five minutes. And Joe and Greg, maybe I
20 can talk to you guys.
21     (Discussion off the record.)
22 Q. I want to ask you specifically and
23 only about Chief Carter's decision to remove or
24 to reassign Nancy O'Loughlin from the detective

Page 279

1  unit to details and the decision to reassign
2  Joseph Leuchte out of detectives.
3       If neither one of them had anything
4  to do with the money room, what was it about
5  those two moves that stunned you?
6       (Pause.)
7       A. As I said before, I've been advised
8  by the U.S. Attorney I can't talk about it.
9       Q. So their moves did have something to
10 do with the money room?
11      A. Not their moves.
12      Q. All right. Did you have any reason
13 to believe that Chief Carter moved Nancy
14 O'Loughlin out of the detective unit because of
15 her gender?
16      A. No.
17      Q. Do you have any reason to believe
18 that Chief Carter on the same day removed
19 Joseph Leuchte from the detective unit because
20 of his gender?
21      A. No.
22      Q. When Chief Carter made the statement,
23 Look at the way she dresses, how did you
24 understand that statement?

Page 280

1       A. I'm not going -- Joe, I'm not going
2  to interpret what the chief meant. You'll have
3  to ask him.
4       Q. I'm sorry?
5       A. I'm not going to interpret what the
6  chief --
7       Q. Maybe you misunderstood my question.
8  I wasn't asking you to interpret what the chief
9  meant. I was asking how you understand --
10 understood that statement. What did it mean to
11 you?
12      A. It is what it is. All he said was,
13 Look at the way she dresses.
14      Q. Did you interpret it as a favorable
15 comment on her dress or an unfavorable comment
16 on her dress?
17      A. Unfavorable.
18      Q. You repeated that statement to her;
19 did you not?
20      A. Yes.
21      Q. And when you repeated that statement
22 to her, did you repeat it and tell Nancy
23 O'Loughlin that Chief Carter did not like the
24 way she dressed?

Page 281

1       A. No.
2       Q. What did you say to her?
3       A. I believe it was the same day. I was
4  assigned to guard her office while she moved
5  things, and she said, What did he say? I said,
6  All he said was look at the way she dresses.
7  And that was the end of it. I sat there and
8  guarded her office.
9       Q. What do you mean guarded her office?
10      A. Chief told me to go down and guard
11 her office to watch what she was taking out of
12 her office.
13      Q. When did he say that?
14      A. That same day as all this happened.
15      Q. Did he give you any indication that
16 he wanted you to guard her office because of
17 her gender?
18      A. No.
19      Q. Now, if I'm understanding your
20 testimony -- and please tell me if I'm
21 mischaracterizing it -- from January 2003 until
22 August of 2003, when Nancy O'Loughlin was
23 reassigned out of the detective unit, you had
24 not heard Chief Carter say anything negative

Page 282

1  about her, unless we consider that last comment
2  negative, but nothing else?
3       A. Correct.
4       Q. No comments about her work?
5       A. To my knowledge, no.
6       Q. Well, I mean, what he said to you or
7  what you heard.
8       A. To my knowledge, no.
9       Q. Anything about her -- the way she
10 dressed, other than the very last comment?
11      A. Never.
12      Q. Had you ever heard him comment on
13 anybody else's dress, either positive or
14 negative?
15      A. Mine once.
16      Q. What did he say about yours?
17      A. Said the reason why he wanted to go
18 to blue shirts was because -- as opposed to
19 white shirts -- is that one day he'd seen my
20 white shirt, and I had dirt on the back or
21 something. That was his decision to go to blue
22 shirts.
23      Q. Was that a positive or negative
24 statement, as you understood it?

**283**

1  A. It was -- I don't think -- I
2  didn't -- I didn't take offense to it, if
3  that's what you mean.
4  Q. Did Chief Carter say anything to you
5  about Nancy O'Loughlin's supervisory skills?
6  A. Not that I recall.
7  Q. Her management abilities?
8  A. No.
9  Q. Did he ever give you instructions on
10 how to run the unit that were to be transmitted
11 to her?
12 A. He could have. I just don't
13 remember, unless you have something, Joe. I
14 just don't remember.
15 Q. Is it fair to say that -- well, as
16 far as you know, based on your position as
17 deputy chief, where else could Chief Carter
18 have assigned Nancy O'Loughlin other than the
19 detail unit?
20 A. He could have assigned her back to
21 patrol.
22 Q. Leuchte went back to patrol, correct?
23 A. 3:30's.
24 Q. 3:30 to 1:30?

**284**

1  A. Yes.
2  Q. Could he have assigned her back to
3  patrol, to days?
4  A. If you show me the memo.
5  Q. It is Exhibit 16, right here.
6  A. She could have -- well,
7  hypothetically, he could have assigned her to
8  McCarthy's schedule.
9  Q. Okay. That's days?
10 A. Yes.
11 Q. There is a -- well, I don't know.
12 What was his schedule? It doesn't say here.
13 A. I think he was -- I'm doing this by
14 memory. I think I brought him back into the
15 building as a duty supervisor on days.
16 Q. Okay. Now, you didn't say to Chief
17 Carter, Chief, I think this is a mistake; this
18 is a punishment for Nancy O'Loughlin?
19 A. No.
20 Q. Did you say anything to him about the
21 way that position was perceived within the MBTA
22 Police Department?
23 A. No, I did not that day.
24 Q. Any day?

