# EXCERPTS FROM DEPOSITION OF JOSEPH CARTER

## VOLUME 2

Case 1:04-cv-10933-JLT   Document 46-6   Filed 08/14/2006   Page 1 of 5

Page 1

VOLUME II
PAGES 1-125
EXHIBITS 1-3

COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS
CIVIL ACTION NO.: 04-10933-JLT

NANCY O'LOUGHLIN,                )
                                 )
              Plaintiff,         )
                                 )
vs.                              )
                                 )
                                 )
MASSACHUSETTS BAY                )
TRANSPORTATION AUTHORITY AND     )
JOSEPH CARTER AND MICHAEL        )
MULHERN,                         )
                                 )
              Defendant.         )

   CONTINUED DEPOSITION OF JOSEPH C. CARTER, a witness called on behalf of the Plaintiff in the above-entitled cause, taken before Dawn Mack-Boaden, Notary Public in and for Commonwealth of Massachusetts, pursuant to the Massachusetts Rules of Civil Procedure, at the Law Offices of Prince, Lobel, Glovsky & Tye, 585 Commercial Street, Boston, Massachusetts, on Monday, February 6, 2006, commencing at 10:00 a.m.

```
 1  demote her two grades rather than terminate her?
 2     A.  Then was when I weighed her record within
 3  the department.
 4     Q.  And that record within the department led
 5  you to give her a lesser discipline?
 6     A.  Yes.
 7     Q.  What about her record led you to give her a
 8  lesser discipline than termination?
 9     A.  As I recall, it was based on her lack of
10  egregious discipline, based on her letters of
11  accommodation, generally.
12     Q.  You say lack of egregious discipline.  What
13  do you mean by that?
14     A.  I was -- I was confronted with what I
15  determined to be egregious discipline in this
16  instant case; and in looking in her file, did not
17  find similar types of egregious discipline in her
18  file.
19     Q.  Do you recall finding any discipline in her
20  file?
21     A.  I don't recall.
22     Q.  Do you recall finding any discipline in her
23  file that wasn't at least ten years old?
24        MR. EDWARDS:  Objection.
                                              Page 54
```

```
 1        THE WITNESS:  I don't recall.
 2  BY MR. NOTIS:
 3     Q.  At some point, did someone meet with
 4  Lieutenant O'Loughlin to inform her of what her
 5  discipline would be?
 6        MR. EDWARDS:  Objection.
 7        THE WITNESS:  Not that I recall.
 8  BY MR. NOTIS:
 9     Q.  And you didn't meet with her?
10     A.  No.
11     Q.  How was she informed of her discipline?
12        MR. EDWARDS:  Objection.
13        THE WITNESS:  I believe by written
14    notice.
15  BY MR. NOTIS:
16     Q.  Did you discuss with anyone what the
17  appropriate discipline for Lieutenant O'Loughlin
18  would be prior to Lieutenant O'Loughlin receiving
19  notice of that discipline?
20     A.  No.
21     Q.  Was it solely your decision as to how she
22  should be disciplined?
23     A.  It was solely my decision.
24     Q.  Can you tell me, Chief Carter, what it is
                                              Page 55
```

```
 1  that Lieutenant O'Loughlin did which merited her
 2  being demoted two ranks.
 3     A.  Generally, the behavior that she was found
 4  -- just cause was found that she violated,
 5  essentially, were contrary to the tennants of good
 6  order and discipline against the tennants of being a
 7  good manager and supervisor, as she was responsible
 8  to be.
 9        She had, in fact, in her conversations,
10  acted in a manner that was less than managerial,
11  less than supervisory; and she contributed to what
12  had been an air of discontent in the department that
13  we worked very hard as a team, the entire
14  department, to correct.  And that's generally it.
15     Q.  But what exactly did she do, though?
16     A.  Her conversations were -- again, I'd have
17  to refer to the charges to refresh my memory.
18        But she -- she, essentially, was giving
19  advice to sue the department.  Again, being a
20  manager, it's her responsibility to counsel
21  subordinates as to -- as to any problems they may
22  have.
23        But, importantly, it's also her
24  responsibility to bring to the administration -- her
                                              Page 56
```

```
 1  superior's attention -- any problems with employees
 2  that they may have so that appropriate management
 3  decisions could be taken to either correct or amend
 4  any problems.
 5        She also was instigating what we believed
 6  was -- was folks who wanted to undermine the
 7  administration of the department; not me in
