EXCERPTS FROM DEPOSITION OF
NANCY O'LOUGHLIN

VOLUME 1

Nancy O'Loughlin

```
                                                              164
 1                                         VOL. 2
 2                                         PAGES 164-359
 3                                         EXHIBITS: 15-35
 4              UNITED STATES DISTRICT COURT
 5               DISTRICT OF MASSACHUSETTS
 6
 7   Civil Action No. 04-10933JLT
 8   - - - - - - - - - - - - - - - - - - -
 9   NANCY O'LOUGHLIN,
10              Plaintiff,
11   vs.
12   MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,
13   JOSEPH CARTER and MICHAEL MULHERN,
14              Defendants.
15   - - - - - - - - - - - - - - - - - - -
16
17           DEPOSITION OF NANCY O'LOUGHLIN
18             Friday, December 23, 2005
19                    10:20 a.m.
20          Prince, Lobel, Glovsky & Tye, LLP
21               585 Commercial Street
22             Boston, Massachusetts 02109
23         Court Reporter:  Doris M. Jones, RPR
24
```

JONES REPORTING COMPANY
617-451-8900

Nancy O'Loughlin

229

1  Q. I'm sorry, my question is you didn't like
2  that move?
3  A. No, sir, I didn't like the move. It's a
4  punishment assignment.
5  Q. I understand that's your opinion.
6      MR. NOTIS: Objection.
7  BY MR. EDWARDS:
8  Q. But the move, as you indicate here, didn't
9  reduce you in rank, correct?
10 A. Correct.
11 Q. Didn't reduce you in salary?
12 A. Correct.
13 Q. What makes it a much lower status position?
14 A. It's a punishment assignment, sir. It's
15 been testified to in federal court by deputy chiefs
16 as a punishment assignment. It's known throughout
17 the department as a punishment assignment.
18 Q. My question is, though, when you talk about
19 status what are you talking about?
20 A. Talking about your status within the law
21 enforcement community and within the department in
22 general. It's seen as a punishment assignment, so
23 the message that goes out is you're being punished.
24 They're putting you there to punish you.

Nancy O'Loughlin

230

1  Q. And for what did you think you were being
2  punished?
3  A. Because I was a female. He doesn't like
4  females.
5  Q. Who had been in the position before you?
6  A. A sergeant.
7  Q. Who placed the sergeant into that position?
8  A. I believe that was when Martino was removed
9  after he went to Federal Court over the punishment
10 assignments.
11 Q. Was it a male sergeant or female sergeant?
12 A. Male sergeant.
13 Q. Had a female ever been in that position
14 that you know of?
15 A. I don't know. I don't believe so, but I'm
16 not positive.
17 Q. But you don't remember from 1983 --
18 A. I don't recall a female ever being assigned
19 to that, but that doesn't mean it didn't happen.
20 Q. And because you call this a punishment
21 position, that was the attempt to marginalize you?
22 A. Yes.
23 Q. And show you disrespect?
24 A. Yes.

231

1    Q.  Now, why is this a punishment position in
2  your opinion?
3    A.  Basically once again it's a strictly
4  clerical position.
5    Q.  What does the commander of the detail unit
6  do?
7    A.  They do monthly reports, they attend
8  meetings, they oversee the officers assigned to the
9  unit and they keep an eye on details in general.
10 They work with the billing liaison.
11   Q.  How much money is generated by details?
12 Generally.  You know, if you can come up with an
13 average amount per month.
14   A.  I have no idea.
15   Q.  Is that something that you had to keep track
16 of in that position?
17   A.  I don't know.  I don't believe I had to keep
18 track of how much was spent.
19   Q.  Okay.  Did you have to keep track of what
20 officers were assigned to details?
21   A.  Yes.
22   Q.  You made those assignments?
23   A.  I assisted in that.  I assigned the
24 supervisors to their details.

Nancy O'Loughlin

232

1   Q.  Could you assign details to yourself?
2   A.  Yeah, during the course of a normal
3   rotation.  You have to go through a rotation.  I
4   can't just arbitrarily assign one.  There's certain
5   criteria for it.
6   Q.  Did you work a lot of overtime as head of
7   the detective unit?
8   A.  I worked some, yes.
9   Q.  In paragraph 14 it says "Less overtime
10  compensation as head of the detail unit."  Why was
11  that?
12  A.  There's not as many opportunities when
13  you're in details to work overtime.
14  Q.  Why is that?
15  A.  Because you're strictly available for the
16  overtime that's department-wide, whereas in the
17  detective unit they have overtime that's
18  unit-specific.
19  Q.  Now, how did you find out you were being
20  assigned to the detail unit?
21  A.  I was called up to Chief Carter's office.
22  Q.  And what?
23  A.  Myself and Deputy Fleming were called in and
24  he informed me that due to my administrative

Nancy O'Loughlin

233

1  expertise he was reassigning me to the detail unit.
2      Q.  You didn't think that was true?
3      A.  No.
4      Q.  Did he say anything to make you think it was
5  not true?
6      A.  I just didn't think it was true.
7      Q.  What else did Chief Carter say about the
8  reassignment?
9      A.  He told me I was to no longer perform or
10 offer assistance in investigation or prosecution of
11 graffiti cases.
12     Q.  And that bothered you?
13     A.  Did it bother me?
14     Q.  Yes.
15     A.  Yes.
16     Q.  Who did he want to perform graffiti cases?
17     A.  I don't know who he would want to perform
18 graffiti cases.
19     Q.  You don't know whether he wanted Sullivan or
20 Diaz?  You have no idea?
21     A.  No idea.
22     Q.  Did you perform graffiti investigation as a
23 desk lieutenant?
24     A.  Yes.