# EXCERPTS FROM DEPOSITION OF THOMAS O'LOUGHLIN

Volume ___1___

Pages ___1 - 188___

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * *

NANCY O'LOUGHLIN                *

      Plaintiff,          *

- vs. -                         *           C.A. 04-10933-JLT

                                  *

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY and    *
and JOSEPH CARTER
and MICHAEL MULHERN             *

      Defendants.         *

* * * * * * * * * * * * * * * *

    DEPOSITION of THOMAS J. O'LOUGHLIN, a witness called by and on behalf of the Defendant, in accordance with the provisions of the rules of the Massachusetts Rules of Civil Procedure, before Michael C. Janey, a Notary Public in and for the Commonwealth of Massachusetts, at the offices of PRINCE, LOBEL, GLOVSKY & TYE, 585 Commercial Street, Boston, Massachusetts, 02109 on Tuesday, December 20, 2005, commencing at 10:15 a.m.

**JANEY ASSOCIATES**

P. O. Box 365355
Boston, MA 02136-0003
(617) 364-5555
Fax (617) 364-5550

```
 1            discuss with him what source or sources he had for
 2            the story?
 3   A.       Yes, I did.
 4   Q.       And could you tell us please what you said or
 5            asked of him and what he said to you on the subject
 6            of sources?
 7   A.       I indicated to Mac Daniel that, as I said
 8            earlier, that one, I did not believe that Nancy
 9            O'Loughlin was the focus of a criminal allegation.
10            And I told him that I thought that it was BS that
11            you would put her name, and isn't it interesting,
12            only her name in the newspaper article and then
13            make reference to her as being my sister solely to
14            say to me, you know, to get my name into the
15            article.
16            I told him that I was upset, that I didn't
17            appreciate it.  I said, you know, you have here,
18            you know, high-ranking sources, you know, give me a
19            break.
20            And I said that to him, I said Mac, so what,
21            somebody whispered in Joe Pesaturo, Joe's a good
22            guy, he's the PR guy at the MBTA, and Joe, you
23            know, so I said somebody whispered that to Joe and
24            Joe -- he says it wasn't Joe that told me, he said
```

```
 1            it was Mike Mulhern.  He said I got this
 2            information from Mike Mulhern.
 3                 And I said, you know, then that's just not
 4            true.  Because Mike Mulhern knows, he absolutely
 5            knows that Nancy O'Loughlin is not my sister, so
 6            I'm going to assume he knows the other parts of it,
 7            as well.
 8    Q.      Did Mr. Daniel indicate to you that Mike
 9            Mulhern had told him both that Nancy O'Loughlin was
10            the subject of criminal investigation or
11            proceedings and that she was your sister?
12    A.      Yes.
13    Q.      Did Mr. Daniel confirm for you that the
14            article was intended to be read as identifying
15            Lieutenant Nancy O'Loughlin as one of the, I
16            believe it is four officers who were the subject of
17            criminal investigations?
18    A.      Can you ask me that again?  I'm sorry.
19    Q.      Yes.  Did he actually say to you that it was
20            his intent in writing the article to identify
21            Lieutenant O'Loughlin as one of the officers
22            referenced earlier in the article as being
23            investigated for criminal conduct?
24    A.      I believe so because he was surprised when I
```

|    |    |    |
|----|----|----|
| 1  |    | told him that she was not the subject of a criminal |
| 2  |    | investigation. |
| 3  | Q. | So as you understood what he was telling you |
| 4  |    | on that subject, first he was indeed saying that |
| 5  |    | Nancy O'Loughlin was one of the earlier referenced |
| 6  |    | officers -- |
| 7  | A. | Yes. |
| 8  | Q. | -- who was the subject of investigation for |
| 9  |    | criminal conduct, and secondly, that Mike Mulhern |
| 10 |    | told him that.  Is that right? |
| 11 | A. | Right. |
| 12 | Q. | And then you asked him or you said to him |
| 13 |    | that Mike Mulhern knows better with regard to the |
| 14 |    | issue of Nancy not being your sister? |
| 15 | A. | That's correct. |
| 16 | Q. | Did he respond to that? |
| 17 | A. | His -- Mac's only response to me, because |
| 18 |    | then the conversation was ending, he said, "You |
| 19 |    | know, chief, I should have called you before I put |
| 20 |    | your name in there.  I should have called you. |
| 21 |    | That was an oversight." |
| 22 |    | I told him well, okay.  You know I spoke my |
| 23 |    | piece, he spoke his and that was the end of that. |
| 24 | Q. | Did he indicate to you whether there were |

```
 1            that at some point in the legal proceeding you
 2            referred to earlier involving Captain Martino,
 3            Captain Martino testified that the assignment of a
 4            superior officer to the Detail Unit would be a
 5            punishment assignment?
 6                      MR. EDWARDS:  Objection.
 7                      THE WITNESS:  Yes.
 8                 BY MR. NOTIS:
 9    Q.        And is it your understanding or recollection
10            that in the proceeding you referred to earlier
11            involving Martino, Lieutenant McCarthy testified
12            that the assignment of a superior officer to the
13            Detail Unit would be a punishment assignment?
14                      MR. EDWARDS:  Objection.
15                      MS. LUKEY:  Objection.
16                      THE WITNESS:  Yes.
17                      MR. NOTIS:  Thank you.  Nothing
18            further.
19                 BY MR. EDWARDS:
20    Q.        When you use the word "superior officer",
21            what are we talking about?  What is a superior
22            officer?
23    A.        Generally lieutenants and captain.  Sergeants
24            are generally referred to as supervisors.  Then the
```