# AFFIDAVIT OF NANCY O'LOUGHLIN

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10933-JLT

---

**NANCY O'LOUGHLIN**
*Plaintiff*

v.

**MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY**
and
**JOSEPH CARTER**
and
**MICHAEL MULHERN**
*Defendants*

---

AFFIDAVIT OF NANCY O'LOUGHLIN

---

My name is Nancy O'Loughlin and I am the Plaintiff in this action. I depose and state as follows:

1. Prior to being suspended with pay in March 2004, I had never received any formal discipline while employed with the MBTA Police Department. I received an informal counseling back in approximately 1992, for calling a coworker a "lunkhead." It is my understanding that there is not supposed to be any record of that informal counseling in my personnel file.
2. I submitted a grievance under the collective bargaining agreement I am subject to, with regard to my 2004 demotion to Patrol Officer.
3. In March 2006, I received the decision issued in my arbitration. Among other things, the Arbitrator ruled that I should be reinstated to my position of Lieutenant with full back pay and benefits.
4. I was reinstated to my rank of Lieutenant by the MBTA several days after the arbitration decision was issued.
5. For approximately six weeks after the arbitration decision was issued, I was not paid at the pay rate for a Lieutenant, but rather was still paid at the pay rate for a Patrol Officer.
6. For approximately eight weeks after the arbitration decision was issued, I did not receive any of the back pay I was awarded. After approximately eight weeks, I was awarded a portion of the back pay to which I was entitled.

7. I have still not been paid for portions of the back pay I am entitled to under the arbitration award. In particular, I have not been reimbursed for the loss of the use of a police cruiser while I was demoted (worth approximately $8000.00 to me), and I have not been paid all of the detail work pay I would have earned if I had not been demoted (worth approximately $15,000.00 to me). Also, I have not been allowed to be placed in one of the command positions which I would have bid for and would have received (due to my seniority), which would have paid me more money than I am being paid and would have given me additional job status and satisfaction.
8. I have been placed in a position that is appropriate for a lower level civilian employee of the MBTA, performing low level clerical work which is not appropriate for a Lieutenant to perform. In this position I do not supervise anyone, and my coworkers in the Police Department refer to me as the "Lieutenant in charge of nothing."
9. It is my understanding and belief that Chief Carter is still refusing requests from other police departments and others to allow me to work with them to investigate graffiti crime matters.

Signed under the pains and penalties of perjury, this tenth day of August, 2006.

_____
Nancy O'Loughlin