UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:  04-10933-JLT
_____

NANCY O'LOUGHLIN
Plaintiff

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY, JOSEPH CARTER
And MICHAEL MULHERN
Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE OF OPPOSITION OF PLAINTIFF NANCY O'LOUGHLIN TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS MASSACHUSETTS BAY TRANSPORTATION AUITHORITY AND JOSEPH CARTER

   I, Mitchell J. Notis, hereby certify that a true copy of Plaintiff's Opposition to Motion for Summary Judgment of Defendants Massachusetts Bay Transportation Authority and Joseph Carter was served upon the attorney of record for each party to this action by electronic means using the Court's Electronic Case Filing System, on August 14, 2006.


/s/Mitchell J. Notis

_____
MITCHELL J. NOTIS, BBO# 374360
*Law Office of Mitchell J.Notis*
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700