UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN, )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY, )<br>JOSEPH CARTER, and MICHAEL )<br>MULHERN, )<br>    Defendants. )<br>  ) | C.A. No. 04-10933 JLT |

**JOINT MOTION OF THE PARTIES FOR LEAVE
TO FILE REPLY AND SUR-REPLY BRIEFS**

The parties to the above-entitled action, Defendants Massachusetts Bay Transportation Authority (the "Authority"), Joseph Carter, Michael Mulhern (collectively "defendants") and Plaintiff Nancy O'Loughlin ("O'Loughlin"), jointly move the Court for leave to file brief reply and sur-reply briefs (not exceeding ten pages each) related to the Motions for Summary Judgment and Opposition that are pending before the Court. As reasons for this motion, the parties state:

1. Defendants Authority and Carter together filed a motion for summary judgment. Defendant Mulhern also filed a motion for summary judgment. Plaintiff O'Loughlin filed oppositions to both motions.

2. This case is factually complex. In the motions for summary judgment and oppositions, the parties attempted to clarify and address the real issues in dispute.

3. The parties nonetheless believe that an additional brief reply and corresponding sur-replies will further clarify the issues in dispute and aid the Court in making a decision on the merits of the summary judgment motion.

4. If this motion is granted, the defendants (the Authority and Carter together) and (Mulhern, separately) may each submit a reply brief that is no longer than ten (10) pages. Within fourteen (14) days thereafter, plaintiff will submit a sur-reply brief in response to each reply that is no longer than ten (10) pages.

5. This motion is in the interests of justice.

WHEREFORE, the parties respectfully request the Court to grant this motion.

Respectfully submitted,

Massachusetts Bay Transportation Authority
and Joseph Carter
By their attorneys,

/s/ Joseph L. Edwards, Jr._____
Walter B. Prince (BBO# 406640)
Joseph L. Edwards, Jr. (BBO# 564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000

Nancy O'Loughlin
By her attorney

/s/ Mitchell J. Notis_____
Mitchell J. Notis (BBO# 374360)
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700

Michael Mulhern
By his attorneys,

/s/ Gregory Reiser_____
Joan Lukey (BBO# 307340)
Gregory Reiser (BBO# 662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000