UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>    Defendants. | C.A. No. 04-10933 JLT |

## EXHIBIT LIST FOR THE MOTION OF STRIKE OF DEFENDANTS MASSACHUSETTS BAY TRANSPORTATION AUTHORITY AND JOSEPH CARTER

Exhibit 1     William Fleming Deposition Excerpts, Volume I

Exhibit II    William Fleming Deposition Excerpts, Volume II

Exhibit III   William Fleming Deposition Excerpts, Volume III

Exhibit IV    Thomas O'Loughlin ("TOL") Deposition Excerpts