# EXHIBIT 1

```
                                      1
 1                    Volume:  1
                      Pages:   1-191
 2                    Exhibits: 1-13
 3            UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
 4                C.A. No. 04-10933 JLT
 5      * * * * * * * * * * * * * * *
 6   NANCY O'LOUGHLIN,
 7            Plaintiff,
 8   vs.
 9   MASSACHUSETTS BAY TRANSPORTATION
10   AUTHORITY, JOSEPH CARTER, and
11   MICHAEL MULHERN,
12            Defendants.
13      * * * * * * * * * * * * * * *
14        DEPOSITION of WILLIAM FLEMING, a
15   witness called by counsel for the Defendants
16   MBTA and Joseph Carter, taken pursuant to Rule
17   30 of the Massachusetts Rules of Civil
18   Procedure before Alene M. Jennette, Certified
19   Shorthand Reporter and Notary Public in and for
20   the Commonwealth of Massachusetts, at the
21   offices of Prince, Lobel, Glovsky & Tye, LLP,
22   585 Commercial Street, Boston, Massachusetts
23   on Friday, December 16, 2005, commencing at
24   11:00 a.m.
```

```
                                      2
 1   APPEARANCES:
 2   BY MITCHELL J. NOTIS, ESQ.
 3   370 Washington Street
 4   Brookline, Massachusetts 02445
 5     On Behalf of the Plaintiff
 6
 7   PRINCE, LOBEL, GLOVSKY & TYE, LLP
 8   By Joseph L. Edwards, Esq.
 9   585 Commercial Street
10   Boston, Massachusetts 02109
11     On Behalf of the Defendants MBTA
12     and Joseph Carter
13
14   WILLIAM CUTLER PICKERING
15   HALE and DORR, LLP
16   By Gregory M. Reiser, Esq.
17   60 State Street
18   Boston, Massachusetts 02109
19     On Behalf of the Defendant Michael Mulhern
20
21   ALSO PRESENT:
22   Ms. Mary Katherine Heller, Law Clerk
23   Prince, Lobel, Glovsky & Tye, LLP
24
```

Shea Court Rep
(617)22

```
                                                        56
1    would, you know, who ride the T, would say, Why
2    don't you address, you know, bigger problems?
3    You know, you got kids getting stabbed and
4    you're arresting my kid for not paying his fair
5    or trespassing? That type of thing.
6         Q. Did you think any of those complaints
7    that came from different quarters, internally,
8    externally, from parents, from the media, did
9    you think they were legitimate?
10        A. Yes.
11        Q. Let me back up. How did Nancy
12   O'Loughlin come to command the anti-crime unit?
13        A. I believe it was -- it could have
14   been -- I recommended her. I don't know if
15   anybody else did.
16        Q. Do you know of anybody that thought
17   she should not have the position?
18        A. No. Well, I'm sure that any
19   position, that there's people who say she
20   shouldn't have the position. But as I said, I
21   looked at this as the inauguration of a vandal
22   type of squad. And she was the best at it.
23        And she was also -- you know, and
24   it's not easy to be a female in policing. And
```

1  she was a more than qualified female who had
2  done her time, you know, suffered some pretty
3  bad beatings over the years, too, for her
4  fearlessness. And she was -- the one thing
5  that everybody will agree there is that she was
6  a hard worker.
7      Q. What do you mean, it's not easy being
8  a female --
9      A. It's never been easy to be a female
10 in policing.
11     Q. Why not?
12     A. Well, it's a male dominated -- I'll
13 flip the argument. When I got out of school, I
14 was a social worker, which was a female
15 dominated thing. And they just looked at me
16 differently being a male. It's just a male
17 dominated thing. And certain officers resent
18 female officers for getting positions, getting
19 certain positions.
20     Q. Who resented Nancy O'Loughlin for
21 getting certain positions?
22     A. I -- there were officers -- I don't
23 have specific names. I don't...
24     Q. Let's try to think of specific names.