# EXHIBIT 2

```
                                              191
 1                          Volume: 2
                            Pages: 191-366
 2                          Exhibits: 14-20

 3              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 4                  C.A. No. 04-10933 JLT

 5      * * * * * * * * * * * * * * * *

 6      NANCY O'LOUGHLIN,

 7                Plaintiff,

 8      vs.

 9      MASSACHUSETTS BAY TRANSPORTATION

10      AUTHORITY, JOSEPH CARTER, and

11      MICHAEL MULHERN,

12                Defendants.

13      * * * * * * * * * * * * * * * *

14              CONTINUED DEPOSITION of WILLIAM

15      FLEMING, a witness called by counsel for the

16      Defendants MBTA and Joseph Carter, taken

17      pursuant to Rule 30 of the Massachusetts Rules

18      of Civil Procedure before Alene M. Jennette,

19      Certified Shorthand Reporter and Notary Public

20      in and for the Commonwealth of Massachusetts,

21      at the offices of Prince, Lobel, Glovsky & Tye,

22      LLP, 585 Commercial Street, Boston,

23      Massachusetts on Wednesday, December 28, 2005,

24      commencing at 10:00 a.m.
```

```
                                              192
 1      APPEARANCES:

 2      BY MITCHELL J. NOTIS, ESQ.

 3      370 Washington Street

 4      Brookline, Massachusetts 02445

 5         On Behalf of the Plaintiff

 6

 7      PRINCE, LOBEL, GLOVSKY & TYE, LLP

 8      By Joseph L. Edwards, Esq.

 9      585 Commercial Street

10      Boston, Massachusetts 02109

11         On Behalf of the Defendants MBTA

12         and Joseph Carter

13

14      WILLIAM CUTLER PICKERING

15      HALE and DORR, LLP

16      By Gregory M. Reiser, Esq.

17      60 State Street

18      Boston, Massachusetts 02109

19         On Behalf of the Defendant Michael Mulhern

20

21
22

23
24
```

Shea Court Rep
(617)22

254

1   ago, Joe.
2       Q. Okay. Do you recall whether he said,
3   I know it's a punishment assignment, and it's
4   my intention to punish John Martino?
5       A. No, no.
6       Q. Do you recall whether he said, I need
7   a body in that position?
8       A. No.
9       Q. Well, let me ask you. Do you just
10  not recall, or he didn't say that?
11      A. I don't recall.
12      Q. And the same about -- do you not
13  recall him saying, I intend to punish John
14  Martino, or you just don't remember?
15      A. I don't think -- I never heard Chief
16  O'Loughlin say, I intend to punish anybody.
17      Q. Okay.
18          (Exhibit No. 17 marked for
19           identification.)
20      Q. You were just handed a document Bates
21  stamped M533, dated June 8, 1995; is that
22  correct?
23      A. Yes.
24      Q. And the subject is, Command Staff

```
                                                    258
 1        A. Correct.
 2        Q. And he put John Martino into the
 3   position?
 4        A. Correct.
 5        Q. For what was John Martino being
 6   punished, in your opinion?
 7        A. I don't think that Chief O'Loughlin
 8   liked John Martino.
 9        Q. He told you that?
10        A. No. I said I don't think. He never
11   specifically said, come up and said, I don't
12   like John Martino. He actually said that John
13   Martino was very competent.
14        Q. But is it your testimony that Tom
15   O'Loughlin intended to punish John Martino by
16   putting him into that position?
17        A. Yes.
18        Q. And that he thought Martino was
19   competent?
20        A. He told me that John Martino was
21   competent, but placing him on the detail unit
22   was punishing. He never came out and said, I'm
23   punishing John Martino by putting him in
24   detail. That was the perception of everybody
```

Reporting Services                    Page 255 to Page 258
7)227-3097

1  in the Department.
2      Q. Okay. People you spoke with?
3      A. From patrolman on up.
4      Q. What made this a powerful position?
5      A. You were assigned overtime. Dave
6  LeRay said to me once that they -- They're
7  punishing me by putting me in here.
8      Q. Does the detail unit keep track of
9  payments to the MBTA for details? Does that go
10 through the detail office?
11     A. The detail office is an outside
12 agency. If Boston Police, for example, did a
13 detail, if the officer submitted his slip, it
14 would sometimes go through the detail office,
15 and you'd check to see if he performed those
16 duties. And then you'd just okay it and send
17 it on to the Payroll Department.
18     Q. Okay. Now, at some point, you had to
19 fill a position of detail officer; is that
20 correct?
21     A. Correct.
22     Q. And you put a sergeant into the
23 position?
24     A. Yes.

1  advancement?
2     A. I think at the time he felt it did,
3  yes.
4     Q. But did it really?
5     A. At the time, yes.
6     Q. He's deputy chief now, isn't he?
7     A. Yes, but you're asking me about at
8  the time.
9     Q. No. Does being head of the detail
10 unit inhibit, in your experience, inhibit an
11 officer's opportunity for advancement?
12    A. Under the regime that's in power at
13 the time, yes. Subsequently, if you change the
14 regime, that would depend on the new regime
15 coming in.
16    Q. Is Sergeant Morris's opportunity for
17 advancement inhibited because you put him in
18 the detail unit?
19    A. No.
20    Q. Why?
21    A. Because I didn't have it as a
22 punishment assignment for his position.
23    Q. But I thought -- I thought you said
24 it was a punishment assignment.

