# EXHIBIT 4

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * *

NANCY O'LOUGHLIN                *

      Plaintiff,            *

- vs. -                          *          C.A. 04-10933-JLT

                                     *

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY and     *
and JOSEPH CARTER
and MICHAEL MULHERN              *

      Defendants.           *

* * * * * * * * * * * * * * *


     DEPOSITION of THOMAS J. O'LOUGHLIN, a witness called by and on behalf of the Defendant, in accordance with the provisions of the rules of the Massachusetts Rules of Civil Procedure, before Michael C. Janey, a Notary Public in and for the Commonwealth of Massachusetts, at the offices of PRINCE, LOBEL, GLOVSKY & TYE, LLP, 585 Commercial Street, Boston, Massachusetts, 02109 on Tuesday, December 20, 2005, commencing at 10:15 a.m.


JANEY ASSOCIATES

P. O. Box 365355
Boston, MA 02136-0003
(617) 364-5555
Fax (617) 364-5550

A.      Correct.

Q.      By being placed into the Detail Unit?

A.      Correct.

Q.      And, obviously, you don't see it that way, correct?

A.      No.  I didn't see it that way then and I don't see it that way today.  And I don't manage it.  Somebody has to manage the unit.  It's that simple.

Q.      Now the very first exhibit we had today, is that the -- that's Exhibit 1 I just handed you.

A.      Yes.

Q.      That shows the assignment of Captain Martino to the Detail Unit?

A.      That's correct.

Q.      And it also shows a reassignment of Lieutenant LeRay out of the Detail Unit?

A.      Into the Training Unit, yes.

Q.      So just to make it clear, lieutenants have held that position in the past?

A.      Yes.  Lieutenant LeRay did and then Captain Martino.  This was at a time when we were just opening the MBTA Police Academy.  We were expanding the academy to train officers.  So we dedicated a

past and in other cause of action, and what I've said to you today is what I said then, that somebody has to manage it.

In fact, when I arrived at the MBTA Police -- well for the longest time as that department built up in size, there was a sergeant that managed that unit. When I arrived at the MBTA Police, it was a lieutenant. It was Lieutenant David LeRay.

Q. Okay. What cause of action did you just allude to?

A. It was in the matter of <u>John Martino versus the MBTA</u>, which was a case that went to trial in the U.S. District Court.

Q. And what was -- how did that case relate to the Detail Unit?

A. I had assigned John Martino to the Detail Unit and my recollection is one of the allegations was he felt that was retaliatory because he was a witness in matters, MCAD matters related to another employee.

Q. Okay. And he alleged that he was being punished by you?

A. Correct.

Q. Retaliated against?