UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>    Defendants. | )<br>)<br>)<br>)  C.A. No. 04-10933 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Joseph L. Edwards, Jr., hereby certify that I served a Motion to Strike of Defendants Massachusetts Bay Transportation Authority and Joseph Carter on all counsel of record by filing the same via the ECF system on October 2, 2006 and that I served the Exhibits via the ECF system on October 3, 2006.


/s/ Joseph L. Edwards, Jr._____