UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
NANCY O'LOUGHLIN,              )
                                           )
                 Plaintiff     )
                                           )
v.                                        )
                                         )     C.A. No. 04-10933 JLT
MASSACHUSETTS BAY          )
TRANSPORTATION AUTHORITY )
and                                     )
JOSEPH CARTER                  )
and                                     )
MICHAEL MULHERN,           )
                                         )
                 Defendants  )
_____)

**DEFENDANT MICHAEL MULHERN'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 56.1**

     Defendant Michael Mulhern ("Mulhern") joins in the Motion of Defendants Massachusetts Bay Transportation Authority and Joseph Carter to Strike Portions of Plaintiff's Statement ("Plaintiff's Statement") Pursuant to Local Rule 56.1 ("Defendants' Motion to Strike"). More specifically, Mulhern requests that the Court strike, for the reasons stated in Defendants' Motion to Strike, the following portions of Plaintiff's Statement: (1) the second sentence of Paragraph 38; and (2) Paragraph 44 in its entirety. As further grounds in support of striking the latter portion of Plaintiff's Statement, Mulhern states that Thomas J. O'Loughlin's deposition testimony that *Boston Globe* reporter Mac Daniel told Mr. O'Loughlin that Mulhern had told Mr. Daniel that Plaintiff could face criminal charges is hearsay testimony that is inadmissible and cannot be considered on Summary Judgment. Rodriguez v. Boehringer Ingelheim Pharmaceuticals, Inc., 425 F.3d 67, 76 (1st Cir. 2005) ("Hearsay evidence is not admissible at trial or for summary judgment purposes …") (citations omitted). Accordingly,

- 2 -

Mulhern joins in Defendants' Motion and respectfully requests that the Court strike the portions of Plaintiff's Statement referenced above.

                                  MICHAEL MULHERN

                                  By his attorneys,

                                  /s/ Gregory M. Reiser
                                  Joan A. Lukey (BBO #307340)
                                  Gregory M. Reiser (BBO #662284)
                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                  60 State Street
                                  Boston, MA  02109
                                  Telephone:  (617) 526-6000
                                  Facsimile:  (617) 526-5000

Dated:  October 5, 2006

- 3 -

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

      I hereby certify that on October 5, 2006, I contacted Mitchell J. Notis, Esq., counsel for the plaintiff, in an attempt to, in good faith, narrow or resolve the issues raised by the instant motion and that I advised Mr. Notis of the probability that Mr. Mulhern would file the instant motion.

      /s/ Gregory M. Reiser
      Gregory M. Reiser

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2006, I caused a true and accurate copy of the above document to be served via the Court's electronic docketing system upon Mitchell J. Notis, Esq., Law Office Of Mitchell J. Notis, 370 Washington Street, Brookline, MA 02446.

      /s/ Gregory M. Reiser
      Gregory M. Reiser

US1DOCS 5865463v1