# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

C.A. No. 04-10933-JLT

---

### NANCY O'LOUGHLIN
*Plaintiff*

v.

### MASSACHUSETTS BAY
### TRANSPORTATION AUTHORITY
### and
### JOSEPH CARTER
### and
### MICHAEL MULHERN
*Defendants*

---

### OPPOSITION OF PLAINTIFF NANCY O'LOUGHLIN
### TO DEFENDANT MICHAEL MULHERN'S
### MOTION TO STRIKE PORTIONS OF PLAINTIFF'S
### STATEMENT PURSUANT TO LOCAL RULE 56.1

Plaintiff Nancy O'Loughlin, hereby opposes the Motion to Strike Portions of Plaintiff's Statement Pursuant to Local Rule 56.1, which was filed in this action by Defendant Michael Mulhern.

The Motion filed by Defendant Mulhern asks the Court to strike portions of paragraph 38 of Plaintiff's Rule 56.1 Statement, and paragraph 44 of Plaintiff's Rule 56.1 Statement. Other than stating that the testimony at issue is hearsay that is inadmissible, as grounds for the Motion Defendant Mulhern states that he joins in the Motion of Defendants MBTA and Carter to strike those paragraphs of the Rule 56.1 Statement.

Accordingly, Defendant Mulhern's Motion to Strike paragraphs 38 and 44 is opposed for the same reasons that the striking of those particular paragraph is opposed by Plaintiff in her Opposition to the Motion to Strike of Defendants MBTA and Carter.

**CONCLUSION**

For all the foregoing reasons, it is respectfully requested that the Motion to Strike of Defendant Michael Mulhern be denied.


                                        Respectfully submitted,
                                        NANCY O'LOUGHLIN
                                        By her attorney


                                         /s/Mitchell J. Notis
                                        _____
                                        MITCHELL J. NOTIS, BBO# 374360
                                        *Law Office of Mitchell J. Notis*
                                        370 Washington Street
                                        Brookline, MA 02445
                                        Tel: 617-566-2700


DATED:  October 15, 2006



**CERTIFICATE OF SERVICE**

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 15th day of October, 2006.


                                        /s/Mitchell J. Notis
                                        _____
                                        MITCHELL J. NOTIS, BBO# 374360
                                        Law Office of Mitchell J. Notis
                                        370 Washington Street
                                        Brookline, MA 02445
                                        Tel: 617-566-2700