**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10933-JLT

---

**NANCY O'LOUGHLIN**
*Plaintiff*

v.

**MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY**
and
**JOSEPH CARTER**
and
**MICHAEL MULHERN**
*Defendants*

---

**RESPONSE OF PLAINTIFF NANCY O'LOUGHLIN TO REPLY BRIEF
OF DEFENDANT MICHAEL MULHERN**


Plaintiff Nancy O'Loughlin hereby files this Response to the Reply Brief filed by Defendant Michael Mulhern to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. This Response is filed pursuant to this Court's Order of October 5, 2006 allowing the parties to file Reply and Response Briefs in relation to the Motion for Summary Judgment pending before the Court

It is Plaintiff's position that all of the arguments set forth in Defendant Mulhern's Reply Brief are adequately addressed in the prior briefs filed by Plaintiff in this action, namely, Plaintiff's Opposition to Motion for Summary Judgment, and Opposition to Motion to Strike, both of which are incorporated by reference herein.

For all of the reasons stated in Plaintiff's Opposition to Motion for Summary Judgment, and Opposition to Motion to Strike, it is respectfully requested that the Motion for Summary Judgment filed in this action by Defendant Mulhern be denied.

Respectfully submitted,
NANCY O'LOUGHLIN
By her attorney,

/s/Mitchell J. Notis
_____
MITCHELL J. NOTIS, BBO# 374360
*Law Office of Mitchell J. Notis*
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700

CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 26th day of October, 2006.

/s/Mitchell J. Notis
_____
MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700