UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 04-10933 JLT |
| ) | |
| MASSACHUSETTS BAY ) | |
| TRANSPORTATION AUTHORITY, ) | |
| JOSEPH CARTER AND MICHAEL MULHERN ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ASSENTED-TO MOTION OF DEFENDANT MICHAEL MULHERN
TO MOVE PRE-TRIAL CONFERENCE TO THE WEEK OF FEBRUARY 19, 2007**

The defendant Michael Mulhern, by his counsel and with the assent of all parties, respectfully moves to reschedule the Pre-Trial Conference in this matter from its present date of January 11, 2007, to any time convenient to the court during the week of February 19, 2007. As grounds for this motion, the defendant Mulhern says the following:

1. His undersigned counsel commences a jury trial, anticipated to last three weeks, with empanelment on Friday, January 5, and evidence commencing on January 8, 2007. The Middlesex case, Anderson v. Cardone, has been scheduled pursuant to the "firm and fair trial date" program in that county and has been confirmed as the first trial in its session in 2007.

2. Plaintiff's counsel is scheduled to commence a trial of uncertain duration on January 29.

3. Defendant Mulhern's counsel is scheduled to commence a five to eight day trial in Norfolk County on February 5.

4.  The week of February 19 is, therefore, the first week that all trial counsel are available for the pre-trial conference in the captioned case.

5.  No party will be prejudiced by this delay.

The parties request leave to file the Joint Memorandum one week before the scheduled conference date.

                                                MICHAEL MULHERN

                                                By his attorneys,

                                                /s/ Joan A. Lukey
                                                Joan A. Lukey (BBO# 307340)
                                                Gregory M. Reiser (BBO #662284)
                                                WILMER CUTLER PICKERING HALE
                                                 AND DORR LLP
                                                60 State Street
                                                Boston, MA 02109
                                                (617) 526-6000

ASSENTED TO:

/s/ Mitchell Jay Notis
Mitchell Jay Notis, Esq.
Attorney for Nancy O'Loughlin
Law Office Of Michell Jay Notis
370 Washington Street
Brookline, MA  02446


/s/ Joseph L. Edwards
Joseph L. Edwards, Esq.
Attorney for Joseph Carter and MBTA
Prince Lobel Glovsky & Tye
100 Cambridge Street
Boston, MA 02114

Dated:  December 20, 2006