UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MASSACHUSETTS BAY  )<br>TRANSPORTATION AUTHORITY,  )<br>JOSEPH CARTER, and MICHAEL  )<br>MULHERN,  )<br>      Defendants.  )<br>  ) | C.A. No. 04-10933 JLT |

**REVISED JOINT REQUEST OF THE PARTIES FOR AN
ORDER OF REFERENCE TO ADR AND AN ORDER
TEMPORARILY STAYING THE PRETRIAL CONFERENCE**

Plaintiff Nancy O'Loughlin ("O'Loughlin") and Defendants Massachusetts Bay Transportation Authority (the "Authority"), Joseph Carter, and Michael Mulhern hereby request the Court to refer this case to the Mediation Department for ADR. The parties have previously discussed the possibility of resolving this case short of trial and believe that a formal mediation may result in a settlement.

The parties respectfully request that this matter be referred for mediation to Magistrate Judge Robert B. Collings, or if he is not available, to Magistrate Judge Judith G. Dein. Counsel for the parties have reviewed their trial and work schedules and propose dates of February 27 or March 2, 26, 27, or 30 for the mediation. In the event the mediation cannot be scheduled for one of these dates, the parties will submit additional dates that are acceptable to the mediator.

In the interests of preserving judicial resources and minimizing the risk of the parties incurring unnecessary legal fees and costs, the parties respectfully request the Court to stay its orders regarding the pretrial conference (currently scheduled for

February 28) and the associated pretrial memorandum until after the case has been mediated. In the event the case does not settle, the parties will immediately notify the Court and request that the pretrial conference be rescheduled thereafter.

**Wherefore**, the parties respectfully request the Court to issue an Order of Reference to mediation and stay the pretrial conference until after the mediation.

Respectfully submitted,

Massachusetts Bay Transportation Authority
and Joseph Carter
By their attorneys,

/s/ Joseph L. Edwards, Jr._____
Walter B. Prince (BBO# 406640)
Joseph L. Edwards, Jr. (BBO# 564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000

Michael Mulhern
By his attorneys,

/s/ Joan Lukey_____
Joan Lukey (BBO# 307340)
Gregory Reiser (BBO# 662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000

Nancy O'Loughlin
By her attorney,

/s/ Mitchell J. Notis_____
Mitchell J. Notis (BBO# 374360)
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700