UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>   Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>   Defendants. | )<br>)<br>)<br>)  C.A. No. 04-10933 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT REQUEST TO STAY PRETRIAL
CONFERENCE PENDING THE OUTCOME OF MEDIATION**

Plaintiff Nancy O'Loughlin ("O'Loughlin") and Defendants Massachusetts Bay Transportation Authority (the "Authority"), Joseph Carter, and Michael Mulhern jointly request the Court to stay the pretrial conference in the above-captioned case, which is currently scheduled for February 28, 2007, pending the outcome of mediation. In the event the case does not settle, the parties respectfully request the Court to reschedule the pretrial conference on a day between April 12-20. As reasons for this motion, the parties state:

  1.  They are pursuing a settlement of this case, and to that end, have been scheduled for mediation before Magistrate Judge Collings on March 2, 2007;

  2.  In the event the case settles, the pretrial conference will become moot;

  3.  They would like to avoid expending time and financial resources preparing a pretrial memo and attending a pretrial conference that may not be necessary;

  4.  Granting this motion will be in the interest of preserving judicial resources.

    5.        Their attorneys have consulted their trial and personal schedules. In the event the case does not settle, the parties request the Court to schedule the pretrial conference on a day between April 12-20.

**Wherefore**, the parties respectfully request the Court to stay the pretrial conference pending the outcome of the scheduled mediation.

Respectfully submitted,

Massachusetts Bay Transportation Authority
and Joseph Carter
By their attorneys,

/s/ Joseph L. Edwards, Jr._____
Walter B. Prince (BBO# 406640)
Joseph L. Edwards, Jr. (BBO# 564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000

Michael Mulhern
By his attorneys,

/s/ Joan Lukey_____
Joan Lukey (BBO# 307340)
Gregory Reiser (BBO# 662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000

Nancy O'Loughlin
By her attorney,

/s/ Mitchell J. Notis_____
Mitchell J. Notis (BBO# 374360)
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700