# United States District Court
# District of Massachusetts

NANCY O'LOUGHLIN,
    Plaintiff,

v.   CIVIL ACTION NO. 2004-10933-JLT

MASSACHUSETTS BAY TRANSPORTATION
    AUTHORITY,
JOSEPH CARTER,
MICHAEL MULHERN,
    Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On March 2, 2007, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL     \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiff and plaintiff's counsel were present; defendants' counsel were present. The representative of the defendant MBTA was present.

[ X ]    The case DID NOT SETTLE. Further attempts to settle the case at this time are not likely to be productive. I RECOMMEND that the case be set for JURY TRIAL at the Court's earliest convenience.

<u>March 12, 2007</u>                *Robert B. Collings*
DATE                                            ROBERT B. COLLINGS
                                                            United States Magistrate Judge

Copy to:    Judge Tauro
                 Rebecca Tyler, Esquire,
                 All counsel