**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NANCY O'LOUGHLIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 04-10933 JLT |
| ) | |
| MASSACHUSETTS BAY ) | |
| TRANSPORTATION AUTHORITY, ) | |
| JOSEPH CARTER AND MICHAEL MULHERN ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ASSENTED-TO MOTION OF COUNSEL FOR DEFENDANT MICHAEL MULHERN TO SUSPEND TRIAL FOR ONE DAY, ON MAY 16, 2007**

The undersigned counsel for the defendant Michael Mulhern respectfully requests that the trial of this case be suspended for one day, i.e., on Wednesday, May 16, if the matter has not already been submitted to the jury by that date. As grounds for this motion, counsel says that she is the keynote speaker at the Spring Symposium of the Law Society of Upper Canada commencing at 11:20 a.m. on May 16. The program has already been announced (see Exhibit A hereto) and reservations accepted; and a cancellation at this date would be very difficult for the Law Society and professionally awkward for counsel. Attendance is anticipated to be in excess of 250 members of the Canadian Bar.

Because the trial is scheduled to commence on May 7, the date at issue (May 16) would likely be in the midst of the defendants' case, or would be the day of Closing Arguments. If the matter has already been submitted to the jury by the close of the trial day on May 15, counsel is content to have her junior colleague and other defense counsel present in her stead during deliberations, and no suspension is requested.

Counsel for all other parties have assented to this motion, and no party will be prejudiced by this one-day suspension, should the suspension become necessary.

MICHAEL MULHERN

By his attorneys,

/s/ Joan A. Lukey
Joan A. Lukey (BBO# 307340)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

ASSENTED TO BY PLAINTIFF:


/s/ Mitchell J. Notis
Mitchell Jay Notis, Esq.
Attorney for Nancy O'Loughlin
Law Office Of Mitchell Jay Notis
370 Washington Street
Brookline, MA  02445


ASSENTED TO BY THE DEFENDANTS, MBTA
 AND JOSEPH CARTER


/s/ Joseph L. Edwards
Walter B. Prince, Esq.
Joseph L. Edwards, Esq.
Attorneys for Joseph Carter and MBTA
Prince Lobel Glovsky & Tye
100 Cambridge Street
Boston, MA 02114


Dated:  March 21, 2007