EXHIBIT A

The American College of Trial Lawyers and The Advocates' Society invite you to join them for the premier annual continuing legal education and networking event for civil litigators.

 

Spring Symposium 2007

# Doing Justice to Your Case: Excellence in Advocacy

**Featuring Special Keynote Presenter**

Joan A. Lukey, **_WilmerHale_** (Boston)

**PROGRAM CHAIRS:**
Michael E. Barrack, *McCarthy Tétrault LLP*
Neil Finkelstein, *Blake, Cassels & Graydon LLP*
Sandra A. Forbes, *Davies Ward Phillips & Vineberg LLP*
Wendy M. Matheson, *Torys LLP*
Paul F. Monahan, *Fasken Martineau DuMoulin LLP*



CARLU

Wednesday, May 16, 2007
The Carlu ♦ College Park
444 Yonge Street, 7th Floor ♦ Toronto
9:00 a.m. to 3:45 p.m.



Carlu logo and design © 2004 The Carlu. Used with permission.

 

# Spring Symposium 2007
# Doing Justice to Your Case:
# Excellence in Advocacy
### Wednesday, May 16, 2007

| Time | Session | Speaker |
|---|---|---|
| 8:30 – 9:00 | **REGISTRATION & CONTINENTAL BREAKFAST** | |
| 9:00 – 9:10 | Introductory Remarks | Michael Barrack<br>President, *The Advocates' Society* |
| 9:10 – 9:25 | Reflections on Commercial Arbitration and Mediation | Earl A. Cherniak, Q.C.<br>*Lerners LLP* |
| 9:25 – 9:40 | Ten Tips for Discovery Practice | Robert S. Harrison<br>*Fasken Martineau DuMoulin LLP* |
| 9:40 – 10:20 | Panel: The Latest on Jurisdiction | Kathryn I. Chalmers<br>*Stikeman Elliott LLP*<br><br>Bryan Finlay, Q.C.<br>*WeirFoulds LLP*<br><br>Ronald G. Slaght, Q.C.<br>*Lenczner Slaght Royce Smith Griffin LLP*<br><br>Paul F. Monahan<br>*Fasken Martineau DuMoulin LLP*<br>(moderator) |
| 10:20 – 10:35 | Key Evidence Issues for Trial | J. Bruce Carr-Harris<br>*Borden Ladner Gervais LLP* |
| 10:35 – 10:50 | **NETWORKING BREAK** | |
| 10:50 – 11:05 | Three Things you Need to Know about Settlements | Terrance J. O'Sullivan<br>*Lax O'Sullivan Scott LLP* |
| 11:05 – 11:20 | Criminal Code Provisions Every Civil Litigator Should Know | Marie T. Henein<br>*Henein and Associates* |
| 11:20 – 12:00 | Introduction to Keynote Speaker | Jeffrey S. Leon, LSM<br>*Bennett Jones LLP* |
| | **Keynote Address:**<br>**American College of Trial Lawyers** | **Joan A. Lukey**<br>*WilmerHale* (Boston) |

| | | |
|---|---|---|
| 12:00 – 1:00 | LUNCH *(provided)* | |
| 1:00 – 1:55 | Appellate Advocacy Demonstration | Sheila Block, LSM, *Torys LLP* |
| | | Alfred M. Kwinter<br>*Singer, Kwinter* |
| | | Hon. Justice<br>Stephen T. Goudge<br>*Court of Appeal for Ontario*<br>(presiding) |
| | | Hon. Justice Susan E. Lang<br>*Court of Appeal of Ontario*<br>(presiding) |
| 1:55 – 2:25 | Privilege: Recent Supreme Court of Canada Decisions | |
| | *Celanese v. Demolition*<br>• Disqualification of Counsel and *Anton Piller* Orders | Linda Rothstein, LSM<br>*Palliare Roland Rosenberg Rothstein LLP* |
| | *Blank v. Minister of Justice*<br>• Litigation Privilege | Wendy M. Matheson<br>*Torys LLP* |
| 2:25 – 2:40 | NETWORKING BREAK | |
| 2:40 – 3:20 | Trial Judge's Panel:<br>Do's and Don'ts From the Bench | Hon. Justice Todd Ducharme<br>*Superior Court of Justice* |
| | | Hon. Justice T. David Little<br>*Superior Court of Justice* |
| | | Hon. Regional Senior Justice<br>Lynne C. Leitch<br>*Superior Court of Justice* |
| | | Sandra A. Forbes<br>*Davies Ward Phillips*<br>*& Vineberg LLP*<br>(moderator) |
| 3:20 – 3:35 | Using Access to Information Legislation to Advance Your Case | Kenneth T. Rosenberg<br>*Paliare Roland Rosenberg Rothstein LLP* |
| 3:35 – 3:45 | Closing Remarks | Neil Finkelstein<br>*Blake Cassels & Graydon LLP* |

### Program Chairs

Michael E. Barrack, *McCarthy Tétrault LLP* • Neil Finkelstein, *Blake, Cassels & Graydon LLP*
Sandra A. Forbes, *Davies Ward Phillips & Vineberg LLP* • Wendy M. Matheson, *Torys LLP*
Paul F. Monahan, *Fasken Martineau DuMoulin LLP*




# Doing Justice to Your Case:
## Excellence in Advocacy
### Wednesday, May 16, 2007

## REGISTRATION FORM

**REGISTRATION FEES** (*Includes lunch & materials*)

☐ The Advocates' Society Members     $550.00 (+ 33.00 GST) = $583.00
☐ Non-Members                        $625.00 (+ 37.50 GST) = $662.50
☐ Students & Law Clerks              $250.00 (+ 15.00 GST) = $265.00

**TOTAL = $ _____**

**Early Bird and Group Discounts:** 10% discount (pre-GST) for registrations received by March 5, 2007 and for group registrations of more than 4 people from the same firm. **Discounts are not cumulative i.e. only one discount per registrant.**



*This program has been accredited by the Civil Litigation Specialty Committee of the Law Society of Upper Canada for 6 hours towards the professional development requirement for certification.*

---

### ✓ YES, please register me for the
### May 16, 2007 Spring Symposium

Name: _____ Call Year: _____

Firm: _____

Address: _____

City: _____ Province: _____ P/C _____

Tel: _____ Fax: _____ E-Mail: _____

**PAYMENT:**

☐ Cheque in the amount of $ _____ enclosed payable to The Advocates' Society

☐ Debit my Visa or MC (circle one) for $ _____ Account # _____

Expiry Date: _____ Signature: _____

**Mail to:** The Advocates' Society, 480 University Avenue, Suite 1700, Toronto, ON M5G 1V2 or
**Fax to:** (416) 597-1588 Attn: Jesse Corkery, Senior Program Coordinator Tel: (416) 597-0243 Ext. 106
**Refund Policy:** An administrative fee of $75.00 will be applied to refunds up to March 31, 2007. No refunds will be provided after March 31, 2007. *GST #108070707*