# **ATTACHMENT 2**

# LOU REITER TESTIMONY

### January, 2003

Mark Jarmie/Jason Bowles (P), Albuquerque, *Tanberg v. Sholtis*, D

### February 2003

Andy DeBevoise (D), Orlando, *Cleningden v. County of Brevard, FL*, T

### March 2003

Mary Han/Paul Kennedy (P), Albuquerque, *Louren Oliveros v. County of Bernalillo*, CIV-02-0732 RLP LFG, D
Joe Fine (P), Albuquerque, *L'Esperance v. John Mings*, CIV 02-0258 CJA/DJS, D
Timothy Touhy (P), *Russ v. City of Chicago*, D

### April 2003

Elizabeth Hodgsen (P), Des Monies, IA, *Seibold v. Frisbie*, D
Timothy Wheeler (P), Santa Monica, *Reid v. City of Redlands, CA*, D

### May 2003

Judith Berkan/Peter Berkowitz (P), San Juan, Puerto Rico, *Gonzalez v. Cartenega*, Civil No. 00-2502(HL), D

### June 2003

William Hulsy (P), Santa Ana, *Bailey v. County of Riverside, CA*, EDCV 01-403 VAP(SGLx), D/T
Gary White (P), Columbia, SC, *Huggins v. Lexington County Sheriff's*, 3:02-2361-17, D
Mark Jarmie/Jason Bowles (P), Albuquerque, *Tanberg v. Sholtis*, T
Phil Hohenlohe (P), Helena, MT, *Olsen/Montana Advocacy Program v. City of Bozeman*, Human Rights Commission Hearing, T

### July 2003

Jerry Marconi (P), Chicago, *Saponaro v. City of Bellwood, IL*, No. 98 L 4985, D

### September 2003

David Golub (P), Stamford, CT, *Peters v. Greenwich, CT*, CV 950147192 S, D
Rob Jarchi (P), Santa Monica, *Gousse v. Los Angeles Police Department*, BCS252804, D
David Cerda (P), Chicago, *Duran v. Cicero*, 01 C 6858, D

### October 2003

Tyler Weaver (P), Seattle, *Hickey v. City of Seattle*, C00-1672 R, D
Rob Jarchi (P), Santa Monica, *Gousse v. Los Angeles Police Department*, BCS252804, T

### December 2003

Judith Berkan/Peter Berkowitz (P), San Juan, Puerto Rico, *Gonzalez v. Cartenega*, Civil No. 00-2502(HL), T
David Switalski/Steven Andrews (P), Tallahassee, FL, *Rominger v. Florida Dept. of Law Enforcement*, T
Scott Carr (P), Santa Monica, CA, *Grill v. Los Angeles World Airport Police Department*, D
Michael Meehan (P), Tucson, AZ, *Wertheim v. City of Tucson/Pima County SO*, D

**January 2004**

Teresa Parrish (P), Albuquerque, NM, *Paloni v. City of Albuquerque*, D
Steve Roach (P), Boston, *Ruggerio v. City of Boston*, 00-CV-1232ORCL, D

**March 2004**

Thomas Marszsewski (P), Chicago, *Collins v. City of Chicago*, D
David Golub (P), Stamford, CT, *Peters v. Greenwich, CT*, CV 950147192 S, T

**April 2004**

James Crabtree (P), Lenaxa, KS, *Klein v. State of Kansas*, D
Michael Meehan (P), Tucson, AZ, *Wertheim v. City of Tucson/Pima County SO*, T

**May 2004**

Jon Meyer (P), Manchester, NH, *Recupero v. Town of Deering*, D
Samuel Paz (P), Santa Monica, CA, *Martinez v. California Highway Patrol*, GIN025209, D
Beatrice Brickhouse (D), Albuquerque, NM, *Bain v. City of Albuquerque*, CIV-03-033CWPJKBM, T

**June 2004**

Jaffe/Spinella (P), New Britain, CT, *Andrus/Celetano v. Grasso*, CV 96-0392407-S, T

**July 2004**

Bill Kurnik/Vince Cipolla (D), Des Plaines, IL, *Adams v. Town of Steger, IL*, 01-L-00477, D

**August 2004**

Roman Okrei/Gordon Ring (P), Rockford IL, *DeLuna v. City of Rockford*, D

**September 2004**

Bruce Bogan (D), Orlando, FL, *Ingram v. Daytona Beach*, 2003-31253 CICI, D

**October 2004**

Kathy Barnard (P), Seattle, WA, *SEIU/Marsh v. Redmond*, Arbitration hearing, T
Bradley Marshall (P), Seattle, WA, *Thomas v. Miller*, CV03-0796Z, D
Bradley Marshall (P), Seattle, WA, *Thames v. City of Pensacola, FL*, D

**November 2004**

Jude Basile (P), San Luis Obsipo, CA, *Vestal v. County of San Luis Obsipo*, CV 04-0064 JFW (Shx), D

