UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br>      Plaintiff, | )<br>)<br>) |
| v. | )    C.A. No. 04-10933 JLT<br>) |
| MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANT JOSEPH CARTER FOR LEAVE
TO APPEAR AT TRIAL ONLY DURING HIS TESTIMONY**

Defendants Massachusetts Bay Transportation Authority ("the Authority") and Joseph Carter ("Carter") (collectively "defendants") respectfully move the Court to excuse Joseph Carter from appearing at the trial of the above-captioned matter until the day he testifies. As reasons for this motion defendant states:

1. The trial is scheduled to begin on May 7, 2007.

2. Joseph Carter is the Chief of the Massachusetts Bay Transportation Authority Police Force. He is also the President of the International Association of Chiefs of Police.

3. Chief Carter is scheduled to be the keynote speaker and a presenter at an International Seminar sponsored by the United States Drug Enforcement Administration in Madrid, Spain, on May 8 through 10. He accepted the commitment prior to the trial being scheduled. See letter from Chief Carter and

letter from the International Association of Chiefs of Police which are appended hereto.  Law enforcement officials from around the world are scheduled to attend the seminar.  Due to an administrative mix-up, Chief Carter only recently became aware of the conflict.

4. In addition, Chief Carter is responsible for managing the day to day operations of the police department.

5. Chief Carter anticipates being available to testify on May 11, 2007.

6. No party will be prejudiced if Chief Carter appears at the trial of this matter only during his testimony.

WHEREFORE, Chief Carter respectfully requests this Court to grant this motion to allow him to appear at trial only during his testimony.

       Respectfully submitted,

       DEFENDANT MASSACHUSETTS BAY
       TRANSPORTATION AUTHORITY AND
       JOSEPH CARTER
       By their attorneys,

       /s/ Joseph L. Edwards, Jr.
       Walter B. Prince, BBO# 406640
       Joseph L. Edwards, Jr., BBO# 564288
       Prince, Lobel, Glovsky & Tye LLP
       100 Cambridge Street, 22nd Floor
       Boston, MA  02109
       (617) 456-8000

Dated:  April 17, 2007