**International Association of Chiefs of Police**

515 North Washington Street
Alexandria, Virginia 22314-2357
Phone: 703/836-6767;1-800/THE IACP
Fax: 703/836-4543
Web: www.theiacp.org

President
Joseph C. Carter
Chief of Police
MBTA Transit Police
Boston, MA

Immediate Past President
Mary Ann Viverette
Chief of Police
Gaithersburg Police Department
Gaithersburg, MD

First Vice President
Ronald C. Ruecker
Superintendent
Oregon State Police
Salem, OR

Second Vice President
Russell B. Laine
Chief of Police
Algonquin Police Department
Algonquin, IL

Third Vice President
Michael J. Carroll
Chief of Police
West Goshen Township Police
West Chester, PA

Fourth Vice President
Mark Marshall
Chief of Police
Smithfield Police Department
Smithfield, VA

Fifth Vice President
Walter McNeil
Chief of Police
Tallahassee Police Department
Tallahassee, FL

Vice President at Large
Susan Riseling
Chief of Police
University of Wisconsin-Madison
Police Department
Madison, WI

Vice President at Large
Craig Steckler
Chief of Police
Fremont Police Department
Fremont, CA

International Vice President
Tom Driessen
Director
National Crime Squad of the
Dutch Police
Driebergen, Netherlands

Vice President-Treasurer
Carl R. Wolf
Chief of Police
Hazelwood Police Department
Hazelwood, MO

General Chair Division of State
Associations of
Chiefs of Police
Yousry A. Zakhary
Director
Woodway Public Safety
Department
Woodway, TX

General Chair Division of State and
Provincial Police
Joseph R. Fuentes
Superintendent
New Jersey State Police
West Trenton, NJ

Parliamentarian
William B. Berger
Chief of Police
Palm Bay Police Department
Palm Bay, FL

Executive Director
Daniel N. Rosenblatt
Alexandria, VA

Deputy Executive Director
Chief of Staff
James W. McMahon
Alexandria, VA

April 13, 2007

Joseph Edwards, Esq.
Prince, Lobel, Glovsky & Tye
Attorneys At Law
100 Cambridge Street
Boston, MA 02114

Dear Mr. Edwards:

Please be advised that I have a scheduling conflict with the pending May 7, 2007 trial date in the matter of O'Loughlin v. MBTA.

I am scheduled to appear in my capacity as President of the International Association of Chiefs of Police as a keynote speaker at IDEC XXV, the twenty-fifth annual International Drug Enforcement Conference. The conference, scheduled for May 8-10, 2005 in Madrid, Spain, is sponsored by the United States Drug Enforcement Administration. My appearance is at the invitation of Karen Tandy, Administrator of the Drug Enforcement Administration. It is the largest international drug enforcement conference in the world. I was scheduled to appear several months prior to the setting of the trial date in this matter, but due to an administrative oversight it was not placed on my daily calendar. It was not until a recent telephone call on April 3, 2007 to plan my travel arrangements that I realized that the conference date and trial dates are in conflict. Consequently, I respectfully request that I be excused from appearing until the time of my testimony so that I can honor my pre-existing commitment to attend IDEC on behalf of the International Association of Chiefs of Police and attend to my day to day duties as Chief of Police after I return. My flight is scheduled to arrive from Madrid on May 10 and I expect to be able to testify on May 11, 2007.

Moreover, further information on the significance of the IDEC conference and my participation, please see the DEA official website at http://www.usdoj.gov/dea/programs/idec.htm as well as the attached letter from Mr. Kevin Whaley, Chief, International Program for the DEA.

Sincerely,

Joseph C. Carter
President



**Celebrating 25 Years of Cooperation!**



Search dea.gov

**Press Room**
News Releases
Speeches & Testimony
Multi-Media Library

**About Us**
Mission
Leadership
History
Organizational Chart
Programs & Operations
Wall of Honor
DEA Museum
Office Locations

**Careers at DEA**

**Drug Information**

**Law Enforcement**
Most Wanted
Major Operations
Threat Assessment
Training Programs
Stats & Facts
Additional Resources

**Drug Prevention**
For Young Adults
Additional Resources

**Diversion Control & Prescription Drugs**
Registration
Cases Against Doctors

**Drug Policy**
Controlled Substances Act
Federal Trafficking Penalties
Drug Scheduling

**Legislative Resources**

**Publications**

**Acquisitions & Contracts**

★ About IDEC
  ★ Organization
  ★ Working Groups
  ★ Past IDEC Sites
  ★ Current Members & Observers
  ★ IDEC XXIV Photos
★ IDEC XXV
  ★ IDEC XXV Synopsis
  ★ Speakers
  ★ Madrid, Spain
  ★ Press Information
★ Contact Us



