**U. S. Department of Justice**
Drug Enforcement Administration

*www.dea.gov*                                    Washington, D.C. 20537

APR 0 4 2007

Joseph Carter
Chief IACP
515 North Washington Street
Alexandria, Virginia 22314-2357

Dear Chief Carter,

   This letter is a request for your confirmation in attending the International Drug Enforcement Conference (IDEC) XXV scheduled for May 8-10, 2007, in Madrid, Spain. We look forward to your participation at the conference, including your presentation concerning the vital role that international partnerships play in combating drug trafficking.

   We are anticipating that over 350 conference attendees from over 85 countries will convene at this year's IDEC XXV to target, with intent to disrupt, and dismantle, the most significant global drug trafficking organizations. We look forward to working with you at the conference.

   We believe your participation is critical to the overall success of this year's conference and look forward to receiving your positive reply.

                                        Sincerely,

                                        Kevin Whaley
                                        Chief International Program