UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:  04-10933-JLT

---

**NANCY O'LOUGHLIN**
Plaintiff

v.

**MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY, JOSEPH CARTER
And MICHAEL MULHERN**
Defendants

---

**PLAINTIFF'S MOTION IN LIMINE
REGARDING POST ARBITRATION CONDUCT TOWARDS PLAINTIFF**

Plaintiff Nancy O'Loughlin, through counsel, hereby respectfully requests that she be allowed to introduce evidence during trial and refer to such evidence in counsel's opening statement regarding the treatment of her by Defendants subsequent to the arbitration award issued in her favor in this action.

Nancy O'Loughlin claims that various actions of Defendants toward her after the issuance of the arbitration award reinstating her to her prior position with full back pay and benefits, including the timing of the payment to her, the failure of the MBTA to carry out the award and the particular assignments she was given after being reinstated to her position of Lieutenant are further evidence of gender discrimination and/or retaliation being directed against her by Defendants.  She specifically requests that she be allowed to introduce such evidence during the presentation of her case and that her counsel be allowed to refer to such matters during his opening statement.

**CONCLUSION**

For all of the foregoing reasons, it is respectfully requested that Plaintiff be allowed to introduce evidence regarding the treatment of her by Defendants subsequent to the arbitration award issued in her favor, during the trial and in counsel's opening statement.

                NANCY O'LOUGHLIN
                By her Attorney,

                /s/ Mitchell J. Notis
                _____
                Mitchell J. Notis, BBO #374360
                LAW OFFICE OF MITCHELL J. NOTIS
                370 Washington Street
                Brookline, MA 02445
                Tel.: (617) 566-2700

                CERTIFICATE OF SERVICE

    I, Mitchell J. Notis, hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party to this action by electronic means using the Court's Electronic Case Filing System, on May 1, 2007

                /s/Mitchell J. Notis
                _____
                MITCHELL J. NOTIS, BBO# 374360