# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

## CIVIL ACTION NO:  04-10933-JLT
_____

### NANCY O'LOUGHLIN
Plaintiff

v.

### MASSACHUSETTS BAY
### TRANSPORTATION AUTHORITY, JOSEPH CARTER
### And MICHAEL MULHERN
Defendants
_____

## PLAINTIFF'S MOTION IN LIMINE
## REGARDING USE OF TAPE RECORDED CONVERSATIONS

Plaintiff Nancy O'Loughlin, through counsel, hereby respectfully requests that Defendants not be allowed to play to the jury tape recorded conversations she engaged in, upon which her discipline was supposedly based.  To the extent that the Court allows these tape recorded conversations to be played to the jury during the course of the presentation of evidence in this case, Plaintiff requests that Defendants not be allowed to play those tapes in their opening statements.

Defendants have claimed throughout this action that the reason Plaintiff was assigned to duty at her home and then demoted from Lieutenant to Patrolman, was statements she made on recorded telephone lines which were supposedly disrespectful of the Chief of Police, interfered with the "chain of command" and contained vulgar language.  Plaintiff anticipates that Defendants will seek to play excerpts of these tape recordings during trial and during their opening statements.

Plaintiff is certainly willing to stipulate that certain statements were made by her on the tape recorded lines.  Additionally, Plaintiff is willing to stipulate to the admissibility of certain

transcripts of the tape recorded conversations.  However, Plaintiff asserts that it would be unduly prejudicial and inflammatory to have the tapes played out loud to the jury during trial.

Should the Court rule that the tapes may be played during trial, Plaintiff respectfully requests that Defendants not be allowed to play the tapes during their opening statement.  Allowing the use of the tape recordings during opening statement would have the same inflammatory and prejudicial effect as use during trial, however, the tapes would not have been placed in context and therefore would be given undue weight by the jury.  Specifically, Plaintiff will be testifying as to the language commonly used by herself and her coworkers, as well as how the issue of language impacts upon her as a female in policing.

**CONCLUSION**

For all of the foregoing reasons, it is respectfully requested that Defendants not be allowed to play tape recordings of the tape recorded lines during trial and if they are allowed to play those tape recordings, that the Defendants not be allowed to use the tapes during their opening statements.

NANCY O'LOUGHLIN
By her Attorney,


/s/ Mitchell J. Notis
_____
Mitchell J. Notis, BBO #374360
LAW OFFICE OF MITCHELL J. NOTIS
370 Washington Street
Brookline, MA 02445
Tel.: (617) 566-2700

CERTIFICATE OF SERVICE

     I, Mitchell J. Notis, hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party to this action by electronic means using the Court's Electronic Case Filing System, on May 1, 2007

/s/Mitchell J. Notis

_____
MITCHELL J. NOTIS, BBO# 374360