UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:  04-10933-JLT

---

NANCY O'LOUGHLIN
Plaintiff

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY, JOSEPH CARTER
And MICHAEL MULHERN
Defendants

---

**PLAINTIFF'S REQUEST FOR QUESTIONS TO
POTENTIAL JURY MEMBERS ON VOIR DIRE**

Plaintiff Nancy O'Loughlin, hereby respectfully requests that the Court ask the following questions to potential jury members on Voir Dire:

1. The person bringing this lawsuit, Nancy O'Loughlin, claims that she was transferred to a punishment position due to her sex, female, and that she was later demoted from the rank of Lieutenant to that of Patrolman due to her sex as well as due to having filed charges of discrimination against her employer.  Based upon the facts I have just told you, do you have any feelings about this case?

2. Have you or any member of your family ever worked for the Massachusetts Bay Transportation Authority?

3. Have you or your spouse ever worked as a supervisor?

4. Have you or your spouse ever had the power to hire and fire employees?

5. Has anyone ever complained about how you or your spouse supervised them?

6. Has anyone ever claimed that you or your spouse discriminated against someone at work?

7. Has anyone ever complained that you or your spouse retaliated against someone at work for their having complained of discrimination?

8. Have you ever worked in a Human Resources Department or a personnel department?

9. Do you have any feelings about employees who sue their employers for job discrimination or for retaliation for having complained about job discrimination?

10. Have you ever been accused of harassment at work?

11. Are you aware of having any negative feelings towards employees who are disciplined at work and then claim that they were disciplined due to discrimination or retaliation against them?

12. Some of the facts in this case involve the employers' claim that Nancy O'Loughlin used foul language, vulgar language and curses while she was talking to coworkers and subordinates while the coworkers or subordinates were at work.  You may hear tape recordings of Nancy O'Loughlin using such vulgarities.  If you hear Nancy O'Loughlin using such vulgarities, would that prejudice you against her in this action?

13. In this action Nancy O'Loughlin is claiming that one of her supervisors, the Chief of Police of the MBTA Police Department, discriminated against her due to her gender and retaliated against her for having complained of gender discrimination.  Is there any reason you could not decide such a matter, knowing that the person who is being accused of discrimination or retaliation is the Chief of Police?

14. One of the claims in this matter is that officials of the MBTA caused defamatory statements to be made about Nancy O'Loughlin in the *Boston Globe*, specifically that she could be subject to criminal charges for certain actions, which allegations are false.  Based upon what I have told you, do you have any feelings about this action?

15. Some of the facts in this case involve the employers' claim that Nancy O'Loughlin was harshly critical of the Chief of Police while she was talking to coworkers and subordinates while the coworkers or subordinates were at work. Would that prejudice you against her in this action?

          NANCY O'LOUGHLIN
          By her Attorney,

          /s/ Mitchell J. Notis

          _____
          Mitchell J. Notis, BBO #374360

                LAW OFFICE OF MITCHELL J. NOTIS
                370 Washington Street
                Brookline, MA 02445
                Tel.: (617) 566-2700

### CERTIFICATE OF SERVICE

    I, Mitchell J. Notis, hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party to this action by electronic means using the Court's Electronic Case Filing System, on May 1, 2007

                /s/Mitchell J. Notis

                _____
                MITCHELL J. NOTIS, BBO# 374360