UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN,<br><br>                        Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and<br>JOSEPH CARTER<br>and<br>MICHAEL MULHERN,<br><br>                        Defendants | C.A. No. 04-10933 JLT |

### DEFENDANT MICHAEL MULHERN'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY BY THOMAS J. O'LOUGHLIN REGARDING ALLEGED STATEMENTS BY MAC DANIEL

Defendant Michael Mulhern ("Mulhern") hereby moves *in limine* for an order precluding Plaintiff from eliciting, offering, or making reference to testimony of Thomas J. O'Loughlin regarding statements Mac Daniel may have made to Mr. O'Loughlin. As grounds for this motion, Mulhern says the following:

1.      Plaintiff alleges that Mulhern defamed her when Mulhern purportedly provided information to Mr. Daniel, a reporter for the *Boston Globe*, suggesting that Plaintiff could face criminal charges resulting from an investigation conducted by Defendant Massachusetts Bay Transportation Authority (a charge which Mulhern denies). Mr. Daniel subsequently published an article in the *Boston Globe* about the investigation.

2.      In his deposition in this matter, Mr. O'Loughlin testified that Mr. Daniel told Mr. O'Loughlin that Mulhern had told Mr. Daniel that Plaintiff could face criminal charges resulting from the investigation.

- 2 -

    3.    Mr. O'Loughlin's deposition testimony on this subject is hearsay that does not fall within any exception.[1]

    4.    Mr. O'Loughlin's trial testimony on this subject would likewise be hearsay that does not fall within any exception.

WHEREFORE, Mulhern respectfully requests that Plaintiff be precluded from eliciting, offering, or making reference to testimony of Mr. O'Loughlin regarding statements that Mr. Daniel allegedly made to Mr. O'Loughlin.

    MICHAEL MULHERN

    By his attorneys,

    /s/ Joan A. Lukey
    Joan A. Lukey (BBO #307340)
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Facsimile: (617) 526-5000

Dated: May 1, 2007

---

[1] On November 6, 2006, the Court ordered this testimony stricken from Plaintiff's Rule 56 Statement of Material Facts as hearsay not within any exception.

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2007, I caused a true and accurate copy of the above document to be served via the Court's electronic docketing system upon Mitchell J. Notis, Esq., Law Office Of Mitchell J. Notis, 370 Washington Street, Brookline, MA 02446.

                                                 /s/ Joan A. Lukey
                                                 Joan A. Lukey

US1DOCS 6124353v1