UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NANCY O'LOUGHLIN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 04-10933 JLT |
| MASSACHUSETTS BAY | ) | |
| TRANSPORTATION AUTHORITY | ) | |
| and | ) | |
| JOSEPH CARTER | ) | |
| and | ) | |
| MICHAEL MULHERN, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter my appearance on behalf of the

defendant, Michael Mulhern, in the above-referenced matter.

Respectfully submitted,

MICHAEL MULHERN,

By his attorney,


/s/ Jeffrey S. Gleason
Jeffrey S. Gleason (BBO #661489)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000


Dated:  May 2, 2007

US1DOCS 6178240v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, I caused a true and accurate copy of the above document to be served via the Court's electronic docketing system upon Mitchell J. Notis, Esq., Law Office Of Mitchell J. Notis, 370 Washington Street, Brookline, MA  02446.


/s/ Jeffrey S. Gleason
Jeffrey S. Gleason

US1DOCS 6178240v1