# ATTACHMENT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN A. MARTINO,            )
         Plaintiff,         )
                            )
v.                          )   CIVIL ACTION
                            )   NO.  01-10198-WGY
MASSACHUSETTS BAY           )
TRANSPORTATION AUTHORITY,   )
         Defendant.         )

## JURY VERDICT

1. Did the MBTA retaliate against Mr. Martino because of his diposition [sic] testimony in the Delores Ford-Murphy lawsuit?

   _____ Yes          \_\_√\_\_\_ No

2. Did the MBTA retaliate against Mr. Martino because he filed an MCAD complaint alleging such retaliation?

   \_\_√\_\_\_ Yes          _____ No

3. On the federal claim, we find for:

   a. _____ The MBTA

   b. \_\_√\_\_\_ Mr. Martino and assess compensatory damages of
   
   $0.00

4. On the state claim, we find for:

    a. _____ The MBTA

    b. \_\_✓\_\_ Mr. Martino and assess

        i. compensatory damages of $50,000.00

        ii. punitive damages of 0.00

_____
                            Forelady

Date: _____