UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NANCY O'LOUGHLIN, <br>     Plaintiff, <br><br> v. <br><br> MASSACHUSETTS BAY <br> TRANSPORTATION AUTHORITY, <br> JOSEPH CARTER, and MICHAEL <br> MULHERN, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 04-10933 JLT |

**DEFENDANTS MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
AND JOSEPH CARTER'S PROPOSED VOIR DIRE QUESTIONS**

Now comes the Massachusetts Bay Transportation Authority ("MBTA") and Joseph Carter, by and through their counsel, and hereby request the Court to submit the following questions to the prospective jury members.

**PERSONAL HISTORY QUESTIONS**

1. What is your occupation? Title? Job duties?

2. Has your job ever required you to make unpleasant decisions that affected others?

3. Have you, any member of your family, or any close friend or acquaintance ever belonged to a labor union? If yes, for how long? Have you ever filed a grievance? If so, what was the outcome?

4. Have you, any member of your family, or a close friend or acquaintance, ever been a member of the military?

5. If the answer is yes, what was your rank? Did you receive an honorable discharge?

6.     Have you, any member of your family, or a close friend or acquaintance ever filed any complaint of discrimination or retaliation with any government agency or court or taken any legal action against an employer?  If yes, please describe the nature of the claim and the outcome.  Was there anything about that experience that would prevent you from acting as a fair and impartial juror in this case?

7.     Have you, any member of your family, or a close friend or acquaintance been the victim of discrimination or retaliation on the job or elsewhere? If yes, please describe the nature of the discrimination or retaliation, and the outcome. Was there anything about that experience that would prevent you from acting as a fair and impartial juror in this case?

8.     Have you, any member of your family, or a close friend or acquaintance, ever been disciplined, suspended, demoted or fired from a job? If yes, please describe the circumstances and how you or they feel about it.

9.     Are you, any member of your family, or a close friend or acquaintance a member of any organization which advances the interests of women in the workplace or in other context? If yes, please describe.

**KNOWLEDGE AND OPINIONS OF DEFENDANTS**

10.     Have you, any member of your family, or any friend or acquaintance of yours ever been employed by the MBTA?  If yes, what position is or was held, and what were the dates of employment? If you or they are no longer employed by the MBTA, what were the circumstances surrounding your/their departure?

11.     Do you or any member of your immediate family or a close friend routinely use any of the services provided by the MBTA, i.e. subways, trolleys, buses, commuter rail,

or commuter boat? If yes, approximately how often do you or they use MBTA services (daily/weekly/monthly)?

12.  Have you otherwise ever come into contact with the MBTA or its employees (i.e. MBTA police, managers, employees at MBTA stations, etc.)?

13.  Have you, any member of your family, or any friend of yours formed a negative opinion or impression about the MBTA, its services, or its employees? If yes, please explain.

14.  Have you ever read or heard anything in the newspaper or television or other media that has caused you to have a negative opinion of the MBTA? If yes, please explain.

15.  Do you have any opinion about the reputation of the MBTA or Chief Carter, or how they treat their employees? If yes, what is it?

16.  Do you have any opinion about the MBTA Police Department? If yes, what is it?

### EXPERIENCE WITH AND OPINIONS ABOUT LITIGATION AND DISCRIMINATION/ DEFAMATION CLAIMS

17.  Have you ever served as a juror before? If so, what type of case? Did you reach a verdict? What was it?

18.  Do you understand that the mere fact that the plaintiff has filed this lawsuit does not mean the defendants did anything wrong?

19.  Will the fact that the plaintiff is an individual, while the defendants are the MBTA and two of its managers, affect your judgment in this trial?

20.  Would you have a tendency to award the plaintiff damages just because you think the MBTA can pay them?

21.     Will you be able to separate any feelings of sympathy or compassion for the plaintiff and decide the case on the facts, without prejudice against the defendants?

22.     Do you believe that management has the right to reassign an employee to a different job if the employer believes the employee's skills are better suited to the other job if there is no change in job title of pay?

23.     If your answer to the preceding question is "yes," does your answer change if the employee who is being reassigned has been with the employer for many years?

24.     Do you think that an employer should have the ability to discipline an existing employee who acts in a manner that is not consistent with the employer's stated expectations?

25.     If your answer to the preceding question is "yes," does your answer change if the employee being disciplined has been with the employer for many years?

26.     Do you think that an employer should have the ability to discipline an existing supervisor who makes derogatory remarks to subordinates about other supervisors?

27.     If your answer to the preceding question is "yes," does your answer change if the employee being disciplined has been with the employer for many years?

28.     Has anyone ever said something about you or a close friend or family member that was false and potentially defamatory? If so, how did you or they react? Did you or they file a lawsuit? If so, what was the outcome?

29.     Do you believe the First Amendment gives too much freedom to the press?

        Respectfully submitted,

        MASSACHUSETTS BAY
        TRANSPORTATION AUTHORITY AND
        JOSEPH CARTER,

        By their attorneys,

        /s/ Joseph L. Edwards, Jr.
        Walter B. Prince, BBO# 406640
        Joseph L. Edwards, Jr., BBO# 564288
        Prince, Lobel, Glovsky & Tye LLP
        100 Cambridge St. Suite 2200
        Boston, MA 02114
        (617) 456-8000

Dated:  May 4, 2007