UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY, )<br>JOSEPH CARTER AND MICHAEL MULHERN )<br>)<br>Defendants. )<br>) | CASE NO. 04-10933 JLT |

**DEFENDANT MICHAEL MULHERN'S
REQUESTS FOR QUESTIONS TO THE VENIRE**

                                    MICHAEL MULHERN

                                    By his attorneys,


                                    /s/ Joan A. Lukey_____
                                    Joan A. Lukey (BBO# 307340)
                                    WILMER CUTLER PICKERING HALE
                                     AND DORR LLP
                                    60 State Street
                                    Boston, MA 02109
                                    (617) 526-6000

Dated: May 7, 2007

1. Have you, or has any member of your immediate family or household, ever been demoted, suspended, or terminated from a job?

2. Have you, or has any member of your immediate family or household, ever been subjected to any employment action, such as a demotion or transfer, that you or your family or household member considered to be unfair?

3. Have you, or has any member of your immediate family or household, ever been discriminated against in the workplace?

4. Have you, or has any member of your immediate family or household, ever been retaliated against in the workplace because you or your family or household member complained about being treated unfairly?

5. Do you believe that employers tend to treat employees unfairly?

6. Do you believe that public or governmental employers tend to treat employees unfairly?

7. Do you believe that women tend to be treated unfairly in the workplace?

8. Would you be inclined to believe an employee over a manager, or a manager over an employee, simply because of their respective positions in the workplace?

9. Is there any reason of which you are aware that would cause you to favor an employee over a manager, or a manager over an employee, in a dispute between them.

10. Are you a regular daily or weekly user of the MBTA bus or subway service?

11. Do you hold an opinion, either positive or negative, about the competency with which the MBTA is managed?

12. Do you hold an opinion, either positive or negative, about MBTA Police Officers?