UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    CASE NO. 04-10933 JLT <br> ) |
| MASSACHUSETTS BAY <br> TRANSPORTATION AUTHORITY, <br> JOSEPH CARTER AND MICHAEL MULHERN | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**DEFENDANT MICHAEL MULHERN'S**
**LIST OF POTENTIAL WITNESSES**

MICHAEL MULHERN

By his attorneys,

/s/ Joan A. Lukey_____
Joan A. Lukey (BBO# 307340)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: May 7, 2007

- 2 -

The defendant Michael Mulhern may call the following witnesses at trial:

1. Michael Mulhern, Walpole, MA;

2. Mac Daniel, reporter for *The Boston Globe*, Boston, MA;

3. Joseph Pesaturo, MBTA Public Relations Officer, Boston, MA;

4. Joseph Carter, Chief of the MBTA Police Department, Boston, MA.

5. Nancy Walsh, Boston, MA

Mr. Mulhern respectfully reserves the right to call any witness identified by the other parties, and further respectfully reserves the right to supplement this witness list as necessitated by the evidence at trial.