# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**NANCY O'LOUGHLIN,**
       **Plaintiff,**

       **V**                                   **CA 04-10933-JLT**

**MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, ET AL**
          **Defendants.**

SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.,

The court having been advised on  May 7, 2007 by

counsel for the  parties that the above action has  been settled:

IT IS ORDERED that this action is hereby DISMISSED.

By the Court:

/s/
ZITA LOVETT,
Deputy Clerk

5/7/2007