UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY O'LOUGHLIN, <br><br>　　　　Plaintiff, <br><br>v. <br><br>MASSACHUSETTS BAY <br>TRANSPORTATION AUTHORITY, <br>JOSEPH CARTER AND MICHAEL MULHERN <br><br>　　　　Defendants. | ) <br>) <br>) <br>) <br>) <br>) CASE NO. 04-10933 JLT <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

**ENTRY OF JUDGMENT FOR THE
DEFENDANT MICHAEL MULHERN (BY AGREEMENT)**

By agreement of all parties, the following entry is to be made on the docket for the purpose of concluding the captioned litigation as to defendant Michael Mulhern:

"Judgment for the Defendant Michael Mulhern. Defendant Mulhern irrevocably waives his entitlement to attorneys' fees and costs in connection with this action. All rights of appeal are waived by all parties."

                                                              MICHAEL MULHERN

                                                              By his attorneys,

                                                              /s/ Joan A. Lukey_____
                                                              Joan A. Lukey (BBO# 307340)
                                                               Gregory M. Reiser (BBO #662284)
                                                               WILMER CUTLER PICKERING HALE
                                                                AND DORR LLP
                                                               60 State Street
                                                               Boston, MA 02109
                                                               (617) 526-6000

- 2 -

        NANCY O'LOUGHLIN

        By her Attorneys,

        /s/ Mitchell J. Notis_____
        Mitchell J. Notis (BBO #374360)
        370 Washington Street
        Boston, MA 02445
        (617) 566-2700

        MASSACHUSETTS BAY TRANSPORTATION
        AUTHORITY AND JOSEPH CARTER

        By their Attorneys,

        /s/ Joseph L. Edwards, Jr._____
        Joseph L. Edwards
        Prince, Lobel, Glovsky & Tye LLP
        100 Cambridge Street, Suite 2200
        Boston, MA 02114
        (617) 456-8000

Dated:  July 31, 2007