EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                    )
NANCY O'LOUGHLIN,                   )
                                    )
            Plaintiff,              )
                                    )
v.                                  )    CASE NO. 04-10933 JLT
                                    )
MASSACHUSETTS BAY                   )
TRANSPORTATION AUTHORITY,           )
JOSEPH CARTER AND MICHAEL MULHERN,  )
                                    )
            Defendants.             )
_____)

**ENTRY OF JUDGMENT FOR THE**
**DEFENDANT JOSEPH CARTER (BY AGREEMENT)**

By agreement of all parties, the following entry is to be made on the docket for the purpose of concluding the captioned litigation as to defendant Joseph C. Carter:

"Judgment for the Defendant Joseph Carter. Defendant Carter irrevocably waives his entitlement to attorneys' fees and costs in connection with this action. All rights of appeal are waived by all parties."

JOSEPH CARTER

By his Attorneys,

/s/ Joseph L. Edwards, Jr.
Walter B. Prince (BBO# 406640)
Joseph L. Edwards, Jr. (BBO# 564288)
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8000

- 2 -

NANCY O'LOUGHLIN

By her Attorney,

/s/ Mitchell J. Notis_____
Mitchell J. Notis (BBO# 374360)
Law Office of Mitchell J. Notis
370 Washington Street
Boston, MA 02445
(617) 566-2700


MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY

By its Attorneys,

/s/ Joseph L. Edwards, Jr._____
Walter B. Prince (BBO# 406640)
Joseph L. Edwards, Jr. (BBO# 564288)
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8000


MICHAEL MULHERN

By his Attorneys,

/s/ Joan A. Lukey\_\_\_\_\_ _____
Joan A. Lukey (BBO# 307340)
Gregory M. Reiser (BBO# 662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000


Dated:  July 31, 2007