<u>EXHIBIT A</u>

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NANCY O'LOUGHLIN,<br>          Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>JOSEPH CARTER, and MICHAEL<br>MULHERN,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-10933 JLT |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Judgment having previously entered for defendants Joseph Carter and Michael Mulhern, the remaining parties to the above-entitled action, Nancy O'Loughlin and the Massachusetts Bay Transportation Authority, stipulate that said action and all claims which were raised or could have been raised in said action be dismissed with prejudice and without costs. All rights of appeal are hereby waived.


Nancy O'Loughlin
By her attorney


<u>Mitchell J. Notis</u>
Mitchell J. Notis (BBO# 374360)
Law Office of Mitchell J. Notis

370 Washington Street
Brookline, MA 02445
617-566-2700

Massachusetts Bay Transportation Authority
and Joseph Carter
By their attorneys,

<u>Joseph L. Edwards, Jr.</u>_____
Walter B. Prince (BBO# 406640)
Joseph L. Edwards, Jr. (BBO# 564288)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8000