**285**

1  A. Well, only in reference to Martino
2  way back, a couple of months before.
3  Q. Okay. Were you aware of any problems
4  in the detail unit?
5  A. The detail unit?
6  Q. Yes.
7  A. Yes.
8  Q. What problems were you aware of in --
9  now, we're talking prior to Nancy O'Loughlin
10 being assigned to that position.
11 A. Yes.
12 Q. What problems were you aware of in
13 details?
14 A. Well, Maria Beano, to my
15 recollection, she was responsible for
16 processing cards and overtime. And she got
17 into an argument with Sargent Gillespie. I
18 think she was -- he accused her of -- he came
19 to me -- she ripped a detail card out of his
20 hand.
21         She was -- how do I phrase it? She
22 was concerned that Gillespie was either signing
23 his own overtime cards or that there might have
24 been a way that officers were double-dipping,

**286**

1  for want of a better word.
2  Q. Mm-hmm. And?
3  A. The secretary of the general manager,
4  Gribouskis, has done an audit of all the
5  overtime and the detail cards. I don't know
6  what the outcome was.
7  Q. That's now --
8  A. But they went back three or four
9  years.
10 Q. So there was a problem, according to
11 you, with officers -- and you identified Mark
12 Gillespie -- with the possibility that officers
13 were signing their own overtime cards?
14 A. Yes.
15 Q. What is the problem with that?
16 A. You can't sign your own overtime
17 card. Only -- I instructed the lieutenants,
18 only the lieutenants could sign for a sergeant
19 and above. I would sign the details for, say,
20 the lieutenants if they did overtime.
21         The problem is there is no checks and
22 balances on the system. Who sees who -- if you
23 could -- I'm not saying there was any
24 wrong-doing. The results of the audit will

323

1 Q. And what was that reason?
2 A. The -- I think you go back to the
3 very first -- from our very first meeting on, I
4 think that people had tried to drive a wedge
5 between us.
6 Q. Okay. But what I'm asking here,
7 though, is what indication, what tangible,
8 identifiable indication did you have that there
9 was a wedge between you and Chief Carter at the
10 time you sat down with him and suggested that
11 he choose his own people for the position of
12 deputy chief and that you were not applying for
13 the position?
14 A. The -- to go over certain incidents,
15 we can talk about the money room, for one, the
16 Red Line, for another. There was an
17 investigation on the Red Line. The fact that a
18 sergeant was allowed to go around all the
19 supervisors and go to the chief and complain
20 about stuff without going through the proper
21 chain of command.
22 There was an incident -- there was a
23 day I took off, I had to take off. My wife had
24 an emergency. It was a day of graduation for

324

1 my academy class. And Sharon April said that,
2 she told me that the chief had said to her,
3 He's determined to go back to lieutenant.
4 I said, Sharon, I had a family
5 emergency. I don't take any time off. You
6 know that. I'm in here every week and every
7 day and things like that. There was a memo --
8 Q. Wait a minute. Things like what?
9 A. The chief said, He's determined to go
10 back to lieutenant. There was, once again,
11 speaking -- he had instructed me to get two
12 memos out by the end of a day. And I did get
13 them out, except one of them was signed by
14 Nancy O'Loughlin.
15 And he came in and he said, What are
16 you doing, ba, ba, ba. She can't put out --
17 something to the effect, She can't put out a
18 memo. I said, Chief, I just wanted to get them
19 out. She had the information. You told me to
20 get them out. He berated me for that.
21 Q. What do you mean he berated you?
22 A. Started yelling at me.
23 Q. Okay. So --
24 A. The --

325

1 Q. So he had had cross words with you?
2 A. It wasn't cross words. It was,
3 raised his voice saying, What did you let her
4 put out a memo for? You know. And other
5 officers have put out memos under the detective
6 unit, including people at the patrol level.
7 The money room -- I can speak to
8 this. It was that I had been up for 30
9 straight hours. I was going to take a shower.
10 He told me to go back to -- the press was there
11 and that he got a call and that -- and then the
12 next day there was a successful raid.
13 He criticized the investigation --
14 this -- I suppose I can talk about this, about
15 no search warrant or anything else. And I
16 said, Chief, we gave the report on why there
17 wasn't a search warrant.
18 It wasn't necessary. This was a good
19 investigation. And when it pans out, you'll
20 see that everything was done right. So,
21 obviously, someone had been -- I believe that
22 someone had gone to the chief and criticized
23 the investigation. I know that.
24 Q. Of the money room?

326

1 A. Yes.
2 Q. Okay. And you know -- sorry to cut
3 you off.
4 A. I -- I know it wasn't the officers
5 involved.
6 Q. How do you know that?
7 A. Because I talked to them all about
8 it.
9 Q. And they said it wasn't them?
10 A. It wasn't them, that they, too, made
11 complaints about officers talking about the
12 investigation.
13 Q. So who would have had inside
14 information on the investigation?
15 A. There were other officers who had
16 knowledge of the investigation.
17 Q. Being?
18 A. They did not -- let me put it to you
19 this way. They had knowledge, but they didn't
20 know about the raid or the -- what the
21 investigation entailed.
22 Q. Okay. Now, do you recall what this
23 memo was that Nancy O'Loughlin put out?
24 A. No, it was...