 8  particularly, but just the entire administration of
 9  the department.  She contributed to that through her
10  conversations.
11        And it's not just the words; but if you
12  listen to the tapes, it's also the tone and the
13  seriousness of which she communicated her -- her --
14  either her support of or encouragement of
15  subordinates in their undermining of the
16  administration.
17     Q.  Well, sitting here today -- I'm sorry.  Was
18  there anything else, sir?
19     A.  No.
20     Q.  Sitting here today, do you recall anything
21  she actually said which you felt was a basis for
22  demoting her two grades?
23        MR. EDWARDS:  Objection.
24        THE WITNESS:  Yes.  Everything she said
                                              Page 57
```

```
 1     A.  Yes.  She was mentioned because, again, she
 2  was in the investigative services unit where a
 3  number of the moves were going to be made.
 4     Q.  Do you recall what you or members of the
 5  command staff said about Lieutenant O'Loughlin
 6  during those discussions?
 7     A.  No; I don't recall the specifics.
 8     Q.  Do you recall if Deputy Flemming was
 9  involved in these discussions about moving Nancy
10  O'Loughlin to the detail unit?
11     A.  Don't recall.
12     Q.  You're aware that Lieutenant Flemming --
13     A.  I'm sorry, yes.  He was part of the
14  discussion, yes.  I do recall.
15     Q.  What do you recall about that?
16     A.  That I would have conferred with him
17  because he was in charge of -- the detective
18  division reported to him.  So he would have been
19  integral to the discussion of all the deputies.
20     Q.  Do you specifically recall discussing this
21  with him or are you saying that it would have been
22  your practice to do that?
23     A.  No; I recall discussing it with him.  I
24  just don't recall the specifics of the conversation
```
Page 86

```
 1  of who said what.
 2     Q.  Are you aware that Lieutenant Flemming has
 3  testified under oath in this action that he was
 4  stunned at you not discussing this with him?
 5         MR. EDWARDS:  Objection.
 6         THE WITNESS:  No; it's news to me.  And
 7      it doesn't change my testimony.
 8  BY MR. NOTIS:
 9     Q.  I'm not asking you if it does.  Just to put
10  this in a context, sir, do you recall there being a
11  raid on the money room at some point in the summer
12  of '04?
13         MR. EDWARDS:  Objection.  Go ahead.
14         THE WITNESS:  What do you mean by raid
15      on the money room?
16  BY MR. NOTIS:
17     Q.  All right.  Well, you mentioned earlier
18  these allegations -- well, the charges against
19  Ms. Lempitski and -- correct?
20     A.  Yes.
21     Q.  And Ms. Lempitski worked in the money room
22  at the MBTA; correct?
23     A.  That's correct.
24     Q.  And at some point in August '04, wasn't
```
Page 87

```
 1  there either some MBTA police or outside police
 2  agency that took action with regard to the problems
 3  in the money room?
 4     A.  It was the MBTA police, yes, who took over
 5  the security of the money room --
 6     Q.  And was --
 7     A.  -- in '04.
 8     Q.  Was there a particular action they did to
 9  do that?
10     A.  Yes.  Essentially, we went and secured the
11  money room so that a very specific audit could be
12  conducted by the "T" and outside contractors to
13  determine any loss of cash or systems that were
14  broken that were supposed to protect the cash input
15  for the MBTA.
16         MR. EDWARDS:  Could I have a second,
17      please.
18         MR. NOTIS:  Sure.
19
20      (Whereupon, a short break was taken in the
21      proceedings.)
22
23  BY MR. NOTIS:
24     Q.  All right.  Chief, I believe we were
```
Page 88

```
 1  talking -- well, are there any answers you want to
 2  change after having taken this break?
 3     A.  No, sir.
 4     Q.  Okay.  I believe we were talking about the
 5  MBTA police having secured the money room.
 6         Do you recall that happening in August of
 7  2004?
 8     A.  The summer.  I don't recall the exact month
 9  and date.
10     Q.  Do you recall if it happened a day or two
11  after you reassigned Nancy O'Loughlin to the detail
12  unit?
13     A.  I don't recall at all.
14     Q.  Do you recall if, in the week or so prior
15  to assigning Nancy O'Loughlin to the detail unit,
16  you became aware that she had had differences with
17  then Sergeant Gillespie?
18         MR. EDWARDS:  Objection.
19         THE WITNESS:  I don't recall.
20  BY MR. NOTIS:
21     Q.  Do you recall any dispute she had with
22  Sergeant Gillespie?
23     A.  No.
24     Q.  Do you recall playing any role in -- well,
```
Page 89