1     MR. NOTIS: Objection. You're
2  misconstruing his testimony.
3     MR. EDWARDS: Well, I'll let him
4  explain.
5     A. It was not a punishment assignment
6  for Sergeant Morris. He volunteered and wanted
7  to do that.
8     Q. And for an officer who doesn't want
9  it and is placed in that position under John
10 O'Donovan and Tom O'Loughlin, it's a punishment
11 position; that's your testimony?
12    A. Yes.
13    Q. The last sentence in Paragraph 15
14 we've talked about. Well, let's look at the
15 first paragraph. It's well-known in the MBTA
16 Police Department that the position of head of
17 the detail unit is a punishment position for
18 anyone above the rank of sergeant. Is that a
19 true statement?
20    A. It's perceived to be a punishment
21 assignment, yes.
22    Q. For anyone above the rank of
23 sergeant, correct?
24    A. I would imagine, too, if it was a

267

1 sergeant who was being punished, if the chief
2 wanted to punish a sergeant by putting him in
3 the detail unit, it would be a punishment for
4 him.
5     Q. The last sentence, The job is not
6 appropriate for a lieutenant or captain to
7 fill. Do you agree with that statement?
8     A. No. If a lieutenant or a captain had
9 volunteered to go into details or a lieutenant,
10 say a lieutenant did, then I would have put
11 them.
12    Q. Okay. You were deputy when Chief
13 Carter assigned Nancy O'Loughlin to the detail
14 unit; is that correct?
15    A. Yes.
16    Q. Chief Carter did not come up in the
17 MBTA Police Department environment, as far as
18 you know, did he?
19    A. No.
20    Q. He came from an outside police
21 department?
22    A. Yes.
23    Q. From what police department did he
24 come?

268

1     A. Oaks Bluff.
2     Q. And prior to that?
3     A. Boston Police.
4     Q. Did he ever say to you or give you
5 any reason to believe that he intended to
6 punish Nancy O'Loughlin by putting her in the
7 detail unit?
8     A. No.
9     Q. Do you have any reason to believe
10 that he intended to punish her by putting her
11 in the detail unit?
12    A. I remember telling the chief that
13 John Martino -- I felt that John Martino was
14 punished by being put in the details office,
15 and that's why I had to explain all the moves I
16 did and explained to the general manager and
17 the chief that that's why I took him out.
18    Q. I'm sorry. You said something about
19 the rules?
20    A. No.
21    Q. Say it again, please?
22    A. You asked me the question. I said I
23 explained to the chief and I also explained to
24 the general manager that John Martino was

Shea Court Rep
(617)22

### 273

1  viewed as a punishment position so you took
2  Martino out of it?
3       A. Yes.
4       Q. And how did he respond?
5       A. He -- I think we just went on to
6  another subject. It wasn't -- he didn't
7  respond. I don't remember.
8       Q. Were you upset that Chief Carter took
9  Joseph Leuchte and Nancy O'Loughlin out of the
10 detective unit without speaking with you about
11 it?
12      A. I'll just say I was stunned at the
13 timing.
14      Q. I'm sorry?
15      A. I was stunned at the timing.
16      Q. Why were you stunned at the timing?
17      A. Because the -- I can't discuss it,
18 but the following day was the raid on the money
19 room.
20      Q. Okay.
21      A. And also if you go back to the
22 previous Thursday, there was an incident
23 involving Gillespie and Nancy O'Loughlin where
24 they had a show-down over an incident in

### 272

1  unit as a place to put incompetent people?
2       A. No.
3       Q. On what occasion did you discuss the
4  move of Martino -- or did you discuss the move
5  of Martino with Chief Carter, or was it just in
6  this memo you alluded to?
7       A. It was -- it was -- we discussed it.
8  It was after we got here. This was all done
9  when I was there.
10      Q. But I understood you to say that you
11 discussed Martino's move with Chief Carter.
12      A. Yes.
13      Q. When was that?
14      A. I don't recall it. I don't recall
15 the exact date.
16      Q. And in what context did that
17 conversation take place?
18      A. I don't recall.
19      Q. But you don't recall whether it was
20 related to all of the moves that you made?
21      A. I think it was related to all the
22 moves, but I just can't -- you know, the exact
23 time and date, I don't have.
24      Q. You told Chief Carter that this was

```
                                              276
1       A. Yes.
2       Q. What did she say?
3       A. I think she just sat there. I don't
4   remember.
5       Q. Okay. And then she left?
6       A. Yes.
7       Q. And did you discuss the move with
8   Chief Carter?
9       A. The chief only said one thing, and
10  that was it.
11      Q. I'm sorry?
12      A. He only said one thing, and that was
13  it.
14      Q. What was the one thing?
15      A. He just said, Look at the way she
16  dresses.
17      Q. Okay. How was she dressed?
18      A. I don't recall.
19      Q. Did you notice anything unusual about
20  her dress at all?
21      A. No.
22      Q. Then Joseph Leuchte came in, or maybe
23  he came in first. What did the chief say to
24  him?
```

Shea Court Repo
(617)227