**December 2004**

Michael Withey (P), Seattle, *Johnson v. City of Seattle*, D

**January 2005**

Edward T. Moore (P), Dallas, TX, *Martinez v. City of Dallas*, 03-1054-C, D

2

**February 2005**

Ed Plato (D), Farmington Hills, MI, *Bobb v. City of Inkster,* 03-70223, D
Kevin Martinez (P), Albuquerque, NM, *DeYapp v. Tracy,* 02-0452 MV/RLP(ACE), D
Cameron Stewart (P), Los Angeles, *Torres v. City of Madera, CA,* CV-F-02-6385 AWI-LJO, D
Paul Spinella (P), Hartford, CT, *Hogsfeld v. Town of Old Saybrook, CT,* 3:01CV1979 (WWE), D
Hebert Santos/Sandra Snaden (P), Hartford, CT, *Florence v. Town of Plainfield, CT,* D

**March 2005**

Truman Chafin (P), Williamson, WV, *Pruitt v. West Virginia State Police,* 03-C-137, D

**April 2005**

Tim Touhy (P), Chicago, *Zagar v. City of Chicago,* 01 L 5176, D
Mel Brooks (P), Chicago, *Goodall v. City of Dolton,* D
David Cerda (P), Chicago, *Brown v. City of Chicago,* D

**May 2005**

Andrew DeBoivse (D), Winter Park, FL, *Porter v. White,* 8:04-CV-367-R-17MSS, D
Keith Tischler/Gayle Swedmark (D), Tallahassee, FL, *Ault v. Putnam Co. S.O.,* 99-1095-CIV-J-219, T

**July 2005**

Stephanie Griffin (D), Albuquerque, *Best v. City of Albuquerque,* CIV 04-0357 BB/WDS, T

**October 2005**

Timothy Warner (D), Panama City, FL, *McCloud v. Anderson,* 04-80984, D
John Culver/Mark Silverstein, Denver (P), *Nash v. City/County of Denver,* 05 CV 4500, T

**November 2005**

Joe Marguiles (P), St. Paul, MN, *Yang v. City of St. Paul,* 03-5306 (PAM/RLE), D

**December 2005**

Larry Sherwin (P), Seattle, _____ *v. Washington State Patrol,* Arbitration T

**January 2006**

Terrence Roberts (P), Riverdale, MD, *Prince Jones v. Prince George's County,* CAL 01-03974, T
Robert Bennett (P), Minneapolis, *Ngo v. Minneapolis Police Department,* 03-3376 (RHK/AJB), D

**February 2006**

Kathy Levy (D), Albuquerque, *Boyer v. Albuquerque,* CIV 03-997 JB/WDS, T
Michael Haddad (P), Oakland, CA, *Wilkins v. City of Oakland,* C01-1402MMC, D

**March 2006**

Christina Norris (P), Louisville, *Hughes v. Louisville Police,* 3:02CV-60-S, D
Thomas Beko/Mary Margaret Madden (D), Reno/Carson City, *Brown v. Edding,* CV-04-0109-LRH-VPC, T

3

**April 2006**

Jerry Marconi (P), Chicago, *Saponaro v. City of Bellwood*, 98 L 4985, T

**May 2006**

Mary Baker (D), Houston, *James v. Harris County Sheriff's Department*, 04TRL0131, D

**June 2006**

Scott Santos/Paul Bross (P), Melbourne, FL, *Kimbrough v. City of Cocoa, FL*, 6:05-CV-471-Orl-31KRS, D
Joel Robbins (P), Phoenix, *Walen v. Vanderpool*, CV05-3036-PHX-EHC, D
Will Smart (P), Seattle, *Howe v. City of Kent and Federal Way*, D

**July 2006**

John Alpizar (P), Palm Bay Fl, *Fournier v. Williams*, 05-2033-CA-046089-XXXX-XX, D
James Floyd (D), Tallahassee, FL, *Reddings v. City of Tallahassee*, 05-CA-002099, D
Josh Alex (P), Seattle, *Tubar v. Clift*, D

**August 2006**

James Sanford (P), Chicago, *Reynolds v. City of Chicago*, D
Dawn McDonald (P), Springfield, MA, *St. Peter/Bogacz v. Town of Agawam*, 04-30054-MAP, D

**September 2006**

Christopher DeLara (P), Albuquerque, *Romero v. City of Gallup*, CIV 05-1240 JP/WDS, D

**October 2006**

James Floyd (D), Tallahassee, FL, *Reddings v. City of Tallahassee*, 05-CA-002099, T
Sally Saltzberg (P), Chicago, *Klipfel/Casali v. City of Chicago*, D
Mary Baker/Frank Sanders (D), Houston, *James v. Harris County Sheriff's Department*, 04TRL0131, D

**November 2006**

Kathy Levy (D), Albuquerque, *Hall v. City of Albuquerque*, Fed. Ct. 04-0873 JH/RLP, T
Cohen/Guerrin (P), Philadelphia, *Buhalo v. City of Philadelphia*, Fed. Ct. 03-CV-4727, D
Mark Thomsen (P), Milwaukee, *Fields v. City of Milwaukee*, Fed. Ct. 03-C-1450, D

**February 2007**

Elliott Weinreb (P), Santa Fe, NM, *Lucero v. Valdez*, CIV-05-0601-JP/WPL, D

**March 2007**

Tim Touhy (P), Chicago, *Zagar v. City of Chicago*, 01 L 5176, T

4