**International Drug Enforcement Conference (IDEC XXV)**
**May 8-10, 2007 Madrid, Spain**

Antonio Camacho Vizcaino
President, IDEC XXV

Karen P. Tandy
Co-President, IDEC XXV

**About IDEC**

**History**

IDEC was established in 1983 in an effort to bring together high-level drug law enforcement officials from throughout the Western Hemisphere. The principal purpose of the conference is to share drug-related information and to develop a coordinated approach to law enforcement efforts against international drug traffickers. Since its inception, IDEC has grown from a regional to a global forum, with 76 countries in attendance at IDEC XXIV.






## Organization



**Presidency /Co-Presidency:** The President is elected annually and presides over the next conference. The country in which the conference convenes is determined by the President of the conference. The Administrator of DEA is the permanent Co-President of the conference.

**Secretary:** A Secretary for the conference is elected at the beginning of the conference and is responsible for preparing the Conference Report.

**Permanent Secretariat:** DEA, through the Office of International Programs (OI), functions as the permanent Secretariat.

Member Country delegations at each IDEC consist of one or two senior drug law enfo officials who are accompanied by the DEA Country Attaché.

Representatives from drug law enforcement agencies of countries that are not memb IDEC are invited as observers.

## Working Groups



The majority of the IDEC agenda is devoted to working group sessions where senior-level drug law enforcement officials identify common targets based on intelligence and coordinate regional and global attacks on these targets.

At each year's IDEC, participants establish productive working relationships with their counterparts. Participants each year comment that IDEC is the most useful conference on drug-related matters, since it deals with implementation of coordinated and practical strategies. The goal is to destroy the command and control international drug trafficking and money laundering organizations.

## Past IDEC Sites

**IDEC I:** (1983) Panama City, Panama
**IDEC II:** (1984) Brasilia, Brazil
**IDEC III:** (1985) Santiago, Chile
**IDEC IV:** (1986) Buenos Aires, Argentina
**IDEC V:** (1987) Brasilia, Brazil
**IDEC VI:** (1988) Guatemala City, Guatemala
**IDEC VII:** (1989) Miami, Florida
**IDEC VIII:** (1990) Mexico City, Mexico
**IDEC IX:** (1991) Cartagena, Colombia - Control of Chemicals and Money Laundering
**IDEC X:** (1992) Santa Cruz, Bolivia - General Aviation and its Use by Traffickers
**IDEC XI:** (1993) Bariloche, Argentina - Targeting Cocaine
**IDEC XII:** (1994) Quito, Ecuador - Targeting Cocaine Organizations, Building on IDEC
**IDEC XIII:** (1995) Santo Domingo, Dominican Republic - Coordinated Operations Tar; Major Traffickers
**IDEC XIV:** (1996) Mexico City Mexico -Targeting Emerging Drug Trafficking Organiza
**IDEC XV:** (1997) Nassau, The Bahamas -Targeting the Command and Control of Maj DrugTrafficking Organizations
**IDEC XVI:** (1998) San Jose, Costa Rica -Targeting Major Traffickers and their Organi
**IDEC XVII:** (1999) Washington, D.C. USA - Identifying and Attacking Major Trafficking Organizations
**IDEC XVIII:** (2000) Buenos Aires, Argentina - Multi-Regional Investigations and Opera Targeting Major Traffickers
**IDEC XIX:** (2001) Santo Domingo, Dominican Republic – Multi-Regional Investigation Operations Targeting Major Traffickers and Their Organizations
**IDEC XX:** (2002) Santa Cruz, Bolivia – Combating Major International Drug Trafficking Organizations through Global Cooperation and Partnership
**IDEC XXI:** (2003) Panama City, Panama - International Counter Narcotics and Terror
**IDEC XXII:** (2004) Lima, Peru – Combating International Drug Trafficking and Money Laundering
**IDEC XXIII:** (2005) Santiago, Chile - Expanding Global Partnerships to Destroy Drug and Money Laundering Organizations
**IDEC XXIV:** (2006) Montreal, Canada - Targeting Drug Trafficking Money Laundering Diversion of Chemicals on a Global Level

## IDEC XXIV Photos



























## IDEC XXV

### Synopsis

The Twenty-fifth International Drug Enforcement Conference (IDEC XXV) will take pla 10, 2007, in Madrid, Spain. This is the first year that the conference is taking place be Western Hemisphere. The conference will be conducted in English, Spanish, and Rus Attendance is by invitation only.