### Page 102

1  A. Yes.
2  Q. Why wasn't his discipline more severe than
3  Nancy O'Loughlin's, then?
4  A. One of the mitigating factors in terms of
5  my deciding what he would get for discipline was the
6  fact that when you look at the severity, he had, in
7  totality, less instances of violations in the 1205
8  versus Nancy.
9     Nancy, in total, had a more expansive list
10 of violations.
11 Q. And when you say more expansive, you just
12 mean in terms of numbers or the severity of them?
13 A. The -- both. Both the severity and the
14 number of times that she was engaged in activity
15 versus maybe one or two instances -- again, I'd have
16 to refresh my memory -- of his.
17    She was involved in a number of
18 conversations with officers that were violative
19 versus, again, his one or two violations.
20 Q. In terms of Flemming's violations, didn't
21 you belive that one of them was racially
22 inappropriate?
23 A. I recall something like that, yes.
24 Q. And you didn't feel that that made his

### Page 103

1  violations more severe than Nancy O'Loughlin's?
2     MR. EDWARDS: Objection.
3     THE WITNESS: No.
4  BY MR. NOTIS:
5  Q. Other than the present case, are you aware
6  of any complaints against you about the way you
7  treat women at work?
8  A. No.
9  Q. Are you aware of any complaints that you
10 don't treat women fairly at work?
11 A. No.
12 Q. Are you aware of any complaints that you
13 don't treat women the same as men at work?
14 A. No.
15 Q. You're aware that prior to you becoming
16 chief, there were sexually explicit and offensive
17 postings on an internet site called the guard room;
18 correct?
19    MR. EDWARDS: Objection. You can
20    answer.
21    THE WITNESS: I don't know the specifics
22    as you've detailed them; but, specifically
23    -- I know you're giving me that look. I
24    don't know about the name of what it was

### Page 104

1  called.
2     Yes; someone alluded to that, among a
3  number of things that were offensive to
4  people in the department, that was done
5  anonymously.
6  BY MR. NOTIS:
7  Q. Okay. Were you aware, when you became
8  chief, that there was an investigation into that
9  matter?
10 A. I know that there were a number of
11 investigations that were conducted as a result of,
12 particularly, the internet postings, etc.
13    And I'm not clear, again, without
14 refreshing my memory, as to whether it was going at
15 the time, had been done, or it was something that
16 was done later. So, no.
17 Q. Did you play any role in putting a stop to
18 that investigation?
19 A. I didn't stop any investigations.
20 Q. Do you have any knowledge of any detectives
21 reporting Lieutenant Gillespie to diversity
22 regarding the way he addressed female officers?
23 A. No.
24 Q. Do you have any knowledge of any complaints

### Page 105

1  to occupational diversity -- organizational
2  diversity about Lieutenant Gillespie?
3  A. No.
4  Q. Have you ever discussed Nancy O'Loughlin's
5  claims in this lawsuit with Michael Mulhern?
6  A. No.
7  Q. Have you ever discussed Nancy O'Loughlin's
8  claims in this lawsuit with John Martino?
9  A. No.
10 Q. Have you ever discussed Nancy O'Loughlin's
11 claims in this lawsuit with Thomas McCarthy?
12 A. No.
13 Q. Have you ever discussed Nancy O'Loughlin's
14 claims in this lawsuit with any other deputy chiefs?
15 A. No.
16 Q. Have you ever discussed Nancy O'Loughlin's
17 claims in this lawsuit with Mr. Grabowstiss?
18 A. No.
19 Q. Have you ever discussed Nancy O'Loughlin's
20 claims in this lawsuit with any union officials?
21 A. No.
22 Q. You do know someone named Gloria Andrews
23 Ward; correct?
24 A. Correct.