The President of IDEC XXV is Antonio Camacho Vizcaino, the Secretary of State for the Spanish Minister of Interior. Karen P. Tandy, Administrator of the U.S. Drug Enfor Administration (DEA), is the Co-President.

As with the most recent IDEC agendas, the IDEC XXV agenda will be predominantly regional working group sessions where senior-level drug law enforcement officials ide collectively target international drug trafficking and money laundering organizations a diverters of essential and precursor chemicals. At IDEC XXIV, held in Montreal, Cana working groups set goals, identified available resources, assigned responsibilities, an developed plans to overcome any notable constraints. These working group sessions foundation for the coordinated targeting approach that is currently taking place.

Between the time of IDEC XXIV and IDEC XXV, working group members are expecte significant strides towards accomplishing established goals. Multi-national, coordinate operations will be conducted, and information and intelligence regarding identified tar shared. Discussions on the progress made against these collective targets will be a c of the working group discussions at IDEC XXV, and new targets and strategies will be to be implemented for the next year.

At each IDEC, participants establish and maintain productive working relationships wi counterparts. As drug trafficking organizations transcend national boundaries, strong partnerships and coordinated and practical strategies make this conference paramou cooperation and success on drug-related matters throughout the globe.

### Current Members and Observers
(As of March 2007)

#### Members

| | | |
|---|---|---|
| Afghanistan | El Salvador | Peru |
| Antigua and Barbuda | France | Philippines |
| Argentina | Grenada | Poland |
| Aruba | Guatemala | Russia |
| Australia | Guyana | St. Christopher and Ne |
| Bahamas | Haiti | Saint Lucia |

| | | |
|---|---|---|
| Barbados | Honduras | Saint Vincent |
| Belize | India | Singapore |
| Bolivia | Indonesia | South Africa |
| Brazil | Israel | South Korea |
| Bulgaria | Italy | Spain |
| Canada | Jamaica | Suriname |
| Cayman Islands | Malaysia | Sweden |
| Chile | Mexico | Thailand |
| Colombia | Netherlands | Trinidad & Tobago |
| Costa Rica | New Zealand | Turkey |
| Curacao | Nicaragua | Turks and Caicos |
| Denmark | Nigeria | United Kingdom |
| Dominica | Pakistan | United States |
| Dominican Republic | Panama | Uruguay |
| Ecuador | Paraguay | Venezuela |

### Observers

| | | |
|---|---|---|
| Austria | Ghana | Portugal |
| Belgium | Greece | Romania |
| Bonaire | Hong Kong | Saint Maarten |
| Brunei | Ireland | Saudi Arabia |
| Cambodia | Japan | Switzerland |
| China | Kyrgyzstan | Tajikistan |
| Egypt | Latvia | Ukraine |
| Estonia | Morocco | United Arab Emirates |
| Germany | Norway | Vietnam |

## Speakers

### Presentations

  

**Antonio Maria Costa,** Executive Director, United Nations Office on Drugs and Crime

**Joseph C. Carter,** President of the International Association of Chiefs of Police

**Duane J. Ritter,** Vice Presider International Security and Frau Western Union
**Robert Gray,** Director of Interr Security, Domestic and Foreig Government Initiatives, Wester Union

### Concurrent Sessions

 Follow the Money: A Three Dimensional Attack

 Drug Flow Attack Strategy



- ★ Internet and Drug Trafficking
- ★ Africa's Emergence in Drug Trafficking
- ★ Intelligence is Good...Evidence Co Even Better: Judicial Wiretaps

## Madrid, Spain

 President of IDEC XXV, Spain's Ministry of Interior

Lodging provided by Hotel Auditorium



### In and Around Madrid


Weather


Spanish Tourism


Law Enforcemer AFFNA

## Press Information

Press Release - Coming Soon

Digital Photos or Videos for the media - Coming Soon

Digital Seal (For Television) - Coming Soon

Fact Sheet - Coming Soon

Relevant Statistical information - Coming Soon

## Contact Us

Office of International Programs

Phone: 202-307-1783
Fax: 202-353-7871
idecxxv@yahoo.com